1  JACK P. DICANIO (SBN 138782)
   jack.dicanio@skadden.com
2  ALLEN RUBY (SBN 47109)
   allen.ruby@skadden.com
3  NIELS J. MELIUS (SBN 294181)
   niels.melius@skadden.com
4  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   525 University Avenue
5  Palo Alto, California 94301
   Telephone: (650) 470-4500
6  Facsimile: (650) 470-4570

7  BARRY SIMON (*pro hac vice* application forthcoming)
   bsimon@wc.com
8  JONATHAN B. PITT (*pro hac vice* application forthcoming)
   jpitt@wc.com
9  STEPHEN L. WOHLGEMUTH (*pro hac vice* application forthcoming)
   swohlgemuth@wc.com
10 WILLIAMS & CONNOLLY LLP
   725 Twelfth Street, N.W.
11 Washington, D.C. 20005
   Telephone: (202) 434-5000
12 Facsimile: (202) 434-5029

13 *Attorneys for Defendants*

14            UNITED STATES DISTRICT COURT

15           NORTHERN DISTRICT OF CALIFORNIA

16                 SAN JOSE DIVISION

17

18 PALANTIR TECHNOLOGIES INC.,          CASE NO.: 5:19-cv-6879

19            Plaintiff,                 **DEFENDANTS' NOTICE OF REMOVAL OF
                                         CIVIL ACTION UNDER 28 U.S.C. § 1441(A)
20      v.                               (FEDERAL QUESTION)**

21 MARC L. ABRAMOWITZ, in his individual **EXHIBIT 1**
   capacity and as trustee of the MARC
22 ABRAMOWITZ CHARITABLE TRUST NO.
   2, KT4 PARTNERS LLC, and DOES 1
23 through 50, inclusive,

24            Defendants.

25

26

27

28

EXHIBIT 1 TO NOTICE OF REMOVAL                    CASE NO. 5:19-CV-6879

# Case Information

16CV299476 | Palantir Technologies, Inc. v. Mark Abramowitz

Case Number
16CV299476

Court
Superior Court of Santa Clara - Civil

File Date
09/01/2016

Case Type
Breach of Contract/Warranty Unlimited (06)

Case Status
Active

# Party

Plaintiff
PALANTIR TECHNOLOGIES INC.,

Active Attorneys ▾

Lead Attorney
Hueston, John Charles
Retained

Work Phone
213-788-4340

Attorney
Von Der Ahe, Christina Marie
Retained

Work Phone
213-788-4340

Attorney
Kaba, Moez M
Retained

Work Phone
213-788-4340

Other (Participant)

Active Attorneys ▾

Superior Court of California County of Santa Clara

Lead Attorney
Superior Court of CA, County
of Santa Clara
Retained

Defendant
ABRAMOWITZ, MARC L

  Aliases
  *IA* Trustee of the Marc Abramowitz Charitable Trust No. 2, KT4 Partners LLC

Active Attorneys ▾
Lead Attorney
DiCanio, Jack Patrick
Retained

Work Phone
650-470-4500

## Events and Hearings

09/01/2016 Complaint (Unlimited) (Fee Applies) ▾

Complaint

  Comment
  **Complaint**

09/01/2016 Summons: Issued/Filed ▾

Summons

Comment
Issued

---

09/01/2016 Civil Case Cover Sheet ▾

Civil Case Cover Sheet

    Comment
    Civil Case Cover Sheet

---

09/01/2016 Notice ▾

Notice

Notice

    Comment
    Civil Lawsuit Notice (1st CMC set for 1/6/17 at 10am in D1; assigned to Judge Peter H. Kirwan)

---

09/19/2016 Application: Pro Hac Vice ▾

Application or Renewal to Appear Pro Hoc Vice

Application or Renewal to Appear Pro Hoc Vice

Application or Renewal to Appear Pro Hoc Vice

    Comment
    David Boies; supporting Decl of David Zifkin; Proposed Order

---

09/19/2016 Application: Pro Hac Vice ▾

Application or Renewal to Appear Pro Hoc Vice

Application or Renewal to Appear Pro Hoc Vice

Application or Renewal to Appear Pro Hoc Vice

    Comment
    John T. Zach; supporting Declaration of David Zifkin; Proposed Order

---

09/23/2016 Complaint: Amended ▾

Amended Complaint - Claim Amount Unchanged (No Fee)

Proof of service

    Comment
    First Amended Complaint + POS Overnight Delivery

---

09/30/2016 Order: Deeming Case Not Complex ▾

Order Deeming Case Not Complex

    Comment
    ...and Complex Fee Refunded to Plaintiff - signed by Judge Peter H. Kirwan

---

10/04/2016 Proof of Service: Summons DLR (Civil) ▾

Comment
served kt4 partners, LLC

10/04/2016 Proof of Service: Summons DLR (Civil)

10/04/2016 Notice of Hearing (no fee) ▾

Comment
amended; 11-8-16, 9am, d.9

10/04/2016 Proof of Service

10/04/2016 Notice: Entry of Order

10/04/2016 Proof of Service

10/11/2016 Notice: Removal to Federal Court

10/11/2016 Proof of Service: Mail

10/21/2016 Hearing: Pro Hac Vice Counsel ▾

Judicial Officer
Kirwan, Peter

Hearing Time
9:00 AM

Cancel Reason
Vacated

Comment
Applicant: John T. Zach (for Plaintiff)

10/21/2016 Hearing: Pro Hac Vice Counsel ▾

Judicial Officer
Kirwan, Peter

Hearing Time
9:00 AM

Cancel Reason
Vacated

Comment
Applicant: David Boies (for Plaintiff)

11/08/2016 Reserved ▾

Judicial Officer
Arand, Mary E

Hearing Time
9:00 AM

Cancel Reason
Vacated

Comment
Application of David Bois to Appear Pro Hac Vice for Plt Plantir Technologies (David Zifkin) Elena 310-752-2400 rta 10-4-16

---

11/08/2016 Reserved ▼

Judicial Officer
Arand, Mary E

Hearing Time
9:00 AM

Cancel Reason
Vacated

Comment
Application of John T. Zach to Appear Pro Hac Vice for Plt Plantir Technologies (David Zifkin) Elena 310-752-2400 rta 10-4-16

---

11/08/2016 Hearing: Pro Hac Vice Counsel ▼

Judicial Officer
Arand, Mary E

Hearing Time
9:00 AM

Cancel Reason
Vacated

Comment
Applications of David Boies and John Zach for Plt Palantir Technologies Inc. (Shira Liu) *Court Reporter Fee Due*

---

01/03/2017 Conference: Case Management ▼

Judicial Officer
Arand, Mary E

Hearing Time
1:30 PM

Cancel Reason
Vacated

Comment
[1st CMC] 1st Amended Complaint filed 9/26/16

---

03/10/2017 Notice: Entry of Order

---

03/14/2017 Removal to Federal Court Lifted ▼

Comment
Certified Civil Docket and Order Granting Mtn to Remand from US Court.

---

03/20/2017 Motion: Leave ▾

Comment
to file a 2nd amended cmplt; memo p&a D. Zifkin 5/2/17, 9a, D9

03/20/2017 Court Reporter Fee < 1 hour

03/20/2017 Declaration: In Support ▾

Comment
of David Zifkin

03/20/2017 Appendix ▾

Comment
of exhibits

03/20/2017 Proof of Service

03/24/2017 Clerk Rejection Letter ▾

Comment
amended pro hac vice appl - Original applications have not been filed.

03/24/2017 Other ▾

Comment
Amended ntc of hrg re applicatinos of david boies & john t. zach to appear pro hac vice for plt Palantir Technologiexs (David Boies) hrg 5/2/17 9am D-9

03/24/2017 Proof of Service ▾

Comment
overnight (David Boies) hrg 5/2/17 9am D-9

04/17/2017 Application: Pro Hac Vice ▾

Comment
Ntc and verified application of Nathaniel J Kritzer to appear as counsel pro hac vice for plt. 6/1/17 @ 9am D9. Atty Zifkin.

04/17/2017 Court Reporter Fee < 1 hour

04/17/2017 Declaration: In Support ▾

Comment
Of David L Zifkin.

04/17/2017 Proof of Service

04/17/2017 Application: Pro Hac Vice ▾

    Comment
    Ntc and verified application of Jay P Lefkowitz to appear as counsel pro hac vice for plt. 6/1/17 @ 9am
    D9. Atty Zifkin.

04/17/2017 Court Reporter Fee < 1 hour

04/17/2017 Declaration: In Support ▾

    Comment
    Of David L Zifkin.

