1  **HUESTON HENNIGAN LLP**
   John C. Hueston, State Bar No. 164921
2  jhueston@hueston.com
   Moez M. Kaba, State Bar No. 257456
3  mkaba@hueston.com
   Yahor Fursevich, State Bar No. 300520
4  yfursevich@hueston.com
   523 West 6th Street, Suite 400
5  Los Angeles, CA 90014
   Telephone:     (213) 788-4340
6  Facsimile:     (888) 775-0898

7

   Attorneys for Plaintiff
8  Palantir Technologies Inc.

9  *[Counsel for Defendant Listed on Signature Page]*

10

                    **UNITED STATES DISTRICT COURT**
11
                  **NORTHERN DISTRICT OF CALIFORNIA**
12
                        **SAN JOSE DIVISION**
13

14  | PALANTIR TECHNOLOGIES INC., a Delaware corporation, | Case No. 5:19-cv-06879-BLF |
    |---|---|
15  | Plaintiff, | **JOINT STATEMENT RE: CONTINUANCE OF HEARING ON DEFENDANT'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS RESPONSIVE TO RFPs 68, 79, 90, AND 92 (ECF 204)** |
16  | vs. | |
17  | MARC L. ABRAMOWITZ, in his individual capacity and as trustee of the MARC ABRAMOWITZ CHARITABLE TRUST NO. 2, KT4 PARTNERS LLC, a Delaware limited liability company, and DOES 1 through 50, inclusive, | Date:      N/A<br>Time:      N/A<br>Courtroom   5 (4th Floor)<br>Judge:      Honorable Nathanael Cousins |
18  | | |
19  | | |
20  | Defendants. | |

21

22

23

24

25

26

27

28

Dear Magistrate Judge Cousins:

Plaintiff Palantir Technologies Inc. and Defendant Marc Abramowitz write jointly to request a continuance of the hearing on Defendant's Motion to Compel the Production of Documents Responsive to RFPs 68, 79, 90, and 92 (ECF 204) ("Motion"), scheduled for this afternoon at 1:00 p.m.

Palantir notified Defendant yesterday that, to preserve the fairness of the forthcoming trial in the German proceedings, it will not produce any invoices or billing statements from the German or Section 1782 proceedings and will not pursue damages in this action based on the fees and costs it has expended in those proceedings. Defendant requires additional time to research and ascertain the import of these developments on his pending Motion. The Parties therefore jointly request the Court to take the currently scheduled hearing on the Motion off calendar. The parties will provide the Court with a status update in three weeks, either (1) confirming that there is no remaining dispute, or (2) submitting a supplemental joint statement that provides each party's position on the remaining dispute.

Respectfully submitted,

Dated: July 21, 2021                    By:  */s/ Yahor Fursevich*
                                        HUESTON HENNIGAN LLP

                                        JOHN C. HUESTON (SBN 164921)
                                        jhueston@hueston.com
                                        MOEZ M. KABA (SBN 257456)
                                        mkaba@hueston.com
                                        YAHOR FURSEVICH (SBN 300520)
                                        yfursevich@hueston.com
                                        523 West 6th Street, Suite 400
                                        Los Angeles, CA 90014
                                        *Attorneys for Plaintiff*


Dated: July 21, 2021            By:     */s/ Stephen L. Wohlgemuth*
                                        BARRY SIMON (*pro hac vice*)
                                        bsimon@wc.com
                                        JONATHAN B. PITT (*pro hac vice*)
                                        jpitt@wc.com
                                        STEPHEN L. WOHLGEMUTH (*pro hac vice*)
                                        swohlgemuth@wc.com
                                        WILLIAMS & CONNOLLY LLP
                                        725 Twelfth Street, N.W.
                                        Washington, D.C. 20005
                                        Telephone: (202) 434-5000
                                        Facsimile: (202) 434-5029

                                        ADDEN, ARPS, SLATE, MEAGHER
                                        & FLOM LLP

                                        JACK P. DICANIO (SBN 138782)
                                        jack.dicanio@skadden.com
                                        ALLEN RUBY (SBN 47109)
                                        allen.ruby@skadden.com
                                        NIELS J. MELIUS (SBN 294181)
                                        niels.melius@skadden.com
                                        525 University Avenue
                                        Palo Alto, California 94301
                                        Telephone: (650) 470-4500
                                        Facsimile: (650) 4704570


                                        *Attorneys for Defendant*

## SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from any other signatory to this document.


*/s/ Yahor Fursevich*

Yahor Fursevich