1  **HUESTON HENNIGAN LLP**
   John C. Hueston, State Bar No. 164921
2  jhueston@hueston.com
   Moez M. Kaba, State Bar No. 257456
3  mkaba@hueston.com
   Yahor Fursevich, State Bar No. 300520
4  yfursevich@hueston.com
   523 West 6th Street, Suite 400
5  Los Angeles, CA 90014
   Telephone:    (213) 788-4340
6  Facsimile:    (888) 775-0898

7

   Attorneys for Plaintiff
8  Palantir Technologies Inc.

9  *[Counsel for Defendant Listed on Signature Page]*

10

11                    **UNITED STATES DISTRICT COURT**

12                    **NORTHERN DISTRICT OF CALIFORNIA**

13                              **SAN JOSE DIVISION**

14

15

16 | PALANTIR TECHNOLOGIES INC., a Delaware corporation, | Case No. 5:19-cv-06879-BLF |
|---|---|
|    Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER RE: CASE DEADLINES** |
|    vs. | |
| MARC L. ABRAMOWITZ, in his individual capacity and as trustee of the MARC ABRAMOWITZ CHARITABLE TRUST NO. 2, KT4 PARTNERS LLC, a Delaware limited liability company, and DOES 1 through 50, inclusive, | Date:       N/A<br>Time:       N/A<br>Courtroom   5 (4th Floor)<br>Judge:      Honorable Beth Labson Freeman |
|    Defendants. | |

## **STIPULATION**

Plaintiff Palantir Technologies Inc. ("Plaintiff") and Defendant Marc L. Abramowitz, ("Defendant," and together with Plaintiff, the "Parties") respectfully submit this Stipulated Request to modify the case schedule and deadlines in the above-captioned matter.

WHEREAS, on July 29, 2021, the Court held a Case Management Conference, during which it modified the current case schedule and set the following new deadlines and trial date:

- <u>Summary Judgment Hearing</u>:  May 12, 2022
- <u>Final Pretrial Conference</u>:  August 25, 2022
- <u>Start of Trial</u>:  September 26, 2022

WHEREAS, counsel for the Parties have met and conferred, and the Parties have agreed on the remaining case deadlines;

THEREFORE, the Parties, by and through their respective attorneys of record, stipulate to the following deadlines, subject to the Court's approval:

| Case Event | Original Date or Deadline | Revised Date or Deadline |
|---|---|---|
| Completion of Party Document Productions | N/A | September 17, 2021 |
| Completion of Fact Depositions, Written Discovery, and Third-Party Discovery | June 4, 2021 | December 17, 2021 |
| Last Day to Serve Opening Expert Reports and Disclose Experts by Party with the Burden of Proof | June 25, 2021 | January 21, 2022 |
| Last Day to Serve Rebuttal Expert Reports and Disclose Rebuttal Experts | July 16, 2021 | February 28, 2022 |
| Completion of Expert Discovery | August 4, 2021 | March 25, 2022 |

IT IS SO STIPULATED.

Dated: August 13, 2021          By:   /s/ Jack P. DiCanio
                                SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                                JACK P. DICANIO (SBN 138782)
                                jack.dicanio@skadden.com
                                ALLEN RUBY (SBN 47109)
                                allen.ruby@skadden.com
                                NIELS J. MELIUS (SBN 294181)
                                niels.melius@skadden.com
                                525 University Avenue
                                Palo Alto, California 94301
                                Telephone: (650) 470-4500
                                Facsimile: (650) 470-4570

                                BARRY SIMON (*pro hac vice*)
                                bsimon@wc.com
                                JONATHAN B. PITT (*pro hac vice*)
                                jpitt@wc.com
                                STEPHEN L. WOHLGEMUTH (*pro hac vice*)
                                swohlgemuth@wc.com
                                WILLIAMS & CONNOLLY LLP
                                725 Twelfth Street, N.W.
                                Washington, D.C. 20005
                                Telephone: (202) 434-5000
                                Facsimile: (202) 434-5029

                                *Attorneys for Defendant*

Dated: August 13, 2021          By:   /s/ Yahor Fursevich
                                HUESTON HENNIGAN LLP

                                JOHN C. HUESTON (SBN 164921)
                                jhueston@hueston.com
                                MOEZ M. KABA (SBN 257456)
                                mkaba@hueston.com
                                YAHOR FURSEVICH (SBN 300520)
                                yfursevich@hueston.com
                                523 West 6th Street, Suite 400
                                Los Angeles, CA 90014
                                Telephone: (213) 788-4340
                                Facsimile: (888) 775-0898

                                *Attorneys for Plaintiff*

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from any other signatory to this document.

Dated: August 13, 2021                            */s/ Yahor Fursevich*
                                                                    Yahor Fursevich

## [PROPOSED] ORDER

Pursuant to the forgoing stipulation of the parties and for good cause appearing, it is hereby ORDERED that the following schedule and deadlines shall apply to this case:

| Case Event | Date or Deadline |
|---|---|
| Completion of Party Document Productions | September 17, 2021 |
| Completion of Fact Depositions, Written Discovery, and Third-Party Discovery | December 17, 2021 |
| Last Day to Serve Opening Expert Reports and Disclose Experts by Party with the Burden of Proof | January 21, 2022 |
| Last Day to Serve Rebuttal Expert Reports and Disclose Rebuttal Experts | February 28, 2022 |
| Completion of Expert Discovery | March 25, 2022 |

IT IS SO ORDERED.

Dated: _____, 2021

_____
HONORABLE BETH LABSON FREEMAN
United States District Judge