**YAHOR FURSEVICH**   yfursevich@hueston.com   523 West 6th Street
D: 213 788 4283   Suite 400
T: 213 788 4340   Los Angeles, CA 90014
F: 888 775 0898

# HUESTON HENNIGAN LLP

March 22, 2022

Dear Magistrate Judge Cousins:

Pursuant to the Court's Order Re: Parties' Motions to Consider Whether Certain Materials Should be Sealed (Dkt. No. 277), Palantir respectfully submits (i) unredacted Responses and Objections to Defendant Marc Abramowitz's Third Set of Interrogatories, (ii) unredacted deposition transcript of Defendant Marc Abramowitz, and (iii) redacted deposition transcript of Palantir's Rule 30(b)(6) representative.

Dated: March 22, 2022                                    By:   */s/ Yahor Fursevich*
                                                        HUESTON HENNIGAN LLP