04/19/2017 Response/Reply ▾

    Comment
    to Plt's Motion for Leave to File a Second Amended Complaint by Defs (Jack P. DiCanio) 05/02/17
    @9am D-9

04/21/2017 Motion: Order ▾

    Comment
    for protective order governing the protection and exchange of confidential material. atty: David Zifkin
    June 13, 2017 9am dept 9 mem of p's and a's, decl of Shira Liu

04/21/2017 Court Reporter Fee < 1 hour

04/21/2017 Index ▾

    Comment
    of Exhibits to declaration June 13,2017/9am/ dept 9

04/21/2017 Proof of Service: Mail

04/24/2017 Response/Reply ▾

    Comment
    in sup of mtn for leave to file SAC (David Boies) hrg 5/2/17 9am D-9

04/24/2017 Proof of Service ▾

    Comment
    overnight (David Boies) hrg 5/2/17 9am D-9

04/24/2017 Proof of Service ▾

    Comment
    overnight (David Boies) hrg 5/2/17 9am D-9

04/28/2017 Application: Pro Hac Vice ▾

Comment
OF BARRY S. SIMON

04/28/2017 Court Reporter Fee < 1 hour

04/28/2017 Application: Pro Hac Vice ▾

Comment
OF JONATHAN B. PITT

04/28/2017 Court Reporter Fee < 1 hour

04/28/2017 Application: Pro Hac Vice ▾

Comment
OF STEPHEN L. WOHLGEMUTH

04/28/2017 Court Reporter Fee < 1 hour

04/28/2017 Notice ▾

Comment
of Unopposed Mtn for Admission Pro Hac Vice

04/28/2017 Memorandum: Points and Authorities

04/28/2017 Declaration: In Support ▾

Comment
OF IAN CHEN

04/28/2017 Proof of Service: Mail

04/28/2017 Notice ▾

Comment
of Unopposed Mtn for Admission Pro Hac Vice

04/28/2017 Memorandum: Points and Authorities

04/28/2017 Declaration: In Support ▾

Comment
OF IAN CHEN

04/28/2017 Proof of Service: Mail

04/28/2017 Notice ▾

Comment
of Unopposed Mtn for Admission Pro Hac Vice

04/28/2017 Memorandum: Points and Authorities

04/28/2017 Declaration: In Support ▾

Comment
OF IAN CHEN

04/28/2017 Proof of Service: Mail

05/02/2017 Minute Order

05/02/2017 Motion: Leave to File ▾

Judicial Officer
Arand, Mary E

Hearing Time
9:00 AM

Result
Held

Comment
to file a Second Amended Complaint by Plt (David /zifkin)

05/02/2017 Hearing: Pro Hac Vice Counsel ▾

Judicial Officer
Arand, Mary E

Hearing Time
9:00 AM

Result
Held

Comment
for John T. Zach by Plt Palantir Technologies (David Zifkin)

05/02/2017 Hearing: Pro Hac Vice Counsel ▾

Judicial Officer
Arand, Mary E

Hearing Time
9:00 AM

Result
Held

Comment
by David Boies by Plt Palantir Technologies (David Zifkin)

05/04/2017 Order ▾

Comment

Plt's Motion for Leave to File Second Amended Complaint is Granted by Judge Arand

05/05/2017 Proof of Service: Mail  ▾

Comment

(overnight delivery) pos on amended ntc. of hrg re: verified pro hac vice appls.

05/05/2017 Motion: Protective Order  ▾

Comment

atty: Dicanio, 06/13/17 @ 9am, dept. 9

05/05/2017 Memorandum: Points and Authorities

05/05/2017 Declaration: In Support

05/05/2017 Declaration  ▾

Comment

Jonathan B. Pitt

05/05/2017 Proof of Service: Mail

05/05/2017 Court Reporter Fee < 1 hour  ▾

Comment

atty: Dicanio, 06/13/17 @ 9am, dept. 9

05/05/2017 Notice: Entry of Order

05/05/2017 Complaint: Amended  ▾

Comment

2nd amended atty Zifkin

05/15/2017 Response/Reply  ▾

Comment

Reply in support of Motion for a Protective Order and Opposition to Def's Motion for Protective Order by Plt (David Zifkin) 06/13/17 @9am in D9

05/15/2017 Declaration  ▾

Comment

of Akash Jain in support of Plt's Reply in support of Mtoion for Protective Order adn Opposition to Def's Motion for Protective Order

05/15/2017 Declaration  ▾

Comment
of Shira R. Liu in support of Plt's Reply in support of Mtoion for Protective Order adn Opposition to Def's Motion for Protective Order

05/15/2017 Proof of Service ▾

Comment
by over night

05/18/2017 Commission to Take Deposition Out-of-State ▾

Comment
Against Records Custodian, eAppeals LLC; Florida.

05/18/2017 Commission to Take Deposition Out-of-State ▾

Comment
Against Records Custodian, eAppeals LLC; Florida.

05/22/2017 Response/Reply ▾

Comment
Reply in SUpport of Mtn for Protective Order (Ian Chen) 6-13-17 D9

05/22/2017 Declaration: In Support ▾

Comment
of Jonathan B. Pitt in support of Reply in SUpport of Mtn for Protective Order (Ian Chen) 6-13-17 D9

05/22/2017 Proof of Service: Mail ▾

Comment
Overnight - Reply in SUpport of Mtn for Protective Order (Ian Chen) 6-13-17 D9

06/01/2017 Minute Order

06/01/2017 Hearing: Pro Hac Vice Counsel ▾

Judicial Officer
Arand, Mary E

Hearing Time
9:00 AM

Result
Held

Comment
Hearing on Application of Nathaniel J. Kritzer to appear Pro Hac Vice by Plt (David Zifkin)

06/01/2017 Reserved ▾

Judicial Officer
Arand, Mary E

Hearing Time
9:00 AM

Cancel Reason
Vacated

Comment
Hearing on Application for Nathaniel Kritzer for Appear Pro Hac Vice for Plt (David Zifkin)

06/01/2017 Hearing: Pro Hac Vice Counsel ▾

Judicial Officer
Arand, Mary E

Hearing Time
9:00 AM

Result
Held

Comment
Hearing on Application of Barry S. Simon to Appear as Counsel Pro Hac Vice for Def Marc L. Abramowitz (Ian Chen)

06/01/2017 Hearing: Pro Hac Vice Counsel ▾

Judicial Officer
Arand, Mary E

Hearing Time
9:00 AM

Result
Held

Comment
Hearing on Application of Jonathan B. Pitt to Appear as Counsel Pro Hac Vice for Def Marc L. Abramowitz (Ian Chen)

06/01/2017 Hearing: Pro Hac Vice Counsel ▾

Judicial Officer
Arand, Mary E

Hearing Time
9:00 AM

Result
Held

Comment
Hearing on Applicatin of Stephen L. Wohlgmuth to Appear as Counsel Pro Hac Vice for Def Marc L. Abramowitz (Ian Chen)

06/02/2017 Ex Parte Application - Notice Required ▾

to file memo in sup fo def's demurrer in excess of 15 pgs (Ian Chen)

06/02/2017 Proof of Service: Mail ▾

Comment
(Ian Chen)

06/02/2017 Order ▾

Comment
Leave to file memorandum in excess of 15 pages and not to exceed 19 pages is granted by Judge
Arand

06/02/2017 Order ▾

Comment
permitting Jay P. Lefkowitz to appear as counsel pro hac vice

06/02/2017 Order ▾

Comment
for admission of Jonathan B. Pitt as Pro Hac Vice

06/02/2017 Order ▾

Comment
admitting Barry S. Simon as Pro Hac Vice

06/02/2017 Order ▾

Comment
admitting Stephen L. Wohlgemuth Pro Hac Vice

06/02/2017 Order ▾

Comment
permitting Nathaniel J. Kritzer as Pro Hac Vice

06/02/2017 Order ▾

Comment
permitting John T. Zach as Pro Hac Vice

06/02/2017 Order ▾

Comment
permitting David Boies as Pro Hac Vice

06/05/2017 Demurrer ▾

Comment
Atty DiCanio, 08/03/2017, 9AM, D9

06/05/2017 Memorandum: Points and Authorities ▾

Comment
In support of demurrer

06/05/2017 Request: Judicial Notice ▾

Comment
In support of demurrer

06/05/2017 Declaration: In Support ▾

Comment
Of Jonathan B. Pitt for demurrer

06/05/2017 Declaration: In Support ▾

Comment
Of Ian Chen for demurrer

06/05/2017 Proof of Service: Mail ▾

Comment
In support of demurrer

06/05/2017 Court Reporter Fee < 1 hour ▾

Comment
In support of demurrer

06/05/2017 Notice: Entry of Order

06/05/2017 Proof of Service: Mail

06/09/2017 Notice: Entry of Order

06/09/2017 Proof of Service: Mail

06/13/2017 Notice: Entry of Order

06/13/2017 Proof of Service: Mail

06/13/2017 Minute Order

06/13/2017 Motion: Protective Order ▾

Judicial Officer
Stoelker, James L

Hearing Time
9:00 AM

Result
Held

Comment
Motion for Protective Order regarding "Attorneys" eyes only provision precluding Def Marc L. Abramowitz from
seeing confidential documets, Interrogs Responses and Deposition Testimony by Def Marc L.
AbramowitzMarc L. Abramowitz Charitable Trust No.2 and KT4 Patners, LLC (Ian Chen)

---

06/13/2017 Reserved: Discovery ▼

Judicial Officer
Stoelker, James L

Hearing Time
9:00 AM

Cancel Reason
Vacated

Comment
mtn for protective ord by Plt Palantir Tech, Inc. (David Lipton) ab 4-20-17 310-752-2400

---

06/13/2017 Motion: Protective Order ▼

Judicial Officer
Stoelker, James L

Hearing Time
9:00 AM

Result
Held

Comment
Motion for Protective Order regarding highly confidential material and deposition testimony by Plt (Shira Liu)

---

06/16/2017 Notice: Entry of Order

---

06/16/2017 Proof of Service: Mail

---

06/29/2017 Ex Parte Application - Notice Required ▼

Comment
to file memo in opp to defs' demurrer in excess of 15 pgs. (Kaitlyn Murphy)

---

06/29/2017 Proof of Service: Personal ▼

Comment
(Kaitlyn Murphy)

---

06/29/2017 Order ▼

Comment
Plf is hereby GRANTED leave to file memo of p's and a's in sup of plfs opp to defs' demurrer not to exceed 19 pgs in length/ the reply shall be no more than 10 pgs by Judge Arand

06/30/2017 Notice: Entry of Order ▼

Comment
Granting Plaintiff's Ex Parte Application

06/30/2017 Proof of Service: Mail ▼

Comment
Notice of Entry of Order Granting Plaintiff's Ex Parte Application

07/03/2017 Opposition/Objections ▼

Comment
Opposition to Def's Demurrer to the Second Amended Complaint by Plt (Kaitlyn Murphy)

07/03/2017 Opposition/Objections ▼

Comment
Opposition to Def's Request for Judicial Notice in support of Demurrer by Plt (Kaitlyn Murphy)

07/03/2017 Proof of Service ▼

Comment
overnight

07/18/2017 Motion: Protective Order ▼

Judicial Officer
Arand, Mary E

Hearing Time
9:00 AM

Cancel Reason
Vacated

Comment
by Defs (Ian Chen )

07/19/2017 Statement: Case Management Conference

07/19/2017 Proof of Service

07/20/2017 Motion: Protective Order ▼

Judicial Officer
Arand, Mary E

Hearing Time
9:00 AM

Result

Continued: Court's Motion

Comment

Motion for Protective Order regarding "Attorneys" eyes only provision precluding Def Marc L. Abramowitz from seeing confidential documets, Interrogs Responses and Deposition Testimony by Def Marc L. AbramowitzMarc L. Abramowitz Charitable Trust No.2 and KT4 Patners, LLC (Ian Chen) *continued from 06/13/17*

---

07/20/2017 Motion: Protective Order ▾

Judicial Officer

Arand, Mary E

Hearing Time

9:00 AM

Result

Continued: Court's Motion

Comment

Motion for Protective Order regarding highly confidential material and deposition testimony by Plt (Shira Liu) *cotinued from 06/13/17*

---

07/27/2017 Response/Reply ▾

Comment

in support ot demurrer to 2nd amended complaint (atty: Barry Simon) 8/3/17 D-9 @9

---

07/27/2017 Response/Reply ▾

Comment

in support of req for judicial ntc 8/3/17

---

07/27/2017 Proof of Service ▾

Comment

re: reply 8/3/17

---

07/27/2017 Minute Order

---

07/31/2017 Stipulation and Appointment of Official Reporter Pro Tempore ▾

Comment

Reporter Cambria Denlinger - signed by Judge Arand

---

08/02/2017 Notice ▾

Comment

Regarding Parties' Submissions of Proposed Protective Orders

---

08/02/2017 Proof of Service

---

08/03/2017 Review: Case Status ▾

Judicial Officer
Arand, Mary E

Hearing Time
10:00 AM

Cancel Reason
Vacated

Comment
Re: Status of Case Remanded from US Court.

08/03/2017 Hearing: Demurrer ▾

Judicial Officer
Arand, Mary E

Hearing Time
9:00 AM

Result
Held

Comment
to the Second Amended Complaint by Def M. Abramowitz (Ian Chen)

08/03/2017 Motion: Protective Order ▾

Judicial Officer
Arand, Mary E

Hearing Time
9:00 AM

Result
Held

Comment
Regarding Highly Confidential Material & Deposition Testimony by Plt (Shira Liu) *C/F 06/13/17 & 07-20-17*

08/03/2017 Motion: Protective Order ▾

Judicial Officer
Arand, Mary E

Hearing Time
9:00 AM

Result
Held

Comment
Re: "Attorneys" Eyes Only Provision Precluding Def Marc L. Abramowitz from Seeing Cconfidential Docs/Interrogs Responses & Deposition Testimony by Def Marc L. Abramowitz and KT4 Patners, LLC (Ian Chen) *C/F 6/13/17 & 07-20-17*

08/03/2017 Motion: Protective Order ▾

Judicial Officer
Arand, Mary E

Hearing Time
9:00 AM

Result
Vacated by Court

Comment
Mtn for protective order regarding "Attorneys" eyes only provision precluding Def Marc L. Abramowitz from seeing confidential documents, Interrogs Responses and Deposition Testimony by Def Marc L. Abramowitz Marc L. Abramowitz Charitable Trust No.2 and KT4 Partners, LLC (Ian Chen ) Ctd from 6-13 and 7-20-17

---

08/03/2017 Motion: Protective Order ▾

Judicial Officer
Arand, Mary E

Hearing Time
9:00 AM

Cancel Reason
Vacated

Comment
Motion for Protective Order regarding highly confidential material and deposition testimony by Plt (Shira Liu) *continued from 06/13 and 7/20/17

---

08/04/2017 Notice ▾

Comment
ntc. of [proposed] order governing the protection & exchange of confidential material.

---

08/04/2017 Proof of Service: Electronic ▾

Comment
served ntc. of [proposed] protective order

---

08/04/2017 Minute Order

---

08/07/2017 Notice ▾

Comment
Regarding plt's submission of proposed protective order.

---

08/07/2017 Proof of Service ▾

Comment
Ntc regarding plt's submission of proposed protective order.

---

08/09/2017 Notice ▾

Comment
Regarding Plaintiff's Submission of Amended Proosed Protective Order

---

08/09/2017 Proof of Service: Mail

08/18/2017 Notice: Entry of Order

08/18/2017 Proof of Service: Mail

09/07/2017 Answer: Amended Complaint ▼

Comment
to 2nd amended complaint. atty: Simon, Pitt and DiCanio

09/07/2017 Proof of Service: Electronic

09/08/2017 Order: Submitted Matter ▼

Judicial Officer               Comment
Arand, Mary E                  Re: Demurrer to 2nd amended compl.

10/30/2017 Statement: Case Management Conference

10/30/2017 Proof of Service ▼

Comment
case management statement

11/14/2017 Conference: Further Case Management ▼

Judicial Officer
Arand, Mary E

Hearing Time
10:00 AM

Result
Held

Comment
Set per 8-3-17 minute.

11/21/2017 Minute Order

11/21/2017 Minute Order

11/27/2017 Other

12/22/2017 Stipulation and Order: Ex Parte ▼

Comment
for order setting a briefing schedule on Def's mtn for protective order is GRANTED. Def's mtn for
protective order shall be filed by 12/22/17. Mtn is set for 2/13/18. (Jack P. Dilanis & John T. Zach) Signed
by Judge Zayner *see for further details

12/22/2017 Motion: Protective Order ▼

Comment
02/13/2018 9:00am, D-9. Atty. DiCanio.

12/22/2017 Memorandum: Points and Authorities

12/22/2017 Lodged Under Seal ▾

Comment
Defendant's Memo. of P.'s and A.'s in Support for their Motion for a Protective Order.

12/22/2017 Declaration ▾

Comment
of Stephen L. Wohlgemuth.

12/22/2017 Lodged Under Seal ▾

Comment
Exhibit A to the Declaration of Stephen L. Wohlgemuth.

12/22/2017 Notice ▾

Comment
of Lodging Documents Under Seal.

12/22/2017 Proof of Service

12/22/2017 Notice: Entry of Order ▾

Comment
Atty DiCanio

12/22/2017 Proof of Service

01/02/2018 Motion: Seal ▾

Comment
Ntc of mtn and mtn to seal. 03/13/2018 9:00am Dept. 9. Atty Zifkin

01/02/2018 Proof of Service ▾

Comment
Ntc of mtn and mtn to seal

01/12/2018 First Paper Filed - Fee ▾

Comment
Taken on Notice of Entry of Order

01/16/2018 Opposition/Objections ▾

Comment

*REDACTED* to defs' mtn for protective order (David Zifkin) hrg 2/13/18 9am D-9

---

01/16/2018 Lodged Under Seal ▾

Comment

opp to defs' mtn for protective order (David Zifkin) hrg 2/13/18 9am D-9

---

01/16/2018 Declaration: In Opposition ▾

Comment

*REDACTED* (of Ronald Feldman) to defs' mtn for protective order (David Zifkin) hrg 2/13/18 9am D-9

---

01/16/2018 Lodged Under Seal ▾

Comment

(of Ronald Feldman) dec in opp to defs' mtn for protective order (David Zifkin) hrg 2/13/18 9am D-9

---

01/16/2018 Declaration: In Opposition ▾

Comment

to defs' mtn for protective order (David Zifkin) hrg 2/13/18 9am D-9

---

01/16/2018 Proof of Service ▾

Comment

(David Zifkin) hrg 2/13/18 9am D-9

---

01/16/2018 Motion: Seal ▾

Comment

Ntc of mtn and mtn to seal. 03/20/2018 9:00am Dept 9. Atty Zifkin

---

01/16/2018 Motion: Seal ▾

Comment

******STRICKEN per order on 3/9/20108****Ntc of mtn and mtn. 03/20/2018 9:00am Dept. 9 Atty Zifkin

---

02/05/2018 Response/Reply ▾

Comment

***REDACTED VERSION*** Reply in support of motion for protective order, 2-13-18 9am D-9, by atty Casey.

---

02/05/2018 Opposition/Objections ▾

Comment

***REDACTED VERSION*** Opposition to motion to seal documents, 2-13-18 9am D-9, by atty Casey.

---

02/05/2018 Lodged Under Seal ▾

Comment
Reply in support of motion for protective order, 2-13-18 9am D-9, by atty Casey.

02/05/2018 Lodged Under Seal ▼

Comment
Opposition to motion to seal, 2-13-18 9am D-9, by atty Casey.

02/05/2018 Proof of Service ▼

Comment
Reply in support of motion for protective order, 2-13-18 9am D-9, by atty Casey.

02/13/2018 Stipulation and Appointment of Official Reporter Pro Tempore ▼

Comment
Cambria Denlinger (Judge Arand) hrg 2/13/18 9am D-9

02/13/2018 Reserved: Discovery ▼

Judicial Officer
Arand, Mary E

Hearing Time
9:00 AM

Cancel Reason
Vacated

Comment
mtn for protective ord by Plt (David Zifkin) ab 12-04-17 310-752-2400

02/13/2018 Motion: Protective Order ▼

Original Type
Motion: Protective Order

Judicial Officer
Arand, Mary E

Hearing Time
9:00 AM

Result
Held

Comment
by Defs Marc L. Abramowitz, Marc Abramowitz Charitable Trust No. 2 & KT4 Partners LLC (Jack P. DiCanio)
*OST

02/15/2018 Motion: Seal ▼

Comment
Motion to Seal; 4/03/18; 9 am; D9; Atty Zifkin

02/15/2018 Proof of Service: Electronic

02/16/2018 Minute Order

02/20/2018 Minute Order

02/23/2018 Opposition/Objections ▾

Comment
DEFENDANTS??? OPPOSITION TO PLAINTIFF???S MOTION TO SEAL

02/23/2018 Declaration: In Opposition ▾

Comment
DECLARATION OF WILLIAM J. CASEY IN SUPPORT OF DEFENDANTS??? OPPOSITON TO
PLAINTIFF???S MOTION TO SEAL

02/23/2018 Proof of Service ▾

Comment
Proof of Service

03/02/2018 Order ▾

Comment
Plt's Mtns to Seal are cont. from 3/13/18 & 3/20/18 to 4/3/18 9am D-9 on Court's own mtn. (Judge
Arand)

03/05/2018 Statement: Case Management Conference ▾

Comment
Joint Case Management Statement

03/05/2018 Proof of Service: Electronic ▾

Comment
Proof of Service

03/09/2018 Request: Action ▾

Comment
Duplicate Motion to Seal filed on 1/16/2018. Duplicate filing will be stricken, GRANTED by Judge Arand.

03/13/2018 Minute Order

03/13/2018 Minute Order

03/13/2018 Motion: Seal Records ▾

Judicial Officer
Pierce, Mark H

Hearing Time
9:00 AM

Result
Continued: Court's Motion

Comment
Portions of of Defs' Memorandum & Exhibit A to the Declaration of Stephen L. Wohlgemuth in Support of their Mtn for Protective Order by Plt Palantir Technologies Inc. (John Zach) *Cont. to 4/3/18 per D-9 Order - md 3/6/18*

---

03/14/2018 Stipulation ▾

Comment
****REJECTED***Stipulation and Appointment of Official Reporter Pro Tempore

---

03/20/2018 Conference: Further Case Management ▾

Original Type
Conference: Further Case Management

Judicial Officer
Arand, Mary E

Hearing Time
10:00 AM

Result
Held

Comment
Cont from 11-14-17.

---

03/20/2018 Motion: Seal Records ▾

Judicial Officer
Arand, Mary E

Hearing Time
9:00 AM

Cancel Reason
Vacated

Comment
Motion to Seal Portions of Pt's Memo of P's & A's in Opposition to Def's Motionfor Protective Order and Exhibit A to the Declaration of Ronen Feldman in its enitrety by Plt (Kaitlyn Murphy)

---

03/26/2018 Minute Order

---

03/26/2018 Response/Reply ▾

Comment
Reply

---

03/26/2018 Affidavit ▾

Comment
Attorney Declaration/Affidavit

---

03/26/2018 Proof of Service ▾

Comment
Proof of Service

---

04/03/2018 Stipulation and Appointment of Official Reporter Pro Tempore ▾

Comment
Katherine Chok (Judge Arand) hrg 4/3/18 D-9

---

04/03/2018 Motion: Seal Records ▾

Original Type
Motion: Seal Records

Judicial Officer
Arand, Mary E

Hearing Time
9:00 AM

Result
Held

Comment
Portions of Defs Marc L. Abramowitz, Marc Abramowitz Charitable Trust No. 2 & KT4 Partners LLC's Reply in support of their Mtn for Protective Order and Portions of Def Omnibus' Opposition to Plt's Mtn to Seal by Plt Palantir Technologies Inc. (Shira Liu)

---

04/03/2018 Motion: Seal Records ▾

Original Type
Motion: Seal Records

Judicial Officer
Arand, Mary E

Hearing Time
9:00 AM

Result
Held

Comment
Portions of Plt's Memo in Opp to Def's Mtn for Protective Order and Exhibit A to the Declaration of Ronen Feldman by Plt Palantir Technologies, Inc. (Kaitlyn Murphy) *C/F 3/20/18 Per D-9 Order*

---

04/03/2018 Motion: Seal Records ▾

Original Type
Motion: Seal Records

Judicial Officer
Arand, Mary E

Hearing Time
9:00 AM

Result
Held

Comment
Portions of of Defs' Memorandum & Exhibit A to the Declaration of Stephen L. Wohlgemuth in Support of their Mtn for Protective Order by Plt Palantir Technologies Inc. (John Zach) *C/F 3/13/18 per D-9 Order*

---

04/04/2018 Minute Order

---

04/04/2018 Minute Order

---

04/04/2018 Minute Order

---

04/06/2018 Minute Order

---

04/06/2018 Review: Case Status ▼

Judicial Officer
Arand, Mary E

Hearing Time
10:00 AM

Result
Held

Comment
Re: Informal Discover Conference. Set from 3-20-18 minute.

---

04/13/2018 Declaration ▼

Comment
Declaration of David Zifkin in Support of Plaintiff's Motions to Seal

---

04/13/2018 Proof of Service: Electronic ▼

Comment
Proof of Service

---

04/26/2018 Declaration ▼

Comment
Declaration of William J. Casey with Exhibits

---

04/26/2018 Memorandum: Points and Authorities ▼

Comment
Memorandum of Points & Authorities

---

04/26/2018 Notice ▼

Comment
Notice of Lodging Documents Under Seal

04/26/2018 Proof of Service ▼

Comment
Proof of Service

04/26/2018 Motion: Protective Order ▼

Comment
5/18/2018 @ 9AM, D9. Atty Ruby

04/26/2018 Lodged Under Seal ▼

Comment
Defendants' Memorandum of Points and Authorities in Support of Their Motion for A Protective Order

04/26/2018 Lodged Under Seal ▼

Comment
Exhibit C to Declaration of William J. Casey

04/26/2018 Lodged Under Seal ▼

Comment
Exhibit B to Declaration of William J. Casey

05/07/2018 Statement: Case Management Conference ▼

Comment
Joint Case Management Statement

05/07/2018 Proof of Service: Electronic

05/07/2018 Opposition/Objections ▼

Comment
Plaintiff's Opposition to Defendants' Motion for a Protective Order

05/07/2018 Declaration ▼

Comment
Declaration of Kaitlyn M. Murphy In Support Of Plaintiff's Opposition to Defendants' Motion for a
Protective Order

05/07/2018 Motion: Seal ▼

Comment
Plaintiff's Notice of Motion and Motion to Seal; Memorandum of Points and Authorities In Support
Thereof; Declaration of David Zifkin; and Exhibits. Atty: David Boies. HD: 07/12/2018, 9am, D9

05/07/2018 Declaration: In Support ▾

Comment

Declaration of Akash Jain In Support Of Plaintiff's Motion to Seal

05/11/2018 Response/Reply ▾

Comment

Defendants' Reply in Support of Their Motion for a Protective Order

05/11/2018 Declaration ▾

Comment

Declaration of William J. Casey in Support of Reply to Motion for a Protective Order

05/11/2018 Notice ▾

Comment

Notice of Lodging

05/11/2018 Proof of Service ▾

Comment

Proof of Service

05/14/2018 Lodged Under Seal ▾

Comment

Defendant's Reply in Support of their Motion for a Protective Order

05/14/2018 Lodged Under Seal ▾

Comment

Exhibit E to the Declaration of William J. Casey in Support of Defendants' Reply Brief

05/14/2018 Lodged Under Seal ▾

Comment

Exhibit F to the Declaration of William J. Casey in Support of Defendants' Reply Brief

05/14/2018 Lodged Under Seal ▾

Comment

Exhibit H to the Declaration of William J. Casey in Support of Defendants' Reply Brief

05/17/2018 Stipulation ▾

Comment

Stipulation for Appointment of Official Reporter Pro Tempore/Proposed Order

05/18/2018 Minute Order

05/18/2018 Stipulation and Appointment of Official Reporter Pro Tempore ▾

Comment
Katherine Chok (Judge Arand) hrg 5/18/18 D-9

05/18/2018 Motion: Protective Order ▾

Judicial Officer
Arand, Mary E

Hearing Time
10:00 AM

Result
Held

Comment
Motion for Protective Order by Defs Mark Abramowitz, et al (Jack DiCanio)

05/21/2018 Motion: Seal ▾

Comment
Plaintiff's Notice of Motion and Motion to Seal; 7/17/18; 9 AM; D9; Atty Zifkin

05/21/2018 Declaration: In Support ▾

Comment
of Akash Jain

05/22/2018 Minute Order

05/22/2018 Conference: Further Case Management ▾

Original Type
Conference: Further Case Management

Judicial Officer
Arand, Mary E

Hearing Time
10:00 AM

Result
Held

Comment
2nd cont

06/01/2018 Notice ▾

Comment
Notice of Lodging Under Seal

06/01/2018 Proof of Service

06/04/2018 Lodged Under Seal ▾

Comment
[Proposed] Order Continuing the Stay of Discovery.

06/04/2018 Clerk Rejection Letter ▾

Comment
RE: "Letter RE: Palantir's Trade Secret Disclosure". Document uploaded via E-File, does not match document being lodged under seal over the counter

06/05/2018 Other ▾

Comment
Letter Re: Palantir's Trade Secret Disclosure

06/05/2018 Lodged Under Seal ▾

Comment
Letter RE: Plantir's Trade Secret Disclosure

06/11/2018 Document: Other ▾

Comment
Letter RE: Palantir's trade secret disclosure

06/15/2018 Hearing: Other ▾

Judicial Officer
Arand, Mary E

Hearing Time
2:00 PM

Result
Held

Comment
Phone Conference Special Set per 5/18/18 M/O

06/18/2018 Minute Order

07/12/2018 Minute Order

07/12/2018 Motion: Seal Records ▾

Original Type
Motion: Seal Records

Judicial Officer
Arand, Mary E

Hearing Time
9:00 AM

Result
Held

Comment
Portions of Def Mark Abramowitz's Memo & Exhibits B-C to the Declaration of William Casey filed in Support of Def's Mtn for Protective Order by Plt Palantir Technologies Inc. (David Zifkin)

07/17/2018 Minute Order

07/17/2018 Motion: Seal Records ▾

Original Type
Motion: Seal Records

Judicial Officer
Arand, Mary E

Hearing Time
9:00 AM

Result
Held

Comment
Portions of Def Mark Abramowitz's Reply & Exhibits E-F in Support of Def's Mtn for Protective Order by Plt Palantir Technologies Inc. (David Zifkin)

08/20/2018 Statement: Case Management Conference ▾

Comment
Joint Case Management Statement

09/04/2018 Filed Under Seal ▾

Comment
Def's Reply in Support of Their Motion for a Protective Order and Def's Opposition to Plt's Motion to Seal.

09/04/2018 Filed Under Seal ▾

Comment
Def's Memo of P's & A's in Support of Their Motion for a Protective Order and Exhibit A to the Declaration of Stephen L. Wohlgemuth.

09/04/2018 Filed Under Seal ▾

Comment
Plt's Opposition to Def's Motion for a Protective Order; Declaration of Ronen Feldman in Support of Plt's Opposition to Def's Motion for a Protective Order; Plt's Opposition to Def's Motion for a Protective Order; and Declaration of Ronen Feldman in Support of Plt's Opposition to Def's Motion for a Protective Order.

09/04/2018 Minute Order

09/04/2018 Notice: Entry of Order ▾

  Comment
  Notice: Entry of Order

09/04/2018 Order ▾

  Comment
  Plt's Mtn to Seal is GRANTED. (Judge Arand) hrg 4/3/18 9am D-9 *see for details **ncp/nsase/not e-filed

09/04/2018 Order ▾

  Comment
  Defs' Mtn for a Protective Order Continuing the Stay of Discovery is GRANTED. (Judge Arand) hrg 5/18/18 9am D-9 *see for details **e-served

09/04/2018 Conference: Further Case Management ▾

Original Type
Conference: Further Case Management

Judicial Officer
Arand, Mary E

Hearing Time
10:00 AM

Result
Held

Comment
3rd cont

10/31/2018 Ex Parte Application - Notice Required ▾

  Comment
  Application for setting a briefing schedule on def's motion for an anti-suit injunction, by atty Melius.

10/31/2018 Proof of Service ▾

  Comment
  Application for setting a briefing schedule on def's motion for an anti-suit injunction, by atty Melius.

10/31/2018 Ex Parte Application - Notice Required ▾

  Comment
  Application to file memorandum in support of def's motion for an anti-suit injunction in excess of 15 pages, by atty Melius.

10/31/2018 Proof of Service ▾

Comment
Application to file memorandum in support of def's motion for an anti-suit injunction in excess of 15 pages, by atty Melius.

10/31/2018 Order: Ex Parte ▾

Comment
Application and stipulation for setting a briefing schedule on def's motion for an anti-suit injunction is GRANTED; The Motion shall be filed by 11-05-18; The Opposition shall be filed by 12-12-18; and the Reply is due by 01-08-19, signed Judge Arand.

10/31/2018 Order: Ex Parte ▾

Comment
Application to file memorandum in support of def's motion for an anti-suit injunction in excess of 15 pages is GRANTED, signed Judge Arand.

11/02/2018 Notice: Entry of Order ▾

Comment
Notice of Entry of order

11/02/2018 Proof of Service ▾

Comment
Proof of Service

11/02/2018 Notice: Entry of Order ▾

Comment
Notice of Entry of Order

11/02/2018 Proof of Service ▾

Comment
Proof of Service

11/05/2018 Motion: Other ▾

Comment
Notice of Motion & Motion for an Anti-Suit Injunction. 1/15/19 @ 9AM, D9. Atty DiCanio

11/05/2018 Memorandum: Points and Authorities ▾

Comment
***REDACTED*** Memo of P's & A's ISO Motion for Anti-Suit Injunction

11/05/2018 Declaration: In Support ▾

Comment
of Stephen L. Wohlgemuth ISO Motion for an Anti-Suit Injunction

11/05/2018 Exhibit List (Party) ▾

Comment
***REDACTED*** Exhibits A-Q ISO Dec. of Stephen L. Wohlgemuth ISO Motion for Anti-Suit Injunction

11/05/2018 Order: Proposed ▾

Comment
***PENDING***

11/05/2018 Notice ▾

Comment
of Lodging Documents Under Seal

11/05/2018 Memorandum: Points and Authorities ▾

Comment
***CONDITIONALLY UNDER SEAL*** Memo of P's & A's ISO Motion for Anti-Suit Injunction

11/05/2018 Exhibit List (Party) ▾

Comment
***CONDITIONALLY UNDER SEAL*** Exhibits N, O, P to the Dec. of Stephen L. Wohlgemuth ISO MPA
ISO Anti-Suit Injunction

11/05/2018 Proof of Service: Mail

11/15/2018 Motion: Seal ▾

Comment
Notice of Motion & Motion to Seal. 2/14/19 @ 9AM, D9. Atty Zifkin

11/15/2018 Declaration ▾

Comment
of Kaitlyn Murphy ISO Motion to Seal

11/15/2018 Order: Proposed ▾

Comment
***PENDING***

12/12/2018 Memorandum: Points and Authorities ▾

Comment
in Opposition to Anti-Suit Injunction

12/12/2018 Declaration

12/12/2018 Declaration

12/12/2018 Order: Proposed ▼

Comment
Proposed Order

12/18/2018 Motion: Other ▼

Comment
Motion for an Informal Discovery Conference; 3/26/19; 9 am; D9; Atty Zifkin

12/18/2018 Order: Proposed ▼

Comment
***PENDING***

12/19/2018 Response/Reply ▼

Comment
HRG 3/26/2019 Defendants' Response To Palantir's Motion For An Informal Discovery Conference;
Declaration Of Stephen L. Wohlgemuth; Proof Of Service

12/31/2018 Statement: Case Management Conference ▼

Comment
Joint Case Management Statement

01/08/2019 Notice of Hearing (no fee) ▼

Comment
Plaintiff's Amended Notice of Motion and Unopposed Motion to Seal

01/08/2019 Order: Proposed ▼

Comment
Proposed Order Granting Plaintiff's Amended Motion to Seal

01/08/2019 Response/Reply ▼

Comment
Reply in Support of Their Motion for an Anti-Suit Injunction - PUBLIC VERSION

01/08/2019 Declaration: In Support ▼

Comment
of Stephen L. Wohlgemuth In Support of Defendants' Reply in Support of Their Motion for an Anti-Suit
Injunction

01/08/2019 Notice ▼

Comment
of Lodging Under Seal

01/08/2019 Lodged Under Seal ▾

Comment
HRG 1/15/19 Lodged Under Seal (Unredacted) Reply in Support of Their Motion for an Anti-Suit
Injunction

01/08/2019 Proof of Service: Electronic

01/14/2019 Opposition/Objections ▾

Comment
HRG 2/14/19 Defendants??? Opposition to Plaintiff???s Amended Motion to Seal

01/14/2019 Declaration ▾

Comment
HRG 2/14/19 Declaration of Stephen L. Wohlgemuth in support of Defendants??? Opposition to
Plaintiff???s Amended Motion to Seal

01/14/2019 Proof of Service ▾

Comment
HRG 2/14/19 Proof of Service

01/15/2019 Conference: Further Case Management ▾

Judicial Officer
Arand, Mary E

Hearing Time
10:00 AM

Result
Held

01/15/2019 Hearing: Other ▾

Judicial Officer
Arand, Mary E

Hearing Time
9:00 AM

Result
Held

Comment
Motion for an Anti-Suit Injunction by Defendants Marc L. Abramowitz, Marc Abramowitz Charitable Trust No.
2, and KT4 Partners LLC (Bill Casey)

01/16/2019 Minute Order

01/16/2019 Minute Order

01/18/2019 Minute Order

01/18/2019 Minute Order

01/28/2019 Stipulation and Appointment of Official Reporter Pro Tempore ▼

Comment
DENIED as unnecessary by Judge Arand

01/31/2019 Notice ▼

Comment
HRG 2-5-19 Request for Appointment of Official Reporter Pro Tempore

02/05/2019 Minute Order

02/05/2019 Minute Order

02/05/2019 Stipulation and Appointment of Official Reporter Pro Tempore ▼

Comment
re: reporter Cambria Denlinger for 2-5-19 hearing - GRANTED by Judge Williams

02/05/2019 Hearing: OSC TRO/Preliminary Injunction ▼

Judicial Officer
Williams, Helen E

Hearing Time
9:00 AM

Result
Held

Comment
Anti-Suit Injunction.

02/06/2019 Response/Reply ▼

Comment
Plaintiff's Reply in Support of Amended Motion to Seal

02/06/2019 Proof of Service ▼

Comment
Proof of Service

02/07/2019 Stipulation and Appointment of Official Reporter Pro Tempore ▼

Comment
Request for Appointment of Official Reporter Pro Tempore WFP J1LM SUB 2/21/19

02/13/2019 Stipulation and Order ▼

Comment
***PENDING*** WFP J1 CAL 3/11/19

02/13/2019 Proof of Service: Personal ▼

Comment
Proof of Service

02/13/2019 Notice ▼

Comment
Letter re Oral Argument on Defendants??? Motion for an Anti-Suit Injunction

02/13/2019 Proof of Service ▼

Comment
Proof of Service

02/14/2019 Hearing: Other ▼

Judicial Officer
Arand, Mary E

Hearing Time
9:00 AM

Cancel Reason
Vacated

Comment
Motion to Seal by Plaintiff Palantir Technologies Inc. (David Zifkin)

02/15/2019 Response/Reply ▼

Comment
Plaintiff's Reply to Defendants' Letter Re: Oral Argument on Defendants' Motion for an Anti-Suit Injunction

02/15/2019 Declaration ▼

Comment
Supplemental Declaration of Wolrad Prinz Zu Waldeck Und Pyrmont

02/15/2019 Proof of Service ▼

Comment
Proof of Service

02/22/2019 Minute Order

02/22/2019 Hearing: Discovery ▼

Judicial Officer
Arand, Mary E

Hearing Time
10:00 AM

Result
Held

Comment
Informal Discovery Conference *Set per 1/15/19 MO*

02/28/2019 Exhibit List (Party) ▼

Comment
Exhibits N, O, and P to the Declaration of Stephen L. Wohlgemuth in Support of Defendants???
Memorandum of Points and Authorities in Support of Their Motion for an Anti-Suit Injunction

02/28/2019 Proof of Service ▼

Comment
Proof of Service

03/04/2019 Stipulation and Order ▼

Comment
[Proposed] *PENDING SIGNATURE*

03/12/2019 Clerk Rejection Letter ▼

Comment
env #02564478- stip/order to strike- $20.00 filing fee is required to file this document. LQM

03/12/2019 Stipulation and Order ▼

Comment
***PENDING***

03/12/2019 Proof of Service: Electronic

03/21/2019 Notice ▼

Comment
RE: Lodging Documents Under Seal

03/21/2019 Motion: Protective Order ▼

Comment
Atty, DiCanio 4/26/2019, 10AM, D9

---

03/21/2019 Memorandum: Points and Authorities ▾

Comment
***REDACTED***Memo P's & A's ISO Motion for Protective Order

---

03/21/2019 Memorandum: Points and Authorities ▾

Comment
***CONDITIONALLY UNDER SEAL***Memo of P's & A's ISO Motion for Protective Order

---

03/21/2019 Declaration: In Support ▾

Comment
RE: Niels J. Melius

---

03/21/2019 Exhibit List (Party) ▾

Comment
***REDACTED***Exhibits A-K to the Declaration of Niels J. Melius ISO Memo of P's & A's ISO Motion for Protective Order

---

03/21/2019 Exhibit List (Party) ▾

Comment
***CONDITIONALLY UNDER SEAL***Exhibits D, E, F, and K to the Declaration of Niels J. Melius ISO Memo of P's & A's ISO Motion for Protective Order

---

03/21/2019 Order: Proposed ▾

Comment
***PENDING***

---

03/21/2019 Proof of Service: Electronic

---

03/26/2019 Hearing: Other ▾

Judicial Officer
Arand, Mary E

Hearing Time
9:00 AM

Cancel Reason
Vacated

Comment
Motion for Informal Discovery Conference by Plaintiff Palantir Technologies, Inc. (Atty John T. Zach)

---

04/02/2019 Motion: Seal ▾

Comment
Portions of the Motion for Protective Order, Atty Zifkin, 6/4/19, 9AM, D9

04/02/2019 Declaration: In Support ▾

Comment
Hrg 06/04/19 - 0F AKASH JAIN IN SUPPORT OF PLAINTIFF'S MOTION TO SEAL

04/02/2019 Order: Proposed ▾

Comment
***PENDING***

04/02/2019 Proof of Service: Electronic ▾

Comment
re 06/04/19 hrg

04/09/2019 Motion: Seal ▾

Comment
Portions of the Opposition to the Mtn for Protective Order - 06/04/19 9AM D. 9 atty Zach

04/09/2019 Declaration: In Support ▾

Comment
Hrg 06/04/19 - of Akash Jain in Support of Mtn to Seal

04/09/2019 Order: Proposed ▾

Comment
***pending***[Proposed] Order Granting Plaintiff's Motion to Seal q to LM1 04/16/19

04/09/2019 Memorandum: Points and Authorities ▾

Comment
in Opposition of Defendants' Motion for a Protective Order - PUBLIC

04/09/2019 Memorandum: Points and Authorities ▾

Comment
IN OPPOSITION OF DEFENDANTS' MOTION FOR A PROTECTIVE ORDER - UNDER SEAL

04/09/2019 Declaration: In Support ▾

Comment
Hrg 04/26/19 - OF JOHN T. ZACH

04/09/2019 Order: Proposed ▾

Comment
***pending***[PROPOSED] ORDER DENYING DEFENDANTS' MOTION FOR A PROTECTIVE ORDER
q to LM1 04/16/19

04/09/2019 Proof of Service: Electronic ▼

Comment
re 06/04/19 hrg

04/17/2019 Notice ▼

Comment
HRG 04-26-19 Notice of Lodging Under Seal

04/17/2019 Lodged Under Seal ▼

Comment
HRG 04-26-19 SEALED VERSION Defendants' Reply Brief in Support of Their Motion for a Protective
Order

04/17/2019 Response/Reply ▼

Comment
HRG 04-26-19 REDACTED Defendants' Reply Brief in Support of Their Motion for a Protective Order

04/17/2019 Proof of Service ▼

Comment
HRG 04-26-19 Proof of Service

04/26/2019 Minute Order

04/26/2019 Minute Order

04/26/2019 Request ▼

Comment
HRG 4/26/19 for Appointment of Official Reporter Pro Tempore- Signed by Judge Arand

04/26/2019 Hearing: Discovery ▼

Judicial Officer
Arand, Mary E

Hearing Time
10:00 AM

Result
Held

Comment
Motion for Trade Secret Protective Order by Defendant *Set per 2/22/19 MO*

04/29/2019 Motion: Seal ▾

Comment
06/04/19 9AM D. 9 atty Zach; Portions of Defs' Reply In Support of Their Motion for a Protective Order

04/29/2019 Order: Proposed ▾

Comment
***pending*** [Proposed] Order Granting Plaintiff's Motion to Seal

04/29/2019 Proof of Service: Electronic ▾

Comment
re 06/04/19 hrg

05/03/2019 Order: Submitted Matter ▾

Judicial Officer
Williams, Helen E

Comment
Vacating Submission, and Providing for Resubmission as of 2-15-19. Signed by Judge Williams.

05/07/2019 Order: Proposed

05/07/2019 Proof of Service: Electronic

05/08/2019 Order: Submitted Matter ▾

Judicial Officer          Comment
Arand, Mary E             RE: Defendants' Motion for a Protective Order- DENIED by Judge Arand

05/08/2019 Order ▾

Comment
Protective Order Governing the Protection and Exchange of Confidential Material- Signed by Judge
Arand

05/20/2019 Statement: Case Management Conference ▾

Comment
Case Management Statement

05/20/2019 Motion: Seal ▾

Comment
Second Amended Trade Secret Disclosure - 07/25/19 9AM D. 9 atty Zifkin

05/20/2019 Notice ▾

Comment
Notice of Filing Palantir's Second Amended Trade Secret Disclsoure Pursuant to Code Civ. Proc. 2019.210

05/20/2019 Statement ▾

Comment
Plaintiff's Second Amended Trade Secret Disclosure Pursuant to Code Civ. Proc. 2019.210

05/20/2019 Statement ▾

Comment
Plaintiff's Second Amended Trade Secret Disclosure Pursuant to Code Civ. Proc. 2019.210

05/20/2019 Order: Proposed ▾

Comment
***pending*** [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SEAL

05/20/2019 Proof of Service: Electronic ▾

Comment
RE 07/25/19 HRG

05/20/2019 Proof of Service: Electronic

05/21/2019 Order: Submitted Matter ▾

Judicial Officer
Williams, Helen E

Comment
re: Order Denying Defendants' Motion for an Anti-Suit Injunction

06/03/2019 Notice of Appeal - Court of Appeal ▾

Comment
5/21/19

06/03/2019 Proof of Service: Electronic

06/04/2019 Conference: Further Case Management ▾

Judicial Officer
Arand, Mary E

Hearing Time
10:00 AM

Result
Held

06/04/2019 Motion: Seal Records ▾

Original Type
Motion: Seal Records

Judicial Officer
Arand, Mary E

Hearing Time
9:00 AM

Result
Held

Comment
Opposition to Motion for Protective Order by Plaintiff Palantir Technologies (John Zach)

06/04/2019 Motion: Seal Records ▼

Original Type
Motion: Seal Records

Judicial Officer
Arand, Mary E

Hearing Time
9:00 AM

Result
Held

Comment
Portions of Mtn for Protective Order by Plaintiff Palantir Technologies, Inc. (David Zifkin)

06/04/2019 Motion: Seal Records ▼

Original Type
Motion: Seal Records

Judicial Officer
Arand, Mary E

Hearing Time
9:00 AM

Result
Held

Comment
Defendant's Reply in Support of Mtn for Protective Order by Plaintiff Palantir Technologies, Inc. (John Zach)

06/05/2019 Minute Order

06/05/2019 Minute Order

06/05/2019 Minute Order

06/05/2019 Minute Order

06/07/2019 Notice: Association/Co-Counsel

06/07/2019 Proof of Service

06/10/2019 Appeal: Clerk's Notice of Appeal

06/13/2019 Designation: Appellant

06/13/2019 Proof of Service: Electronic

06/20/2019 Notice ▾

Comment
of Filing of Amended Proposed Orders Granting Palantir's Motions to Seal Materials Relating to
Defendants' Motion for a Protective Order

06/27/2019 Motion: Leave ▾

Comment
09/24/19 9AM D. 9 atty Hueston - TO FILE THIRD AMENDED COMPLAINT

06/27/2019 Declaration: In Support ▾

Comment
Hrg 09/24/19 - of Yegor Fursevich in Support of Motion for Leave

07/01/2019 Appeal: Appellant's Default Notice ▾

Comment
H047003

07/09/2019 Deposit: Clerk's Transcript ▾

Comment
H047003 - $100 deposited by check

07/09/2019 Deposit: Reporter's Transcript ▾

Comment
$80 paid for half day , plus $50 deposited for fee ; both by check

07/18/2019 Appeal: Clerk's Certificate of Compliance ▾

Comment
H047003

07/18/2019 Appeal: Notice to Court Reporter ▾

Comment
H047003

07/25/2019 Minute Order

07/25/2019 Motion: Seal Records ▾

Judicial Officer
Arand, Mary E

Hearing Time
9:00 AM

Result
Held

Comment
RE Final Disclosure by Plaintiff Palantir Tech (David Zifkin)

07/26/2019 Motion: Compel ▾

Comment
10/31/19 9AM D. 9 atty Hueston NOTICE OF MOTION AND MOTION TO COMPEL FURTHER
RESPONSES TO DISCOVERY REQUESTS

07/26/2019 Separate Statement ▾

Comment
SEPARATE STATEMENT IN SUPPORT OF PLAINTIFF PALANTIR TECHNOLOGIES INC. S MOTION
TO COMPEL FURTHER RESPONSES TO FORM INTERROGATORIES FROM DEFENDANTS MARC
L. ABRAMOWITZ AND KT4 PARTNERS, LLC

07/26/2019 Separate Statement ▾

Comment
SEPARATE STATEMENT IN SUPPORT OF PLAINTIFF PALANTIR TECHNOLOGIES INC. S MOTION
TO COMPEL FURTHER RESPONSES TO SECOND SETS OF SPECIAL INTERROGATORIES FROM
DEFENDANTS MARC L. ABRAMOWITZ AND KT4 PARTNERS, LLC

07/26/2019 Separate Statement ▾

Comment
IN SUPPORT OF MOTION TO COMPEL FURTHER RESPONSES TO SECOND SETS OF REQUESTS
FOR PRODUCTION OF DOCUMENTS FROM DEFENDANTS MARC L. ABRAMOWITZ AND KT4
PARTNERS, LLC

07/26/2019 Declaration: In Support ▾

Comment
DECLARATION OF YAHOR FURSEVICH

07/26/2019 Declaration: In Support ▾

Comment
DECLARATION OF JOHN T. ZACH

07/26/2019 Appendix ▾

Comment

APPENDIX OF EXHIBITS TO THE DECLARATION OF YAHOR FURSEVICH IN SUPPORT OF PLAINTIFF PALANTIR TECHNOLOGIES INC.'S MOTION TO COMPEL FURTHER RESPONSES TO DISCOVERY REQUESTS

07/30/2019 Ex Parte Application - Notice Required ▾

Comment

fo ran Order to advanced Hearing on Motion to Compel by Plt (Yahor Fursevich)

07/30/2019 Declaration ▾

Comment

of Yahor Fursevich in support of Plt's Ex Parte application

07/30/2019 Ex Parte Application - Notice Required ▾

Comment

for an Order to Seal Exhibits to the Decl of Yegor Fursevich)

07/30/2019 Declaration

07/30/2019 Opposition/Objections ▾

Comment

to Plt's Ex Parte Application for an order to advanced hearing date on Motion to Compel by Def (Allen Ruby)

07/30/2019 Proof of Service: Electronic

07/30/2019 Opposition/Objections ▾

Comment

to Plt's Ex Parte Application for an Order to Seal Exhibit to the Decl of Yegor Fursevich in support of Motion for Leave to file third amended complaint by Def (Allen Ruby)

07/30/2019 Proof of Service: Electronic

07/30/2019 Order: Ex Parte ▾

Comment

Denying Plt's Ex Parte application to advance Motion to Compel by Judge Arand

07/30/2019 Order: Ex Parte ▾

Comment

Denying Plt's Ex Parrte application for an Order to Seal Exhibit by Judge Arand

08/06/2019 Notice ▾

Comment
NOTICE OF FILING AMENDED PROPOSED ORDERS GRANTING PALANTIR TECHNOLOGIES INC.
S MOTIONS TO SEAL

08/06/2019 Order: Proposed ▾

Comment
Amended **PENDING**

08/06/2019 Order: Proposed ▾

Comment
Amended **PENDING**

08/06/2019 Order: Proposed ▾

Comment
Amended **PENDING**

08/06/2019 Order: Proposed ▾

Comment
Amended **PENDING**

08/07/2019 Ex Parte Application ▾

Comment
to Advance Hearing Date on Palantir's Motion to Seal Appendix of Exhibits to the Declaration of Yegor
Fursevich Filed in Support of Palantir's Motion for Leave to File a Third Amended Complaint (Yahor
Fursevich)

08/07/2019 Declaration: In Support ▾

Comment
of Yahor Fursevich (Yahor Fursevich)

08/07/2019 Opposition/Objections ▾

Comment
to Plaintiff's Ex Parte Application to Advance the Hearing Date on Its Motion to Seal Appendix of Exhibits
to the Declaration of Yegor Fursevich Filed in Support of Palantir's Motion for LEave to File a Third
Amended Complaint (Jack P. Dicanio)

08/07/2019 Proof of Service: Electronic

08/07/2019 Order: Ex Parte ▾

Comment
Granting Application to Adavance Hearing Date on Palantir's Motion to Seal Appendix of Exhibits to the
Declaration of Yegor Fursevich Filed in SUpport of Palantir's Motion for Leave to File a Third Amended
Complaint- Signed by Judge Arand

08/07/2019 Notice ▼

Comment
of Hearing: Informal Discovery Conference- Signed by Judge Arand

08/08/2019 Notice ▼

Comment
NOTICE OF FILING PROPOSED ORDER GRANTING PLAINTIFF PALANTIR TECHNOLOGIES INC. S
MOTION TO SEAL APPENDIX OF EXHIBITS TO THE DECLARATION OF YEGOR FURSEVICH FILED
IN SUPPORT OF PALANTIR S MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT

08/09/2019 Notice ▼

Comment
Notice of withdrawal of attorney of record David L. Zifkin, Boies Schiller Flexner LLP

08/09/2019 Proof of Service ▼

Comment
Notice of Withdrawl of Attorney of Record

08/12/2019 Clerk Rejection Letter ▼

Comment
env #03222379- mtn to seal- this hearing date has been vacated.

08/15/2019 Motion: Seal ▼

Comment
RE: MOTION TO SEAL APPENDIX OF EXHIBITS // Atty Hueston, 9-12-19, 9AM, D9

08/15/2019 Declaration: In Support ▼

Comment
Hrg 09/12/19 - OF YAHOR FURSEVICH IN SUPPORT OF MTN TO SEAL

08/29/2019 Opposition/Objections ▼

Comment
Hrg 09/12/19 - to Motion to Seal Appendix of Exhibits

08/29/2019 Proof of Service ▼

Comment
re 09/12/19 Oppositioin

08/30/2019 Brief ▼

Comment
DEFENDANTS' INFORMAL DISCOVERY CONFERENCE BRIEF

08/30/2019 Proof of Service: Electronic

08/30/2019 Statement ▼

Comment
PLAINTIFF PALANTIR TECHNOLOGIES INC.'S INFORMAL DISCOVERY CONFERENCE
STATEMENT

09/05/2019 Response/Reply ▼

Comment
in Support of Motion to Seal Appendix of Exhibits to The Declaratoin of Yegor Fursevich Filed in Support
of Palantir's Motion for Leave to File a Third Amended Complaint

09/06/2019 Minute Order

09/06/2019 Hearing: Discovery ▼

Judicial Officer
Arand, Mary E

Hearing Time
10:30 AM

Result
Held

Comment
Informal Discovery Conference *Set per Notice of Hearing 8/07/19*

09/11/2019 Memorandum: Points and Authorities ▼

Comment
Defendants' Memorandum of Points & Authorities in Opposition to Plaintiff Palantir Technologies Inc.'s
Motion for Leave to File Third Amended Complaint

09/11/2019 Declaration ▼

Comment
Declaration of Stephen L. Wohlgemuth in Support of Defendants' Memorandum of Points and Authorities
in Opposition to Plaintiff Palantir Technologies Inc.'s Motion for Leave to File Third Amended Complaint

09/11/2019 Exhibit List (Party) ▼

Comment
Exhibits A - D to the Declaration of Stephen L. Wohlgemuth in Support of Defendants' Memorandum of
Points and Authorities in Opposition to Plaintiff Palantir Technologies Inc.'s Motion for Leave to File Third
Amended Complaint

09/11/2019 Proof of Service ▼

Comment
Proof of Service

09/12/2019 Minute Order

09/12/2019 Request ▼

Comment
HRG 9/12/19 for Appointment of Official Reporter Pro Tempore- Signed by Judge Arand

09/12/2019 Motion: Seal Records ▼

Judicial Officer
Arand, Mary E

Hearing Time
9:00 AM

Result
Held

Comment
Appendix of Exhibits to the Declaration of Yegor Fursevich by Plaintiff Palantir Technologies, Inc. *Set per 8/07/19 Ex Parte Order*

09/13/2019 Appeal: Notice of Completion ▼

Comment
H047003

09/13/2019 Appeal: Receipt for Record ▼

Comment
H047003

09/16/2019 Statement: Case Management Conference ▼

Comment
Joint Case Management Statement

09/17/2019 Appeal: Receipt for Record ▼

Comment
from DCA (H047003)

09/17/2019 Response/Reply ▼

Comment
Hrg. 9/24/19; PLAINTIFF PALANTIR TECHNOLOGIES INC. S REPLY IN SUPPORT OF ITS MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT

09/17/2019 Notice ▼

Comment
Notice of Withdrawal

09/17/2019 Proof of Service ▾

Comment
Proof of Service

09/19/2019 Notice ▾

Comment
OF FILING OF PROPOSED ORDER

09/20/2019 Request ▾

Comment
HRG 9/24/19 for Appointment of Official Reporter Pro Tempore- Signed by Judge Arand

09/23/2019 Appeal: Receipt for Record ▾

Comment
from Jack P. DiCanio (H047003)

09/24/2019 Minute Order

09/24/2019 Request ▾

Comment
HRG 9/24/19 for Appointment of Official Reporter Pro Tempore- Signed by Judge Arand

09/24/2019 Motion: Leave to File ▾

Judicial Officer
Arand, Mary E

Hearing Time
9:00 AM

Result
Held

Comment
Third Amended Complaint by Plaintiff Palantir Technologies, Inc. (John Hueston)

09/30/2019 Separate Statement ▾

Comment
Amended Separate Statement in Support of Plaintiff Palantir Technologies Inc.'s Motion to Compel
Further Responses to Second Sets of Requests for Production of Documents From Defendants Marc L.
Abramowitz and KT4 Partners, LLC

09/30/2019 Separate Statement ▾

Comment
Amended Separate Statement in Support of Plaintiff Palantir Technologies Inc.'s Motion to Compel
Further Responses to Form Interrogatories From Defendants Marc L. Abramowitz and KT4 Partners,

LLC

---

**09/30/2019 Separate Statement** ▾

Comment
Amended Separate Statement in Support of Plaintiff Palantir Technologies Inc.'s Motion to Compel
Further Responses to Second Sets of Special Interrogatories From Defendants Marc L. Abramowitz and
KT4 Partners, LLC

---

**09/30/2019 Notice** ▾

Comment
OF FILING OF PROPOSED ORDER GRANTING PALANTIR TECHNOLOGIES INC. S MOTION FOR
LEAVE TO FILE THIRD AMENDED COMPLAINT

---

**10/01/2019 Minute Order**

---

**10/01/2019 Conference: Further Case Management** ▾

Original Type
Conference: Further Case Management

Judicial Officer
Arand, Mary E

Hearing Time
10:00 AM

Result
Held

---

**10/03/2019 Reserved** ▾

Judicial Officer
Monahan, William

Hearing Time
9:00 AM

Cancel Reason
Vacated

Comment
Mtn. to Seal An Exhibit by Plt. (Yahor Fursevich) Marina 213-788-4340 TT 08/02/19

---

**10/16/2019 Order After Hearing - POS** ▾

Comment
Granting Palantir's Motion for Leave to File Third Amended Complaint- Signed by Judge Arand

---

**10/17/2019 Order** ▾

Comment
Denying Plt. Palantir Technologies Inc.'s Mtn. to Seal Appendix of Exhibits

---

10/18/2019 Amended Complaint Filed - No Fee ▾

Comment
THIRD AMENDED

10/18/2019 Appendix ▾

Comment
Amended Appendix of Exhibits to the Declaration of Yegor Fursevich In Support of Plaintiff Palantir Technologies Inc.'s Motion For Leave to File a Third Amended Complaint

10/18/2019 Opposition/Objections ▾

Comment
Defendants' Opposition to Plaintiff Palantir Technologies Inc.'s Motion to Compel Further Responses to Discovery Requests and Responses to Palantir's Amended Separate Statements

10/18/2019 Proof of Service ▾

Comment
Proof of Service

10/31/2019 Motion: Compel ▾

Judicial Officer
Arand, Mary E

Hearing Time
9:00 AM

Comment
Further Discovery Responses by Plaintiff Palantir Technologies, Inc. (John Hueston)

03/17/2020 Conference: Further Case Management ▾

Judicial Officer
Arand, Mary E

Hearing Time
10:00 AM

# Documents

Complaint

Summons

Civil Case Cover Sheet

Notice

Notice

Application or Renewal to Appear Pro Hoc Vice

Application or Renewal to Appear Pro Hoc Vice

Application or Renewal to Appear Pro Hoc Vice

Application or Renewal to Appear Pro Hoc Vice

Application or Renewal to Appear Pro Hoc Vice

Application or Renewal to Appear Pro Hoc Vice

Amended Complaint - Claim Amount Unchanged (No Fee)

Proof of service

Order Deeming Case Not Complex