CONFIDENTIAL

Page 1

1          UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3               SAN JOSÉ DIVISION

4

5    PALANTIR TECHNOLOGIES      )
     INC.,                      )
6                               )
                Plaintiff,      )
7                               )
              vs.               ) Case No.
8                               ) 5:19-cv-06879-BLF
                                )
9    MARC L. ABRAMOWITZ,        )
                                )
10              Defendant.      )
     ------------------------   )

11

12

13     * * * C O N F I D E N T I A L * * *

14

15               February 23, 2022

16               9:02 a.m. PCT

17

18        Videoconferenced deposition of LAURA

19    PERSONICK, held virtually with the witness

20    located in Santa Clara, California, pursuant

21    to Rule 30(b)(6) notice, before Laurie A.

22    Collins, a Registered Professional Reporter

23    and Notary Public of the State of New York.

24

25

CONFIDENTIAL

Page 2

1  A P P E A R A N C E S
2  (All attendees appearing via videoconference):
3
4  HUESTON HENNIGAN
5  Attorneys for Plaintiff
6      523 West 6th Street, Suite 400
7      Los Angeles, California 90014
8  BY:  YEGOR FURSEVICH, ESQ.
9      yfursevich@hueston.com
10
11  WILLIAMS & CONNOLLY LLP
12  Attorneys for Defendant Marc L. Abramowitz
13      725 Twelfth Street, N.W.
14      Washington, D.C. 20005
15  BY:  STEPHEN L. WOHLGEMUTH, ESQ.
16      swohlgemuth@wc.com
17      BARRY S. SIMON, ESQ.
18      bsimon@wc.com
19
20  ALSO PRESENT:
21      MATTHEW C. HELTON, ESQ. (Palantir)
22      MARIA SLOBODCHIKOVA, ESQ. (Palantir)
23      HOWARD BRODSKY, Videographer
24
25

Page 3

1          THE VIDEOGRAPHER:  Good afternoon.
2  Here begins -- and good morning to the West
3  Coast parties -- here begins the video
4  recorded virtual remote deposition of Laura
5  Personick appearing from her location in Santa
6  Clara, California.
7          This deposition is taken by the
8  defendants in the matter of Palantir
9  Technologies, Inc., plaintiff, versus Marc L.
10  Abramowitz, et al., defendants, Case Number
11  19-cv-06879-BLF, in the United States District
12  Court, Northern District of California, San
13  Jose Division.
14          Today is Wednesday, February 23rd,
15  2022.  The time is approximately 9:02 a.m.
16  Pacific standard time.
17          My name is Howard Brodsky, and I am the
18  legal video specialist, in association with
19  Veritext Legal Solutions with offices located
20  in New York, New York.  The court reporter is
21  Laurie Collins, in association with Veritext.
22          Counsel have stipulated that the court
23  reporter will enter all appearances for this
24  proceeding into the stenographic record, and
25  the parties have further stipulated and agreed

Page 4

1  that the court reporter may take the
2  deponent's oath remotely.
3          Will the court reporter please swear in
4  the witness.
5  L A U R A   P E R S O N I C K ,
6  called as a witness, having been duly sworn
7  by the notary public, was examined and
8  testified as follows:
9  EXAMINATION BY
10  MR. WOHLGEMUTH:
11      Q.   Good morning, Ms. Personick.
12          MR. FURSEVICH:  Sorry, Steve, before we
13  begin, I'd like to note that Ms. Personick has
14  the deposition notice in front of her.
15          MR. WOHLGEMUTH:  Okay.
16          And just for the court reporter's
17  benefit, Mr. Simon and I are appearing on
18  behalf of the defendant Marc Abramowitz, not
19  any of the other defendants, who have all been
20  dismissed from the case.  I just want to make
21  sure that the appearance is accurately noted.
22      Q.   With those preliminaries, good morning,
23  Ms. Personick.
24      A.   Good morning.
25      Q.   You understand you're testifying today

Page 5

1  as the corporate representative for Palantir
2  Technologies, Incorporated?
3      A.   Yes.
4      Q.   Do you understand you're under oath?
5      A.   Yes, I do.
6      Q.   Any reason why you can't tell the truth
7  today?
8      A.   No.
9      Q.   If you don't understand a question, can
10  you please let me know?
11      A.   Yes, I will.
12      Q.   Are the only applications open on your
13  computer those needed to conduct this deposition?
14      A.   Yes.  I have Zoom, and I have Exhibit
15  Share open on a Web page.
16      Q.   You don't have your cell phone with
17  you, do you?
18      A.   No, I do not.
19      Q.   And other than the deposition notice,
20  do you have any other printed materials with you?
21      A.   No, I do not, just the deposition
22  notice.
23      Q.   You are a current employee of Palantir;
24  correct?
25      A.   Yes, that's correct.

Page 6

1    Q.   Actually, I think I skipped over this.
2  Can you please just state your name for the
3  record?
4    A.   Sure.  My name is Laura Personick.
5    Q.   You're a lawyer at Palantir?
6    A.   Yes, that's right.
7    Q.   When did you join Palantir?
8    A.   I joined Palantir in I believe it was
9  June -- no, May or June of 2014.
10   Q.   You've been continuously employed at
11 Palantir from May or June of 2014 till today?
12   A.   Yes, that's correct.
13   Q.   You've been in the legal department
14 that entire time?
15   A.   Yes.
16   Q.   What did you do to prepare for today's
17 deposition?
18   A.   To prepare for today's deposition, I
19 reviewed a number of deposition transcripts and
20 other documents.  I also spoke with a number of
21 individuals, and I met with my counsel.
22        And, sorry, I have a foster puppy who's
23 whining, so please let me know if you can't hear
24 what I'm saying.  But it's not me whining.
25   Q.   Okay.  I can hear you just fine.

Page 7

1    A.   Great.  Thanks.
2    Q.   What individuals did you speak with?
3    A.   So from what I can recall I spoke with
4  Dr. Karp, I spoke with Ryan Taylor, I spoke with
5  Melody Hildebrandt, I spoke with Lauren DeMeuse, I
6  believe I spoke with Matt Babin, I spoke with
7  Chris Rogers, and then counsel.
8        That's what I can recall right now, but
9  that may not be an exhaustive list.
10   Q.   And that was all in connection with
11 today's deposition as opposed to prior deposition
12 you sat for in Delaware?
13   A.   I believe everyone I just named was for
14 today's deposition.  I believe so.
15   Q.   And just for the record, you did
16 previously testify in the Delaware matter between
17 KT4 Partners and Palantir?
18   A.   Yes, that's right.
19   Q.   And you also in that case gave
20 testimony on behalf of Palantir?
21   A.   Yes.
22   Q.   You were under oath for that testimony?
23   A.   That's correct.
24   Q.   You tried to give truthful answers?
25   A.   Yes.

Page 8

1    Q.   Did you review that testimony in
2  preparation for today?
3    A.   Yes, I did.
4    Q.   Any answers you saw that you wish to
5  modify?
6    A.   Not -- not that I remember.
7    Q.   When did you have the conversation with
8  the various individuals that you mentioned?
9    A.   I don't recall specific dates, but over
10 the past few weeks, I would say.
11   Q.   All right.  What matters did you
12 discuss with Chris Rogers?
13   A.   Chris Rogers I discussed natural
14 resources.  I don't recall the exact topics, but
15 when we come to them, I can let you know if I
16 remember.
17   Q.   How about Matt Babin?
18   A.   That would have been natural resources
19 work.
20   Q.   Who is Matt Babin?
21   A.   Matt Babin is a Palantir employee.  He
22 at one point in time I believe was one of the
23 leaders of our BP deployment.  I don't -- I don't
24 know what his current job title is, but he's an
25 employee of Palantir.

Page 9

1    Q.   What about Chris Rogers, who's Chris
2  Rogers?
3    A.   Chris Rogers is an engineer at
4  Palantir.  I'm also not sure of his title
5  precisely.  But he has worked on BP in the past.
6    Q.   And what did you discuss with
7  Hildebrandt?
8    A.   With Melody Hildebrandt, I believe I
9  discussed cybersecurity and cyber insurance-
10 related topics.
11   Q.   And Ryan Taylor?
12   A.   With Ryan Taylor I discussed his
13 meeting with Mr. Abramowitz, and I believe I also
14 discussed some general pricing concepts.
15   Q.   And Dr. Karp?
16   A.   With Dr. Karp I discussed I believe his
17 discussions or conversations with Mr. Abramowitz
18 generally.  I may also -- I may also have
19 discussed other things with him.  That's what I
20 remember right now.
21   Q.   Did you talk to Tyler Scriven?
22   A.   I did not in preparation for this
23 deposition, but I did review Mr. Scriven's
24 deposition transcript.
25   Q.   I'm going to show you a document in

3 (Pages 6 - 9)

CONFIDENTIAL

Page 10

1  your marked exhibits folder, which will be Exhibit
2  99.
3      A.   All right.  I've got that up.
4      Q.   Who at Palantir has received a copy of
5  Exhibit 99?
6      A.   I assume you mean outside the context
7  of the production in this litigation?
8      Q.   Sure, let's start outside the context
9  of the production in this litigation.
10     A.   Okay.  So based on the evidence that
11  I've reviewed, I have not seen any evidence that
12  suggests anyone at Palantir received a copy of
13  this document.  I'm actually not sure what this
14  document is.
15     Q.   Did you attempt to search for any
16  evidence indicating whether or not this document
17  was received by folks at Palantir?
18     A.   Palantir did search for all of the
19  information that it was obligated to search for
20  under whatever guidelines were agreed between the
21  parties as part of the document discovery in this
22  matter.
23     Q.   But did you take any steps to determine
24  whether or not this document was received?
25     A.   I'm sorry, are you asking me personally

Page 11

1  or it's Palantir; right?  You're asking if
2  Palantir took any steps?
3      Q.   In connection with your preparation for
4  this deposition, did you take any steps to
5  determine whether or not this document was
6  received by Palantir outside of litigation?
7      A.   Yes, I did speak -- this is one of the
8  points on which I spoke with Dr. Karp.
9      Q.   What did Dr. Karp say?
10     A.   Dr. Karp had no recollection of this
11  document.  I believe he -- yeah, I don't believe
12  he had any recollection of this document.  He did
13  not remember receiving it, and he thought it would
14  have been odd for him to have received anything
15  like this.
16     Q.   Did you talk to Dr. Karp's assistants
17  any of Dr. Karp's assistants, about this document?
18     A.   I believe I reached out to one of
19  Dr. Karp's assistants but did not receive any
20  response.
21     Q.   When did you make that reach-out?
22     A.   Again, I don't recall the specific
23  date.  Within the past two weeks.
24     Q.   Did you talk to Gavin Hood about this
25  document, Exhibit 99?

Page 12

1      A.   I don't believe I talked with Gavin
2  Hood about this document in preparation for this
3  deposition.  I don't recall if I've ever spoken
4  with him about this document.
5      Q.   Did you speak with Gavin Hood about
6  this deposition?
7      A.   Not -- not before this deposition, no.
8  I spoke with Gavin Hood prior to my last
9  deposition.  And then I reviewed Mr. Hood's
10  deposition transcript.
11     Q.   Did you ask Dr. Karp during your
12  conversation -- well, strike that.
13          Did you mention during your
14  conversation with Dr. Karp the fact that he had
15  not preserved other communications from
16  Mr. Abramowitz?
17          MR. FURSEVICH:  Objection, lacks
18     foundation, outside the scope of the 30(b)(6)
19     notice, and form.
20     A.   I'm not sure I understand your
21  question.
22     Q.   When you spoke to Dr. Karp in
23  preparation for today's deposition testimony, did
24  you mention the fact that Dr. Karp had failed to
25  preserve other communications from Mr. Abramowitz?

Page 13

1          MR. FURSEVICH:  Objection, lacks
2     foundation, form.
3          Go ahead, I may answer, Ms. Personick.
4          And outside the scope of the 30(b)(6)
5     notice.
6      A.   I'm not sure that that's true, so I
7  don't think I understand the question.
8      Q.   So I take it, then, you did not mention
9  that fact to Dr. Karp?
10          MR. FURSEVICH:  Same objections.
11     A.   I don't know as a fact.
12     Q.   Regardless of whether you know it or
13  not, I'm just asking -- well, strike that.
14          Is it your understanding that Dr. Karp
15  has retained all of his communications with
16  Mr. Abramowitz?
17          MR. FURSEVICH:  Objection, outside the
18     scope of the 30(b)(6) notice, and form.
19     A.   I did not -- I mean, I did not prepare
20  specifically for all of Dr. Karp's preservation
21  obligations.  I did with regard to this document,
22  which was the topic I had prepared for.  And based
23  on the evidence I reviewed, according to whatever
24  search protocols and agreements there were between
25  the parties, Palantir has complied with its

4 (Pages 10 - 13)

Page 14

1  document preservation, and we produced whatever
2  documents we discovered to our counsel.
3      Q.   Did you ask Dr. Karp whether he had any
4  policy or practice of -- well, strike that.
5          Did you ask Dr. Karp whether he had any
6  policy or practice with respect to retention of
7  communications from Mr. Abramowitz?
8          MR. FURSEVICH:  Objection, outside the
9      scope of the 30(b)(6) notice.
10     A.   I'm not sure I understand, I'm sorry,
11 Steve.
12     Q.   What don't you understand?
13     A.   What do you mean, like -- I don't know
14 what practices or policies you're talking about.
15     Q.   I'm trying to figure out whether there
16 are any.
17         Are you aware of Dr. Karp having any
18 practice with respect to retaining communications
19 from Mr. Abramowitz?
20         MR. FURSEVICH:  Objection, outside the
21     scope of the 30(b)(6) notice.
22     A.   Yeah, I'm not sure I talked to Dr. Karp
23 about his general practices of retaining
24 communications.  I spoke with him about this
25 particular document.

Page 15

1      Q.   Did Palantir have any procedures in
2  place to preserve hard-copy materials that
3  Dr. Karp received?
4          MR. FURSEVICH:  Same objection.
5      A.   I'm not sure that I reviewed all of our
6  policies.  I know that Dr. Karp received a
7  litigation hold notice, like others involved in
8  this litigation, and that from there Palantir
9  collected all materials, including hard copies of
10 any of the materials that were subject to that
11 hold notice.
12     Q.   So prior to litigation, let's call it
13 in 2014 and 2015 -- so we can just set aside the
14 litigation hold -- did -- so in that time period,
15 2014/2015, did Palantir have any procedures in
16 place to preserve hard-copy materials received by
17 Dr. Karp?
18         MR. FURSEVICH:  Objection, outside the
19     scope of the 30(b)(6) notice, and form.
20     A.   I don't remember speaking with Dr. Karp
21 about that particular question.
22     Q.   Have all litigation holds issued by
23 Palantir with respect to litigation regarding
24 Mr. Abramowitz been written?
25         MR. FURSEVICH:  Same objections.

Page 16

1      A.   I'm sorry, do you mean have they all
2  been in a document as opposed to oral?  I guess
3  what's the written part?
4      Q.   Yeah.  Do you know what written means?
5  What do you understand written to mean?
6      A.   It just didn't sound like you'd
7  finished your question, so I'm not sure.
8      Q.   I did, yes.
9      A.   Have they all been in written form?
10     Q.   Yes.
11         MR. FURSEVICH:  Objection,
12     argumentative.
13     A.   I'm not -- I'm not prepared to testify
14 as to every litigation hold notice that Palantir
15 has issued in this case.  I do know that we have
16 issued at least one litigation hold notice that
17 I'm aware of, and that was in writing, yes.
18     Q.   What litigation hold notice are you
19 aware of?
20     A.   I believe there was one that was issued
21 in August of 2016.
22     Q.   Are you aware of any litigation hold
23 notices issued prior to August of 2016 with
24 respect to Mr. Abramowitz?
25     A.   I am not -- based on the evidence I've

Page 17

1  reviewed, I'm not aware of any litigation hold
2  notices that were issued prior to August 2016 with
3  regard to Mr. Abramowitz.
4      Q.   So there were no litigation hold
5  notices issued with respect to Mr. Abramowitz in
6  2015?
7      A.   Based on what I've reviewed, I'm not
8  aware of any that were issued in 2015.
9      Q.   Since September of 2014, have Palantir
10 employees given any demos related to the purported
11 trade secret technologies at issue in this case?
12         MR. FURSEVICH:  Objection, outside the
13     scope of the 30(b)(6) notice.
14     A.   I know I reviewed deposition
15 transcripts from Melody and from Lauren, and my
16 recollection of those is that Palantir has given
17 demos related to at least cyber and health care.
18 I don't specifically remember if we were demos of
19 the trade secrets in this case.
20     Q.   Besides for looking at
21 Ms. Hildebrandt's and Ms. DeMeuse's deposition
22 transcripts, did you do anything to look into that
23 issue?
24     A.   Look into what issue?
25     Q.   Whether Palantir employees have given

5 (Pages 14 - 17)

Page 18

1  any demos related to the purported trade secret
2  technologies at issue in this case since September
3  of 2014.
4      A.   I reviewed deposition transcripts I
5  believe also of Casey Ketterling, Shyam Sankar.  I
6  spoke with Ms. Hildebrandt and Ms. DeMeuse, and I
7  also spoke with Chris Rogers.
8      Q.   What did they tell you about whether
9  Palantir employees have given demos related to the
10 purported trade secret technologies since
11 September of 2014?
12     MR. FURSEVICH:  Objection, outside the
13     scope of the 30(b)(6) notice.
14     A.   I don't remember specifically.  But,
15 again, I believe the testimony or what I spoke
16 with them about indicated to me demos in the field
17 of cyber and health care and natural resources had
18 been given during the 2014/2015 time frame, but I
19 don't recall any more specifically.
20     Q.   What about 2016?
21     A.   That could be the case.  I just don't
22 recall specifically.
23     Q.   How about 2017?
24     A.   I don't recall specifically.
25     Q.   2018?

Page 19

1      A.   I don't recall specifically.
2      Q.   How about 2019 through the present day?
3      A.   I don't recall specifically, based on
4  my preparation for this and speaking with the
5  numerous individuals I've mentioned and the
6  documents I reviewed, whether or not any demos
7  containing our trade secrets have been given in
8  the past three years.
9      Q.   Can you say how many demos since
10 September of 2014 have been given by Palantir
11 employees relating to the purported trade secret
12 technologies as you sit here today?
13     MR. FURSEVICH:  Objection outside the
14     scope of the 30(b)(6) notice.
15     A.   I don't recall a specific number as I
16 sit here.
17     Q.   What are the names of the demos
18 relating to the purported trade secret
19 technologies that have been given since September
20 of 2014?
21     MR. FURSEVICH:  Objection, form, vague
22     and ambiguous, outside the scope of the
23     30(b)(6) notice.
24     A.   I'm not sure I understand the question.
25     Q.   What don't you understand?

Page 20

1      A.   Could you -- could you at least repeat
2  the question so I remember what I don't
3  understand?
4      Q.   What are the names of the demos
5  relating to the purported trade secret
6  technologies that have been given since September
7  2014?
8      MR. FURSEVICH:  Same objections.
9      A.   Again, I'm not sure that there have
10 been demos.  What I do recall is that there were
11 demos in the fields of health care, natural
12 resources, and cyber, or at least to customers in
13 those spaces.  I don't remember as I sit here
14 right now whether or not those were specifically
15 related to the trade secrets in this case.
16     Q.   Did you at one point know the answer to
17 that issue and -- sorry, did you at one point know
18 the answer to that question but you just can't
19 remember it right now?
20     MR. FURSEVICH:  Objection, form and
21     outside the scope of the 30(b)(6) notice.
22     A.   Did I remember the names of demos of
23 our trade secrets, is that your question?
24     Q.   You said, I don't remember as I sit
25 here right now whether or not those were

Page 21

1  specifically related to the trade secrets in this
2  case.
3      Did you ever know that and you just
4  can't remember it right now or have you just not
5  ever known that?
6      MR. FURSEVICH:  Objection, form, vague,
7      outside 30(b)(6) notice.
8      A.   I'm not sure.
9      Q.   So when you say, I can't remember as I
10 sit here right now whether those were specifically
11 related to the trade secrets in this case, what
12 did you mean by that?
13     A.   Just what I said, I don't remember as I
14 it sit here right now whether or not those are
15 specifically related to the trade secrets in this
16 case.
17     Q.   What would refresh your recollection
18 about that issue?
19     MR. FURSEVICH:  Objection, vague and
20     calls for speculation.
21     A.   If you wanted to show me documents or
22 deposition transcripts, I'd be happy to take a
23 look and let you know if that refreshes my
24 recollection.
25     Q.   Are you thinking of a document or a

Page 22

1  deposition transcript in particular that would
2  refresh your recollection?
3      A.  I reviewed a lot of materials in
4  preparation.  I am not thinking of one in
5  particular, no.
6      Q.  For any demos given by Palantir since
7  September of 2014, what information was preserved
8  relating to the demo?
9          MR. FURSEVICH:  Objection, vague and
10      ambiguous, and form.
11     A.  So a demo is a live demonstration of
12  Palantir software capabilities.  In terms of what
13  information was preserved, any information that
14  Palantir was required to preserve according to its
15  obligations under this litigation.  I'm not sure
16  more specific than that.
17     Q.  Well, what information was Palantir
18  required to preserve under its obligations --
19  according to its obligations under this litigation
20  as it related to live demonstrations of Palantir
21  software capabilities?
22         MR. FURSEVICH:  Objection outside the
23      scope of the 30(b)(6) notice.
24     A.  I don't know the specifics.  I believe
25  that was agreed between counsel.  But I do know

Page 23

1  that whatever counsel instructed us with regard to
2  preservation is what we followed.
3      Q.  What's your understanding of what the
4  agreement was between counsel relating to
5  preservation of demos?
6          MR. FURSEVICH:  Objection, outside the
7      scope of the 30(b)(6) notice.
8      A.  My understanding comes from
9  conversations I had with counsel that I believe
10  are privileged, so I'm not sure -- I can take a
11  break and ask Yegor, but I'm not sure how much I
12  can answer that question.
13     Q.  Well, to the extent it's your
14  understanding of an agreement, that would not be
15  privileged.  That would be a communication between
16  Mr. Abramowitz's attorneys and Palantir's
17  attorneys.
18     A.  My understanding comes from
19  communications that counsel provided to me
20  regarding that agreement.
21         MR. FURSEVICH:  And I'll instruct the
22      witness not to answer to the extent her answer
23      would reveal attorney/client communications.
24     Q.  Was any software used during
25  demonstrations from September of 2014 to the

Page 24

1  present preserved by Palantir?
2      A.  Software -- yeah, Palantir does have
3  the software that it was providing to customers
4  and using during that time period.
5      Q.  That it was using during
6  demonstrations?
7      A.  So, again, demonstrations are just
8  given on Palantir software.  And, so, yes, we have
9  Palantir software.
10     Q.  All right.  You said you reviewed
11  Mr. Ketterling's deposition transcript in
12  preparation for today?
13     A.  Yes.
14     Q.  Mr. Ketterling referred to quick start
15  instances of Palantir software that were used
16  during demonstrations.
17         Were those quick start instances
18  preserved?
19         MR. FURSEVICH:  Objection, lacks
20      foundation and vague.
21     A.  So I've heard the term "quick start."
22  My understanding is that quick start essentially
23  just launches a virtual machine and Palantir's
24  software is then used on that virtual machine.  So
25  it's still Palantir software, and Palantir has its

Page 25

1  software.
2      Q.  So my question is not about Palantir's
3  software.  I have no doubt that Palantir has
4  software.  But my question is specifically about
5  information used during demonstrations.  And my
6  question is about whether the quick start
7  instances were preserved.
8          So were quick start instances that were
9  used during demonstrations after September of 2014
10  preserved by Palantir?
11         MR. FURSEVICH:  Objection, asked and
12      answered.
13     A.  So, again, my problem is I don't think
14  the question quite makes sense.  So quick start --
15  quick start is a way to launch Palantir software;
16  right?  It just opens a VM.  So Palantir software
17  is preserved.  So I don't know how else to answer
18  your question.
19     Q.  Does Palantir still have the specific,
20  as you put it, way to launch Palantir software
21  that was used in connection with the
22  demonstration?
23         MR. FURSEVICH:  Objection outside the
24      scope of the 30(b)(6) notice, vague and
25      ambiguous, form.

7 (Pages 22 - 25)

CONFIDENTIAL

Page 26

1      A.   I know that we have Palantir software.
2  I believe quick starts are essentially containers
3  that launch Palantir software.  I'm not sure how
4  else to answer that.
5      Q.   So does it still have those containers?
6          MR. FURSEVICH:  Same objections.
7      A.   I don't think those -- I don't think
8  that question makes sense.
9      Q.   Why doesn't it make sense?
10      A.   Well, I'm not an engineer, so I can't
11  get into that specifically.  But based on my
12  understanding, my personal understanding, of how
13  quick starts operate, it just launches Palantir
14  software, and we have Palantir software.  I'm not
15  sure how to answer that.
16      Q.   Were the quick starts used on multiple
17  occasions?
18          MR. FURSEVICH:  Objection, vague and
19      ambiguous, form, outside the scope of the
20      30(b)(6) notice.
21      A.   As I sit here right now, I don't know
22  that I have any more information about quick
23  starts.
24      Q.   So when Mr. Ketterling testified, We
25  had copies of the Palantir software that were

Page 27

1  internally referred to as quick start instances,
2  they could be loaded onto any laptop, does that
3  make sense to you?
4          MR. FURSEVICH:  Objection, calls for
5      speculation, outside the scope of the 30(b)(6)
6      notice.
7      A.   I don't know what Mr. Ketterling was
8  specifically referring to, but I do know that,
9  yes, we do have copies of Palantir software, and
10  those could be loaded on laptops.  And that's what
11  was used for demonstration.
12      Q.   Mr. Ketterling also referred to data
13  sets that were used during demonstrations.  Were
14  those data sets preserved?
15          MR. FURSEVICH:  Objection, calls for
16      speculation, and form.
17      A.   I'm not sure what data sets you're
18  referring to.
19      Q.   I'm referring to the same data sets
20  that Mr. Ketterling referred to in his testimony.
21      A.   I don't have his testimony in front of
22  me.  If you want to bring it up, I can see if that
23  makes it any clearer for me.
24      Q.   Well, you reviewed it; correct?
25      A.   I reviewed Mr. Ketterling's deposition

Page 28

1  transcript as well as a number of other deposition
2  transcripts, documents, and conversations.
3      Q.   Let me ask it this way:  Did Palantir
4  preserve data sets that were used during
5  demonstrations after September 2014?
6          MR. FURSEVICH:  Objection, vague.
7      A.   So I only looked and conducted
8  preparation with regards to cyber, health care,
9  and natural resources.  Based on what I reviewed,
10  we have preserved I think whatever was agreed
11  between the parties to preserve.
12          If that included data that was on
13  Palantir's network -- now, to be clear, the data
14  that was used in these was public data or notional
15  data.  It was fake data.  So to the extent there
16  was data that fell within your agreement and
17  existed at the time of the litigation hold, that
18  would have been preserved.
19      Q.   Regardless of your understanding of the
20  agreement between counsel, I just want to know
21  does Palantir today have a copy of the data sets
22  that were used during demonstrations since
23  September of 2014.
24          MR. FURSEVICH:  Objection, asked and
25      answered.

Page 29

1      A.   I don't -- I don't know what data sets
2  were used specifically, and so what I do know is
3  that if there were data sets that are relevant to
4  this litigation that required us to preserve them,
5  they would have been preserved under our
6  litigation hold.
7      Q.   What about plug-ins that were used in
8  connection with demonstrations since September of
9  2014, were those plug-ins preserved?
10          MR. FURSEVICH:  Objection, vague.
11      A.   I don't know what plug-ins you're
12  referring to.
13      Q.   You have no understanding of any
14  customized software that was used in connection
15  with Palantir demonstrations?
16          MR. FURSEVICH:  Form.
17      A.   As I sit here, I don't -- I don't
18  recall -- I don't recall customized software.  But
19  I'd be happy to review a document if that's
20  helpful.
21      Q.   So I take it you're not aware of
22  Palantir preserving any customized software used
23  in conducting demonstrations since September of
24  2014?
25          MR. FURSEVICH:  Objection, form.

8 (Pages 26 - 29)

CONFIDENTIAL

Page 30

1    A.   I don't recall any customized software.
2  To the extent there was any, it would have been
3  preserved similar to our other obligations.  And,
4  as I note, we do have copies of Palantir software.
5    Q.   Are you aware of Palantir reviewing and
6  producing any customized software in connection
7  with this litigation?
8        MR. FURSEVICH:  Objection, falls
9    outside the scope of this 30(b)(6) notice.
10   A.   I don't know, but I don't -- this isn't
11 something I researched for this notice, but I
12 don't believe we produced source code in this
13 case.
14   Q.   How about any data sets used during
15 demonstrations, has Palantir reviewed and produced
16 any data sets used during demonstrations for this
17 case?
18   A.   I don't -- I don't think I know that,
19 sitting here.  I would -- I would have to refer to
20 counsel.  I think that to the extent there are any
21 that were required to be preserved and produced we
22 would have turned those over to our counsel.
23   Q.   Who was the first person at Palantir to
24 learn about any of Mr. Abramowitz's actual or
25 potential patent applications?

Page 31

1    A.   So based on the evidence I reviewed,
2  I'm not certain who was the first person to learn
3  about Mr. Abramowitz's patent application.  I
4  believe I reviewed testimony that Dr. Karp might
5  have found out about it at some point in time
6  prior to receiving the applications, as well as
7  Mr. Sankar.  But I don't know with certainty who
8  the very first person was.
9    Q.   Did you only look at testimony in
10 connection with this issue?
11   A.   I looked at testimony, I looked at
12 documents, and I spoke with individuals.
13   Q.   Did you look at documents that were
14 withheld as privileged?
15   A.   No, I did not.
16   Q.   Do you have any understanding as to
17 factual matters that are contained within
18 documents that have been withheld as privileged as
19 it relates to Palantir's knowledge of
20 Mr. Abramowitz's patent applications?
21       MR. FURSEVICH:  Objection, form.  And
22    I'll instruct the witness not to answer to the
23    extent any answer would reveal attorney/client
24    communications.
25   A.   I don't know because I did not look at

Page 32

1  any privileged documents.  So I don't know what
2  facts are in them.
3    Q.   Who at Palantir knew about
4  Mr. Abramowitz's patent applications in 2014?
5    A.   So in 2014, based on what I've
6  reviewed, my understanding is that Mr. Taylor was
7  aware of one patent application, which was the
8  cyber insurance-related patent application.  I
9  believe that Mr. Hood and Dr. Karp may also have
10 been aware of the application at that time.  And
11 those are -- those are the ones I recall.
12       But I know that a number of witnesses
13 have spoken about this.
14   Q.   And how did Palantir first learn about
15 Mr. Abramowitz's patent application relating to
16 cyber insurance?
17   A.   So, again, I don't have complete
18 certainty here, but what I believe, based on the
19 evidence I've reviewed, is that Mr. Fishman first
20 informed -- Alex Fishman first informed Palantir
21 about the existence of a cyber insurance
22 application that was either filed or pending
23 filing.
24       I reviewed Mr. Fishman's transcript.  I
25 believe he spoke about this.  And I've also

Page 33

1  reviewed the transcripts I've referred to before
2  and spoken with certain individuals.
3        That's my understanding.  That's my
4  best understanding.
5    Q.   So as far as Palantir is concerned, is
6  Mr. Fishman's testimony regarding his revelation
7  of Mr. Abramowitz's patent application relating to
8  cyber insurance accurate?
9    A.   I don't know that we can, you know,
10 make statements as to the accuracy.  But it
11 does -- it does track with the understanding of
12 other individuals of Palantir that Mr. Fishman was
13 someone who informed Palantir about
14 Mr. Abramowitz's application.
15       As to the remainder of Mr. Fishman's
16 testimony, I don't know that I've looked as to
17 whether or not that is entirely Palantir's version
18 of events.
19   Q.   How does it track with the other
20 understanding of individuals at Palantir?
21   A.   How does what track?
22   Q.   Mr. Fishman's testimony.  You said his
23 statements track with the understanding of other
24 individuals at Palantir.
25       MR. FURSEVICH:  Objection to form.

CONFIDENTIAL

Page 34

1    A.   I don't know his exact statements, and
2  I'd be happy to look at the document.  From my
3  recollection he said that he informed -- I don't
4  remember who it was.  He said he informed someone
5  at Palantir about the cyber insurance application
6  in the fall, I believe, or late 2014, which I
7  think is consistent with other evidence that I've
8  reviewed.
9    Q.   What other evidence are you referring
10 to?
11   A.   I'm referring to documents related to
12 this topic as well as discussion with Mr. Taylor,
13 Mr. Taylor's deposition testimony, maybe
14 Mr. Hood's.  I can't recall all of them.  I can't
15 recall all the pieces.
16   Q.   Did Mr. Taylor tell you that he recalls
17 Mr. Fishman being the first person to tell
18 Palantir -- to inform folks at Palantir about
19 Mr. Abramowitz's cyber insurance application?
20   A.   I don't recall that specific statement.
21   Q.   What did Mr. Taylor tell you about
22 Mr. Fishman's communications with Palantir
23 regarding the cyber insurance application?
24   A.   I don't recall what he said about
25 Mr. Fishman.  My recollection from my conversation

Page 35

1  with Mr. Taylor was about how in September of 2014
2  he asked to meet with Marc to understand the
3  insurance application because we had not heard
4  about it from Mr. Abramowitz at that time.
5    Q.   So Mr. Taylor has stated to you that he
6  knew that it wasn't Mr. Abramowitz who had
7  informed Palantir about the application?
8    A.   I don't -- I don't recall the exact
9  words.  But, as I said, Mr. Taylor spoke with me
10 about having to conduct a meeting with
11 Mr. Abramowitz because we had no information from
12 Mr. Abramowitz about his application.
13   Q.   But Mr. Taylor knew in advance of the
14 meeting there was in fact an application; correct?
15   A.   I believe that's -- I believe that's
16 correct.  I would refer back to Mr. Taylor's
17 testimony.
18   Q.   Did Mr. Taylor tell you how he knew
19 that there was an application?
20   A.   I don't remember exactly.  I believe
21 that he received information possibly from
22 Dr. Karp or Mr. Hood.  But I do recall that there
23 was testimony from him on this topic, so I would
24 refer back to his testimony.
25   Q.   Did Dr. Karp tell you in your

Page 36

1  conversations with Dr. Karp how he learned of the
2  application?
3    A.   I don't recall if Dr. Karp told me of
4  how he learned of the application in our
5  conversation.  I believe Dr. Karp had some
6  testimony on this topic, but, I'm sorry, I don't
7  recall that as I sit here.
8    Q.   Are you aware of any documents that
9  reflect how Palantir first learned of
10 Mr. Abramowitz's cyber insurance application?
11   A.   I recall that I reviewed some documents
12 on this topic from that 2014 time period.  I don't
13 recall what specific documents.
14   Q.   Do you recall whether any of those
15 documents indicated who or how Palantir -- sorry,
16 strike that.
17        Are you aware of any of those documents
18 indicating from whom Palantir learned about the
19 cyber insurance application in the first instance?
20   A.   I can't remember the precise contents
21 of any of the documents I reviewed on that topic.
22 I do recall that our, you know, belief, based on
23 those documents as well as the testimony, is that
24 Mr. Fishman was the person who told us about the
25 cyber insurance patent application.  However, I'm

Page 37

1  not sure that he was the first.  There may have
2  been another third party.
3    Q.   Can I direct you to Exhibit 334 in the
4  marked exhibits folder?
5        (Exhibit 334, Palantir's amended
6        responses and objections to Plaintiff KT4
7        Partners' fourth set of interrogatories,
8        marked for identification.)
9    A.   Sure.
10   Q.   Actually, before we get there, are your
11 answers any different if I focus you on the
12 dynamic security rating or dynamic bond rating
13 application filed by Mr. Abramowitz?  Does
14 Palantir have any knowledge as to how it first
15 learned of that application?
16        MR. FURSEVICH:  Objection, outside the
17        scope of the 30(b)(6) notice.
18   A.   I'm sorry, I don't recall.  I don't
19 know that I reviewed the relevant documents for
20 that particular application, but I don't recall.
21   Q.   Let's go to the Bates ending in 2731,
22 which is -- well, strike that.
23        Before we go there, let's just make
24 sure we're on the same page.
25   A.   Okay.

10 (Pages 34 - 37)

Page 38

1    Q.   Exhibit 334 are Palantir's amended
2   responses and objections to Plaintiff KT4
3   Partners' fourth set of interrogatories; correct?
4    A.   That is what this says, yes.
5    Q.   These are interrogatory responses given
6   in the Delaware Superior Court action; correct?
7    A.   That looks to be correct, yes.
8    Q.   Okay.  So let's go to the Bates ending
9   in 271, which is -- you should see Interrogatory
10   31 and the response on that page?
11    A.   Okay.  I'm on that page.  Do you want
12   me to review this?
13    Q.   Let's make sure we're looking at the
14   same thing.
15    A.   Okay.
16    Q.   One second.  I think I've lost my page
17   now.  Interrogatory 31 reads, Describe in detail
18   when and how you first learned of the patent
19   applications.
20        Do you see that?
21    A.   Yes.
22    Q.   Do you see the substantive answer of
23   Palantir begins on the bottom of page 26 with the
24   sentence reading, In or around September or
25   October 2014, Abramowitz informed Palantir in

Page 39

1   general terms that he either filed or intended to
2   file certain patent applications in connection
3   with cyber insurance and dynamic bond ratings?
4        Do you see that?
5    A.   I see the sentence.  I'm not sure --
6   I'm not sure I can or cannot categorize it as the
7   first substantive sentence, but I see the sentence
8   you're talking about.
9    Q.   Okay.  Then the next sentence in that
10   paragraph -- we'll continue on.  In the next page
11   it states, When Palantir learned of this fact,
12   Palantir's employee, Ryan Taylor, reached out to
13   Abramowitz via e-mail and arranged an in-person
14   meeting.
15        Do you see that?
16    A.   Yes.
17    Q.   What was the basis for Palantir's
18   answer in these interrogatory responses that it
19   was Mr. Abramowitz who had informed Palantir in
20   general terms that he had either filed or intended
21   to file certain patent applications in connection
22   with cyber insurance and dynamic bond ratings?
23        MR. FURSEVICH:  Objection, it misstates
24      the document, outside the scope of the
25      30(b)(6) notice.

Page 40

1    A.   If you're asking what is the basis for
2   the statements in this interrogatory, I did not
3   specifically look or prepare to testify as to the
4   basis for this interrogatory in the Delaware
5   matter.
6    Q.   But you did look into how Palantir
7   first learned about Mr. Abramowitz's patent
8   applications; correct?
9    A.   Yes, that is I believe one of the
10   topics that I was prepared for, or roughly
11   speaking one of the topics that I was prepared
12   for.
13    Q.   And this interrogatory response says
14   that it was Mr. Abramowitz who informed Palantir
15   about the patent applications.  But you are now
16   telling me that Palantir believes it was
17   Mr. Fishman who first informed?
18        MR. FURSEVICH:  Objection, misstates
19      the document, and outside the scope of the
20      30(b)(6) notice, argumentative.
21    A.   So I don't think that was my testimony.
22   I -- Mr. Abramowitz certainly, at some point in
23   time after he was confronted with the information,
24   did tell Palantir a minimal amount about the
25   existence of a cyber insurance application.

Page 41

1        I think what you had asked me is how
2   did Palantir first learn about the application,
3   and my belief there, based on the testimony that
4   I've reviewed now at this time, which I think
5   occurred since this interrogatory, is that
6   Mr. Fishman was likely the person who told us, but
7   we don't have certainty on that.
8    Q.   My question was the same as -- my
9   question was seeking the same information sought
10   by Interrogatory 31 that we're looking at in
11   Exhibit 334, which is how you -- "you" being
12   Palantir -- first learned of the patent
13   applications.  And Exhibit -- sorry, in Exhibit
14   334 in the response to Interrogatory 31, there is
15   no mention of Mr. Fishman, and there is only a
16   mention of Mr. Abramowitz informing.
17        And I want to know why Palantir's
18   answer has changed on that subject.
19        MR. FURSEVICH:  Objection, this is
20      argumentative, form, and outside the scope of
21      the 30(b)(6) notice.
22    A.   I'm not sure that Palantir's answer on
23   this has changed.  I know that based on all of the
24   evidence that's been provided to date I'm
25   providing our best recollection.  I know that --

11 (Pages 38 - 41)

Page 42

1  or I believe that this was probably some time ago,
2  but I also don't know that it's inconsistent with
3  what I'm discussing.
4       So I'm simply not -- not really
5  prepared to talk about the factual basis for this
6  interrogatory from a separate case.
7      Q.   How did Palantir learn about
8  Mr. Abramowitz's patent applications relating to
9  health care?
10     A.   My understanding based on what I
11 reviewed is Palantir learned about
12 Mr. Abramowitz's patent applications regarding
13 health care through searches that Palantir
14 conducted.
15     Q.   Were those searches conducted in August
16 of 2016?
17     A.   At least one of those searches was
18 conducted in August 2016, yes.
19     Q.   I'm going to direct you to Exhibit 335.
20     (Exhibit 335, e-mail dated April 2015
21     from Abramowitz to Hood, marked for
22     identification.)
23     (Pause.)
24     Q.   Do you have it up?
25     A.   Yes, I see that.

Page 43

1      Q.   You can see Exhibit 335 is an e-mail
2  from Mr. Abramowitz to Gavin Hood in April of 2015
3  with the subject line:  Apple, IBM team up for
4  Watson-fueled assault on health research,
5  FierceBiotech IT.
6       Do you see that?
7      A.   I see that as the subject line, I
8  believe, yes.
9      Q.   And Mr. Abramowitz writes in the body
10 of the e-mail:  My, IP on this, if you want to
11 revisit this market with some backup.  And then
12 there is a link with what appears to be an article
13 or a news story relating to IBM and Apple;
14 correct?
15     A.   I don't have the link, so I can't say
16 what this relates to.  I see -- I see the words on
17 the page.
18     Q.   And the words on the page indicate that
19 that's what it relates to; correct?
20     MR. FURSEVICH:  Objection, calls for
21     speculation.
22     A.   Yeah, I couldn't say what this -- what
23 this relates to.  It is also kind of grammatically
24 off, so I'm not actually sure he's talking about
25 his IP.  I just don't know what this relates to.

Page 44

1      Q.   What do you mean, "it's grammatically
2  off"?  What about the link is grammatically off?
3      A.   No, I'm sorry, the my, comma, IP.  I
4  don't know what that means.
5      Q.   You're referring to the comma in
6  Mr. Abramowitz's text being grammatically off?
7      A.   I think, or it's grammatically right
8  and I just don't understand.
9      Q.   After Mr. Hood received this message
10 from Mr. Abramowitz referring to my IP, did
11 Mr. Hood ever ask Mr. Abramowitz what he meant by
12 that?
13     MR. FURSEVICH:  Objection, outside the
14     scope of the 30(b)(6) notice, and calls for
15     speculation.
16     A.   So I don't -- I don't remember as I sit
17 here whether or not I reviewed testimony or spoke
18 with Mr. Hood about this particular e-mail.
19     Q.   Are you aware of anyone at Palantir
20 ever following up with Mr. Abramowitz about the IP
21 he was referring to in this article about Watson
22 fuels assault on health research?
23     MR. FURSEVICH:  Objection, outside the
24     scope of the 30(b)(6) notice, and lacks
25     foundation.

Page 45

1      A.   I don't know what he was referring to
2  in this -- in this e-mail.
3      Q.   My question is just whether any -- are
4  you aware of anyone at Palantir ever following up
5  with Mr. Abramowitz about the IP that he was
6  referring to in Exhibit 335?
7      MR. FURSEVICH:  Same objections.
8      A.   I don't know how someone could follow
9  up with him if we don't understand what the -- on
10 the IP if we don't understand what this e-mail is.
11 So I don't recall speaking with anyone who talked
12 about this e-mail, and that's my best
13 recollection.
14     Q.   Okay.  Well, regardless if you can't
15 understand it now, are you aware of any
16 communications with Mr. Abramowitz regarding the
17 content of Exhibit 335?
18     MR. FURSEVICH:  Objection, outside the
19     scope of the 30(b)(6) notice.
20     A.   Again, I don't recall as I sit here now
21 whether or not Gavin Hood spoke about this e-mail
22 in his testimony or when I spoke to him several
23 years ago in preparation for my last deposition.
24     Q.   And aside from Gavin Hood, you're not
25 aware of any follow up with anyone else from

12 (Pages 42 - 45)

Page 46

1  Palantir; correct?
2       A.   I don't know that I conducted an
3  exhaustive research into this.  I don't remember
4  speaking with anyone about this e-mail.
5       Q.   On what dates did Palantir learn that
6  Mr. Abramowitz allegedly misappropriated its trade
7  secrets or confidential information?
8       A.   I believe that was in August 2016.  I
9  don't recall the precise days, but this may be in
10 an interrogatory response.
11      Q.   And what trade secrets did it discover
12 being misappropriated on those dates?
13           MR. FURSEVICH:  Objection, outside the
14      scope of the 30(b)(6) notice.
15      A.   So I know it's the trade secrets -- at
16 least the trade secrets that were reflected in
17 Mr. Abramowitz health care, cyber, and natural
18 resource patent application.  I believe all of
19 them were discovered at that time, but I -- I'm
20 not sure.  Maybe one was later.  I believe those
21 were all discovered at that time.
22      Q.   And what was the misappropriation that
23 Palantir supposedly discovered in August of 2016?
24           MR. FURSEVICH:  Objection, outside the
25      scope of the 30(b)(6) notice.

Page 47

1       A.   The misappropriation that Palantir
2  discovered in August of 2016 by Mr. Abramowitz was
3  misappropriation of trade secrets in health care,
4  cyber, and natural resources.
5       Q.   What was the act of misappropriation
6  that Palantir believes that it uncovered in August
7  of 2016?
8           MR. FURSEVICH:  Same objections, and
9       calls for a legal conclusion.
10      A.   Yeah, I'm not sure I can recollect.
11 What I can say is we discovered patent
12 applications at that time and we spoke with
13 counsel.
14      Q.   Other than the patent applications, did
15 Palantir learn of any other alleged
16 misappropriation by Mr. Abramowitz?
17           MR. FURSEVICH:  Objection, calls --
18      sorry, objection, outside the scope of the
19      30(b)(6) notice.
20           And, Ms. Personick, to the extent your
21      answer will reveal attorney/client
22      communications, I'll instruct you not to
23      answer.
24      A.   I'm not sure that I can answer without
25 revealing attorney/client communications with

Page 48

1  counsel at that time and since then.
2       Q.   What I'm just trying to understand is
3  whether Palantir has learned of any other alleged
4  acts of misappropriation aside from the patent
5  applications that it discovered in August of 2016.
6  And I think that's fairly called for -- it's not
7  fairly called for -- it's directly called for by
8  the 30(b)(6) notice.  I just --
9           MR. WOHLGEMUTH:  For Yegor's sake, are
10      you instructing her not to answer whether any
11      other forms of misappropriation were
12      discovered and when?  Is that -- I just want
13      to make sure we have it clear.
14           MR. FURSEVICH:  No.  The witness
15      already provided testimony that was called for
16      by the 30(b)(6) notice.  I was instructing the
17      witness not to answer to the extent in her
18      personal capacity she learned of any other
19      facts from communications with counsel.  But
20      my instruction stands.  However, you can reask
21      your question.
22      Q.   Setting aside the patent
23 applications -- strike that.
24           Setting aside the patent applications
25 that Palantir discovered in August of 2016, has

Page 49

1  Palantir learned of any alleged acts of
2  misappropriation by Mr. Abramowitz?
3           MR. FURSEVICH:  Objection, outside the
4       scope of the 30(b)(6) notice.
5       A.   I'm not sure I'm following the
6  question.  When you say "trade secrets," what --
7  I'm not sure I'm following your question.  What
8  did you mean?
9       Q.   I don't think I used the word "trade
10 secrets."  I'm just trying to figure out -- we
11 asked Palantir to prepare you on the circumstances
12 under which Palantir learned that Mr. Abramowitz
13 allegedly misappropriated or otherwise misused any
14 aspect of the purported threats or your,
15 Palantir's, confidential or proprietary
16 information.
17           What I'm trying to understand is
18 whether Palantir has learned that Mr. Abramowitz
19 either allegedly misappropriated or otherwise
20 misused any aspect of the purported trade secrets,
21 aside from the patent applications that we've
22 discussed.
23           MR. FURSEVICH:  Objection, calls for a
24      legal conclusion and falls outside the scope
25      of the 30(b)(6) notice.

13 (Pages 46 - 49)

CONFIDENTIAL

Page 50

1    Q.   So with that clarification, I'm happy
2  to reask the question, because the question wasn't
3  delivered in a question format.
4        So my question is, setting aside the
5  patent applications that Palantir claims to have
6  discovered in August of 2016, has Palantir learned
7  of any alleged acts -- any other alleged acts of
8  misappropriation by Mr. Abramowitz.
9        MR. FURSEVICH:   Same objections.
10    A.   So the first concern that Palantir had
11  with potential misappropriation came when we
12  discovered the patent applications in August of
13  2016.
14        If you're asking whether or not we have
15  had reason to believe that he has continued to
16  misappropriate or use the information differently
17  since then, then I believe my testimony would be
18  based on conversation with counsel and my personal
19  knowledge as an attorney.   So I'm not sure that I
20  can answer that.
21    Q.   So Mr. Fursevich has not given you an
22  instruction not to answer the question.   So are
23  you refusing to answer the question?
24        MR. FURSEVICH:   I will instruct the
25    witness not to answer, as I previously

Page 51

1    instructed her to the extent the answer will
2    reveal any attorney/client communications.
3    It's the same instruction.
4        MR. WOHLGEMUTH:   All right.   We'll mark
5    that one, because that's clearly called for by
6    the topic.
7    Q.   Are you familiar with the NDA that
8  Palantir puts at issue in its complaint in this
9  matter?
10    A.   Is this -- which topic is this, would
11  you mind referring to me?
12    Q.   This is Topic 4.   The question is not
13  tied to a particular topic.
14        Are you familiar with the nondisclosure
15  agreement that Palantir puts at issue in the
16  complaint in this matter?
17    A.   I am aware of the nondisclosure
18  agreement that's referenced in the complaint in
19  this matter, yes.
20    Q.   What communications did Palantir have
21  with Mr. Abramowitz regarding the NDA on July
22  12th, 2014?
23    A.   Based on the research I've done in
24  preparation for this deposition, I'm not aware of
25  any communications regarding that specific NDA

Page 52

1  other than his signature.   I don't -- I don't
2  recall that anyone remembered any other specific
3  communications regarding that NDA.
4    Q.   So my question was limited to July
5  12th, 2014, but I think your answer was broader
6  than that.   So I just want to make sure we've a
7  clear record.
8    A.   No, I didn't intend --
9    Q.   Are you aware --
10    A.   Go ahead.
11    Q.   Are you aware of any communications
12  between Palantir and Mr. Abramowitz regarding the
13  NDA?
14    A.   Yes.
15    Q.   What communications are you aware of?
16    A.   So I am aware, based on what I've
17  reviewed from the deposition testimony of our
18  corporate witness on this matter -- I believe that
19  was Sunnie Jackson who testified to that -- that
20  Palantir had this form NDA in place both at the
21  time of July 12th, 2014, and prior and that all
22  visitors are required to sign it so that any time
23  Mr. Abramowitz communicated to the office that he
24  would have communicated about that NDA.
25        I'm not sure if you're asking for

Page 53

1  something different.
2    Q.   So what communications occurred between
3  Mr. Abramowitz and Palantir regarding the NDA
4  that's at issue in Palantir's complaint?
5    A.   So regarding the specific NDA that's
6  referenced in Palantir's complaint, I know that
7  Mr. Abramowitz signed the NDA.   So I believe
8  that's one form of communication.
9        If you're asking for additional
10  communications, I don't know that I've seen
11  evidence that allows me to recall what additional
12  communications there would have been.   I'm not
13  aware, for example, of any negotiations that took
14  place.   I believe it's just our form NDA, and
15  Mr. Abramowitz signed it.
16    Q.   How do you know that Mr. Abramowitz
17  signed it?
18    A.   I believe I reviewed the document which
19  has Mr. Abramowitz's signature.   But if you were
20  able to put that up, I would -- I would see.
21  Maybe it's a click through.   I don't -- I don't
22  recall as I sit here right now.   But if you would
23  put up the document, I'd be happy to take a look.
24    Q.   So are you familiar with
25  Mr. Abramowitz's signature?

14 (Pages 50 - 53)

Page 54

1    MR. FURSEVICH: Objection, form,
2  argumentative.
3    A.   I have seen what I believe is
4  Mr. Abramowitz's signature.  If you're asking if I
5  am a handwriting expert, I am not.
6    Q.   I'll just represent to you it's not a
7  click through.  There is a signature line.
8        So your understanding that that is in
9  fact Mr. Abramowitz's signature is based on your
10 recollection of Mr. Abramowitz's signature from
11 other contexts and in comparison to what is on the
12 NDA?
13   A.   I did not perform a handwriting
14 analysis.  I took it at face value that
15 Mr. Abramowitz's signature is actually his
16 signature.
17   Q.   Got it.
18   A.   And I don't believe I've seen anything
19 to the contrary, but if there is something, I'd be
20 happy to review it.
21   Q.   Are you aware of any evidence
22 indicating that that -- that the NDA that's been
23 produced -- strike that.
24       Are you aware of any evidence
25 indicating that the NDA that's at issue in

Page 55

1  Palantir's complaint was in fact generated on July
2  12th, 2014?
3    A.   Can I ask counsel a privilege question?
4        MR. FURSEVICH:  Sure.  We can go off
5  the record.
6        THE WITNESS:  Thank you.
7        THE VIDEOGRAPHER:  The time is 10:06.
8  We are off the record.
9        (Recess taken from 10:06 to 10:16.)
10       THE VIDEOGRAPHER:  The time is 10:16.
11 We are on the record.
12   Q.   So the pending question, Ms. Personick,
13 is are you aware of any evidence indicating that
14 the NDA that's at issue in Palantir's complaint
15 was in fact generated on July 12th, 2014.
16   A.   So what -- the evidence that I'm
17 aware --
18       MR. FURSEVICH:  Sorry, Ms. Personick,
19 objection, outside the scope of the 30(b)(6)
20 notice.
21       Go ahead.
22   A.   So the evidence that I'm aware of --
23 and I don't believe that this was part of the
24 topic on which I was prepared to testify.  But the
25 evidence I'm aware of comes from the document

Page 56

1  itself, which, if I recall correctly, is dated
2  July 12th, 2014.
3        There may also have been some testimony
4  by Ms. Jackson on this topic.  I don't recall.
5    Q.   I want to make sure I understand your
6  prior testimony.  You're not aware of any
7  negotiations between Mr. Abramowitz and Palantir
8  relating to the NDA that's at issue in Palantir's
9  complaint?
10   A.   That's correct, yes.
11   Q.   And who was on the security desk at
12 Palantir in -- on -- sorry, who was on the
13 security desk at Palantir on July 12th, 2014?
14       MR. FURSEVICH:  Objection.  This is
15 outside the scope of the 30(b)(6) notice.
16   A.   I don't recall if it was part of
17 Ms. Jackson's deposition transcript, so I am not
18 sure.
19   Q.   As a part of your preparation for
20 communications with Mr. Abramowitz concerning the
21 NDA, did you look into who was on the security
22 desk on that date?
23   A.   I don't recall going through all the
24 individuals who work security at Palantir, no.
25   Q.   So I take it you're not aware of any

Page 57

1  conversations between Mr. Abramowitz and anyone at
2  the front desk on June -- on July 12th, 2014?
3    A.   As I sit here, I'm not aware of any.
4  I've seen no evidence to suggest there were any
5  negotiations or conversations about the NDA on
6  July 12th, 2014.  But if there's something you're
7  thinking of specifically, I'm happy to review a
8  document or transcript.
9    Q.   I'm going to upload another exhibit.
10 336 should be in your folder.
11       (Exhibit 336, Palantir's responses and
12 objections to Defendant Marc Abramowitz's
13 fourth set of interrogatories, marked for
14 identification.)
15   A.   Okay.  I've got it.
16   Q.   You can see these are Palantir's
17 responses and objections to Defendant Marc
18 Abramowitz's fourth set of interrogatories?
19   A.   That's what it says, yes.
20   Q.   And these were, as you can tell from
21 the case caption, produced in Palantir
22 Technologies, Inc., v. Marc L. Abramowitz, et al.,
23 pending in the Northern District of California;
24 correct?
25   A.   That's what it looks like, yes.

15 (Pages 54 - 57)

Page 58

1    Q.   Let's go to page 4.  Are you with me?
2    A.   Sorry, page 4 of the PDF or 4 of the
3  document?  I think I'm with you.  Which
4  interrogatory?
5    Q.   The page that has number 4 at the
6  bottom of it.
7    A.   Yes, I'm there.
8    Q.   Do you see Interrogatory Number 2
9  there?
10    A.   Yes, I see that.
11    Q.   It says, Identify all dates on which
12  Marc Abramowitz's entered your offices from
13  January 1, 2014, through May 5, 2015, the
14  person(s) with whom he met during each visit, and
15  the length of time of each meeting.
16        Do you see that?
17    A.   I see that, yes.
18    Q.   And then on the next page, page 5,
19  there is a chart with dates, times, and persons
20  met; correct?
21    A.   I see a chart.  I haven't reviewed
22  fully.  I think that's what -- I think that's
23  right.
24    Q.   What is the basis for the entries on
25  this chart?

Page 59

1        MR. FURSEVICH:  Objection, outside the
2    scope of the 30(b)(6) notice and outside the
3    parties' agreement pertaining to interrogatory
4    responses.
5        But you can go ahead and answer, to the
6    extent you can, Ms. Personick.
7    A.   My understanding as I sit here is the
8  basis of the documents that are cited below the
9  chart as part of this interrogatory.
10    Q.   Are you aware of any other basis other
11  than the specific documents that are cited?  In
12  other words, are there documents that are not
13  cited that form the basis for any of these
14  meetings?
15        MR. FURSEVICH:  Same objections.
16    A.   I am not aware of any, but I don't know
17  that I specifically looked into this
18  interrogatory's bases other than I am familiar
19  with the documents cited being the basis for the
20  chart.
21    Q.   Does Palantir have any access to data
22  reflecting when Mr. Abramowitz actually visited
23  Palantir aside from e-mail communications
24  associated with those visits?
25        MR. FURSEVICH:  Objection, outside the

Page 60

1  scope of the 30(b)(6) testimony -- 30(b)(6)
2  notice.
3    A.   I don't recall -- I don't recall
4  preparing on this topic.  I'm not sure what
5  communications this is based on.  I haven't
6  reviewed all of those documents; or I have, but I
7  certainly don't know them by Bates number.  So,
8  I'm sorry, I don't know how to answer that
9  question.
10    Q.   How did Palantir determine when the
11  meetings that are listed in the chart on page 5 of
12  Exhibit 336, how was it determined when they
13  occurred?
14        MR. FURSEVICH:  Objection, outside the
15    scope of the 30(b)(6) notice and the parties'
16    agreement pertaining to these issues, and
17    form.
18    A.   I don't know that I recall how we went
19  through this chart, and I don't know that anything
20  I would recall is not privileged.  This isn't --
21  that particular question is not one that I looked
22  into for purposes of this deposition.
23    Q.   Setting aside the document now --
24    A.   Okay.
25    Q.   -- what counsel did you meet with in

Page 61

1  preparation for today's testimony?
2    A.   I met with Yegor and I believe Philip
3  Myer, Mayer, Myer.  Don't tell Philip.
4    Q.   Is that it?
5    A.   That's all I recall.  Oh, and I believe
6  in-house counsel for Palantir was there as well.
7    Q.   Who was that?
8    A.   Matt Helton and Maria.
9    Q.   How many meetings did you have?
10    A.   Maybe three or four.  I don't recall.
11  I feel like the deposition's been postponed, so I
12  don't recall exactly how many meetings.
13    Q.   During any of those meetings -- well,
14  strike that.
15        All in, about how long did you meet
16  with the various counsel that you mentioned?
17    A.   I believe it was -- it was certainly
18  over ten hours.  Somewhere between 10 and 15
19  hours, maybe.
20    Q.   Did any of the counsel that you
21  mentioned provide you with any factual information
22  for purposes of you testifying regarding that
23  information here today?
24        MR. FURSEVICH:  I'll instruct the
25    witness not to reveal any attorney/client

Page 62

1    communications.
2        A.   I'm not sure I understand the question.
3    Counsel provided me with documents.  I'm not sure
4    I understand what else you're asking about.
5        Q.   So did counsel provide you with factual
6    information not memorialized in -- well, strike
7    that.
8            We've already established you did not
9    look at any documents that were withheld on
10   privilege grounds; is that correct?
11       A.   That's correct.
12       Q.   Did counsel provide you with any
13   factual information outside of a document for the
14   purpose of you testifying regarding that factual
15   information?
16           MR. FURSEVICH:  This question is so
17       broad, I'll instruct the witness not to answer
18       on attorney/client privilege grounds.
19       Q.   Who was the assistant to Dr. Karp that
20   you reached out to regarding the document that we
21   marked as Exhibit 99?
22       A.   I believe her name was Kelly Maze.
23       Q.   And how did you reach out to Ms. Maze?
24       A.   I sent Ms. Maze an e-mail to the
25   address that I believe Palantir has on record for

Page 63

1    her.
2        Q.   Did you just send the one e-mail or was
3    there any follow-up?
4        A.   I can't recall.  I believe it was one
5    e-mail.  I believe I just sent the e-mail and then
6    did not hear anything in responses from her.
7        Q.   And what did you say in the e-mail?
8        A.   I don't recall the specifics of what I
9    said.  I believe generally I said, Do you have a
10   few minutes to speak?
11       Q.   And did you attempt to contact her any
12   way other than e-mail?
13       A.   I don't believe that I did.  I'm not
14   sure I have any other way to contact her.  But I
15   don't recall any other means.
16       Q.   All right.  I'm going to show you
17   another document, which should be there.
18       A.   What's the number?  I don't know if I'm
19   seeing.
20       Q.   I think it should have just arrived.
21   337.
22           (Exhibit 337, Palantir's supplemental
23       privilege withhold log, marked for
24       identification.)
25       A.   Okay.  I've got it.

Page 64

1        Q.   All right.  And you can see Exhibit 337
2    is a document that's entitled Palantir's
3    supplemental privilege withhold log, and it's
4    dated 10/25/2021; correct?
5        A.   That's what it looks like on the
6    document.
7        Q.   I'm going to direct you to -- you see
8    how there's a column entitled PL number?
9        A.   The first column?
10       Q.   Yeah.
11       A.   Yes, I see that.
12       Q.   Great.  I'm going to direct you to PL
13   number 5-3, 53.
14       A.   Okay.  I see that.
15       Q.   Okay.  Do you see there's a document
16   that's logged on line 53, and date of the document
17   is September 23rd, 2014, and then there's a number
18   of e-mail addresses that are associated with this
19   entry and then a subject line that reads, re Marc
20   Abramowitz patents?
21           Do you see that?
22       A.   I do see that.  Just so you know, the
23   columns aren't carrying down, like the column
24   headers.  So, yes, I see e-mail addresses, I see
25   date, and I see re Marc Abramowitz patents, yeah.

Page 65

1        Q.   And I take it you did not review that
2    document in preparation for today's testimony?
3        A.   That's correct, I did not review it.
4        Q.   Did you speak with Ashley Agacki?
5        A.   In preparation for today, I did not
6    speak with Ashley Agacki, no.
7        Q.   Have you spoken with Ashley Agacki
8    about Mr. Abramowitz's patent applications ever?
9        A.   I don't -- I don't recall if I've ever
10   seen with her about them.  I believe I have when
11   she was at Palantir, but I honestly don't recall.
12       Q.   What do you believe you spoke with her
13   about with respect to Mr. Abramowitz's patent
14   applications?
15           MR. FURSEVICH:  I'll instruct the
16       witness not to answer to the extent the answer
17       would reveal any attorney/client
18       communications.
19       A.   I honestly -- I don't recall one way or
20   the other, so I just don't recall the
21   conversations with Ashley about this topic.
22       Q.   You see Adam Eltoukhy listed in I guess
23   it's the fifth column?
24       A.   I see Adam Eltoukhy, esquire, yes.
25       Q.   Did you speak with Adam Eltoukhy in

Page 66

1  preparation for today's testimony?
2       A.   I did not speak with Adam Eltoukhy in
3  preparation for today's deposition.
4       Q.   What information did Palantir have
5  regarding Marc Abramowitz's patent applications as
6  of September 23rd, 2014?
7       A.   So I can't recall the specific date.
8  If there's a document -- are you referring to --
9  is that the date of Mr. Taylor's meeting,
10  September 23rd?
11      Q.   It's the date of this privilege log
12  entry that I'm referring to.
13      A.   Oh, okay.
14           So as of September 2014, I believe that
15  what Palantir knew was that Mr. Abramowitz had
16  filed a patent application in the cyber insurance
17  field.
18      Q.   And who at Palantir knew that?
19      A.   Based on what I've reviewed, I believe
20  Mr. Taylor knew that.  At that time Shyam Sankar
21  might have known that.  Based on my review of
22  Mr. Taylor's deposition, I believe Mr. Hood and
23  Dr. Karp might have known that.  And that's what
24  I -- that's what I recall.
25           MR. FURSEVICH:  I didn't get a chance

Page 67

1       to object, but object on the ground that the
2       question calls for information outside the
3       cope of the 30(b)(6) notice.
4       Q.   Let's go to line 57, PL number 57,
5  which is just on the next page, and you can see an
6  entry with the date February 7th, 2015, and then
7  the next column says Shyam Sankar with
8  Mr. Sankar's e-mail address.
9           Do you see that entry?
10      A.   Yes, I see that.  57, you said?
11      Q.   That's correct.
12      A.   Yes, I see that.
13      Q.   And you can see that in the next column
14  are the names of Ryan Taylor, Alex Karp, Matt
15  Long, and someone named Scott H-S-U.  I would say
16  Hsu?
17      A.   Hsu.
18      Q.   Hsu.  Who is Mr. Hsu?
19      A.   Mr. Hsu is an attorney at Palantir.
20      Q.   Is he currently an attorney at
21  Palantir?
22      A.   Yes, he is.
23      Q.   And then you see two columns over from
24  Mr. Hsu's column there is a column that just
25  contains the text Marc A.  Do you see that?

Page 68

1       A.   I see that, yes.
2       Q.   And then there's another column that
3  states, e-mail providing information for the
4  purpose of obtaining legal advice regarding
5  Mr. Abramowitz's cyber insurance patent
6  application.
7           Do you see that?
8       A.   I believe it says Marc, but yes.
9       Q.   Oh, did I say mister?
10      A.   Yeah.  That's fine.
11      Q.   I take it from your prior answers you
12  did not review this document in preparation for
13  today's testimony?
14      A.   That's correct, I did not review this
15  document.
16      Q.   And you don't understand any of
17  Palantir's counsel to have provided you with the
18  factual information memorialized in this document;
19  is that correct?
20           MR. FURSEVICH:  I'll caution the
21      witness not to answer to the extent the answer
22      would review any attorney/client
23      communications.
24      A.   I don't know what factual information
25  is in this document.  I haven't reviewed it.  So

Page 69

1  I'm not sure I know how to answer.
2       Q.   Let me ask you this -- let me ask it
3  this way:  What did Palantir know about
4  Mr. Abramowitz's patent applications as of
5  February of 2015?
6       A.   So as of February 2015, based on
7  conversations with -- and review of deposition
8  transcript from Mr. Taylor, Dr. Karp, and Shyam
9  Sankar, Palantir knew that Mr. Abramowitz had
10  filed a patent application in the cyber insurance
11  field.  And that's all that Mr. -- all that
12  Palantir knew about Mr. Abramowitz's application.
13      Q.   Is it fair to say -- is it a fair
14  description of your testimony that from Palantir's
15  perspective -- well, strike that.
16           Is your testimony that Palantir's
17  knowledge with respect to the patent applications
18  was unchanged between September of 2014 and
19  February of 2015?
20      A.   I'm not sure if that's my exact
21  testimony, but what I would say is that I don't
22  believe that Palantir -- from what I've reviewed,
23  the evidence that I reviewed, that Palantir had
24  additional information about the substance of what
25  was contained in Mr. Abramowitz's patent

18 (Pages 66 - 69)

CONFIDENTIAL

Page 70

1  application.
2      Q.  Okay.  Well, what additional
3  information had it obtained relating to patent
4  applications at all?
5      A.  I haven't reviewed for that entire time
6  period.  I think the information that Palantir had
7  was that Mr. Abramowitz had filed a patent
8  application in the cyber insurance field.
9          At some point in time I believe we
10 tried to obtain information on the patent
11 application from Mr. Abramowitz, and he indicated
12 that he could not provide that information to us.
13 I believe Mr. Abramowitz mentioned an NDA related
14 to the application.
15         And that's -- that's what I recall
16 sitting here.  But I know that Mr. Taylor,
17 Mr. Sankar, Mr. Hood, and Dr. Karp have testified
18 to this.
19     Q.  Now let's go to PL 71 and 72.  We can
20 just stick with -- we can just stick with 71,
21 actually.  Let me know when you're there.  It's
22 page 19 of the privilege log.
23     A.  Okay.  I am there.
24     Q.  You see that this entry has a date of
25 May 23rd, 2015?

Page 71

1      A.  I'm sorry, did you say 71 or 72?
2      Q.  I said 71, but I meant -- I was looking
3  at 72.  We can stick with 71.
4      A.  Okay.
5      Q.  It has May 22nd, 2015; correct?
6      A.  Yes, I see that.
7      Q.  And the -- let's call it sixth column
8  in has text that reads re Marc Abramowitz?
9      A.  I see text that reads re Marc
10 Abramowitz.
11     Q.  And then the column directly to the
12 right of that includes a description that reads,
13 e-mail chain and attachment requesting information
14 for the purpose of providing legal advice and
15 providing information for the purpose of obtaining
16 legal advice regarding Marc Abramowitz's cyber
17 insurance patent application.
18         Do you see that?
19     A.  Yes, I see that.
20     Q.  I take it that you have not reviewed
21 that e-mail in connection with your preparation
22 for today's testimony?
23     A.  That's correct.
24     Q.  And you have no understanding of the
25 substance of that e-mail as a result of your

Page 72

1  preparation with counsel; correct?
2          MR. FURSEVICH:  I again caution the
3      witness not to reveal any attorney/client
4      communications, and I instruct the witness not
5      to answer to the extent her answer would
6      reveal any such communications.
7      Q.  I'll rephrase.
8          And you have no understanding of the
9  factual information contained in that e-mail as a
10 result of your preparation with counsel; correct?
11     A.  I don't know if that's correct.  I
12 don't know what factual information is contained
13 in that e-mail, so I'm not sure if I know the
14 factual information.
15     Q.  As of May of 2015, what information did
16 Palantir have regarding Mr. Abramowitz's patent
17 applications?
18     A.  So my understanding based on what I've
19 reviewed is as of May 2015 Palantir had
20 substantially similar information to previously,
21 which is that Mr. Abramowitz had filed a cyber
22 insurance patent application and that we did not
23 have access to that application and that
24 Mr. Abramowitz did not provide us with information
25 regarding the substance contained in that

Page 73

1  application.
2      Q.  And had the universe of people who were
3  aware of this information relating to
4  Mr. Abramowitz's patent application changed or
5  were they the same folks?
6          MR. FURSEVICH:  Objection, falls
7      outside the scope of the 30(b)(6) notice.
8      A.  I'm not sure of who was aware of
9  Mr. Abramowitz's patent application.  I'm not sure
10 who he told, who he shared it with.  I don't know.
11     Q.  All right.  You prepared to testify
12 regarding any business activities involving Marc
13 Abramowitz and the potential cyber insurance
14 business he was exploring prior to May 31 of 2015?
15     A.  Yes, I'm prepared to testify to that
16 topic to the extent agreed between the parties.
17     Q.  I first want to focus my questions on
18 2014.  What information did Palantir have
19 regarding Mr. Abramowitz's exploration of a cyber
20 insurance business in 2014?
21     A.  Sorry, I reviewed -- I reviewed a lot
22 of materials.  I believe that in 2014 the
23 information that Palantir had was that
24 Mr. Abramowitz was working on cyber insurance for
25 Palantir, potentially with Alex Fishman at that

19 (Pages 70 - 73)

Page 74

1  time -- I'm not sure if that's quite the correct
2  date -- and was conducting business development
3  activities for Palantir in the cyber insurance
4  field.
5      Q.   What did Palantir understand
6  Mr. Fishman and Mr. Abramowitz to be doing with
7  respect to cyber insurance?
8      A.   Generally I recall that Palantir
9  understood at least Mr. Abramowitz to be doing
10  business development activities and research and
11  sort of feeling out the space of cyber insurance
12  and how Palantir could best operate in that space.
13      But that's a very generally
14  understanding.  I think there's probably some
15  deposition testimony that I could refer to that is
16  slightly more detailed on this.
17      Q.   Did Palantir understand Mr. Fishman and
18  Mr. Abramowitz to be working on the creation of a
19  new entity that would somehow operate in the cyber
20  insurance space?
21      A.   I know I reviewed documents around
22  this.  I don't -- I don't recall if there's a
23  specific document.  I'd be happy to review it.
24      What I do recall is that they were --
25  Mr. Abramowitz and I believe Mr. Fishman were

Page 75

1  working around setting up cyber insurance business
2  for Palantir.  I don't know if there was any
3  discussion of how that would be structured.  I
4  don't recall as I sit here.
5      Q.   When you say "for Palantir," what do
6  you mean by that?
7      A.   It was Palantir's understanding that
8  they were operating on behalf of and to the
9  benefit of Palantir and working closely with the
10  company.
11      Q.   Who was working closely with
12  Mr. Fishman and Mr. Abramowitz in connection with
13  these efforts?
14      A.   I believe, based on conversation and
15  testimony from Dr. Karp, that at least Dr. Karp
16  was aware and involved in the cyber efforts.  I
17  don't recall who else.  Perhaps Shyam Sankar.  I
18  don't recall as I sit here.
19      Q.   So fair to say that Dr. Karp was
20  apprised of Mr. Abramowitz and Mr. Fishman's
21  activities with respect to cyber insurance in
22  2014?
23      MR. FURSEVICH:  Objection, calls for
24  speculation, misstates testimony.
25      A.   I don't know exactly what Mr. Karp --

Page 76

1  sorry, Dr. Karp, was apprised of at that time.  I
2  recall reviewing his deposition transcript and
3  having a conversation with him where he made
4  reference or I believe was shown some documents
5  around -- around the cyber insurance topic.
6      And that's what I'm basing my knowledge
7  on.  I don't have any further knowledge than that.
8      Q.   So the basis for your description of
9  Dr. Karp working closely with Mr. Fishman and
10  Mr. Abramowitz is based on Dr. Karp's testimony;
11  is that correct?
12      A.   I don't think my testimony was that
13  Dr. Karp worked closely with Mr. Fishman and
14  Mr. Abramowitz on the cyber insurance business.
15      Q.   You testified it was Palantir's
16  understanding that they were operating on behalf
17  of and to the benefit of Palantir and working
18  closely with the company.  And I asked you who
19  were they working closely with, and you stated --
20  you gave Dr. Karp as an example, and then you said
21  perhaps Sam Sankar.
22      So I just want to understand was
23  Dr. Karp working closely with Mr. Abramowitz and
24  Mr. Fishman or not.
25      MR. FURSEVICH:  Objection, vague, and

Page 77

1  falls outside the scope of the 30(b)(6)
2  notice.
3      A.   Again, I'm not sure that that is what I
4  stated.  I think there was more to my second
5  answer.  But my understanding of Dr. Karp's
6  interactions with Mr. Abramowitz on the cyber
7  insurance matter stemmed from my review of
8  Dr. Karp's transcript as well as documents that I
9  believe were produced in this litigation, I know
10  were produced in this litigation.
11      And I don't have any additional
12  information regarding Dr. Karp's involvement in
13  the cyber insurance activities of Mr. Abramowitz.
14      Q.   I'm sorry.
15      A.   No, I'm done.
16      Q.   Let's just level set a minute.  Did
17  Palantir work closely with Mr. Fishman and
18  Mr. Abramowitz with respect to their efforts in
19  the cyber insurance space in 2014?
20      A.   I believe that Mr. Abramowitz from what
21  I recall was perhaps reporting back on some of the
22  activities.  That's what I was referring to in my
23  earlier answer when I talked about him working
24  closely with the business.
25      I know he was also given access to

Page 78

1  Palantir's confidential information.  And I do
2  know it was Palantir's understanding that he was
3  operating to Palantir's benefit and so had access
4  to Palantir individuals and information.
5      Q.   What individuals are you referring to?
6      A.   I believe I've seen him have
7  conversations or evidence of him having
8  conversations with Dr. Karp, with Shyam Sankar,
9  with Kevin Kawasaki, with a number of other folks.
10 And I think there's been testimony on his sort of
11 close interaction or interactions with individuals
12 at Palantir.
13     Q.   What was Palantir's understanding as to
14 Mr. Fishman's role with respect to
15 Mr. Abramowitz's and Mr. Fishman's work on cyber
16 insurance?
17         MR. FURSEVICH:  Objection, falls
18     outside the scope of the 30(b)(6) notice.
19     A.   I'm not sure that I -- I'm not sure
20 that I'm aware of Palantir's knowledge as to
21 Mr. Fishman at this time.
22     Q.   Does Palantir have any understanding as
23 to when Mr. Abramowitz and Mr. Fishman stopped
24 working together?
25     A.   I recall reviewing Fishman's deposition

Page 79

1  transcript, and he may have stated this.  There
2  may also have been documents.  But as I sit here,
3  I can't remember.
4      Q.   Does Palantir have any understanding as
5  to why Mr. Abramowitz and Mr. Fishman stopped
6  working together outside of the testimony that
7  Mr. Fishman gave on the subject?
8      A.   So outside of the testimony that
9  Mr. Fishman gave, I can't recall if there was
10 reference to -- there might have been reference to
11 this in either Dr. Karp or Mr. Sankar's deposition
12 transcript, or maybe others, but I don't recall as
13 I sit here right now.
14     Q.   Let's now focus on 2015.  Well, strike
15 that.
16         Palantir does understand that at some
17 point Mr. Fishman and Mr. Abramowitz did stop
18 working together with respect to cyber insurance;
19 correct?
20     A.   That is -- that is my understanding.
21 That's -- I believe based on what I've reviewed,
22 that's my understanding that Palantir was aware
23 that at some point in time they stopped working on
24 cyber insurance together.
25     Q.   All right.  So after Mr. Fishman and

Page 80

1  Mr. Abramowitz stopped working on cyber insurance,
2  what is Palantir's understanding as to
3  Mr. Abramowitz's continued exploration of a cyber
4  insurance business?
5          MR. FURSEVICH:  Objection, vague as to
6      time.
7      A.   Yeah, I'm not sure of the timing of
8  that sequence, so I don't know as I sit here right
9  now without reviewing something additional.
10     Q.   Does Palantir have any understanding as
11 to what Mr. Abramowitz's activities in cyber
12 insurance were in 2015?
13     A.   Yeah, I believe in 2015 at the -- my
14 understanding is that in 2015, roughly the end
15 of -- of -- was it May 2015, or May or February
16 2015, there was a point in time at which Palantir
17 became aware of information that might lead to the
18 suspicion that Mr. Abramowitz was continuing to
19 work in cyber insurance but outside of -- outside
20 of -- outside of Palantir.
21         I think that was in -- I think that was
22 in February.  It might have been in May.  I'm
23 sorry, I don't remember the date as I sit here.
24 But prior to that time in 2015, Palantir
25 understood that Mr. Abramowitz was still pursuing

Page 81

1  cyber insurance opportunities and field for
2  Palantir.
3      Q.   Let's go to Exhibit 338.
4          (Exhibit 338, e-mails, marked for
5      identification.)
6      A.   Okay.
7      Q.   Do you have it up?
8      A.   Yes, I have that up.
9      Q.   You can see Exhibit 338 is an e-mail
10 string with the top e-mail from Tyler Scriven to
11 Shyam Sankar on February 7th, 2015.  Do you see
12 that?
13     A.   I see that, yeah.
14     Q.   And Mr. Sankar is forwarding an e-mail
15 from Mr. Abramowitz that was also sent on February
16 7th, 2015.  Do you see that?
17         MR. FURSEVICH:  Misstates the document.
18     Q.   Okay.  Mr. Scriven is forwarding an
19 e-mail from Mr. Abramowitz that was also sent on
20 February 7th, 2015; correct?
21     A.   That's what it appears from the face of
22 the document.
23     Q.   Is this the document that you're
24 referring to that led Palantir to believe in
25 February of 2015 Mr. Abramowitz was pursuing a

21 (Pages 78 - 81)

Page 82

1 cyber insurance outside of the context of
2 Palantir?
3    A.  No.
4    MR. FURSEVICH:  Objection, misstates
5 testimony.
6    A.  This is not the document that I was
7 referring to in my prior testimony.  I also am
8 not -- I don't believe at this time Palantir
9 suspected that Mr. Abramowitz was exploring cyber
10 insurance outside of Palantir.
11    Q.  What document were you thinking --
12 strike that.
13    Your testimony was I think in February
14 or May 2015 Palantir became aware of information
15 that might lead to the suspicion that
16 Mr. Abramowitz was continuing to work in cyber
17 insurance but outside -- outside of Palantir.
18    What information are you referring to?
19    A.  There was a document that if I recall
20 correctly had some reference to someone named
21 Hank.  It was an e-mail thread.  And I don't --
22 I'm sorry, they're all starting to blend.  I don't
23 remember more than that.
24    But I do recall that there was another
25 document that was -- now I'm thinking it was

Page 83

1 probably May of 2015, end of May 2015.  Actually,
2 I'm looking at the notice, and, yeah, May 23rd,
3 2015.  So it was a document roughly around that
4 time period.
5    Q.  All right.  Let's direct our focus back
6 on Exhibit 338.  Did you speak with Shyam Sankar
7 about this exhibit?
8    A.  I don't recall if I spoke with Shyam on
9 this exhibit specifically.  I recall reviewing
10 Shyam's deposition transcript.  I believe this may
11 have been discussed there, but I don't recall at
12 this time.
13    Q.  It was not, because it was not produced
14 at the time of Mr. Sankar's deposition.
15    So does that help refresh your
16 recollection as to whether you spoke with
17 Mr. Sankar regarding this document?
18    A.  It does not help refresh my
19 recollection on whether I spoke to Mr. Sankar
20 regarding this document in preparation for this
21 document.
22    Q.  Have you spoken with Mr. Sankar
23 regarding this document outside of the context of
24 preparation for this deposition?
25    A.  I believe --

Page 84

1    MR. FURSEVICH:  I'll instruct you not
2 to answer to the extent your answer would
3 reveal attorney/client communications,
4 Ms. Personick.
5    A.  Yeah, I think it would be privileged.
6    Q.  Well, do you have any understanding as
7 to whether Shyam Sankar received this document?
8    A.  I don't personally have any
9 understanding as to whether or not he received
10 this document.  I see it was addressed to him.
11    Q.  Do you know what Shyam Sankar did upon
12 receiving this e-mail that's been marked as
13 Exhibit 338?
14    A.  As I sit here right now, I'm not sure
15 that I know.  I don't recall if I've reviewed
16 anything on this.
17    Q.  And let's just level set.  In the first
18 e-mail Mr. Abramowitz writes to Mr. Scriven:
19 Would Shyam want to team up for insurance, and
20 Mr. Scriven forwards that to Mr. Sankar and
21 states, Any thoughts on how to gently shut this
22 down?
23    Do you see that?
24    A.  Yes, I see him saying would -- I
25 believe he's referring to Shyam -- wanted to team

Page 85

1 up for insurance.
2    Q.  You're pointing out he may have
3 misspelled Mr. Sankar's name?
4    A.  Yeah.
5    Q.  Did Mr. Sankar try to gently shut this
6 down, as Mr. Scriven suggests?
7    MR. FURSEVICH:  Objection, outside the
8 scope of the 30(b)(6) notice, and form, and
9 calls for speculation.
10    A.  Yeah, as I sit here right now, I'm not
11 sure that I know the answer to your question.  I
12 may have at some point.  I don't know.
13    Q.  Are you aware of Palantir taking any
14 action in response to this e-mail exchange that
15 we've marked as Exhibit 338?
16    MR. FURSEVICH:  Objection, outside the
17 scope of the 30(b)(6) notice.
18    A.  I don't recall, but also this is not
19 something that I reviewed or looked for.  For
20 example, I -- yeah, I don't recall.  I didn't look
21 at any privileged communications.  I don't -- I
22 don't know how to answer the question.
23    MR. WOHLGEMUTH:  I want to take another
24 five-minute break.  I have a little exhibit
25 issue I've got to work through, and I think

22 (Pages 82 - 85)

CONFIDENTIAL

Page 86

1  we've been going maybe a little less than an
2  hour, if that's all right with you.
3      MR. FURSEVICH:  That's fine.
4      THE VIDEOGRAPHER:  It is 10:56.  We are
5  off the record.
6      (Recess taken from 10:56 to 11:06.)
7      THE VIDEOGRAPHER:  The time is 11:06.
8  We are on the record.
9      Q.  All right.  Ms. Personick, you should
10  have Exhibit 339 in your marked exhibits folder?
11      (Exhibit 339, e-mails, marked for
12  identification.)
13      A.  Okay.  I've got that up.
14      Q.  You see this is an e-mail exchange
15  between Mr. Abramowitz and someone named Prasanna
16  in February 2015?
17      A.  I see this is an e-mail from Marc
18  Abramowitz to Prasanna February 2015, yes.
19      Q.  And do you see the bottom two
20  paragraphs -- actually, the bottom paragraph has
21  text that reads, Also, Tyler thinks we should talk
22  to -- I think that is supposed to be Shyam -- and
23  Erik Rosenbaum (sp?) to make sure there's no
24  disconnect.  I talked to Bob Palantir, and he says
25  the cyber stuff is very new at Palantir and Shyam

Page 87

1  has been cycling people in and out of the role.
2      Do you see that?
3      A.  I see what you read.
4      Q.  And then Mr. Abramowitz responds, You
5  know Shyam better than me, and I don't know the
6  other guy at all.  Do you want to try to set up
7  the meeting?
8      Do you see that?
9      A.  I see what you read.  I can't really
10  tell from the context of this what was sent to
11  who.  I think it may be missing something.  But I
12  see what you read.
13      Q.  Is Palantir aware of any communications
14  between either Mr. Abramowitz or Prasanna
15  Srikhanta and someone named Bob with respect to
16  cyber insurance or cybersecurity?
17      MR. FURSEVICH:  I apologize, I was
18      muted.  I was objecting on the grounds that
19      this question falls outside the scope of the
20      30(b)(6) notice.
21      A.  I don't know who was being referred to
22  here, but I also don't know that I -- I don't know
23  that I reviewed this.  I don't know who Bob is
24  here.
25      Q.  Who is Bob McGrew?

Page 88

1      MR. FURSEVICH:  Objection, falls
2      outside the scope of the 30(b)(6) notice.
3      A.  From my personal knowledge, I believe
4  Bob McGrew was an engineer at Palantir at some
5  point.  He may have -- I'm not sure what his role
6  was.  But I believe we had an employee named Bob
7  McGrew.
8      Q.  Are you aware, as Palantir's 30(b)(6)
9  representative, of any conversations between Bob
10  McGrew and Prasanna Srikhanta relating to
11  Mr. Abramowitz's cyber insurance efforts?
12      A.  I don't -- as Palantir's 30(b)(6)
13  witness, I don't recall reviewing anything that
14  showed conversation between Bob McGrew and
15  Prasanna.  I could be wrong there.
16      I recall seeing a conversation I think
17  perhaps between Aki and Prasanna, but I don't know
18  if Bob McGrew was on there.  And I don't recall if
19  I saw any other evidence of a conversation between
20  Bob and Prasanna.
21      Q.  Is "Aki" Aki Jain?
22      A.  Akash Jain, yes, that's correct.
23      Q.  In the top e-mail Mr. Abramowitz refers
24  to trying to set up a meeting.  Is Palantir aware
25  of any meeting attempted to be set up by Prasanna

Page 89

1  Srikhanta in February of 2015 relating to cyber
2  insurance?
3      MR. FURSEVICH:  Objection, falls
4      outside the scope of the 30(b)(6) notice.
5      A.  So I don't -- I don't -- I don't know
6  what's going on in this e-mail.  I don't know that
7  there's more than one that I'm looking at.  But is
8  your question just was there a meeting that
9  Palantir set up in February 2015 with Prasanna?
10      Q.  My question is is Palantir aware of any
11  meeting that Prasanna Srikhanta attempted to set
12  up in February of 2015 relating to cyber
13  insurance.
14      MR. FURSEVICH:  Same objections.
15      A.  I'm not in aware of -- I'm not aware of
16  what meetings -- I'm not aware of what Prasanna
17  was doing.
18      Q.  Are you aware of Prasanna Srikhanta
19  having any communications with anyone at Palantir
20  relating to Mr. Abramowitz's cyber insurance
21  efforts?
22      A.  I believe, as I referenced, there was
23  an e-mail or a document thread at least with Aki,
24  who's an employee at Palantir, and Prasanna.  I
25  don't recall the details as I sit here.  I'd be

23 (Pages 86 - 89)

Page 90

1  happy to take a look at that document, though.
2      Q.   Is that e-mail the only communication
3  you're aware of concerning communications between
4  Prasanna Srikhanta and Palantir concerning
5  Mr. Abramowitz's cyber insurance efforts?
6      A.   As I sit here now, I'm only aware of
7  the conversations between Aki and Prasanna.  I
8  don't know if it was just one e-mail.  I can't
9  recall if there were additional conversations that
10  are reflected.  But that's what I can remember
11  based on what I've reviewed.
12      Q.   Well, setting aside what's written in
13  any e-mail, what oral communications are you aware
14  of between Prasanna Srikhanta and Aki Jain
15  concerning Mr. Abramowitz's cyber insurance
16  activities?
17      A.   I don't recall the specific details of
18  the conversation.  What I recall was essentially
19  that Prasanna didn't want to get involved in the
20  discussion about cyber insurance.  But I don't
21  recall any specifics of the conversations, if
22  there were any.
23      Q.   So where did you get the notion that
24  Prasanna didn't want to get involved?  Was that
25  something Mr. Jain told you?

Page 91

1      A.   I believe that's based on reviewing
2  both the documents as well as Mr. -- it might have
3  been Mr. Sankar's deposition transcript and my
4  prior deposition transcript, as I recall.
5      Q.   Did you speak to Mr. -- I'm sorry.
6  Were you finished?
7      A.   Yes.
8      Q.   Did you speak to Mr. Jain in connection
9  with today's deposition?
10      A.   I did not -- I don't believe I spoke
11  with Aki in preparation for today's deposition.
12      Q.   Did you speak with him in connection
13  with the prior deposition?
14      A.   That I can't recall right now.  It was
15  quite some time ago.  But -- yeah, I can't recall
16  as I sit here right now.
17      Q.   Let's go to Exhibit 340.
18          (Exhibit 340, e-mails, marked for
19      identification.)
20      Q.   Do you have Exhibit 340?
21      A.   I have it, yes.
22      Q.   This is an e-mail string between Akash
23  Jain, Shyam Sankar, Gavin Hood, Alex Karp in May
24  2015; correct?
25      A.   I see this is an e-mail from Akash Jain

Page 92

1  to Shyam cc'ing Gavin Hood and Alex Karp, May
2  2015.
3      Q.   And you see the subject line is re
4  Abramowitz and Prasanna?
5      A.   I see the subject line, yes.
6      Q.   What was Palantir's understanding of
7  what Prasanna's role was with respect to
8  Mr. Abramowitz's cyber insurance business
9  exploration?
10          MR. FURSEVICH:  Objection, outside the
11      scope of the 30(b)(6) notice.
12      A.   Sorry, can you repeat that?
13      Q.   What was Palantir's understanding of
14  what Prasanna's role was with respect to
15  Mr. Abramowitz's cyber insurance business
16  exploration?
17          MR. FURSEVICH:  Same objection.
18      A.   Oh, this is the e-mail I was referring
19  to before when I was talking about an e-mail that
20  references Hank.  This is the e-mail thread.
21  Sorry.
22          I don't -- I don't recall reviewing an
23  entire like body of evidence or the records
24  specifically for the point of what Prasanna's role
25  was with Mr. Abramowitz's business activities or

Page 93

1  any business activities.
2          From the documents that I recall and
3  the transcripts -- including the transcripts I
4  recall, I believe Prasanna had some sort of
5  interaction with Marc around cyber, but I can't --
6  I can't remember more than that as I sit here.
7      Q.   In the very bottom e-mail Mr. Sankar
8  writes in the second sentence:  Prasanna is his
9  business partner in building a cyber insurance
10  business together.
11          How did Palantir come to learn that?
12          MR. FURSEVICH:  Objection, lacks
13      foundation.
14      A.   I don't know what Shyam meant here, and
15  I don't know as I sit here that I understand where
16  this e-mail or what appears to be an e-mail is
17  coming from.
18      Q.   Do you have any idea what information
19  either Mr. Sankar or anyone at Palantir received
20  that precipitated this e-mail exchange?
21          MR. FURSEVICH:  Objection, vague.
22      A.   I don't -- I just don't recall as I sit
23  here right now.
24      Q.   So when Mr. Sankar writes, Prasanna is
25  now involved in Abramowitz's scam/IP theft from

24 (Pages 90 - 93)

Page 94

1 Palantir. Palantir does not have any
2 understanding as to how Mr. Sankar came to
3 understand that.
4 A. I mean, Palantir may have an
5 understanding. I just -- as I sit here right now,
6 I don't -- I don't recall. And I'm not sure what
7 Shyam was referring to here. This might have been
8 something I reviewed in his deposition transcript,
9 but I don't remember.
10 Q. There's a reference to in Gavin Hood's
11 e-mail just above Mr. Sankar's bottom e-mail where
12 he states, Meskell was going to/has seen Prasanna
13 to gather more data.
14 Do you see that?
15 A. I see what -- I see that language, and
16 it looks like it's associated with Gavin, yeah.
17 Q. Is Palantir aware of Mr. Meskell
18 gathering more data from Prasanna?
19 A. As I sit here, I don't recall more than
20 what's written on this page. I believe was
21 Mr. Meskell -- I believe Mr. Meskell might have
22 been deposed.
23 Q. My question is not about Mr. Meskell's
24 recollection; my question is about whether you, as
25 Palantir's 30(b)(6) representative who has access

Page 95

1 to all of Palantir's corporate knowledge and
2 should have done all the homework necessary to
3 testify here today, whether you are aware of
4 Mr. Meskell gathering more data as indicated in
5 Mr. Hood's May 17th e-mail.
6 MR. FURSEVICH: Objection,
7 argumentative, and outside the scope of the
8 30(b)(6) notice.
9 A. There's a lot of information and a lot
10 of homework. There's a number of topics and some
11 of them extremely broad. I did a lot of homework
12 for this preparation. And as I sit here right
13 now, I don't recall if Mr. Meskell had testified
14 to it in his deposition transcript. I'm happy to
15 review that to refresh my recollection as
16 Palantir's corporate witness.
17 Q. Other than looking at Mr. Meskell's
18 deposition transcript, did you do anything to look
19 into whether or not Mr. Meskell gathered more
20 data, as indicated in Mr. Hood's e-mail?
21 MR. FURSEVICH: Objection, outside the
22 scope of the 30(b)(6) notice.
23 A. I don't -- I don't recall speaking -- I
24 did not speak with Mr. Meskell in preparation for
25 this deposition.

Page 96

1 Q. Did you do anything else?
2 MR. FURSEVICH: Objection, vague and
3 outside the scope of the 30(b)(6) notice.
4 A. I did a lot of things in preparation
5 for this deposition.
6 Q. But on this issue specifically did you
7 do anything else --
8 A. Can you repeat?
9 Q. -- to figure out -- so you recall that
10 we've been talking about Mr. Hood's representation
11 that Meskell was going to/has seen Prasanna to
12 gather more data.
13 Did you do anything besides review
14 Mr. Meskell's deposition transcript to see if
15 Mr. Meskell had in fact gathered that data?
16 A. I don't --
17 MR. FURSEVICH: Objection, outside the
18 scope of the 30(b)(6) notice.
19 A. I don't know that I would characterize
20 this as Mr. Hood's representation that Mr. Meskell
21 was going to -- or has seen Prasanna to gather
22 more data.
23 As to conversations between Meskell and
24 Prasanna, I did not speak with Mr. Meskell and I
25 did not speak with Mr. Srikhanta in preparation

Page 97

1 for this deposition. I would be relying upon the
2 evidence that I did review, including the
3 deposition transcripts and other documents.
4 Q. Have you ever spoken with Prasanna
5 Srikhanta about litigation involving
6 Mr. Abramowitz?
7 MR. FURSEVICH: And I'll caution the
8 witness not to reveal any attorney/client
9 communications.
10 A. I don't -- I don't recall.
11 Q. Prior to June 23rd, 2016, did Palantir
12 take any steps to prevent the publication of any
13 patent application filed by Mr. Abramowitz?
14 MR. FURSEVICH: This is outside -- this
15 is a question on a topic that the defendant
16 has agreed to drop, so object on that ground.
17 A. Am I -- sorry, am I supposed to answer?
18 MR. FURSEVICH: To the extent you can,
19 with any personal knowledge that is not
20 privileged.
21 THE WITNESS: I don't know if my
22 personal knowledge is privileged. Sorry. Do
23 you want to go off the record or...
24 MR. FURSEVICH: If you want to discuss
25 a privilege question, we'll go off the record.

25 (Pages 94 - 97)

CONFIDENTIAL

Page 98

1  My objection, again, is this is a question on
2  a topic that Mr. Abramowitz has agreed to drop
3  and therefore you may answer to the extent
4  you'd have any personal knowledge.  But I will
5  caution you in your answer, Ms. Personick, not
6  to reveal any attorney/client communications.
7      Q.  All right.  Let me ask it this way:
8  Did Palantir take any actions between let's call
9  it July of 2014 and September 1st of 2016 to
10  demand that Mr. Abramowitz return Palantir's
11  alleged trade secrets or confidential information?
12     A.  So I think between that time period
13  Palantir was not aware of what trade secrets or
14  confidential information Mr. Abramowitz may be
15  using or misusing.  We were not aware of it until
16  August of 2016.  So I don't believe prior to that
17  we had specifically made a request.
18     I believe that in the complaint -- so
19  once we were aware of the misappropriation, there
20  was a request to cease and either return or
21  destroy -- I don't remember the exact language --
22  all of Palantir's trade secrets.
23     Q.  In between July of 2014 and September
24  1st of 2016, did Palantir ever demand that
25  Mr. Abramowitz stop using Palantir's alleged trade

Page 99

1  secrets or confidential information in any of his
2  activities?
3      A.  So I recall that there was -- I recall
4  there was a conversation between Mr. Karp --
5  Dr. Karp and Mr. Abramowitz where -- I don't -- I
6  don't know the specifics of it, and I don't recall
7  if Dr. Karp recalls the specifics of it.  I recall
8  I reviewed his deposition transcript on this where
9  sort of activities between Palantir and
10  Mr. Abramowitz ceased.
11     And then I do know that once we
12  discovered that Mr. Abramowitz was using or
13  misusing the confidential information and trade
14  secrets in August 2016, at that time I believe our
15  complaint asked for Mr. Abramowitz to cease using
16  any of Palantir's trade secrets.
17     That's -- that's what I recall from the
18  evidence that I've reviewed.
19     Q.  Is your understanding of what was said
20  between Dr. Karp and Mr. Abramowitz based on
21  Dr. Karp's testimony on the subject or is there
22  some other source of knowledge that you have?
23     A.  I believe I'm relying on Dr. Karp's
24  testimony on this.  I know I spoke with him, but
25  I'm not sure that there -- I'm not sure if there's

Page 100

1  a distinction there.  I'm referring to I think
2  Dr. Karp's testimony, I believe.
3      Q.  Does Palantir believe that
4  Mr. Abramowitz entered into an oral contract with
5  Palantir?
6      A.  Yes, Palantir is under the
7  understanding that Mr. Abramowitz entered into an
8  oral agreement with Palantir.
9      Q.  You say agreement, and I asked about
10  contract.  Do you view those terms as being
11  different?
12     MR. FURSEVICH:  Objection, calls for a
13  legal conclusion.
14     A.  Yeah, I'm -- I'm not sure if those
15  terms are different or not.
16     Q.  So then will you answer my question,
17  then, which is does Palantir believe that
18  Mr. Abramowitz entered into an oral contract with
19  Palantir?
20     MR. FURSEVICH:  Objection to the
21  argumentative commentary and calls for a legal
22  conclusion, asked and answered.
23     A.  I am not sure that I appreciate at this
24  point in time what like the specific legal
25  definition of contract is.  So I feel more

Page 101

1  comfortable using the term "agreement."  I'm not
2  sure there is a distinction; I just don't -- I
3  don't know that I'm in a position to testify one
4  way or the other on that.
5      Q.  Let's take a look at Topic 11, which
6  you have in front of you.  Did you prepare for
7  that topic?
8      A.  Yes, I'm prepared to testify to this
9  topic to the extent agreed between the parties.
10     Q.  And do you see that this topic makes
11  reference to the date, terms, consideration
12  exchanged, parties present, and parties bound to
13  or by any oral or written contracts that you
14  alleged Marc Abramowitz entered into with Palantir
15  that you contend were in effect any time between
16  January 1, 2013, and September 1, 2016?
17     Do you see that?
18     A.  I see that language, yes.
19     Q.  I'll ask the question again.  Does
20  Palantir contend that Mr. Abramowitz has an oral
21  contract with Palantir?
22     MR. FURSEVICH:  Objection, asked and
23  answered and calls for a legal conclusion.
24     A.  So, yes, Palantir does understand that
25  there was an oral agreement in place between

26 (Pages 98 - 101)

Page 102

1 Mr. Abramowitz and Palantir Technologies during
2 that time period.
3     Q.   Why are you resistant to using the term
4 "contract"?  Help me understand.
5         MR. FURSEVICH:  Objection,
6     argumentative.
7     A.   I'm using the term "agreement" because
8 that's the term I understand.  I'm not an expert
9 in contract law right now.  I don't know that I
10 feel comfortable saying "contract."  They could be
11 the same thing.  I just -- from my language I
12 would generally call things an agreement.
13     Q.   What is an agreement in your language?
14     A.   So an agreement is -- I mean,
15 someone -- someone agrees to do something.
16     Q.   Okay.  Is that it?
17     A.   I don't know that I have the definition
18 of agreement.
19     Q.   Well, it's your term that you're
20 insisting upon using, so I just want to make sure
21 I understand all facets of what you mean when you
22 say there was an agreement between -- an oral
23 agreement between Mr. Abramowitz and Palantir.
24         When you say that there was an oral
25 agreement, you're just saying that Mr. Abramowitz

Page 103

1 agreed to do something?  That's the extent of what
2 you're saying?
3         MR. FURSEVICH:  Objection, misstates
4     testimony and form and argumentative.
5     A.   Great.  No, that's not the extent of
6 what I'm saying.
7     Q.   Then what are you saying when you say
8 there was an agreement?  What do you mean by that?
9     A.   I mean that Mr. Abramowitz and Palantir
10 had an agreement regarding the confidentiality and
11 the treatment of Palantir's confidential
12 information where Mr. Abramowitz agreed to
13 maintain the confidentiality of Palantir's
14 information in exchange for access to that
15 information, and that was in place between the
16 relevant time period of this topic.
17     Q.   How many oral contracts does Palantir
18 believe it has with Mr. Abramowitz?
19         MR. FURSEVICH:  Objection, vague.
20     A.   So the agreement that I'm talking
21 about, which is -- you know, I don't know about
22 all oral agreements.  I'm prepared to talk about
23 this nondisclosure agreement between January 1,
24 2013, and September 1, 2016, per this topic.
25         And for this my understanding is that

Page 104

1 this agreement was in place at that time and it
2 was reiterated on numerous occasions with numerous
3 individuals at Palantir.
4     Q.   So your testimony is within the time
5 period covered by this topic of January 1, 2013,
6 and September 1, 2016, there was just one contract
7 between Mr. Abramowitz and Palantir that was oral?
8         MR. FURSEVICH:  Objection, asked and
9     answered.
10     A.   During this time period there was an
11 oral agreement in place between Mr. Abramowitz and
12 Palantir Technologies, the terms of which were
13 reiterated on numerous occasions.  I know, for
14 example, Dr. Karp testified that every time he
15 spoke with Mr. Abramowitz they confirmed the
16 confidentiality of the information that Mr. --
17 Dr. Karp was providing and that Mr. Abramowitz
18 agreed to keep that confidential.
19         I don't legally know if each time it's
20 reiterated it's a separate contract, but that's
21 what I can testify to.
22     Q.   Well, regarding the legal import of --
23 well, strike that.
24         Irrespective of your analysis of the
25 legal issues, you did prepare to discuss and

Page 105

1 testify about Palantir's position in this
2 litigation concerning oral contracts with
3 Mr. Abramowitz; correct?
4         MR. FURSEVICH:  Objection, asked and
5     answered.
6     A.   I'm prepared to testify to Topic 11 as
7 agreed between the parties.
8     Q.   And Palantir is contending in this case
9 that there was just one oral contract between it
10 and Mr. Abramowitz?
11         MR. FURSEVICH:  Objection, asked and
12     answered.
13     Q.   In this time frame?
14         MR. FURSEVICH:  Same objection.
15     A.   During this time frame, there was an
16 oral agreement between Mr. Abramowitz and
17 Palantir, and that agreement was to keep
18 information confidential and receive access to it.
19 And I know that Dr. Karp testified that he
20 reiterated this with Mr. Abramowitz on numerous
21 occasions, and I believe Shyam Sankar also
22 testified that Mr. Abramowitz agreed to keep
23 information confidential when he spoke with him.
24 And that's Palantir's knowledge on this topic.
25     Q.   Sorry, you said Mr. Sankar's testimony

27 (Pages 102 - 105)

Page 106

1  and Dr. Karp's testimony regarding their
2  communications with Mr. Abramowitz represents
3  Palantir's knowledge with respect to the content
4  of the oral contract?
5      A.   That is at least what I'm relying on.
6  There may be other things that I don't recall, but
7  those are the ones that come to mind.
8          I believe I may also have been -- it
9  may also have been from conversation with
10  Dr. Karp.  But I believe I recall in his
11  deposition transcript he spoke about repeatedly
12  reiterating these obligations and this agreement
13  with Mr. Abramowitz.
14      Q.   Who is the party to the oral contract?
15      A.   My understanding is Mr. Abramowitz and
16  Palantir Technologies.
17      Q.   Is KT4 Partners a party to the oral
18  contract?
19      A.   I don't know in what capacity
20  Mr. Abramowitz, if he was saying he was also
21  representing KT4.  I know from our perspective we
22  understood that Mr. Abramowitz was a party to it
23  and was agreeing to maintain the confidentiality
24  of Palantir's information under the oral
25  agreements.

Page 107

1      Q.   How about the Marc Abramowitz
2  Charitable Trust Number II, was it a party to the
3  Connecticut oral contract?
4      A.   I'm not sure -- I'm not sure if
5  Mr. Abramowitz was also representing his trust,
6  number II.  My understanding is it was
7  Mr. Abramowitz who entered into this agreement
8  with Palantir Technologies.
9      Q.   What did you do to prepare for this
10  topic regarding oral contracts with
11  Mr. Abramowitz?
12      A.   For this topic I believe I spoke with
13  Dr. Karp, I reviewed deposition transcripts,
14  including Dr. Karp and Shyam Sankar as well as I
15  think Lauren DeMeuse, maybe Casey Ketterling.
16  There was a number of deposition transcripts.  I'm
17  not -- I'm not sure I recall all of the ones that
18  were precisely reviewed with this topic in mind.
19          And that's what I -- that's what I
20  recall sitting here.
21      Q.   When was the oral contract executed?
22      A.   The oral agreement was in place at
23  least as of July -- I'm sorry, January 1st, 2013.
24      Q.   Do you know when it was first executed?
25      A.   I'm not certain of the exact date of

Page 108

1  the first time Mr. Abramowitz agreed to the
2  confidentiality obligations; I do know that at
3  least when Mr. Abramowitz was receiving the
4  information related to health care, cyber, and
5  natural resources and acting on Palantir's behalf
6  in business development activities the agreement
7  was in place.
8      Q.   What did you do to determine the date
9  of execution of the oral contract?
10      A.   For this topic I spoke with Dr. Karp, I
11  reviewed deposition transcripts, including
12  Dr. Karp's and Ms. DeMeuse and Shyam Sankar; and
13  likely others, but I'm not recalling all of them.
14      Q.   I don't mean to cut you off.  My
15  question is not about general preparation.  Did
16  you ask Dr. Karp specifically what date he
17  executed the oral contract with Mr. Abramowitz?
18      A.   I don't recall if I asked that precise
19  question in those words.  I know -- I know I
20  either spoke with him or reviewed testimony -- I
21  can't recall which at this moment -- around when
22  the contract was in place.
23      Q.   What did Mr. Abramowitz say to enter
24  into the oral contract that Palantir contends to
25  have existed?

Page 109

1          MR. FURSEVICH:  Objection, vague.
2      A.   I'm not sure I recall from my
3  preparation what exact words Mr. Abramowitz used.
4  I do recall that a number of different witnesses
5  testified that Mr. Abramowitz agreed, understood,
6  and reinforced the fact that he appreciated the
7  confidentiality of Palantir's information and that
8  he would maintain that confidentiality.
9      Q.   So I'm just interested in the witnesses
10  who heard Mr. Abramowitz utter words that created
11  an oral contract.  Who are the witnesses that
12  Palantir believes heard Mr. Abramowitz utter those
13  words of contract formation?
14          So, in other words, I'm not interested
15  in understanding reinforcing that portion of your
16  testimony.  I just want to know who are the
17  witnesses that Palantir believes heard
18  Mr. Abramowitz utter the words of contract
19  formation with respect to the oral contract that
20  Palantir contends to exist.
21      A.   I'm not sure I understand the nuances
22  of your question, but what I can say is that
23  Dr. Karp testified to this, that Mr. Abramowitz
24  told him that he would maintain Palantir's
25  information as confidential.

28 (Pages 106 - 109)

Page 110

1    Now that I'm thinking on it, it might
2 also be in Mr. Hood's testimony as well as
3 Mr. Sankar.
4    Q.   I take it from your prior answer that
5 you can't tell me the specific words that
6 Mr. Abramowitz uttered in order to enter into the
7 oral contract that Palantir contends to exist?
8       MR. FURSEVICH:  Objection, vague and
9    calls for a legal conclusion, asked and
10    answered.
11    A.   I don't recall specific words that
12 Mr. Abramowitz spoke, and I'm also not sure what
13 you're referring to when you're asking about in
14 order to enter into the agreement.  It sounds a
15 bit like a legal conclusion.
16       But what I can tell you is that
17 Dr. Karp testified to his recollection of his
18 conversations with Mr. Abramowitz, and I don't
19 have additional specific language that
20 Mr. Abramowitz used.
21    Q.   And what did Palantir say to
22 Mr. Abramowitz in order to -- strike that.
23       What did Palantir say to Mr. Abramowitz
24 when it entered into the oral contract?
25    A.   So Palantir -- my understanding is that

Page 111

1 Dr. Karp as well as I think Shyam Sankar and
2 potentially others when they discussed this
3 agreement with Mr. Abramowitz would express to him
4 how it was important that he kept the information
5 confidential and, you know, they did this as they
6 identified the information they're sharing as
7 confidential and the work we do as confidential.
8       I'm looking -- in my mind I'm relying
9 on Dr. Karp's deposition transcript here as well
10 as I believe Mr. Sankar's and potentially also
11 Mr. Hood or Ms. DeMeuse.  But I can't recall all
12 of the deposition transcripts that would be
13 relevant, but I'm recalling those specifically.
14    Q.   Are you relying on anything other than
15 deposition transcripts in the answer you just
16 gave?
17    A.   Again, I spoke with Dr. Karp.  And I
18 apologize, I think I may be blending sometimes
19 what's in his transcript versus what I spoke with
20 him about.  But I believe in this case it's
21 reflected in his deposition.  I know he was
22 questioned on this.
23    Q.   What were Mr. Abramowitz's supposed
24 obligations under the oral contract that Palantir
25 believes to have existed?

Page 112

1    A.   So Mr. Abramowitz was obligated to
2 maintain the confidentiality of Palantir's
3 confidential information.
4    Q.   How was information identified as
5 being -- well, strike that.
6       What information was subject to the
7 oral contract that Palantir believes to have
8 existed?
9    A.   So my understanding is that any
10 confidential information that Palantir shared with
11 Mr. Abramowitz was and should have been kept
12 confidential under this agreement as well as
13 others.
14    Q.   What was the process under the oral
15 contract for the designation of information as
16 being confidential or not confidential?
17       MR. FURSEVICH:  Objection, vague.
18    A.   Yeah, I'm not sure I understand what
19 you mean.
20    Q.   Well, was there a provision in the oral
21 contract that specified how information would be
22 designated as being confidential or not?
23    A.   Again, I'm not sure I understand
24 when -- generally when Palantir enters into a
25 contract the parties understand what confidential

Page 113

1 information is.  It's kind of a standard
2 understood term to anyone operating in business.
3       So I'm not sure what you're looking
4 for.  I believe that Mr. Abramowitz was told about
5 confidential information and that it was
6 confidential.  I also would think that
7 Mr. Abramowitz would have asked if he had any
8 question about the scope of what should be kept
9 confidential or what confidential information
10 meant.
11    Q.   My question is just whether or not
12 there was a specific provision in the oral
13 contract or term in the oral contract that
14 specified how information would be designated as
15 being confidential or not confidential.  Is there
16 such a provision in the oral contract?
17       MR. FURSEVICH:  Objection, asked and
18 answered.
19    A.   I'm not sure.  I'm not sure.  I don't
20 understand why there would need to be such a
21 provision.  Maybe that's where I'm getting caught
22 up.
23    Q.   I'm not saying that there does or
24 doesn't.  I just want to know if there is or
25 isn't.

29 (Pages 110 - 113)

Page 114

1    MR. FURSEVICH: Mr. Wohlgemuth, do not
2  interrupt the witness. Let her finish. And
3  asked and answered.
4    Go ahead.
5    A.  I guess what I'm saying, I'm not sure
6  because I think that's generally understood. You
7  know, when you enter into a nondisclosure
8  agreement, you understand that information that's
9  confidential, which is generally information
10  that's not publicly available, needs to be kept
11  confidential.
12    So I don't know what -- I don't know
13  what more could have been said on this point.
14    Q.  So I just want the make sure I
15  understand your testimony. Palantir's -- strike
16  that.
17    The oral contract that Palantir
18  believes to have existed with Mr. Abramowitz does
19  not contain a specific provision specifying the
20  confidential information that is covered by the
21  oral contract; is that fair?
22    A.  If what you're asking is did Palantir
23  list out all of the items of confidential
24  information that were covered by the agreement,
25  then I haven't seen any evidence to suggest that.

Page 115

1    I think instead what normally happens
2  and what happened in this instance is that the
3  scope of confidential information is understood to
4  be information that's not publicly available, in
5  particular any information that would be of a
6  sensitive business nature.
7    And I think, as a number of people have
8  testified to, Mr. Abramowitz was a sophisticated
9  businessperson. So I'm not sure that anyone would
10  have had a more enumerated conversation with him
11  on the specific items of information.
12    I do know I think that certain
13  information was described as confidential at the
14  time it was provided, and I know there was other
15  information that was indicated as something that
16  could be shared. So I believe on a piece-by-piece
17  basis some of that information was also provided.
18    Q.  I'm sorry, was that -- you said
19  something about an enumerated conversation. Was
20  that a provision in the oral contract or what are
21  you referring to?
22    A.  So what I'm referring to when I talk
23  about on a piece-by-piece basis that confidential
24  information was identified as confidential, I
25  think I'm referring to, for example, the testimony

Page 116

1  of Dr. Karp where he would describe the
2  information in the conversations he was having
3  with Mr. Abramowitz as confidential and also get
4  sort of an agreement that Mr. Abramowitz
5  understood that and understood the terms of that.
6    I think there was also testimony from
7  Ms. DeMeuse where she discussed information that
8  she told Mr. Abramowitz she could share -- or, I'm
9  sorry, he could share with potential customers.
10    That's what I was thinking of when I
11  was talking about specific pieces of information.
12    Q.  Got it.
13    What was the duration of the oral
14  contract between Mr. Abramowitz and Palantir?
15    MR. FURSEVICH: Objection, vague.
16    A.  So my understanding of the duration of
17  the agreement that we've been discussing regarding
18  confidentiality is ongoing.
19    Q.  So it has no set end date; is that
20  fair?
21    A.  I'm not aware of any end date. I think
22  like most -- or many confidentiality agreements
23  there was -- there was no expiration that was
24  discussed.
25    Q.  Is there a termination provision in the

Page 117

1  oral contract between Mr. Abramowitz and Palantir?
2    A.  I don't know if termination was
3  specifically discussed. I think it's understood
4  that either there could be a termination and of
5  course there could also be breach. So I'm not
6  sure if it was specifically discussed.
7    Q.  Has Palantir ever paid Mr. Abramowitz
8  any money?
9    MR. FURSEVICH: Objection, outside the
10  scope of the 30(b)(6) deposition notice, and
11  form and vague.
12    A.  I'm actually not sure as I sit here.
13    Q.  Has Palantir ever reimbursed
14  Mr. Abramowitz for any expenses he incurred?
15    MR. FURSEVICH: Same objections.
16    A.  I don't recall as I sit here. I don't
17  recall.
18    Q.  And was the purpose of the oral --
19  strike that.
20    Was the purpose -- Palantir
21  understood -- strike that.
22    So Palantir understood that the
23  information that it was providing to
24  Mr. Abramowitz pursuant to this oral contract it
25  believes to have existed was being provided to

30 (Pages 114 - 117)

Page 118

1  Mr. Abramowitz at a time when he was engaging in
2  business development activities for the company?
3       MR. FURSEVICH:  Objection, falls
4  outside the scope of the 30(b)(6) notice.
5       A.  I'm not sure, there's something that
6  seems a bit broad about that.  What I can say is
7  my understanding is the confidentiality agreement
8  was at least in place while Mr. Abramowitz was
9  performing business development and business --
10 yeah, development activities for Palantir.
11      Q.  Was the oral contract entered into
12 because Mr. Abramowitz was engaging in business
13 development activities for the company?
14      MR. FURSEVICH:  Objection, outside the
15 scope of the 30(b)(6) notice.
16      A.  I'm not sure that I know or recall the
17 reason, precise reason, why Palantir entered into
18 confidentiality agreement with Mr. Abramowitz.  I
19 do know that he was close to and interacting with
20 a lot of leadership, including Dr. Karp, of the
21 company and he was treated as a trusted advisor.
22 I believe a number of witnesses have testified to
23 that.  But as to the more specifics of the precise
24 reason, I'm not sure I can say as I sit here.
25      Q.  Did Mr. Abramowitz receive any

Page 119

1  confidential or proprietary information from
2  Palantir on July 12th, 2014?
3       A.  I believe on July 12th, 2014, from what
4  I reviewed, that was the date that he was in
5  Palantir's offices.  I don't recall who he was
6  meeting with.  My understanding is he received
7  confidential information throughout his meetings
8  with Palantir individuals, so -- which would have
9  included that meeting on July 12th, 2014, yes.
10      Q.  What information did Mr. Abramowitz
11 received on July 12th, 2014, that was
12 confidential?
13      A.  As I sit here, I don't recall specifics
14 or precise information for any given date.  I
15 think there's documents that show what was
16 disclosed or reflect some of what was disclosed on
17 each date.
18      I do know that based on what the
19 witnesses have testified to and my conversations
20 with individuals like Dr. Karp and Lauren DeMeuse
21 that information was shared throughout the course
22 of their conversations with Mr. Abramowitz.  I
23 can't recall specifically who was meeting with him
24 on that day either, as I sit here.
25      Q.  So I just want to make sure I

Page 120

1  understand.  You can't say right now what specific
2  information Mr. Abramowitz received on July 12th,
3  2014; is that fair?
4       MR. FURSEVICH:  Objection, asked and
5  answered.
6       A.  I don't recall on that exact date.  If
7  there's a document, I'd be happy to take a look
8  and see if that refreshes my recollection.
9       Q.  And you prepared to testify regarding
10 information provided to Mr. Abramowitz on or after
11 July 12th, 2014, including the specifics of what
12 information was provided, when it was provided,
13 who provided it, who was present at the time it
14 was provided, and what instructions, if any, were
15 given to Mr. Abramowitz when the information was
16 provided.  You prepared on that; correct?
17      A.  I'm prepared to testify on behalf of
18 Palantir as to Topic 12, to the extent it was
19 agreed between the parties.
20      I do want to note I was not finished
21 with my last answer.  But at this point I don't
22 recall what else I was going to say.
23      Q.  Okay.  I thought you were done.  I
24 apologize.
25      A.  I was not.

Page 121

1       Q.  I'm trying not to interrupt you.
2       How about after July 12th, 2014, was
3  Mr. Abramowitz provided any confidential or
4  proprietary information from Palantir after that
5  date?
6       A.  So after July 12th, 2014, I know that
7  Mr. Abramowitz had conversations with
8  individuals -- including I believe Ms. DeMeuse,
9  Mr. Kawasaki, and potentially Dr. Karp -- after
10 that time, based on my review of the evidence.
11 And I know they've each testified that at their
12 meetings with Mr. Abramowitz they shared
13 confidential information.
14      So I certainly believe that
15 confidential information was shared after that
16 time.  Yeah.
17      Q.  What information was provided to
18 Mr. Abramowitz after July 12th, 2014, by
19 Ms. DeMeuse?
20      A.  This would be confidential information
21 in relation to health care work at Palantir.
22      Q.  What specific information?
23      A.  I don't recall if Ms. DeMeuse could
24 identify specific pieces of information on each
25 date.  I reviewed her deposition transcript, and

31 (Pages 118 - 121)

Page 122

1  that's what I'm referring to here, as well as I
2  had a conversation with her.
3          And I don't believe she was able to
4  either recall the specific information on the
5  precise date, but that more generally she was able
6  to recall that she shared confidential information
7  in the field of health care when she spoke with
8  Mr. Abramowitz each time she spoke with him.
9      Q.   And who else was present when
10  Ms. DeMeuse provided Mr. Abramowitz this
11  confidential information after July 12th, 2014?
12      A.   I'm sorry, I looked at a lot of
13  deposition transcripts.  I'm not sure I can
14  specifically recall who else was present.  I
15  believe she identified some individuals that were
16  present at various meetings.  I just may be mixing
17  up dates.  But Ms. DeMeuse is who I'm relying on
18  here.
19      Q.   What instructions did Ms. DeMeuse give
20  to Mr. Abramowitz regarding the nature of the
21  information she was providing on or after July
22  12th, 2014?
23      A.   I'm sorry, can you repeat the question
24  or have it read back?
25      Q.   Sure.  What instructions did

Page 123

1  Ms. DeMeuse give to Mr. Abramowitz regarding the
2  nature of the information she was providing on or
3  after July 12th, 2014?
4      A.   So in reviewing Ms. DeMeuse's
5  transcript, I believe that she stated that her
6  conversations with Mr. Abramowitz in her
7  conversations she thought that he was acting as a
8  trusted visitor of Palantir and that he was part
9  of senior leadership or associated with senior
10  leadership.
11          And so she wouldn't have felt
12  comfortable providing specific instructions but
13  that she understood or believed that he understood
14  how confidential information should be protected,
15  as someone who was a sophisticated businessperson
16  and worked with leadership.
17          That's -- that's my recollection of
18  this point from Ms. DeMeuse's testimony, and
19  that's who I'm relying on.
20      Q.   And you're relying on her testimony as
21  opposed to a conversation you had with her; is
22  that correct?
23      A.   I might be confusing the two again, and
24  I apologize if I am.  But generally my
25  recollection is that she doesn't recall specific

Page 124

1  instructions but thinks that it was most likely
2  that she was relying upon the fact that
3  Mr. Abramowitz was with senior leadership,
4  associated with them, and as a sophisticated
5  businessperson didn't require instructions from
6  someone in her position as to how to handle
7  confidential information.
8          She did also testify that there were
9  instances in which she would identify certain
10  information that Mr. Abramowitz could use with
11  customers.
12      Q.   Did that happen before or after July
13  12th, 2014?
14      A.   I can't recall as I sit here.  I would
15  need to look back at her deposition transcript,
16  which I'd be happy to do, but that's what I'm
17  thinking of.
18      Q.   What confidential information did
19  Mr. Kawasaki provide to Mr. Abramowitz after July
20  12th, 2014?
21      A.   So I reviewed Mr. Kawasaki's deposition
22  transcript.  My understanding is that he had a
23  number of conversations with Mr. Abramowitz both
24  before and after July 12th, 2014.  And in those
25  conversations he shared confidential information,

Page 125

1  I think mostly relating to natural resources
2  technology, but perhaps also cyber technology.  I
3  may be confusing those two a bit.
4      Q.   What specific information was provided
5  after July 12th, 2014?
6      A.   I don't recall as I sit here whether
7  Mr. Kawasaki detailed specific items of
8  information, but I do know it was information
9  relating to trade secrets, again either in the
10  cyber, natural resources, or both.  I would need
11  to look at his testimony again to refresh my
12  recollection on that point.
13      Q.   And the source of your knowledge is
14  only Mr. Kawasaki's testimony?
15      A.   For Mr. Kawasaki's conversations, I
16  believe there may be something else, but it
17  doesn't occur to me.  I don't believe -- I don't
18  believe I spoke with Mr. Kawasaki in preparation
19  for this deposition, but I can't recall if there's
20  some other documents that I'm thinking of.
21      Q.   Were there any other folks besides --
22  I'm looking back at your testimony, and it was
23  rough real-time.  So I just wanted to make sure I
24  got it right.
25          You identified Ms. DeMeuse and

32 (Pages 122 - 125)

Page 126

1 Mr. Kawasaki as the individuals who provided
2 confidential information to Mr. Abramowitz after
3 July 12th, 2014. We talked about Ms. DeMeuse and
4 Mr. Kawasaki. Is there anyone else that Palantir
5 believes to have provided Mr. Abramowitz with
6 confidential information after July 12th of 2014?
7     A. I think I also mentioned Dr. Karp; if
8 not, I believe he's another person. There could
9 be someone else that I'm forgetting. That's who
10 comes to mind right now. If I recall more, I'll
11 let you know.
12     Q. With respect to Mr. Kawasaki, on what
13 dates did Mr. Kawasaki provide the confidential
14 information that Palantir believes that he
15 provided in the time period following July 12th,
16 2014?
17     A. I don't recall specific dates of his
18 meetings with Mr. Abramowitz, but what I do recall
19 is that he said at his meetings with
20 Mr. Abramowitz he disclosed confidential
21 information. So I'd need to look back at his
22 transcript to look at those dates, but I'm relying
23 on his transcripts and possibly documents relating
24 to his communications with Mr. Abramowitz. I
25 can't recall all of those.

Page 127

1     Q. Is it your understanding that documents
2 relating to Mr. -- strike that.
3         Is it your understanding that there is
4 a document that reflects Mr. Kawasaki providing
5 trade secret information to Mr. Abramowitz?
6     A. I don't recall. I just -- I reviewed a
7 number of documents, and I don't -- I just don't
8 recall one way or another. So I want to make sure
9 I'm not misstating what I'm basing this on.
10         What I do recall is Mr. Kawasaki's
11 deposition transcripts. There may have been
12 exhibits within that or other documents that are
13 related, and I'm not sure I -- I'm not thinking of
14 something specific; I just am sure that I looked
15 at documents on this topic.
16     Q. And what instructions did Mr. Kawasaki
17 give to Mr. Abramowitz with respect to the
18 confidential information that Palantir believes he
19 provided following July 12th, 2014?
20     A. With regard to instructions that
21 Mr. Kawasaki provided, my understanding is that
22 when Mr. Kawasaki was having these discussions
23 with Mr. Abramowitz he indicated that this
24 information was confidential, at least in some
25 instances, and that the information should be kept

Page 128

1 confidential.
2         I don't know what the specific language
3 was or if there were specific instructions like
4 you're looking for, but that's my recollection
5 from what I reviewed.
6     Q. Was that with respect to information
7 that was provided before July 12th, 2014, or after
8 July 12th, 2014?
9     A. As I'm recalling, this was with respect
10 to information provided across the course of
11 Mr. Kawasaki's conversations with Mr. Abramowitz,
12 so that would include both before and after July
13 of 2014.
14     Q. And what confidential information did
15 Dr. Karp provide to Mr. Abramowitz after July
16 12th, 2014?
17     A. I don't specifically recall on this
18 point. I believe Dr. Karp testified that he had
19 spoken with Mr. Abramowitz on a number of
20 different technologies and confidential
21 information related to those as well as customers.
22         And I'm looking back in my mind I think
23 to the deposition transcripts mostly here, but I
24 can't recall sitting here right now.
25     Q. Is the only source of your knowledge

Page 129

1 with respect to the confidential information that
2 Dr. Karp provided to Mr. Abramowitz after July
3 12th, 2014, Dr. Karp's deposition testimony?
4     A. I know it includes Dr. Karp's
5 deposition testimony. I can't say for certainty
6 that there is no other information that I reviewed
7 that's informing this. I don't recall my
8 specifics of my conversations with Dr. Karp, but I
9 know I spoke with him around this topic. And I
10 think he confirmed what I believe is in his
11 deposition transcript, that he had communicated
12 confidential information on multiple occasions.
13         So, yeah, I couldn't say that it's
14 solely the deposition transcript, but that's what
15 I'm thinking of right now.
16     Q. Do you have any notes of your
17 conversation with Dr. Karp?
18     A. No, I did not.
19     Q. Did you ever have any notes of your
20 conversation with Dr. Karp?
21     A. I don't believe I did, no.
22     Q. How did you memorialize what Dr. Karp
23 said to you?
24     A. I --
25         MR. FURSEVICH: Objection, vague and

33 (Pages 126 - 129)

CONFIDENTIAL

Page 130

1    lacks foundation.
2        A.   So my conversation with Dr. Karp was me
3    listening and performing my homework and
4    understanding about the various topics that I was
5    asking him about.  I don't recall writing anything
6    down during my conversation with Dr. Karp.
7        Q.   Did you make any notes of any of your
8    calls with the various, for lack of a better word,
9    fact witnesses that you communicated with in
10   connection with today's deposition?
11       MR. FURSEVICH:  Objection, form.
12       A.   I don't recall taking notes on the
13   conversations that I had with the various people
14   that were in preparation for this deposition.
15       Q.   Did Mr. Abramowitz have the ability to
16   legally bind Palantir with respect to third
17   parties?
18       A.   My understanding is Mr. Abramowitz had
19   the authority to act in a business development
20   capacity for Palantir, which includes, as part of
21   the function of that role, the ability to make
22   certain promises or offers on behalf of Palantir.
23       Q.   When you say "certain offers or
24   promises," what are you referring to?
25       A.   So, for example, that Palantir would

Page 131

1    perform a demo or attend a meeting or reimburse
2    for travel expenses and things that were -- what
3    I'm thinking of right now are things that were
4    very common and part of what's expected from your
5    role in business development.
6        Q.   And did those, as you've phrased them,
7    promises or offers create a legal obligation that
8    Palantir had to fulfill?
9        MR. FURSEVICH:  Objection, calls for a
10   legal conclusion.
11       A.   Yeah, I'm not sure -- I'm not sure
12   about from a legal perspective if it was a legally
13   binding contract.  I think that's a question of
14   law.
15       But what I can say is that these are --
16   these are offers or promises that are commonly
17   made in the course of our -- people participating
18   in these business development roles and that
19   Palantir, you know, would have honored some sort
20   of offer to provide a demo or reimbursement of
21   expenses for certain circumstances, absolutely.
22       Q.   When you say "would have honored," did
23   Palantir ever in fact honor any offers to provide
24   a demo or reimbursement of expenses that were
25   initiated by Mr. Abramowitz?

Page 132

1        MR. FURSEVICH:  Objection, falls
2    outside the scope of the 30(b)(6) notice.
3        A.   I believe so.  I believe I saw evidence
4    of this, but I can't recall, sitting here right
5    now, those specific instances.
6        Q.   What evidence do you believe you saw?
7        MR. FURSEVICH:  Objection, falls
8    outside the scope of the 30(b)(6) notice.
9        A.   If I recall, I believe there were
10   instances where Mr. Abramowitz would offer a demo
11   that was provided or set up a meeting.  I also am
12   recalling deposition testimony from individuals,
13   including I think Dr. Karp, who also expressed
14   that this sort of -- these sort of promises were
15   ones that Palantir routinely -- routinely agreed
16   to provide.
17       Q.   When you say "routinely," do you mean
18   with respect to Mr. Abramowitz or just in general?
19       A.   I'm talking about for these business
20   development roles, including Mr. Abramowitz.
21       Q.   Can you think of a single specific
22   example of a demo or a meeting that Palantir had
23   at Mr. Abramowitz's behest?
24       MR. FURSEVICH:  Objection, falls
25   outside the scope of the 30(b)(6) notice.

Page 133

1        A.   I feel like I've reviewed evidence that
2    would show this, but I just don't -- I just don't
3    recall it as I'm sitting here.  I don't know that
4    I have the specific information at my fingertips.
5        Q.   Did anyone at Palantir give
6    Mr. Abramowitz the authority to make these, as you
7    have phrased it, promises or offers in connection
8    with his business development work?
9        A.   Yes.
10       Q.   Who?
11       A.   So I know at least Dr. Karp provided
12   the express authority to Mr. Abramowitz to act in
13   this business development role for Palantir to
14   serve as an advisor and to assist us in obtaining
15   additional opportunities.  I think that's
16   reflected in Ms. DeMeuse's testimony as well as a
17   number of other witnesses.
18       And as part of this express authority
19   to operate in this role, he was authorized to make
20   the sort of promises, offers, and, you know,
21   essentially agreed to the sort of things that a
22   business development role would normally be
23   expected to do.
24       Q.   So I just want to make sure I
25   understand your testimony.  Are you saying

34 (Pages 130 - 133)

CONFIDENTIAL

Page 134

1  Dr. Karp had a specific conversation with
2  Mr. Abramowitz of these promises and offers that
3  he would be authorized to make in connection with
4  his business development work or is your testimony
5  that Dr. Karp and Mr. Abramowitz had a
6  conversation about the business development work
7  and it was sort of assumed or implied that the
8  promises and offers that you mentioned would be a
9  part of that?
10      MR. FURSEVICH:  Objection, form,
11  compound.
12      A.  I'm not sure it's either, but I can
13  tell you -- I can tell you what my testimony is.
14  It's.  It's that Mr. -- Dr. Karp I think as well
15  as others authorized Mr. Abramowitz to act in a
16  business development capacity, and that includes
17  being able to make these sorts of promises and
18  offers for behavior and obligations that would be
19  kept by Palantir.
20      I don't know if there was a
21  specifically enumerated list of this is what you
22  can offer and this is what you can't.  I think at
23  least at the time Dr. Karp believed Mr. Abramowitz
24  to be a fairly sophisticated businessman in this
25  role and who would have understood what types of

Page 135

1  things that you could offer for -- you know, on
2  behalf of Palantir.  And so I'm not sure that he
3  thought to give him a specifically enumerated
4  list, based on the transcripts and my conversation
5  with Dr. Karp.
6      Q.  You just used the word "obligations."
7  Is it your understanding that Mr. Abramowitz was
8  in fact creating obligations for Palantir?
9      MR. FURSEVICH:  Objection, falls
10  outside the scope of the 30(b)(6) notice.
11      A.  I'm sorry, I'm not sure I understand
12  the question.
13      Q.  You just used the word "obligations" in
14  your answer, and I'm trying to understand is it
15  your understanding as Palantir's 30(b)(6) witness
16  that Mr. Abramowitz was in fact, when making these
17  promises and offers, creating obligations for
18  Palantir.
19      MR. FURSEVICH:  Objection, outside the
20  scope of the 30(b)(6) notice, and calls for a
21  legal conclusion.
22      A.  Yeah, in my mind that calls for a legal
23  conclusion.  But what I would say is my
24  understanding is that Palantir routinely honored
25  these types of offers.  That's what -- that's what

Page 136

1  most companies do in business.  And the fact that
2  if you say we're going to provide you with this
3  demo, you would -- you would go forward and
4  provide a demo to a potential customer.
5      So I'm not sure if there was some
6  nuance to that word that I don't appreciate or
7  understand, but this is very commonplace, I think.
8      Q.  And when you say "routinely honored"
9  and "commonplace," you're talking about Palantir's
10  general practices with respect to business
11  development, not specifically as applied to
12  Mr. Abramowitz; correct?
13      MR. FURSEVICH:  Object to the form and
14  falls outside the scope of the deposition
15  notice.
16      A.  So in this context I think for that
17  particular response I was talking about the types
18  of -- yeah, the types of promises that are
19  routinely honored for people who are operating, as
20  Mr. Abramowitz was, in a business development role
21  and as an advisor to the company.
22      Q.  I know you said that Dr. Karp didn't
23  give Mr. Abramowitz an enumerated list of the
24  kinds of promises and offers that he could make
25  while working in this business development role,

Page 137

1  but did Dr. Karp have any communications at all
2  with Mr. Abramowitz regarding the types of Mr. --
3  the types of promises and offers that
4  Mr. Abramowitz could extend?
5      MR. FURSEVICH:  Objection, falls
6  outside the scope of the 30(b)(6) notice, and
7  calls for speculation.
8      A.  I don't recall from the review that
9  I've done whether or not there were conversations
10  such as you've described.  I think I would need to
11  look back at Dr. Karp's testimony to understand
12  the specifics of what you're asking.  I do know
13  that there were conversations and some initiated
14  by Mr. Abramowitz where business development
15  activities were taking place.
16      But otherwise I'm not sure I know how
17  to answer your question.
18      Q.  Has Palantir ever paid any money to
19  satisfy any obligation that was created by
20  Mr. Abramowitz?
21      MR. FURSEVICH:  Objection, falls
22  outside the scope of the 30(b)(6) notice.
23      A.  I don't know as I sit here right now.
24      Q.  Has any third party ever claimed to
25  Palantir that it was obligated to do anything

35 (Pages 134 - 137)

Page 138

1  because of something that Mr. Abramowitz said or
2  did?
3      A.   I'm sorry, is your --
4          MR. FURSEVICH:  Objection.
5      A.   What was your question again?
6      Q.   Has any third party ever claimed to
7  Palantir that Palantir was obligated to do
8  anything because of something Mr. Abramowitz said
9  or did?
10         MR. FURSEVICH:  Same objection.
11     A.   I don't recall.  I'm not sure that I --
12 that I looked into that specifically in
13 preparation for this deposition.
14     Q.   When is the last time you talked to
15 Tyler Scriven?
16     A.   It has not --
17         MR. FURSEVICH:  Objection.  This is,
18     again, outside the scope of the 30(b)(6)
19     notice.  Is your question in preparation for
20     this deposition?
21     Q.   When is the last time you talked to
22 Tyler Scriven?
23         MR. FURSEVICH:  Objection, outside the
24     scope of the 30(b)(6) notice.
25     A.   I don't recall.  I know it's been quite

Page 139

1  some time.
2      Q.   Have you talked to Mr. Scriven since he
3  gave his deposition testimony in this case?
4          MR. FURSEVICH:  Same objection.
5      A.   I don't believe so.
6      Q.   Has Mr. Scriven ever told you that he
7  conferred authority upon Mr. Abramowitz with
8  respect to reimbursement of expenses?
9      A.   I don't recall if Mr. Scriven used
10 those words.  I have reviewed Mr. Scriven's
11 deposition transcript in preparation for this
12 deposition, and from what I can recall he
13 certainly believed that Mr. Abramowitz had the
14 authority to bind Palantir for reimbursements.
15     Q.   That was not my question.  My question
16 was whether Mr. Scriven told you that he expressly
17 conferred authority upon Mr. Abramowitz with
18 respect to reimbursement of expenses.
19         MR. FURSEVICH:  Actually, I will
20     instruct the witness not to answer to the
21     extent the answer would reveal any
22     communications -- attorney/client
23     communications and communications outside of
24     the preparation done for this deposition.
25     A.   So I spoke with Tyler Scriven in

Page 140

1  preparation for my deposition in Delaware.  And I
2  don't recall exactly what he said, but I do recall
3  having a discussion with him on this topic at that
4  time.  I don't recall exactly what he said, but I
5  believe that he was under the understanding that
6  Mr. Abramowitz had the authority to bind Palantir.
7          And I don't recall what he said at that
8  time.  But I know that I believe you asked me
9  about this in my deposition transcript, and I have
10 no reason to believe what I stated at that time
11 was inaccurate.
12     Q.   Did Palantir ever provide
13 Mr. Abramowitz with any training with respect to
14 the handling or designation of Palantir's
15 confidential information?
16     A.   Sorry, what do you mean by "training"?
17     Q.   What do you understand "training" to
18 mean?
19     A.   I think training can have a lot of
20 different meanings.  I'm not sure.  If there's a
21 topic, maybe I can reread that and refresh my
22 recollection that way.
23     Q.   Sure.  17 refers to training.
24     A.   Okay.
25     Q.   My question is just whether Palantir

Page 141

1  trained Mr. Abramowitz in any way with respect to
2  the handling or designation of Palantir's
3  confidential information.
4      A.   Sure.  So my understanding is that
5  Palantir did tell Mr. Abramowitz that the
6  information should be treated as confidential and
7  understood that Mr. Abramowitz appreciated how to
8  handle confidential information.
9      Q.   Aside from that, was there any training
10 that was provided to Mr. Abramowitz?
11     A.   I don't recall seeing evidence of
12 additional training that was provided to
13 Mr. Abramowitz.
14     Q.   Maybe I can ask a more specific
15 question.
16     A.   Okay.
17     Q.   Did Mr. Abramowitz attend any
18 onboarding sessions that are typically provided to
19 new Palantir employees?
20     A.   Based on the evidence I've seen, I
21 don't recall seeing any evidence of Mr. Abramowitz
22 attending a new hire onboarding session.  Those
23 are generally for employees who have access to
24 Palantir's internal network and internal
25 resources.

36 (Pages 138 - 141)

Page 142

1     Q.   And Mr. Abramowitz was not a Palantir
2   employee; correct?
3     A.   I don't believe Mr. Abramowitz was an
4   employee.  He was I believe an advisor and someone
5   who was working with us on business development.
6     Q.   Did Palantir provide Mr. Abramowitz
7   with any of its policies regarding the handling or
8   designation of confidential information?
9     A.   What time period are you referring to?
10   Is this January 1st?
11     Q.   My question is about any time period.
12     A.   I believe we've produced policies in
13   this litigation.
14     Q.   Do you understand those -- okay.  So --
15   fair.
16          Outside of litigation did Palantir
17   provide Mr. Abramowitz with any of its policies
18   regarding the handling or designation of
19   confidential information?
20          MR. FURSEVICH:  Objection, falls
21     outside the scope of the 30(b)(6) notice.
22     A.   I don't recall -- sorry, the time
23   period I was particularly looking at was the one
24   in the topic, but I don't recall during that time
25   period if there were policy documents that were

Page 143

1   provided to Mr. Abramowitz.
2          I don't believe I saw evidence of
3   policy documents.  Those are normally -- those are
4   normally available on our internal network and,
5   yeah, and just I think generally reflect the
6   understanding of how confidential information is
7   meant to be kept confidential, which -- my
8   understanding from what I've reviewed was
9   something that Mr. Abramowitz was aware of.
10     Q.   And the time period you're referring to
11   in your answer is January 1, 2013, through May 5th
12   of 2015; is that correct?
13     A.   That's correct.
14     Q.   You said those policies were accessible
15   via Palantir's internal network; is that fair?
16     A.   I'm not sure -- I guess -- I'm not sure
17   what policies specifically existed during that
18   time period.  I'd have to go back and look at some
19   documents.  Sunnie may have testified to this in
20   her deposition.  So I'm not sure what policies.
21   But I don't -- I don't believe I saw evidence of
22   Mr. Abramowitz receiving internal policy documents
23   from Palantir during that time period.
24     Q.   Mr. Abramowitz did not have access to
25   Palantir's internal network; correct?

Page 144

1     A.   I don't believe he did, but I'm not
2   sure I can say that with certainty.
3     Q.   From January 1, 2013, to May 5 of 2015,
4   are you aware of Mr. Abramowitz receiving any
5   training materials or guidelines relating to the
6   handling or designation of Palantir's proprietary
7   or confidential information?
8     A.   So during this time period I believe in
9   his conversations with Dr. Karp and others,
10   including Mr. Sankar, Mr. Abramowitz received
11   guidelines about how confidential information was
12   meant to be treated as confidential and not shared
13   publicly.  That's -- that's what I recall in terms
14   of guidelines.
15     Q.   And that's based on your read of their
16   deposition testimony; is that fair?
17     A.   Deposition testimony as well as I
18   believe conversations with Dr. Karp in preparation
19   for his deposition where he reiterated that
20   Mr. Abramowitz certainly understood that
21   confidential information certainly should be
22   treated as such and that he conveyed it to him.
23     Q.   In those conversations that Dr. Karp
24   did not testify about, what did Dr. Karp say was
25   specifically said between himself and

Page 145

1   Mr. Abramowitz?
2     A.   I don't recall any precise language or
3   specific language.
4     Q.   Did Dr. Karp tell you when these
5   conversations between himself and Mr. Abramowitz
6   occurred?
7     A.   I recall him saying he occurred
8   frequently.  I think he actually said pretty much
9   every time he spoke with Mr. Abramowitz, which he
10   believe testified to being maybe a thousand
11   different occasions.  So I'm not sure of the dates
12   of all of them.
13     Q.   Is it fair to say that what Dr. Karp
14   relayed to you on this telephone call or in-person
15   conversation is consistent with Dr. Karp's
16   deposition testimony on these subjects?
17     A.   I don't recall anything inconsistent.
18     Q.   Do you recall anything additional?
19     A.   I don't as I sit here.  They -- they
20   sort of blend together, so I'm not sure I recall
21   anything additional.
22     Q.   And of course you made no notes of your
23   call with Dr. Karp; correct?
24          MR. FURSEVICH:  Objection,
25     argumentative, asked and answered.

37 (Pages 142 - 145)

Page 146

1     A.   I did not take written notes during my
2  conversation with Dr. Karp.
3     Q.   Did you take some other form of note
4  that was not written?
5     A.   I took mental note of what he was
6  saying to me.
7     Q.   Mental note.  Okay.  Fair enough.
8          Has Palantir lost any customers as a
9  result of any action by Mr. Abramowitz?
10    A.   At this time I'm not aware of customers
11  that Palantir lost, based on what I've seen.
12    Q.   How about contracts, has Palantir lost
13  any contracts as a result of any action by
14  Mr. Abramowitz?
15    A.   Again, at this time, based on the
16  evidence I've seen, I'm not aware of contracts
17  that Palantir has lost based on Mr. Abramowitz's
18  actions.
19    Q.   This is probably going to be the same
20  answer, but I just want to cover our bases.
21  Broadly defined, any economic relationships that
22  Palantir has lost as a result of any action by
23  Mr. Abramowitz?
24    A.   I don't recall -- as I sit here right
25  now, I don't recall any economic relationships

Page 147

1  that Palantir has lost based on what I've
2  reviewed.
3     Q.   How about any potential customers, has
4  Palantir lost any potential customers as a result
5  of any action by Mr. Abramowitz?
6     A.   Based on what I've reviewed at this
7  time, I don't believe I've seen evidence of
8  potential customers that Palantir has lost because
9  of actions by Mr. Abramowitz.
10    Q.   And how about potential contracts, has
11  Palantir lost any potential contracts as a result
12  of any action by Mr. Abramowitz?
13    A.   At this time I don't believe I've seen
14  evidence that Palantir's lost potential contracts.
15         (Discussion off the record.)
16         MR. WOHLGEMUTH:  Why don't we take --
17  let's go off the record.
18         THE VIDEOGRAPHER:  The time is 12:29.
19  We are off the record.
20         (Time noted:  12:29 p.m.)
21
22
23
24
25

Page 148

1          A F T E R N O O N   S E S S I O N
2          (Time noted:  1:03 p.m.)
3          THE VIDEOGRAPHER:  The time is 1:03.
4  We are on the record.
5  L A U R A   P E R S O N I C K ,
6     resumed as a witness, having been previously
7     sworn by the notary public, was examined and
8     testified further as follows:
9  EXAMINATION CONTINUED BY
10  MR. WOHLGEMUTH:
11    Q.   Ms. Personick, during any of the breaks
12  have you had any communications with your counsel?
13    A.   I've had communications with my counsel
14  I think on a couple privilege questions, and then
15  just general discussion type of events, mostly my
16  dog.
17    Q.   Aside from the privilege issue, no
18  discussion about your testimony?
19    A.   No.
20    Q.   You spoke to Alex Karp in preparation
21  for today's testimony; correct?
22    A.   That's correct.
23    Q.   How long was that call?
24    A.   I don't recall the exact time.  I think
25  maybe 10 to 15 minutes.  It was not a very long

Page 149

1  call.  It was certainly no more than 30.
2     Q.   Who else was on the call?
3     A.   I don't remember.  I believe counsel.
4  I believe outside counsel was on the call.
5     Q.   Is that Yegor?
6     A.   I don't recall.
7     Q.   You spoke to Ms. DeMeuse in connection
8  with your preparation for today; correct?
9     A.   That's correct.
10    Q.   How long was that call?
11    A.   I believe that was around 15 or so, 15,
12  20 minutes.  No, actually that one might have been
13  a little bit longer.  It was somewhere around 30.
14  It was not more than 60.
15    Q.   Who else was on that call?
16    A.   I believe Matt Helton might have been
17  on that call.  I can't recall if Yegor was on that
18  call or not.
19    Q.   I want to direct your attention back to
20  the oral contract that Palantir contends to exist
21  between it and Mr. Abramowitz.
22         Is there any provision in that oral
23  contract with respect to compensation?
24    A.   Based on my discussions and the
25  evidence I reviewed, I am not sure there was any

38 (Pages 146 - 149)

CONFIDENTIAL

Page 150

1  specific provision or discussion on compensation.
2  I believe that it was generally understood that
3  business development activities may be -- or there
4  may be compensation if they come to fruition.
5       But in terms of compensation for
6  keeping Palantir's information confidential, I
7  don't believe that was a provision of the
8  confidentiality agreement.
9       Q.  You may have anticipated my next
10  question.  Was there any provision in the oral
11  agreement with respect to Mr. Abramowitz's
12  business development activities?
13      A.  I believe the purpose or part of the
14  purpose of the oral agreement was that
15  Mr. Abramowitz was going to use Palantir's
16  confidential information solely in the context of
17  business development activities.
18      Q.  Was there any provision in the oral
19  agreement with respect to consideration?
20      A.  So for this confidentiality agreement
21  the consideration for maintaining confidentiality
22  of information was the access to the confidential
23  information.
24      Q.  Have you told me about all of the
25  provisions in the oral agreement that Palantir

Page 151

1  believes to exist between itself and Marc
2  Abramowitz?
3       MR. FURSEVICH:  Objection, form.
4       A.  I believe we have covered the
5  provisions that I'm aware of and the evidence I've
6  reviewed.  I don't -- I don't recall there being
7  additional provisions or whether there were
8  additional provisions.  But I believe we've
9  covered the ones that I am aware of from the
10  evidence.
11      Q.  The ones that you're aware of from your
12  preparation as a 30(b)(6) witness; correct?
13      A.  Yes.  And -- yeah, I'm talking in terms
14  of points, like big points; right?  So as we're
15  talking about the points of like what was the
16  consideration or the timing, that's the -- that's
17  the evidence I have for my preparation as a
18  30(b)(6) witness.
19      Q.  What are you talking about, what do you
20  mean "points," "big points"?
21      A.  I guess I just don't know how
22  provisions work when you're speaking of oral
23  agreements.  I'm just not familiar legally with
24  that.  So I don't -- that's my concern.
25      Q.  So when you say you can't remember

Page 152

1  whether there were any other provisions that you
2  haven't mentioned to the oral agreement, what
3  you're saying is after having conducted all of the
4  preparation necessary to testify about this topic
5  as Palantir's corporate representative you're not
6  aware of any other such provisions; correct?
7       MR. FURSEVICH:  Objection, form.
8       A.  Well, after conducting all the -- or
9  all of the research and review as Palantir's
10  corporate witness, I'm aware of the existence of
11  the confidential agreement during the time period
12  that's referenced in the topic to which I'm
13  designated.
14      I recall that the substance of the
15  agreement was that Mr. Abramowitz would maintain
16  the confidentiality of Palantir's information that
17  was disclosed to him and that in return Palantir
18  would provide him with access to confidential
19  information, information being nonpublic
20  information of Palantir, that that agreement did
21  not have an expiration date.
22      And that is what I can recall as I'm
23  sitting here right now.  I don't remember
24  everything you've asked me about this agreement
25  throughout the course of this deposition, but

Page 153

1  that's what I can provide.
2       Q.  I want to make sure -- I want to direct
3  your attention now to demands for return of
4  Palantir's confidential information, requests for
5  Mr. Abramowitz to stop using Palantir confidential
6  information.  So now we're focused on that topic,
7  I just want to make sure your testimony is clear.
8       Are you aware of any attorney for
9  Palantir prior to August of 2016 making a demand
10  for the return of Palantir's confidential
11  information from Mr. Abramowitz?
12      A.  Based on the evidence I've reviewed, I
13  am not aware that we knew prior to that time what
14  confidential information Mr. Abramowitz was
15  misusing.  And so I don't believe I saw a demand
16  of that nature.  I think the demand came when
17  Palantir received the information of the patent
18  applications in August 2016.
19      Q.  You think Palantir made a demand in
20  August of 2016?
21      A.  I guess I'm not sure when the complaint
22  was filed, but what I'm referring to is the
23  request in the complaint.
24      Q.  The complaint was filed September 1st,
25  2016.  Are you aware of that?

39 (Pages 150 - 153)

Page 154

1    A.   I am sure I'm aware of it.  I did not
2  remember the date, as I sat here.
3    Q.   And there's no attorney for Palantir
4  that prior to August of 2016 requested that
5  Mr. Abramowitz stop using any of Palantir's
6  confidential information; correct?
7    MR. FURSEVICH:  Asked and answered.
8    THE WITNESS:  Sorry, I didn't hear
9  that.
10   MR. FURSEVICH:  My objection was asked
11  and answered.
12   A.   Prior to -- prior to when we discovered
13  the patent applications in August of 2016,
14  Palantir was not aware of how Mr. Abramowitz was
15  using or misusing its confidential information or
16  its trade secrets in this matter.
17     So I don't believe I saw a request that
18  was made for him until after the discovery of
19  those applications and in the form of I believe
20  the complaint in this action.
21   Q.   I believe you testified about
22  Mr. Abramowitz making oral promises relating to
23  confidentiality.  I know that you mentioned
24  Dr. Karp.  Who else aside from Dr. Karp do you
25  understand Mr. Abramowitz to have made oral

Page 155

1  promises of confidentiality to at Palantir?
2    A.   I understand, based on what I've
3  reviewed, that he also promised Mr. Sankar that
4  he'd maintain information as confidential.  I'd
5  have to look back at other deposition transcripts.
6  Those are -- those are who I -- those are who I
7  recall at this time.
8    Q.   I just want to clarify one other aspect
9  of your testimony about -- we talked a lot about
10  July 12th, 2014, which is the date of that NDA.
11  Are you aware of Mr. Abramowitz having met with
12  Dr. Karp on July 12th, 2014?
13   A.   I'm not -- I'm not aware as I sit here
14  right now.  I think I'd have to look back.  Don't
15  we have an interrogatory response on this that you
16  may have showed me?  I think I'd have to look back
17  other our interrogatory response on this matter.
18  I don't -- I don't have the specific knowledge of
19  who exactly met with him on that date as I sit
20  here right now without looking at that document.
21   Q.   So the document reflects -- the
22  document you're referring to -- you can look at it
23  if you want, Exhibit 336 -- but I'll represent to
24  you it reflects a meeting between Mr. Abramowitz
25  and Dr. Karp on July 12th, 2014.

Page 156

1    As Palantir's 30(b)(6) representative,
2  are you aware of what Dr. Karp and Mr. Abramowitz
3  discussed on that date?
4    A.   Based on what I've reviewed, Dr. Karp
5  discussed Palantir's technology, its customers,
6  and its confidential information and trade secrets
7  in the fields of natural resources, cyber, and
8  health care over the course of Dr. Karp's meetings
9  with Mr. Abramowitz.
10     I don't know that I have seen
11  specifically what Mr. Karp -- or Dr. Karp, rather,
12  said to Mr. Abramowitz at that meeting, but he has
13  testified and my understanding as our corporate
14  representative is that each time he met with
15  Mr. Abramowitz he disclosed confidential
16  information regarding these trade secrets.
17   Q.   Your understanding is that Dr. Karp
18  literally every time he spoke to Mr. Abramowitz
19  disclosed trade secrets?  Is that your testimony?
20   A.   My testimony is that Mr. Abramowitz and
21  Dr. Karp spoke about Palantir confidential
22  information.  From my review of Dr. Karp's
23  testimony, I think Dr. Karp emphasized that this
24  was over the course of a number of conversations
25  and most time that they spoke about the company

Page 157

1  Dr. Karp would be discussing confidential
2  information.
3    Q.   You prepared on Topic 23, which relates
4  to how you, Palantir, determined your pricing for
5  licensing agreements or contracts and the
6  percentage or portion of the revenues or licensing
7  fees attributable to your purported trade secrets;
8  correct?
9    A.   I am prepared to testify to that topic
10  as limited and agreed between the parties.
11   Q.   Do you have any understanding as to how
12  that was limited and agreed?
13   A.   I am not sure.  I believe that -- I
14  don't believe that it contains the revenues at
15  this point, at least.  But I am prepared to
16  testify as to generally how we determine pricing
17  for licensing agreements or contracts.
18   Q.   Who is the most knowledgeable person at
19  Palantir on pricing for licensing agreements or
20  contracts?
21   A.   I think it depends on the time period.
22  There's a lot of people who have knowledge of
23  Palantir's practices.  I have personal knowledge
24  of Palantir's practices for pricing and licensing;
25  Mr. Taylor does as well; Dr. Karp does; I think

40 (Pages 154 - 157)

CONFIDENTIAL

Page 158

1  Mr. Kawasaki does.  There's a number of people who
2  have that information.
3        And, again, I think it depends upon
4  which agreements we're talking about, which time
5  period we're talking about.  But I spoke with a
6  number of them, and I'm prepared to testify based
7  on that, as well as my personal knowledge, as to
8  the general determination of pricing for license
9  agreements and contracts.
10    Q.  Does Palantir have any written policies
11  regarding how it prices customer contracts?
12    A.  I don't know what you mean by "written
13  policies."
14    Q.  What don't you understand about the
15  phrase "written policies"?
16    A.  I don't think I know what a pricing
17  policy is.
18    Q.  Do you know what a policy is?
19    A.  How do you mean it?  I would -- I'm not
20  sure how you mean "policy."  Are you asking if we
21  have a price list?
22    Q.  Does Palantir have a written policy --
23  does Palantir have any written policies at all?
24    A.  I believe we have an internal policy
25  page that has written policies, yes.

Page 159

1    Q.  Is there a written policy relating to
2  pricing of contracts?
3    A.  I'm not aware of a document titled
4  policy that relates to pricing of Palantir
5  contracts.
6    Q.  Are you aware of written guidance or
7  some written document, regardless of how it is
8  titled, that relates to how contracts are priced
9  at Palantir?
10        MR. FURSEVICH:  Objection, form.
11    A.  Yeah, so there's a lot of materials
12  regarding how Palantir prices its contracts, but
13  it depends upon the sectors.  For example, I know
14  in the government there's actually a publicly
15  available document regarding Palantir's pricing.
16    Q.  Okay.  How about with respect to its
17  commercial contracts?
18    A.  So you're asking if there's written
19  materials around pricing of Palantir's commercial
20  contracts?
21    Q.  Yes.
22    A.  Yes, I mean, I believe there's -- I
23  mean, every license agreement sets forth the
24  actual commercials around the pricing.
25    Q.  So that's not -- with respect -- that's

Page 160

1  not -- that's not with respect to how pricing is
2  set.
3        Is there -- are there written materials
4  that provide guidance to how pricing is set with
5  respect to Palantir's commercial contracts?
6        MR. FURSEVICH:  Objection, form.
7    A.  I'm sorry, I guess I'm not -- I'm not
8  quite sure what you're going for.  We have
9  materials at Palantir that talk about pricing.  Is
10  that -- is that your --

Page 161

7    Q.  So if a new customer was being on
8  boarded at Palantir and you were trying to
9  determine the pricing and it was trying to
10  determine the pricing, how would it go about doing
11  that?  What's the process?
12        MR. FURSEVICH:  Objection, incomplete
13  hypothetical, vague.
14    A.  How would our customer determine the
15  pricing, is that what you're asking?
16    Q.  No.
17    A.  You said "it," and I wasn't sure who
18  you're referring to.  I think it said how it
19  determined the pricing, and I thought you meant
20  how would the customer.  So if you could rephrase,
21  that would be helpful.
22    Q.  No, how would Palantir go about doing
23  that, "it" referring to Palantir?
24        MR. FURSEVICH:  Same objections.

41 (Pages 158 - 161)

CONFIDENTIAL



Veritext Legal Solutions

212-279-9424          www.veritext.com          212-490-3430

CONFIDENTIAL



Veritext Legal Solutions
212-279-9424          www.veritext.com          212-490-3430

CONFIDENTIAL



Page 170

24   Q.   What did you do to prepare for this
25   deposition -- I'm sorry, for this topic?

Page 171

1    A.   In preparation for -- in preparation
2  for this topic, what I did was I spoke with -- I
3  spoke with Ryan Taylor.  I spoke with Matt Babin.
4  I'm relying upon personal knowledge.  I also spoke
5  with -- I believe I spoke with Amy Curran, and I
6  spoke with Ron Hyatt, and I also spoke with
7  counsel.
8        And there may be others, but
9  specifically in preparation for this deposition,
10  that's who I recall at this time.

Page 172

Page 173

he

Veritext Legal Solutions
212-279-9424            www.veritext.com            212-490-3430

CONFIDENTIAL



Page 174

Page 176

1      A.   So when I'm talking about use case, I
2   generally think of it as a sort of project or
3   purpose for which you are using the software.  So,
4   for example, again, anti-money laundering could be
5   a use case.  You're using the software to solve
6   anti-money laundering or for that particular use
7   case, is how we often refer to it.

Page 175

Page 177

24      Q.   You've said "use case" a couple times.
25   What is a use case?

45 (Pages 174 - 177)

CONFIDENTIAL



Page 180

Page 181

12      Q.   What is a pilot program?
13      A.   So I guess -- a pilot at Palantir is
14  generally referred to as a pilot agreement or --
15  well, a pilot project or proof of concept.  It's
16  essentially like an evaluation, a software
17  evaluation.

Veritext Legal Solutions
212-279-9424          www.veritext.com          212-490-3430

CONFIDENTIAL



Veritext Legal Solutions
212-279-9424 www.veritext.com 212-490-3430

CONFIDENTIAL



Veritext Legal Solutions

212-279-9424          www.veritext.com          212-490-3430

CONFIDENTIAL



Page 190

Page 192

1    Q.   Has Palantir ever licensed its
2  technology to any customers that do not have an
3  operating business?
4         MR. FURSEVICH:  Objection, falls
5    outside the scope of the 30(b)(6) notice.
6    A.   I don't know.  I also am not sure I
7  understand.  But I don't think I know.
8    Q.   Has Palantir ever licensed -- so let's
9  talk about just for-profit enterprises, and I
10  don't want to get caught up on the distinction
11  between an operating business and a not-for-profit
12  enterprise.
13         So for commercial customers has
14  Palantir licensed any of its technology to
15  customers that have no revenue?
16         MR. FURSEVICH:  Objection, outside the
17    scope of the 30(b)(6) notice and vague,
18    ambiguous.
19    A.   I am not sure.  As I sit here right
20  now, I am not sure.
21    Q.   Has Palantir ever licensed any of its
22  technology to customers that have no employees?
23         MR. FURSEVICH:  Same objections.
24    A.   Again, I'm not sure.
25    Q.   Has Palantir ever licensed any of its

Page 191

Page 193

1  technology to a customer that has no customers of
2  its own?
3         MR. FURSEVICH:  Same objections.
4    A.   I'm not sure.  I haven't reviewed all
5  of our customers or agreements.
6         MR. WOHLGEMUTH:  All right.  I think
7    we've been going about an hour, if my math's
8    right.  Want to take five minutes?
9         MR. FURSEVICH:  Sure.
10         MR. WOHLGEMUTH:  All right.
11         THE VIDEOGRAPHER:  The time is 2:05.
12  We are off the record.
13         (Recess taken from 2:05 to 2:14.)
14         THE VIDEOGRAPHER:  The time is 2:14.
15  We are on the record.
16    Q.   Just a couple final questions on the
17  pricing issue.  Has Palantir ever discussed
18  Mr. Abramowitz or his patent applications with any
19  actual or potential customers as they would relate
20  to the pricing of Palantir's products?
21         MR. FURSEVICH:  Objection.  This falls
22    outside the scope of the 30(b)(6) notice.
23    A.   I don't believe that I looked into this
24  for purpose of this deposition, but I'm not aware
25  in my personal capacity.

49 (Pages 190 - 193)

CONFIDENTIAL



Veritext Legal Solutions
212-279-9424                    www.veritext.com                    212-490-3430

CONFIDENTIAL



Page 198

Page 199

Page 200

22    Q.    Have any actual or potential customers
23    use Palantir's cybersecurity trade secrets?
24    A.    I believe -- I believe customers have
25    used Palantir's products for the cybersecurity

Page 201

1     trade secrets that included the cybersecurity
2     trade secrets, yes.
3         Q.    Who?
4         A.    Based on what I've reviewed, my
5     understanding is that at least _____ I
6     believe also maybe _____ f
7     _____ I believe _____, and I'm pretty
8     sure -- unfortunately I was not able to print this
9     because my toner died, but I'm pretty sure there's
10    an interrogatory response on this.
11            It may be our response to Interrogatory
12    Number 6.  So if you have that, I'd be happy to
13    look at that and provide you more fulsome details
14    on who was using the cyber technology at issue.
15        Q.    Okay.  Why don't we do that.
16        A.    Okay.
17        Q.    You should have 341 now.
18            (Exhibit 341, Palantir's fifth amended
19    responses and objections to Defendant Marc
20    Abramowitz's first set of interrogatories,
21    marked for identification.)
22        A.    Okay.
23        Q.    Just to make sure we're all on the same
24    page, you see Exhibit 341 is Palantir's fifth
25    amended responses and objections to Defendant Marc

51 (Pages 198 - 201)

Page 202

1  Abramowitz's first set of interrogatories.  Do you
2  see that?
3     A.  I see that.
4     Q.  Okay.  And let's go to page 7.  And do
5  you see Abramowitz's Interrogatory 6 there?
6     A.  Give me one moment.  Okay.  I'm there.
7     Q.  Then the next page I think has the
8  information that you are looking for in the
9  paragraph beginning with "between approximately."
10  Do you see that?
11     A.  Yes, I see that.
12     Q.  Okay.  So you mentioned                    .
13  You've mentioned          .  You mentioned
14
15         Who are the other customers or
16  potential customers that have used Palantir
17  cybersecurity trade secrets?
18     A.                  and          .  And
19  I think I said                .  I'm not sure if
20  that was in your list, but              is one
21  as well.
22     Q.  With respect to                  , when did
23             use the trade secrets?
24     A.  So                    licensed the Palantir
25  products, which included the trade secrets,

Page 203

1  between 2014 and 2016.
2     Q.  Do you have any more specificity than
3  that?
4     A.  I'd be happy to look at the documents.
5  I believe I reviewed the license agreements for
6  this as well.  It may be the Bates numbers that
7  are cited here.  And if I took a look, I'd be able
8  to provide more specificity, I believe.
9     Q.  Okay.  So do the Bates numbers reflect
10  the months of use -- sorry, strike that.
11         Do the licensing agreements that you
12  believe are cited to with those Bates numbers
13  reflect the months of actual use as opposed to
14  just the years?
15     A.  I haven't memorialized the agreements.
16  I'd be happy to look at them.  I know I reviewed
17  them in preparation for my deposition.
18     Q.  Which trade secrets did          use?
19     A.  So              used Palantir products
20  that incorporated the cybersecurity trade secrets
21  that are at issue.
22     Q.  Which ones?
23         MR. FURSEVICH:  Objection, objection to
24     form and outside the scope of the 30(b)(6)
25     notice.

Page 204

1     A.  Yeah, I don't -- my answer would be I
2  don't have the trade secret disclosure in front of
3  me, but it is the trade secrets that are the
4  cybersecurity trade secrets.
5     Q.  You're saying it was all of the
6  cybersecurity trade secrets?
7         MR. FURSEVICH:  Same objections.
8     A.  I don't know precisely without looking
9  at the documents, but I know that I reviewed the
10  license agreements as well as Ms. Hildebrandt's
11  testimony when it comes to            and that
12            used our products for some of the
13  cybersecurity work that it did that incorporated
14  our cybersecurity trade secrets.
15     Q.  Okay.  Why don't we back out of the
16  exhibit you're in now and go to Exhibit 69, which
17  is in your marked exhibits folder.
18     A.  Okay.
19     Q.  And do you see that this is
20  Palantir's -- strike that.
21         It is plaintiff's second amended trade
22  secret disclosure pursuant to Code of Civil
23  Procedure Section 2019.210.
24     A.  I see that.
25     Q.  Okay.  So let's go to the first page of

Page 205

1  the document, which includes a heading entitled
2  Palantir's cybersecurity trade secrets.  Do you
3  see that?
4     A.  I see that.
5     Q.  And then on the next page you start to
6  see individually numbered trade secrets; correct?
7     A.  I see individually numbered trade
8  secrets, yes.
9     Q.  Which trade secrets did            use?
10         MR. FURSEVICH:  Objection, outside the
11     scope of the 30(b)(6) notice, form.
12     A.  So the manner in which            used
13  Palantir's trade secrets is for the purposes of
14  cybersecurity, including the cyber ontology and
15  ad hoc data sharing that Ms. Hildebrandt referred
16  to in more detail in her deposition.
17         I did not go through an analysis of our
18  trade secrets in connection with my preparation
19  for this deposition.
20     Q.  So you can't tell me whether ▮▮▮▮▮▮▮▮
21  used trade secret number 1, for instance?
22         MR. FURSEVICH:  Objection, misstates
23     testimony.
24     A.  So the manner in which Palantir -- I'm
25  sorry, the manner in which            used

52 (Pages 202 - 205)

Page 206

1   Palantir's software that included the trade
2   secrets is more specifically detailed in
3   Ms. Hildebrandt's deposition, as well as in is a
4   number of relevant documents that were produced in
5   this litigation.
6           I did not, in preparation for my
7   deposition, do a review of our trade secret
8   disclosure statement trade secret by trade secret
9   for this topic.
10      Q.   What documents are you referring to
11  with respect to
12      A.   I believe there may have been documents
13  that were referenced in Ms. Hildebrandt's
14  deposition as well as other documents produced in
15  this litigation that discuss our work, in
16  particular the license agreement.
17      Q.   Does the license agreement for
18          specify by trade secret which trade secret
19                      was using?
20      A.   The license agreement does not list
21  Palantir's trade secrets, as far as I'm aware.  It
22  contains information about the details of the
23  license and work Palantir performed for
24
25      Q.   And that's because these trade secrets

Page 207

1   that Palantir wrote here in Exhibit 69 were
2   written after litigation began; correct?
3           MR. FURSEVICH:  Objection, form,
4       outside the scope of the 30(b)(6) notice.
5       A.   I don't understand your question.
6       Q.   Palantir wrote this document, Exhibit
7   69, after litigation began; correct?
8           MR. FURSEVICH:  Same objections.
9       A.   I believe that the document that we
10  prepared in connection with this litigation as our
11  trade secret disclosure pursuant to Code Civil
12  Procedure Section 2019.210 was written for the
13  litigation in which it was being used and which it
14  was required under the section of law.
15          I don't recall the exact date, but it
16  might be on the document if you wanted me to
17  review it.
18      Q.   And when you said            used
19  Palantir's cybersecurity trade secrets, what's the
20  basis for that testimony if you can't tell me that
21  a specific trade secret was in fact used by
22
23          MR. FURSEVICH:  Objection,
24      argumentative, form, and otherwise calls for
25      speculation.

Page 208

1           MR. WOHLGEMUTH:  I think it is
2       speculative, suggests it.
3       Q.   Go ahead.  You can answer.
4       A.   Can you repeat the question?
5       Q.   When you said            used
6   Palantir's cybersecurity trade secrets, what was
7   the basis for your testimony if you cannot tell me
8   that a specific trade secret was in fact used by
9
10          MR. FURSEVICH:  Argumentative, form,
11      and misstates testimony.
12      A.   Yeah, I don't think that was my
13  testimony.
14      Q.   Okay.  So can you tell me that a
15  specific trade secret was used by
16      A.   What I can tell you, based on my
17  preparation for the topic that's actually at
18  issue, is that the manner in which            used
19  Palantir's products that incorporated the
20  cybersecurity trade secrets is for the purpose of
21  a -- I believe it was called cyber retail or
22  retail cyber alliance.
23          That was generally for the purpose of
24  sharing data or an ad hoc sharing of data related
25  to cyber between different retail organizations.

Page 209

1       Q.   So there was no automatic sharing of
2   data with
3           MR. FURSEVICH:  Objection, form.
4       A.   The specifics of whether -- of the data
5   sharing I believe Ms. Hildebrandt went through in
6   her deposition.  There may also be documents on
7   that topic.  As I sit here, I didn't memorize
8   Ms. Hildebrandt's deposition testimony, so I would
9   have to refer back to it to answer more
10  information on the specifics.
11      Q.   When you say that            used
12  products that incorporated cybersecurity trade
13  secrets, what does that mean specifically?  What
14  does it mean to incorporate a trade secret?
15          MR. FURSEVICH:  Objection, form.
16      A.   When I say they used products that
17  incorporated Palantir's trade secrets, what I am
18  referring to is that they used Palantir's software
19  products.  The software products that they used
20  incorporated Palantir's trade secrets such that
21  they were able to do data sharing and have a cyber
22  ontology and the other elements that
23  Ms. Hildebrandt detailed in her deposition.
24      Q.   Okay.  So if I walk through each of
25  these trade secrets 1 through 8, which all relate

53 (Pages 206 - 209)

Page 210

1  to cybersecurity, you cannot tell me whether
2        used any one of those trade secrets; is that
3  correct?
4        MR. FURSEVICH:  Objection, misstates
5  testimony.
6        A.  What I can tell you is what I was
7  prepared to testify to on this topic, which is the
8  manner in which Palantir's -- I can read it for
9  you, but it's the manner in which Palantir's trade
10  secrets have been used by Palantir's actual or
11  potential customers.
12        The general manner in which it's been
13  used by         is that -- for the retail cyber
14  alliance, the details of that, the specific
15  details, are in Ms. Hildebrandt's testimony as
16  well as the documents that I've referenced,
17  including the license agreement.  And that's the
18  testimony that I have for that.
19        Q.  We'll just have to do it this way:  How
20  was -- what was the manner in which trade secret
21  number 8 was used by
22        MR. FURSEVICH:  Objection, form,
23  outside the scope of the 30(b)(6) notice.
24        A.  Sorry, I'm scrolling still.
25        (Pause.)

Page 211

1        A.  So based on my review of this trade
2  secret now and my review of the evidence prior,
3  the manner in which         used Palantir's
4  software, which incorporated the trade secrets,
5  was for the cyber retail alliance.  The specifics
6  of the cyber retail alliance in that usage is,
7  again, detailed in Ms. Hildebrandt's deposition
8  and in the documents.
9        Q.  Did         use a design concept for
10  a user interface that displayed attack data from
11  other organization -- other organizations,
12  automatically notified administrators at member
13  organizations of the presence of potential
14  threats, and prioritizes notifications depending
15  on the need for immediate analyst attention?
16        MR. FURSEVICH:  Objection.  This is
17  outside the scope of the 30(b)(6) notice, and
18  asked and answered.
19        A.         used Palantir's software,
20  which incorporated its trade secrets, for the
21  retail cyber alliance.  The specifics of the usage
22  is detailed in Ms. Hildebrandt's deposition
23  transcript and in the documents.
24        Q.  So if it's not in Ms. Hildebrandt's
25  testimony,         didn't use the trade secret?

Page 212

1        MR. FURSEVICH:  Objection, misstates
2  testimony.
3        A.  That's not what I said.
4        Q.  Then where else would it be?
5        A.  Where else would what be?
6        Q.  Where else would         use of
7  these cybersecurity trade secrets be evidenced if
8  not in Ms. Hildebrandt's testimony?
9        MR. FURSEVICH:  Objection, this is
10  outside the scope of the 30(b)(6) notice,
11  calls for speculation.
12        A.  Yeah, the evidence that I reviewed was
13  Ms. Hildebrandt's deposition transcript as well as
14  a number of documents that have been produced in
15  this case.  There -- I can't speak to anywhere
16  where there might be information regarding Home
17  Depot's usage of Palantir's technology.
18        But that is the evidence that I
19  reviewed, and the specifics around Palantir's
20  usage that is within the scope of what I reviewed
21  is present in those materials.
22        Q.  Can you think of a specific document
23  that reflects         use of trade secret
24  number 8?
25        MR. FURSEVICH:  Objection, outside the

Page 213

1  scope of the 30(b)(6) notice.
2        A.  I believe that -- based on what I
3  reviewed, Ms. Hildebrandt's deposition transcript
4  is one document.  The license agreements are
5  another document.  And I believe there are other
6  documents that we've produced relating to The
7         deployment, but I have not memorized all of
8  them.
9        Q.  You can't point me to any other
10  documents besides Ms. Hildebrandt's deposition
11  transcript and the license agreement?
12        MR. FURSEVICH:  Objection, asked and
13  answered, outside the scope of the 30(b)(6)
14  notice, form.
15        A.  Again, I reviewed various documents.  I
16  know that we've produced a number of documents in
17  this litigation that relate to The
18  deployment in addition to Ms. Hildebrandt's
19  deposition transcript and the license agreements,
20  and that's what I'm referring to.
21        Q.  But I just want to know can you point
22  me to a specific document?
23        A.  So --
24        Q.  Setting aside the license agreements
25  and the transcript.

Page 214

1    A.   I have not memorized all of the
2  documents that we've produced as it relates to The
3              deployment.  I know that there are a
4  number of documents and that they detail
5  additional information regarding our work at
6        Palantir's work.
7    Q.   Okay.  Did          use a method for
8  weighting attack data from different member
9  organizations?
10       MR. FURSEVICH:  Objection, form outside
11   the scope of the 30(b)(6) notice.
12   A.   The general manner in which
13  used Palantir's software that contained the trade
14  secrets is, again, it's the cyber retail alliance.
15  The specifics of it I have not remembered or,
16  rather, memorized.
17       So the specifics of it are set forth in
18  Ms. Hildebrandt's deposition, the license
19  agreement, and the other various documents that
20  refer to The          deployment.
21   Q.   Again, you can't point me to any
22  specific documents other than the license
23  agreements in Ms. Hildebrandt's deposition
24  testimony; correct?
25   A.   I have not memorized all of the

Page 215

1  documents that we've produced in this litigation.
2  I do know that there are additional documents that
3  relate to The          deployment and that I
4  believe have been produced.
5    Q.   And let's go to trade secret 6.  Just
6  for the record, trade secret 7, the first sentence
7  of trade secret 7 after description of the trade
8  secret as it existed at Palantir prior to
9  Mr. Abramowitz's misappropriation, reads, Trade
10  secret 7 is Palantir's method for weighting attack
11  data from different member organizations; correct?
12   A.   I think you missed a word, but, yes,
13  generally that's right.
14   Q.   For trade secret 6 the first sentence
15  after the header is, Trade secret 6 is Palantir's
16  method for synthesizing attack data from multiple
17  sources into rule sets that tell the systems of
18  participant networks how to identify future
19  attacks.
20       Do you see that?
21   A.   I see what you're referring to.
22   Q.   Did          use that trade secret?
23       MR. FURSEVICH:  Objection, form outside
24   the scope of the 30(b)(6) notice, asked and
25   answered.

Page 216

1    A.              use of Palantir's software
2  for -- which contained the trade secrets that
3  we're discussing here, the cybersecurity trade
4  secrets, is detailed in Ms. Hildebrandt's
5  deposition transcript, the license agreement, and
6  the other documents I referred to that relate to
7  The          deployment.
8       I do not as I sit here remember all of
9  the specifics of how that software was used at
10         , and I have not done a complete
11  analysis of it as regards our trade secret
12  disclosure in preparation for this deposition.
13   Q.   Again, you can't point me to any
14  specific documents outside of the licensing
15  agreement and the deposition transcript of
16  Ms. Hildebrandt; correct?
17   A.   As I sit here, the documents in
18  addition to the license agreement and
19  Ms. Hildebrandt's deposition transcript are the
20  documents that Palantir produced related to
21         deployment.
22   Q.   For trade secret number 5, you see
23  after the heading it says, Trade secret number 5
24  is Palantir's method of constructing a
25  standardized data ontology for reports of

Page 217

1  suspicious activity so that each participant in
2  the security sharing system can instantly
3  understand the data generated by other
4  participants.
5       Did          use that method?
6       MR. FURSEVICH:  Objection, form outside
7   the scope of the 30(b)(6) notice.
8    A.   So I don't remember analyzing this
9  trade secret in connection with my deposition.  I
10  do recall Ms. Hildebrandt did testify around the
11  specifics.  I do actually recall her testimony
12  included information regarding          use of
13  Palantir's products which had a cyber ontology
14  configuration.
15       And she discussed as well the necessity
16  or the reason behind a unified cyber ontology and
17  the ability for participants to understand data
18  because of this standardized data ontology.
19       The specifics I would again look back
20  to Ms. Hildebrandt's deposition transcript as well
21  as the license agreement and the other documents
22  referencing The          deployment that have
23  been produced in this litigation.
24   Q.   And, again, aside from
25  Ms. Hildebrandt's deposition transcript and the

55 (Pages 214 - 217)

Page 218

1  licensing agreement, you can't point me to any
2  other document; correct?
3      A.   In addition to Ms. Hildebrandt
4  deposition transcript and the license agreement, I
5  believe it's the other documents that Palantir
6  produced with regard to The            deployment.
7      Q.   When you say "other documents that
8  Palantir produced with regard to The
9  deployment," you're just referring to all of the
10  documents relating to            that Palantir
11  produced; correct?
12      MR. FURSEVICH:  Objection, misstates
13  testimony.
14      A.   I haven't analyzed all of the documents
15  that Palantir produced relating to        , but
16  I believe there are documents that provide
17  additional details as to Palantir's work at Home
18  Depot, and those would be something that I would
19  look to here.
20      Q.   Okay.  What are those documents that
21  provide additional details that you're thinking of
22  now?
23      A.   I didn't memorize all of the documents
24  that Palantir produced.  I don't know the Bates
25  numbers of each document.  But I would -- I would

Page 219

1  note that these are typical documents that refer
2  to and relate to The            deployment.
3      Q.   So all you can tell me is that you're
4  referring to documents that refer and relate to
5  The            deployment?
6      A.   No, I think what I told you is that
7  what I'm prepared to testify to is the manner in
8  which            used Palantir's technology that
9  contained the trade secrets.  And I've described
10  for you my recollection of that manner based on
11  the evidence I reviewed.
12      To get into the specific details of The
13            deployment, I would look to the
14  documents that I've referenced.
15      Q.   What documents have you referenced?
16  That's what -- my question wasn't about what you
17  prepared to, because you obviously prepared for a
18  topic that was not the one that was included in
19  the notice, but what specific documents are you
20  talking about when you say documents that have the
21  specific details of The            deployment,
22  setting aside Ms. Hildebrandt's transcript and
23  setting aside the license agreement.
24      MR. FURSEVICH:  Asked and answered,
25  form, and argumentative.

Page 220

1      A.   My understanding is that Palantir has
2  produced thousands if not hundreds of thousands of
3  documents in this litigation.  I have reviewed a
4  number of those documents in preparation for this
5  deposition.
6      I have not memorized those documents.
7  And as I sit here I cannot tell you Bates numbers
8  of the documents that relate to the specifics of
9  The            deployment.
10      Q.   I'm not asking you for --
11      A.   What I reviewed are the documents that
12  include the license agreement, that include
13  Ms. Hildebrandt's deposition, and from those I was
14  able to understand the manner in which Palantir's
15  software technologies were used by        .
16      Q.   I'm not asking you for the Bates
17  numbers.  But it's clear that you can't provide
18  any additional information, so we'll just move on.
19      Trade secret 4 is on the next page up.
20  Trade secret 4 after the heading reads, Trade
21  secret 4 is Palantir's method developed in its
22  extensive work in the intelligence and defense
23  fields of automatically stripping cyber threat
24  data of sensitive information, such as internal IP
25  addresses and network configurations, so that they

Page 221

1  can be seamlessly shared with other participants
2  in the security sharing system without
3  compromising confidential details about the
4  individual members, networks, or activities.
5      Do you see that?
6      A.   I see the first sentence, the first
7  paragraph of trade secret number 4.  I believe
8  that's what you read.  It was hard to follow.
9      Q.   Did            use that method?
10      MR. FURSEVICH:  Objection, form,
11  outside the scope of the 30(b)(6) notice.
12      A.   For this deposition topic I did not do
13  an analysis of our trade secret disclosure
14  statement as it relates to each deployment.  What
15  I can tell you is that based on the evidence that
16  I reviewed            generally used Palantir's
17  technology, which included its trade secrets for
18  cybersecurity retail alliance.  And that included
19  more specific details that Ms. Hildebrandt has
20  outlined in her deposition.
21      Q.   How about trade secret 3, that refers
22  to another method for integrating and storing a
23  range of different types of cyberattack data?  Do
24  you see trade secret 3?
25      A.   Okay.  I see trade secret 3.  You only

56 (Pages 218 - 221)

Page 222

1  want me to read that first sentence?
2      Q.  I'm just making sure that you see it.
3  Do you see it?
4      A.  I see it.
5      Q.  Did _____ use the method that is
6  described in trade secret 3?
7      A.  Do you want me to read the method?
8      Q.  I would assume that you've already
9  prepared by reading the method.  Have you not read
10 this document?
11         MR. FURSEVICH:  Objection, form,
12     argumentative.  This is borderline harassment.
13     A.  I have read Palantir's trade secret
14 disclosure statement.  I don't know that I read it
15 in preparation for this deposition since it's not
16 relevant to -- or not part of the topics that I'm
17 designated for.  But I'm happy to read it again.
18 I don't have it memorized.  But if you'd like me
19 to read it, I'm happy to.
20     Q.  Sure.  You can read the first
21 substantive sentence, and then let me know when
22 you're ready to respond to the question of whether
23 _____ used the method that is identified in
24 trade secret 3.
25     A.  Okay.  I will read, per your direction,

Page 223

1  only the first sentence.
2         MR. FURSEVICH:  Ms. Personick, please
3     take your time to read whichever part of the
4     document you need for context.
5         THE WITNESS:  Okay.
6         (Pause.)
7         THE WITNESS:  Okay.  I've read it.
8      Q.  Did _____ use trade secret number
9  3?
10     A.  Based on the evidence I've seen,
11 _____ used Palantir's technology, which
12 incorporated its cybersecurity trade secrets.  I
13 believe I recall from Ms. Hildebrandt's deposition
14 transcript a discussion of the storage or at least
15 the export format.  I think that was in
16 Ms. Hildebrandt's deposition transcript and
17 related to this.  I apologize, I reviewed a lot of
18 materials.  It could be a different deposition
19 transcript for one of the other technologies.
20         But she went through some specifics
21 regarding integration and storage.  I haven't
22 memorized all of the specifics that she went
23 through.  There's quite a bit of detail in her
24 deposition transcript.
25         So I would refer back to that, and I'm

Page 224

1  happy to look at it for more specifics.
2      Q.  Is Ms. Hildebrandt's deposition
3  transcript the sum of your knowledge with respect
4  to _____ use of trade secret 3?
5         MR. FURSEVICH:  Objection, asked and
6     answered.
7      A.  No, I think, as I've mentioned, my
8  knowledge with regard to _____ use of
9  Palantir's software that incorporates the trade
10 secrets is based on conversations and review of
11 Ms. Hildebrandt's deposition transcript as well as
12 the license agreement and I believe other
13 documents referring to the cyber deployment at
14 _____.
15         I can't recall all of the specifics of
16 those documents.  It's quite a complex -- a
17 nuanced deployment, and the technology is quite
18 complex.  So I'm not an engineer, and I don't have
19 the specifics memorized.  But that's who I'm
20 relying upon.
21     Q.  Trade secret 2 is Palantir's method of
22 sharing cybersecurity information between
23 organizations connected via a network based on the
24 sharing preferences of the members on the network.
25         Did _____ use that method?

Page 225

1         MR. FURSEVICH:  Objection, falls
2     outside the scope of the 30(b)(6) notice, and
3     asked and answered, and form.
4      A.  Do you want me to review the method?
5      Q.  If you need it to answer the question,
6  but it seems like you don't.  But if you need it
7  to, of course you're welcome to review it.
8      A.  Yeah, I'd like to review it.  I don't
9  have this document memorized.  And I know you're
10 asking specifically about this trade secret
11 method, so I'd like to make sure I understand it.
12     Q.  Then by all means.
13         (Pause.)
14     A.  Okay.  I've read it.
15     Q.  Okay.  Did _____ ot use that method?
16     A.  I believe that _____ in using
17 Palantir's technology that incorporated the
18 cybersecurity trade secrets, used or participated
19 in data sharing.  I know that Palantir's software
20 also has access controls where you can configure
21 who data is shared with, both within and outside
22 of an organization.
23         The specifics of the usage at
24 _____ I believe Ms. Hildebrandt went through, and
25 I don't -- I didn't memorize.  I don't remember

57 (Pages 222 - 225)

Page 226

1  all of the specifics.  But I do recall her talking
2  about data sharing and I believe as well as some
3  level of access controls.
4       So I would -- I would be looking at
5  that, and I'm happy to, if you have her
6  transcript, as well as other documents that I've
7  referenced throughout the deposition.
8       Q.   So trade secret 2 refers to a network
9  and members being on a network.
10      Who were the other members of the
11 network that ▓▓▓▓▓▓ was on?
12      MR. FURSEVICH:  Objection, falls
13 outside the scope of the 30(b)(6) notice.
14      A.   So I don't believe that I -- I don't
15 believe that I was designated to look into this.
16 However, I can say that ▓▓▓▓▓▓ was I believe
17 at least sharing data or connected with Palantir.
18 I don't recall if Ms. Hildebrandt detailed
19 additional organizations.  I'd have to look back
20 at her testimony.
21      I don't believe that the retail threat
22 or cyber alliance ended up getting off the ground
23 with a lot of organizations, so I'm not sure if
24 there's others outside of Palantir.
25      Q.   And then in the last substantive

Page 227

1  paragraph in the trade secret 2 there was a how is
2  it distinct from general -- matters of general
3  knowledge.
4       And it states, During the time at issue
5  in the complaint, no other firm had created the
6  automatic mechanism for organizations to share a
7  broad range of cyberattack data with one another
8  much less tailor the data sharing to the access
9  control preferences of each organization.
10      Do you see that?
11      A.   I see the sentence you're referring to.
12      Q.   Had ▓▓▓▓▓▓ used an automatic method
13 for sharing a broad range of cyberattack data with
14 another organization?
15      MR. FURSEVICH:  Objection, falls
16 outside the scope of the 30(b)(6) notice,
17 form.
18      A.   I don't recall, from all of the
19 evidence I reviewed, if there's a discussion of
20 the mechanism.  There might be.  I just don't
21 remember as I sit here right now.
22      I know that ▓▓▓▓▓▓, based on what I
23 reviewed, was using Palantir software, and it
24 allowed for sharing of data.  But in terms of the
25 specific details of that data sharing, I don't --

Page 228

1  I don't remember it as I sit here right now.  I'd
2  be looking back to, again, the deposition
3  transcripts and testimony I've referenced as well
4  as the documents around The ▓▓▓▓▓▓ deployment.
5       Q.   With respect to trade secret 1, it
6  describes a design concept regarding the security
7  sharing system facilitating a peer-to-peer
8  transfer of cyberattack information.
9       Did ▓▓▓▓▓▓ ever share cyberattack
10 information peer to peer?
11      A.   ▓▓▓▓▓▓ used our technology that
12 incorporated this trade secret or the
13 cybersecurity trade secrets and shared
14 information.  I believe they shared information
15 with other organizations.
16      I apologize, I don't -- I don't think I
17 am an expert in what peer to peer means, so I'm
18 not sure of that particular language.  But I can
19 say that they did have data-sharing capabilities.
20      And, again, I'm looking to
21 Ms. Hildebrandt's deposition testimony as well as
22 the documents that I've referenced previously and
23 generally the information about how our technology
24 worked at that time.
25      Q.   Okay.  So let's go back --

Page 229

1       MR. FURSEVICH:  Steve, we've been going
2  about an hour.  I think we should take a
3  break.
4       MR. WOHLGEMUTH:  Let's just finish up,
5  a couple more questions.
6       Q.   Let's go back to Exhibit 341, please.
7       A.   Okay.
8       Q.   You see you mentioned -- the other
9  entities that you mentioned -- which I believe are
10 ▓▓▓▓▓▓
   ▓▓▓▓▓▓ -- are listed
12 there.  Is that -- do you see where I am on the --
13 on page 8 in Exhibit 341?
14      A.   Okay.  I see.
15      Q.   Did these customers use Palantir's
16 cybersecurity trade secrets?
17      MR. FURSEVICH:  Objection, form.
18      A.   Yeah, I believe that these customers
19 incorporated -- let's see.  These customers used
20 Palantir's products that incorporated
21 functionalities of the trade secrets.  That's
22 based on what I reviewed from Melody's testimony
23 regarding some of these customers, as well as the
24 documents that are cited here.
25      Q.   What does it mean to incorporate the

58 (Pages 226 - 229)

Page 230

1  functionality of a trade secret?
2      A.   So in this instance what I mean is that
3  Palantir's software products incorporated
4  certain -- I guess I don't know a better term than
5  "functionalities" of the trade secrets.  So
6  functional abilities of the trade secrets?  I'm
7  just not sure of a better term.
8      Q.   Why do you say "functionalities" and
9  not use the trade secrets themselves?
10         MR. FURSEVICH:  Objection, form.
11     A.   I'm not sure why this was written
12  precisely the way that it was written, but I do
13  know that the entities that are listed here, based
14  on what I've reviewed, have used Palantir's
15  software, and that software incorporates the
16  functionalities of the cybersecurity trade secrets
17  at issue.
18     Q.   Which trade secrets are incorporated in
19  the software you're testifying about?
20     A.   The software is Palantir's platform
21  that was offered to those customers at that time,
22  and it incorporated functionalities such as data
23  sharing and access controls.
24         There's a lot of functionality that was
25  incorporated in there.  Specifically I'm thinking

Page 231

1  of Ms. Hildebrandt's testimony on this topic where
2  she spoke to the functionalities that were present
3  at these various customers.
4      Q.   So outside of Ms. Hildebrandt's
5  testimony, do you have any other basis for saying
6  that the functionalities of Palantir's trade
7  secrets were incorporated into the software used
8  by these customers?
9      A.   Again I believe I would look to the
10  license agreements which I reviewed here as well
11  as I know there's documents that we produced for
12  each of these deployments that describe in much
13  more detail.
14         These are fairly complex both products
15  and deployments from a technical perspective.  So
16  that's what I -- that's what I was looking at and
17  basing my opinion on here.
18     Q.   Do those documents identify the trade
19  secret that was used by number?
20     A.   I don't recall reviewing any document
21  that identifies the trade secrets by number.
22     Q.   Which of -- I can't remember if it was
23  seven or eight.  Let me just look.  Which of the
24  eight cybersecurity trade secrets were used --
25  strike that.

Page 232

1      Which of the eight cybersecurity trade
2  secrets were incorporated into the functionality
3  of the software that you've testified about?
4      A.   Again --
5          MR. FURSEVICH:  Objection, this is
6      outside the scope of the 30(b)(6) notice.
7      A.   Again, I didn't do an analysis of our
8  trade secret disclosure for this deposition topic.
9  What I did was base my understanding on the
10  evidence that we have regarding the deployments,
11  which includes Ms. Hildebrandt's deposition
12  testimony as well as the documents, the internal
13  documents, and the license agreement.
14         So I didn't go through and perform a
15  detailed analysis comparing all of that
16  information to each of the lines from our trade
17  secret disclosure statement.
18         What I can tell you generally is that
19  they used the functionalities in the cyberspace.
20  Those functionalities included, for example, cyber
21  ontology, included data-sharing functionalities
22  that could be configured in Palantir's software.
23         I don't recall whether they actually
24  shared data with another organization, cyber data
25  with another organization, but based on what I've

Page 233

1  reviewed, the functionalities of Palantir's
2  technology or Palantir's trade secrets existed in
3  the products that they licensed.
4      Q.   So is it fair to say that these are
5  just all of Palantir's cybersecurity customers?
6          MR. FURSEVICH:  Objection to form,
7      misstates testimony, outside the scope of the
8      30(b)(6) notice.
9          MR. WOHLGEMUTH:  Yegor, it's not
10     appropriate to shout on the record.
11         MR. FURSEVICH:  I'm not shouting,
12     Steve; I'm stating my objections.  But this is
13     the way it goes.
14     Q.   Is it fair to say that these are all of
15  Palantir's cybersecurity customers?
16     A.   No, that's not accurate.  I believe --
17  and, again, I didn't review all of Palantir's
18  cybersecurity customers, but I don't believe this
19  is a complete list of Palantir's cybersecurity
20  customers.
21     Q.   Okay.  So I'm just trying to figure out
22  the metric for inclusion on this list.  And the
23  metric for inclusion that I'm understanding from
24  your testimony is that if these customers licensed
25  software that had the ability to do what the trade

59 (Pages 230 - 233)

Page 234

1  secrets could do, they were included, irrespective
2  of whether the customers actually used that
3  functionality; is that fair?
4        MR. FURSEVICH:  Objection, misstates
5     testimony, outside of the 30(b)(6) notice.
6     A.   I don't think that's my testimony.
7     Q.   Okay.  Then what's wrong about that?
8        MR. FURSEVICH:  Objection, same
9     objections.
10    A.   I'm not -- I'm not sure where to start.
11  I think what I would say is that the customers
12  that are listed here are the customers that
13  license Palantir's products that incorporate the
14  functionalities of the cybersecurity trade
15  secrets.
16       This included, for example, the cyber
17  ontology, it included the data-sharing
18  capabilities.  That's my understanding from
19  Ms. Hildebrandt's deposition testimony.
20       We are not including on this list
21  people who -- or customers, rather, who licensed
22  Palantir's technology for purposes of cyber but
23  the products they licensed did not incorporate the
24  trade secrets.
25    Q.   And for -- to be included on this list,

Page 235

1  the customers did not in fact have to use the
2  functionality; is that fair?
3        MR. FURSEVICH:  Objection, outside the
4     scope of the 30(b)(6) notice, and form, and
5     misstates testimony.
6     A.   I don't know that that's accurate.  I'm
7  thinking back to Ms. Hildebrandt's deposition
8  transcript where she went through what
9  functionalities certain customers used.  And I
10  can't say that I have that memorized or know that
11  as well as she did at the time.
12       So I don't know how to answer your
13  question.
14    Q.   Is it fair that with respect to all of
15  the other customers that are included in the
16  response to Interrogatory 6 and included within
17  the scope of Topic 36 that you will be unable to
18  identify which specific trade secret any of them
19  used?
20       MR. FURSEVICH:  Objection, form and --
21     objection, form.
22    A.   I don't -- I don't know that that's the
23  case.  I'm not quite sure what you're planning on
24  asking.  I can tell you what I've told you with
25  respect to the previous customers that we've

Page 236

1  spoken about, which is that I am prepared to
2  testify as to the manner in which they used
3  Palantir's trade secrets.
4        I have reviewed a lot of documents and
5  deposition testimony, and I've spoken with
6  witnesses on those points.  What I did not do is
7  sit down with our trade secret disclosure
8  statement in preparation for this deposition and
9  review line by line in comparison to the
10  information that I have regarding how our products
11  were used by these customers that are indicated in
12  this interrogatory.
13       So if what you're asking is for me to
14  go through line by line, that's not something that
15  I understood to be the scope of this topic and
16  that's not something that I am prepared to do.
17       MR. WOHLGEMUTH:  Okay.
18       MR. FURSEVICH:  Let's take a break.  I
19     need a break, and it's been about ten minutes
20     since I requested the last one and you said
21     just a few questions.
22       MR. WOHLGEMUTH:  I just said let's take
23     a break.  We can take a break.
24       THE VIDEOGRAPHER:  The time is 3:15.
25     We are off the record.

Page 237

1        (Recess taken from 3:15 to 3:29.)
2        THE VIDEOGRAPHER:  The time is 3:29.
3     We are on the record.
4     Q.   Ms. Personick, did you have any
5  conversations with your counsel during this break
6  or any of the other breaks that I haven't asked
7  about?
8     A.   Yeah, I've talked to my counsel.
9     Q.   Did you talk about today's deposition?
10    A.   No, I didn't talk about any of my
11  deposition testimony, no.
12    Q.   Did you talk about the deposition?
13    A.   Oh, well, I think, as we discussed
14  previously, I did ask them some privilege
15  questions.
16    Q.   We did talk about those communications
17  in the breaks.  I take it other than those
18  conversations about privilege you've had no
19  substantive communications about today's
20  deposition with your counsel?
21    A.   Substantive communications, no.
22    Q.   Oh, have you had nonsubstantive
23  communications about the deposition?
24    A.   If you want it on the record, I think I
25  mentioned that I really had to go to the bathroom

CONFIDENTIAL

Page 238

1  in the deposition. The segments are long.
2      Q.   That's not the kind of information I'm
3  seeking.
4      A.   I don't think it is, so that's what I'm
5  suggesting.
6      Q.   I'm not interested in that.
7          Let's direct your attention back to
8  341, Exhibit 341.
9      A.   Okay.
10     Q.   And we're still on page 8.
11     A.   Okay.
12     Q.   In the second sentence of that bottom
13  paragraph, there's the list of customers beginning
14  with ███████.
15     A.   Yes.
16     Q.   I want to focus you on that list.
17     A.   Okay.
18     Q.   For those customers were they a part of
19  a network that shared cybersecurity information?
20         MR. FURSEVICH:   Objection, form.
21     A.   I don't know if they were ever part of
22  a network that shared cybersecurity information.
23     Q.   I take it you don't know if they were
24  part of a network that automatically shared
25  cybersecurity information.

Page 239

1      A.   Yeah, sorry, I may be misunderstanding
2  your question, but are you asking if they used
3  Palantir's technology or if they were just
4  generally part of a network that shared
5  cybersecurity information? That's where I'm
6  confused.
7      Q.   With respect to their use of Palantir's
8  technology, were they a part of a network that
9  shared cybersecurity information?
10     A.   They used Palantir's technology that
11  contained the cybersecurity trade secrets, and I
12  think that included functionality around sharing
13  information, sharing cybersecurity information. I
14  don't recall the specifics of what they did and
15  did not share.
16     Q.   But regardless of whether it included
17  the functionality around sharing information, were
18  they on a network that connected them to other
19  organizations?
20         MR. FURSEVICH:   Objection, form and
21  outside the scope of the 30(b)(6) notice.
22     A.   I don't recall if I reviewed the
23  specific information about their architectural
24  setup for each of these customers.
25     Q.   Okay. I just want to make sure we're

Page 240

1  on the same page. Were they a part of a security
2  sharing system that involved other members of a
3  network?
4          MR. FURSEVICH:   Same objections.
5      A.   So the customers listed here used
6  Palantir's technology, and Palantir's technology
7  incorporated the trade secrets that we've been
8  discussing, the cybersecurity trade secrets.
9          If we go into the specifics of like
10  what their architectural setup was for Palantir's
11  technology and whether they had access configured
12  to other individual organizations, I'm not sure I
13  know or have seen the answer to that question.
14     Q.   And with respect to the cybersecurity
15  trade secrets, you -- "you" being Palantir -- list
16  ███████ in the first sentence and describe it
17  as ███████ licensed product from Palantir of
18  which the cybersecurity trade secrets at issue
19  were a part or component.
20         Then in the second sentence you state,
21  Further, the following entities licensed
22  Palantir's products including the functionalities
23  of the cybersecurity trade secrets at issue.
24         What is the distinction between those
25  two groups of companies?

Page 241

1          MR. FURSEVICH:   Objection. This is
2  outside the scope of the 30(b)(6) notice, and
3  form.
4      A.   I'm not sure -- if you're asking for
5  the distinction between those two sentences, I'm
6  not sure I was prepared or fully appreciate the
7  nuance in the language.
8          What I can tell you is that what we're
9  talking about here is licensing products that
10  incorporated the trade secrets. And the reason
11  we're talking about it that way, which may be part
12  of our disconnect, is these entities are not
13  licensing -- they're not using the trade secrets;
14  they're using Palantir's software.
15         So when we talk about ███████ using
16  Palantir software, of which the cybersecurity
17  trade secrets at issue were a part or component,
18  and then we're talking about the other companies
19  who licensed the software incorporating the
20  functionalities, what I'm thinking about is to
21  Melody Hildebrandt's deposition transcript. And
22  there she detailed how these different
23  organizations were using the products.
24         For example, ███████ was using the
25  products for the cyber retail alliance, and I

61 (Pages 238 - 241)

Page 242

1 believe that in her deposition the other entities
2 were grouped as using the products slightly
3 differently.
4        That is my understanding of why they're
5 broken out by that, but, again, I didn't dive into
6 the nuance of this language.
7    Q.   I think you did reveal a large
8 disconnect between your preparation and the topic
9 written, which the topic written is the dates and
10 manner in which Palantir's trade secrets have been
11 used by actual or potential customers, not about
12 the software.
13        But setting that issue aside, with
14 respect to -- you've used the phrase "ontology" a
15 few times.  What do you mean by the word
16 "ontology"?
17    A.   So an ontology, as I understand it --
18 and, again, I think some of the people you spoke
19 to previously have probably described this better
20 than I'm going to, including Ms. Hildebrandt and
21 Shyam Sankar.
22        But ontology is like a data model.
23 It's a common operating picture of your data.
24 That's what you can use to standardize and make
25 sure everyone is speaking the same language when

Page 243

1 it comes to looking at your data model.
2    Q.   So when you say that the companies in
3 the second list of the cybersecurity trade secrets
4 paragraph -- I'm talking about the ▮▮▮▮▮▮ et
5 al., part of the answer.  Are you with me?
6    A.   I am, yes.  The second set of
7 customers, yes.
8    Q.   Yes.  They used software or products
9 that allowed for that standardizing -- data
10 standardizing to occur.  Is that a fair summary of
11 your testimony?
12        MR. FURSEVICH:  Object to form.
13    A.   I don't know if it's a fair summary,
14 but I do know that I believe they did use
15 Palantir's products which allowed for ontology and
16 had ontology, yes.
17    Q.   Did they actually standardize -- use
18 that software -- strike all of that.
19        Did they actually use that software to
20 standardize their data?
21    A.   My understanding of how an ontology
22 works is when the data is brought into the
23 platform it is mapped to an ontology.  I'm not
24 sure that Palantir's software -- and in particular
25 as used by these customers -- was used without an

Page 244

1 ontology.  So that's my understanding based on how
2 I know our software to operate.
3        The specifics of what their ontology
4 looked like or how that was integrated or
5 standardized, I would need to go back and pull up
6 some of the documents in Ms. Hildebrandt's
7 transcript.
8    Q.   Were all of the customers in that
9 second set of cybersecurity customers -- actually,
10 strike that.
11        Did all of the customers in the second
12 set of cybersecurity customers use the same
13 ontology such that their data was standardized
14 across organizations?
15    A.   Is your question did they each use the
16 same ontology as the other organization in this
17 list?
18    Q.   Yes.
19        MR. FURSEVICH:  Objection, outside the
20 scope of the 30(b)(6) notice.
21    A.   I don't know that I've reviewed the
22 ontologies for each of these customers, so I'm not
23 sure that I can answer that with any certainty.
24    Q.   Is it fair to say any time Palantir
25 does work for any customer there's some sort of

Page 245

1 standardization process that would have to occur
2 with respect to that customer's data?
3        MR. FURSEVICH:  Objection, outside the
4 scope of the 30(b)(6) notice.
5    A.   Yeah, I don't know if I'm qualified
6 to -- like I don't know if I can answer that.  I
7 can say that when the data is integrated it's
8 integrated in such a way that the customers using
9 it can make sense of it.  Other than that I don't
10 know how to answer your question.
11    Q.   I think you just did.
12        So Palantir, when performing work for a
13 customer, made sure that the data that is
14 integrated is in a useable format; fair?
15    A.   Generally if data is integrated it
16 should be in a useable format.  I think -- I don't
17 know that that means standardized the way you've
18 been describing it, but certainly it should be in
19 a useable format.
20    Q.   Have all of these customers in the
21 second list had their data standardized or just
22 put into a useable format?
23    A.   I don't know what you mean when you're
24 saying "standardized."  With these customers --
25 and, again, I didn't review the specifics of what

62 (Pages 242 - 245)

Page 246

1 the data looked like at each customer.  In fact,
2 this is customer data we're talking about, so I
3 don't believe that I would have access to that.
4       When we have entities who use Palantir
5 software and they're integrating or we're
6 assisting them to integrate their data into the
7 software, in general they use an ontology, which
8 is a data model that makes sense of their data.
9       Now, whether or not each of these
10 customers use the exact same ontology, I don't
11 know that sitting here today without, I think,
12 probably reviewing specific details of the data
13 for each of these customers.
14       But I would also look to probably the
15 documents which may talk about the data that was
16 integrated and also may talk about the ontology
17 that was used, because I know there's -- and I
18 think this is what you were talking about with
19 ███████.
20       There's, you know, a common language --
21 if you're going to be sharing data, it has to be
22 mapped to the same on ontology or at least similar
23 ontology so that it makes sense.  I don't know
24 what each of the ontologies were for each of these
25 customers without reviewing in more detail how

Page 247

1 their setups were set forth.
2    Q.   So you don't know if the ontologies for
3 these customers were configured such that sharing
4 were even possible?
5    A.   No, I don't think that's an accurate
6 way of framing it because sharing doesn't depend
7 on the ontology configuration.
8    Q.   Ontology is not necessary for sharing?
9    A.   You can -- you can share data without
10 an ontology, absolutely, yes.
11    Q.   So maybe a better way of saying it is
12 is an ontology necessary for useful sharing of
13 information?
14       MR. FURSEVICH:  Objection, vague and
15    falls outside the scope of the 30(b)(6)
16    notice.
17    A.   I don't think an ontology is necessary
18 for useful sharing of information.
19    Q.   Have these customers converted their
20 data into a format that the other customers can
21 understand and glean insights from?
22       MR. FURSEVICH:  Objection, falls
23    outside the scope of the 30(b)(6) notice.
24    A.   I have not reviewed these customers'
25 data, so I can't speak to that.

Page 248

1    Q.   Have any actual or potential -- I'm
2 going to shift gears.
3       Have any actual or potential customers
4 used Palantir's cyber insurance trade secrets?
5    A.   So, again, I don't think -- I think
6 there's a disconnect.  There's -- customers can't
7 use Palantir's cyber insurance trade secrets.
8 Customers didn't use Palantir's cyber insurance
9 trade secrets.  Palantir's -- Palantir's customers
10 would use Palantir's products that incorporated
11 the trade secrets.
12       For cyber insurance I don't believe we
13 had any customers using our software incorporating
14 cyber insurance trade secrets, no.
15    Q.   When you say incorporating trade secret
16 into software, what do you mean by that?
17    A.   When I'm saying that I'm saying the
18 trade secrets, such as the ones we reviewed, which
19 are methods and design concepts, weren't
20 independently used by our customers.  Our
21 customers used our products; they don't -- they
22 didn't use a design concept.  So our products
23 incorporated the design concepts that are at
24 issue.
25    Q.   I guess I don't see how that's any

Page 249

1 different than using a design concept.  Can you
2 help me with that?
3    A.   I didn't understand --
4       MR. FURSEVICH:  Object, this is vague,
5    ambiguous, form, and outside the scope of the
6    30(b)(6) notice.
7    Q.   So help me understand the difference
8 between using a design -- why is it incorrect to
9 say Palantir's customers used a design concept for
10 security sharing but correct to say Palantir's
11 customers used a piece of software that
12 implemented a design concept for security sharing?
13       MR. FURSEVICH:  Objection, form.
14    A.   So I think the accurate way of framing
15 it in this instance is that our customers used our
16 products, our software products.  Our software
17 products for certain customers incorporated or
18 included the trade secrets, the design concepts
19 and methods and systems -- I can't remember all of
20 them -- that we've been looking at previously.
21       But how our software -- or how our
22 customers use the software is what -- the software
23 as configured for customers is what we were
24 providing.
25       And their usage of the software is how

63 (Pages 246 - 249)

CONFIDENTIAL

Page 250

1 I think about it. I don't think about them as
2 just using a trade secret. That wasn't -- that
3 wasn't what we were providing them with. We were
4 providing them with software that incorporated our
5 trade secrets.
6 Q. So let's then with that understanding
7 now cycle back to the cybersecurity list of
8 customers in that second group.
9 A. Okay.
10 Q. Those customers used software that
11 incorporated Palantir's cybersecurity trade
12 secrets and other design concepts or other trade
13 secrets; is that fair?
14 A. I would say our software was not, as
15 used by those customers. My understanding is it
16 wasn't -- there was certainly other elements to
17 our software.
18 Q. So how did -- sorry.
19 A. No, I can stop there.
20 Q. So how did Palantir determine whether
21 these customers used the elements of the software
22 that are at issue in this case and that are the
23 trade secrets on the trade secret disclosure as
24 opposed to the other elements in the software that
25 are not on the trade secret disclosure?

Page 251

1 MR. FURSEVICH: Objection, form and
2 vague, and outside the scope of the 30(b)(6)
3 notice.
4 A. I'm not -- I'm not sure I understand
5 your question. What I -- what I would say is that
6 in the various license agreements that I reviewed
7 it set forth information about, for example,
8 what the scope of their rights to use our software
9 involved.
10 And so there may be indications there,
11 for example, where they had a use case that was
12 directed to using our software for a particular
13 trade secret.
14 We may otherwise have that information
15 based on what we know the customer was using our
16 trade secret for -- or using our software for. I
17 apologize, I misspoke. And that could be in the
18 form of because we had implementation teams there,
19 and so we understand how the software was
20 configured for that particular customer.
21 That's -- I'm not sure if that answers
22 your question, but that's -- I think maybe that
23 answers what I thought your answer was, at least.
24 Q. So looking at the licensing agreement,
25 for example, wouldn't be able to tell you how

Page 252

1 these customers actually used the software; is
2 that fair?
3 MR. FURSEVICH: Objection, form,
4 outside the scope of the 30(b)(6) notice.
5 A. I mean, that's a pretty -- that's a
6 pretty broad statement. I think you could have
7 and I have seen license agreements that would tell
8 me the scope of how a customer is authorized to
9 use Palantir's products.
10 Now, did we audit them consistently on
11 a daily basis? Could they have used them in
12 additional ways? Perhaps. But I do think some of
13 that information is found in certain license
14 agreements.
15 Q. Sure. But I think the point I'm
16 getting at you touched on with the audit issue.
17 Setting aside noncontemplated uses of
18 the software, I'm focusing on a license agreement
19 says a customer can use a software that allows for
20 X and Y. Is there a way that Palantir can
21 determine with respect to that customer's usage
22 how much of X and how much of Y was actually being
23 used by the customer when the contract was up and
24 running?
25 MR. FURSEVICH: Okay. This is vague,

Page 253

1 compound, and ambiguous, and outside the scope
2 of the 30(b)(6) notice, and an incomplete
3 hypothetical.
4 A. I'm sorry, I'm not sure I'm following
5 this one.
6 Q. Well, okay. Did Palantir audit any of
7 the customers on this list to determine how they
8 actually used Palantir's software?
9 A. Based on the evidence that I've seen, I
10 believe that we had at least certain employees who
11 were on site at various of these customers; or if
12 not on site, who were actively involved in either
13 performing services or supporting these customers.
14 I don't -- I don't recall us conducting
15 what I think of as a formal audit where we send
16 perhaps a third party on site and have them
17 account for every usage.
18 But we certainly -- as far as I've seen
19 based on the evidence I've reviewed -- were aware
20 of how these customers were using Palantir
21 software?
22 Q. And that is based on Palantir's
23 employees being on site or actively involved in
24 supporting the customers? Is that a fair summary?
25 A. My understanding is we had customer --

64 (Pages 250 - 253)

CONFIDENTIAL

Page 254

1  or we had employees who were involved in these
2  deployments.  And so I believe we had visibility
3  into how our customers were using the software.
4       Now, I didn't go through for each of
5  these and all of the time periods and confirm,
6  fact check that.  So this is my personal knowledge
7  and then, based on the evidence that I did review,
8  I think that's the case.
9    Q.   Have any actual or potential customers
10 of Palantir used Palantir's clinical trials trade
11 secrets?
12       MR. FURSEVICH:  Objection, form,
13    outside the scope of the 30(b)(6) notice.
14    A.   So, again, I don't know that customers
15 used the trade secrets.  The customers used our
16 software, and our software incorporated or was
17 configured, you know, to reflect these design
18 concepts and methods.  It incorporated our trade
19 secrets.
20       So the customers we have listed here
21 used our Palantir products, of which the trade
22 secrets in the health care space were a part.
23    Q.   What customers were those?
24    A.   For health insurance risk assessment
25 trade secret at issue, it was ██████████

Page 255

1  ██████████████.  And for the clinical
2  trials trade secrets it was ██████████,
3  ██████ and ██████████.
4    Q.   All right.  With respect to
5  ██████████ which of the clinical trials
6  trade secrets has it actually used?
7       MR. FURSEVICH:  Objection, form,
8    outside the scope of the 30(b)(6) notice.
9    A.   So again I don't -- I don't know that
10 they used the trade secret.  What they did was
11 used the software that incorporated the trade
12 secret, and I can tell you the manner in which
13 they used our software.
14       So at ████ as it relates to the
15 clinical trials trade secret, they used our
16 software for clinical trial optimization, which I
17 believe included was it patient -- patient
18 selection or site selection and patient
19 recruitment.
20    Q.   Which trade secrets on the trade secret
21 disclosure does their -- does the software that
22 they used incorporate?
23       MR. FURSEVICH:  Objection, form.
24    A.   So I didn't go through and do a
25 comparison of the software with the trade secret

Page 256

1  disclosure.  What I do know is the software that
2  we provided to ██████████████ --
3  I'm sorry ██████████ -- I'm looking at the
4  page again -- incorporated the clinical trials
5  trade secrets and that it was used for the
6  patient -- I keep confusing them.
7       It's site selection and patient
8  recruitment are the two uses of the software, and
9  that incorporated our trade secrets.
10    Q.   So the software had that capability,
11 but did ██████████ actually use that
12 capability?
13    A.   So ██████████ used the Palantir
14 capabilities for patient recruitment.  So that's
15 my understanding.  This one I believe there's more
16 details in Ms. DeMeuse I believe's testimony on
17 this and maybe Mr. Ketterling, which I reviewed.
18 But they definitely used Palantir software for the
19 purpose of clinical trial optimization.
20    Q.   My question is not about clinical trial
21 optimization broadly speaking.  My question is did
22 ██████████ actually use Palantir software for
23 purpose of site selection or patient recruitment
24 into a clinical trial.
25       MR. FURSEVICH:  Objection, asked and

Page 257

1  answered.
2    A.   Yes, my understanding is they used
3  Palantir software for purposes of patient
4  recruitment and site selection for clinical
5  trials.
6    Q.   And when did they use Palantir software
7  for those purposes?
8    A.   I believe between 2013 and 2016.
9    Q.   And to be clear, my question is not
10 about ██████████ general use of Palantir
11 software or even their use of Palantir software as
12 applied to clinical trial optimization but
13 specifically as to patient recruitment or site
14 selection.
15       Is it the same answer:  2013 and 2016?
16    A.   I believe it's the same answer.  I know
17 Lauren testified to this in her deposition.  My
18 understanding is that that particular usage was
19 from 2013 to 2016 and that their clinical trial
20 optimization included both patient recruitment and
21 site selection.
22       But what I'm looking to here is both
23 the license agreement and Lauren's DeMeuse's
24 testimony.
25    Q.   And did ██████████ use Palantir's

65 (Pages 254 - 257)

CONFIDENTIAL

Page 258

1  software to determine a score reflecting a
2  particular person's suitability for a clinical
3  trial?
4      MR. FURSEVICH:  Objection, outside the
5  scope of the 30(b)(6) notice.
6      A.   The specific details of how they did
7  patient recruitment using Palantir software and
8  site selection, I know I reviewed those in
9  Ms. DeMeuse's transcript, potentially
10 Mr. Ketterling's as well, but certainly
11 Ms. DeMeuse's transcript.  And I don't recall as I
12 sit here right now all of those details.
13      It was I think pretty complex and
14 fairly lengthy deposition.  But that's what I'm
15 looking to for details of the site selection and
16 patient recruitment work, as well as the documents
17 that would be describing our work at ████.
18      And in particular I believe -- I
19 believe this was our work around use case two, but
20 I could be confusing numbers.
21      Q.   So it's very clear what you looked at
22 in connection with this topic.  But my question is
23 right now can you say whether ███████████ used
24 Palantir's software to determine a score
25 reflecting a particular person's suitability for a

Page 259

1  clinical trial.
2      MR. FURSEVICH:  Objection to the
3  argumentative commentary and the -- asked and
4  answered.
5      A.   I did not memorize all of Ms. DeMeuse's
6  testimony.  That is what I looked to.  As you
7  note, that's pretty clear that that's what I was
8  reviewing and that's what I'm basing my testimony
9  on.
10      I did not memorize all of the specific
11 details of the work.  I know the general manner,
12 and I know that more details are included in the
13 additional evidence that is on the record in this
14 case.
15      Q.   In preparing for today's testimony, did
16 you notice any discrepancies in the recollections
17 that Mr. Ketterling had as compared to the
18 recollection that Ms. DeMeuse had?
19      A.   On what topic?
20      Q.   This topic, 35 -- or, sorry, 36.
21      A.   Again, I don't remember all of the
22 testimony on this topic that they provided.  I
23 think I mentioned I also spoke with Ms. DeMeuse,
24 and I've reviewed her deposition transcripts.  So
25 I reviewed the one in Delaware as well.

Page 260

1      As I'm sitting here, I don't recall any
2  inconsistencies or material inconsistencies for
3  this topic, but I'd be happy to take a look at
4  that time the deposition transcript if there's
5  anything specific.
6      Q.   Is there a reason why you didn't call
7  Mr. Ketterling in connection with your preparation
8  for this topic?
9      MR. FURSEVICH:  Objection.  This is --
10 I'll instruct the witness not to answer to the
11 extent her answer would reveal any attorney/
12 client communication or attorney/client
13 advice.  Also outside the scope of the
14 30(b)(6) topic.
15      Q.   Are you following his instruction?
16      A.   Oh, sorry, the question is why didn't I
17 call Mr. Ketterling in preparation for the
18 deposition?  I honestly don't recall if I did or I
19 didn't.  I don't believe that I did.  But if
20 you're asking what was my thought process, I'm --
21 I don't recall.
22      Q.   Which clinical trial trade secrets did
23 ████ utilize in connection with its licensing
24 of Palantir software?
25      MR. FURSEVICH:  Objection, form, lacks

Page 261

1  foundation, and outside the scope of the
2  30(b)(6) notice.
3      A.   ████ based on what I've seen, used
4  Palantir's software that contained the clinical
5  trials trade secrets for the purposes of patient
6  recruitment, is my understanding.
7      Q.   And how did ████ use Palantir's
8  software for patient recruitment?
9      A.   I spoke with -- who did I speak with
10 from ████  I believe I spoke with potentially
11 Andrew Girvin on this, and from my recollection
12 ████ was using Palantir software -- one of the
13 usages of Palantir software for determining
14 appropriate patient populations for different
15 clinical studies.
16      I don't recall all of the specifics of
17 their use case, but that is -- that is what I know
18 from my conversations with relevant individuals.
19      Q.   With respect to ████████ what
20 clinical trial trade secrets did ████ utilize in
21 connection with its licensing of Palantir
22 software?
23      A.   So ████ used Palantir software that
24 contained the trade secrets -- the clinical trial
25 trade secrets, for I believe it was patient

66 (Pages 258 - 261)

CONFIDENTIAL

Page 262

1  recruitment.
2      Q.   And how did ▮▮▮ utilize Palantir's
3  software for patient recruitment?
4      A.   I believe that ▮▮▮ was using Palantir
5  software for patient recruitment at least at some
6  period of time initially to understand patient
7  populations that would be most suitable for
8  clinical trials that ▮▮▮ was undergoing,
9  conducting.
10     Q.   And which of the clinical trial trade
11  secrets did ▮▮▮ utilize?
12         MR. FURSEVICH:   Objection, form, lacks
13     foundation, and asked and answered.
14     A.   Again, I don't -- I don't believe ▮▮▮
15  was using the trade secrets.  ▮▮▮ was using the
16  software that Palantir provided that included the
17  trade secrets for clinical trials that are at
18  issue in this case.
19         And the way that they were using that
20  software was for patient recruitment, which
21  involved understanding patients that would be most
22  suitable for certain trials.
23     Q.   But by number which of the clinical
24  trial trade secrets were incorporated in the
25  software used by ▮▮▮

Page 263

1          MR. FURSEVICH:   Objection, form, and
2      outside the scope of the 30(b)(6) notice.
3      A.   I did not do an analysis comparing
4  Palantir's software with the trade secret
5  disclosure in preparation for this deposition.
6      Q.   And for ▮▮▮ which of the numbered
7  trade secrets were incorporated into ▮▮▮
8  software?
9      A.   I did not do comparison of the Palantir
10  software that was provided to ▮▮▮ to the
11  trade secret disclosure statement that we've been
12  talking about.
13     Q.   Did you talk to anyone at Palantir with
14  respect to the work for ▮▮▮
15         MR. FURSEVICH:   Objection, asked and
16     answered.
17     A.   I did.  I believe I spoke with Andrew
18  Girvin.  I may be confusing deployments, but I
19  know I spoke with Andrew Girvin.  I believe he
20  provided information on ▮▮▮  And I have some
21  personal knowledge on ▮▮▮ as well.
22     Q.   And did you talk to anyone at Palantir
23  with respect to the work for ▮▮▮
24     A.   Yes, for ▮▮▮ I spoke with Jeremy
25  Elser.  Andrew might have also provided some

Page 264

1  information on ▮▮▮
2      Q.   And for ▮▮▮ did you speak
3  to anyone other than Ms. DeMeuse?
4      A.   I don't -- I don't recall if I spoke to
5  anyone else besides Ms. DeMeuse in preparation for
6  this deposition.
7      Q.   During your conversations with
8  Mr. Girvin and Mr. Elser, I take it you did not
9  ask them which of the numbered trade secrets were
10  used by either ▮▮▮ or ▮▮▮
11     A.   I do not --
12         MR. FURSEVICH:   Objection to form.
13     A.   I did not ask them -- I did not go
14  through the trade secret disclosure statement and
15  ask them which numbers were used by which
16  customers, in preparation for this deposition.
17     Q.   And with respect to Palantir's health
18  insurance risk assessment trade secrets, have any
19  actual or potential customers used Palantir's
20  health insurance risk assessment trade secrets?
21         MR. FURSEVICH:   Objection, lacks
22     foundation, vague, form, outside the scope of
23     the 30(b)(6) notice.
24     A.   So for Palantir's health insurance risk
25  assessment trade secret, there are customers who

Page 265

1  used the software that incorporated that trade
2  secret.
3      Q.   And who are those customers?
4      A.   Those customers are ▮▮▮
5  ▮▮▮ and ▮▮▮
6      Q.   And how did they use the health
7  insurance risk assessment trade secrets?  Let's
8  start with ▮▮▮
9      A.   ▮▮▮ Okay.  Based on what I've --
10  based on the evidence I've seen, ▮▮▮ used the
11  trade secret -- I'm sorry ▮▮▮ used the
12  products.  ▮▮▮ used the products for the
13  purpose of identifying gaps in patient care.  And
14  this was for ▮▮▮ s patient population.
15     Q.   Did ▮▮▮ use the product to calculate
16  an individual's likely cost to insure?
17     A.   I don't -- I don't recall seeing
18  evidence about ▮▮▮ using the product to
19  calculate individual insurance cost.  But I don't
20  remember all of the specific details.  I don't
21  remember all of the specific details for that one.
22         I believe -- I believe I reviewed
23  Mr. Ketterling's deposition transcript for that
24  one, possibly Ms. DeMeuse as well.
25     Q.   Did ▮▮▮ in connection with its use

67 (Pages 262 - 265)

CONFIDENTIAL

Page 266

1  of Palantir's health insurance risk assessment
2  trade secret, ever use Palantir's software to
3  calculate a score that represented a person's
4  likely cost to insure?
5      A.   Based on the evidence I've reviewed,
6  I'm not sure if they ever used a score for that
7  purpose.  I believe there were more details on
8  this in the deposition transcripts I've referenced
9  as well as likely the other documents on this
10  deployment.  I just don't recall that level of
11  detail as I sit here right now.
12      Q.   And for ███████████
███████, how did they use the health insurance
14  risk assessment trade secret?
15      A.   ██████████████████  I
16  believe was using the Palantir products that they
17  licensed, which incorporated the trade secret, for
18  purpose of understanding cost associated with --
19  or rather risk associated with different
20  individuals and then being able to target
21  marketing based on those risk assessments.
22          And the reason cost comes to mind is
23  because this was I think during the time of
24  ObamaCare where it was getting perhaps more
25  expensive to insure different populations.  So I

Page 267

1  recall that was the work that was done with Blue
██████████████████
3      Q.   And did the work done for
██████████████████ involve calculating a
5  specific person's likely cost to insure?
6      A.   I believe that the work done with
███████ it involved individual
8  risks as a metric for who to target for insurance.
9  I don't recall if it was cost specifically,
10  although it I think logically make sense there.
11  But I don't recall that as I sit here right now.
12      For ██████████████████  I
13  think I was also looking to the details that are
14  present in I want to say Lauren DeMeuse's
15  testimony.  Also I spoke with Ajay Sudan.
16      Q.   I'm not asking who you talked to; I'm
17  asking for what the work was.  I think you've
18  answered that.
19          With respect to ██████████
███████ did they use Palantir software to ever
21  calculate a person's score as it related to their
22  likely cost to insure?
23          MR. FURSEVICH:  Objection, vague and
24  form.
25      Q.   Withdraw.  I'll rephrase.

Page 268

1          With respect to ███████████
███████ did they ever use Palantir software to
3  calculate a score that represented a person's look
4  lie cost to insure?
5          MR. FURSEVICH:  Objection to form.
6      A.   My -- based on what I've reviewed, the
7  usage of our software by ███████████
███████ did involve analyzing risk around
9  individuals and risk being associated obviously
10  with costs.  If there was larger health risk,
11  there is potential increased likelihood of cost.
12          In terms of the details as to scores, I
13  don't remember that level of detail.  As I sit
14  here right now -- and I know you don't want to
15  hear what I reviewed, but I know that what I
16  looked to for that level of detail, because that's
17  where it was provided, was Lauren DeMeuse's
18  testimony as well as some of the documents.
19      Q.   Have any actual or potential customers
20  used software that incorporated Palantir's natural
21  resources exploration trade secrets?
22      A.   Yes.
23      Q.   Who?
24      A.   BP.
25      Q.   And what did BP use Palantir's natural

Page 269

1  resources trade secrets to do?
2      A.   So BP used Palantir software that
3  incorporated the natural resources trade secrets
4  for exploration, development, I believe perhaps
5  research, and also production of natural
6  resources.
7      Q.   Which of the numbered trade secrets in
8  the trade secret disclosure did BP utilize in
9  connection with its licensing of Palantir
10  software?
11      A.   So again I don't think BP utilized the
12  trade secrets.  BP utilized Palantir's software.
13  If you're asking for an analysis of which of the
14  trade secrets or where they were contained in
15  Palantir's software, I didn't perform that
16  analysis for purposes of this deposition.
17      Q.   So you can't say, for example, which
18  data sources BP utilized in connection with the
19  natural resources trade secrets?
20          MR. FURSEVICH:  Objection -- sorry,
21  objection, form, and outside the scope of the
22  30(b)(6) notice.
23  ████████████████████████████
████████████████████████████
████████████████████████████

68 (Pages 266 - 269)

CONFIDENTIAL



Page 270

8  Those are -- those are the ones that
9  come to mind as I sit here, but, again, I believe
10  that we've produced a number of documents that
11  detail pretty extensively the work that we did
12  with BP.
13      MR. FURSEVICH:  Can I get a run time,
14  please, from the videographer?
15      MR. WOHLGEMUTH:  Let's go off the
16  record if you want to do that.
17      THE VIDEOGRAPHER:  All right.  The time
18  is 4:18.  We're off the record.
19      (Discussion off the record.)
20      THE VIDEOGRAPHER:  The time is 4:19.
21  We're on the record.
22      MR. WOHLGEMUTH:  All right.  While we
23  were off the record, the videographer read the
24  run time, which was I think just over six
25  hours.  Yegor declared there would be no

Page 271

1  additional questions.  So that's it for today,
2  subject to any redirect and subject to any
3  further orders of the court.
4      Thanks, Ms. Personick, and to everyone
5  else.
6      MR. FURSEVICH:  No further questions
7  from me.  I'm designating the transcript as
8  confidential under the protective order.
9  Thank you.
10      (Continued on following page.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 272

1      THE VIDEOGRAPHER:  Counsel, if there
2  are no further questions, stipulations, or
3  objections, I will conclude the video
4  recording for today.
5      The time -- here ends media unit number
6  6.  This concludes the video recorded virtual
7  remote 30(b)(6) deposition of Laura Personick
8  taken by the defendant on Wednesday, February
9  23, 2022.  The time is 4:20 p.m. Pacific
10  standard time, and we are going off the
11  record.
12      (Time noted:  4:20 p.m.)
13
14
15  _____
16  LAURA PERSONICK
17
18  Subscribed and sworn to before me
19  this ____ day of _____, 2022.
20
21
22  _____
23  Notary Public
24
25

Page 273

1      C E R T I F I C A T E
2  STATE OF NEW YORK   )
3                      : ss.
4  COUNTY OF NEW YORK  )
5
6      I, LAURIE A. COLLINS, a Registered
7  Professional Reporter and Notary Public
8  within and for the State of New York, do
9  hereby certify:
10      That LAURA PERSONICK, the witness
11  whose deposition is hereinbefore set forth,
12  was duly sworn by me and that such
13  deposition is a true record of the
14  testimony given by the witness.
15      I further certify that I am not
16  related to any of the parties to this
17  action by blood or marriage and that I am
18  in no way interested in the outcome of this
19  matter.
20      IN WITNESS WHEREOF, I have hereunto
21  set my hand this 26th day of February 2022.
22
23
24  _____
24  LAURIE A. COLLINS, RPR
25

69 (Pages 270 - 273)

CONFIDENTIAL

Page 274

1   ----------I N D E X----------
2
3   WITNESS:          EXAMINATION BY:          PAGE
4   Laura Personick   Mr. Wohlgemuth          4
5
6   ------------------ EXHIBITS ------------------
7   NO.          DESCRIPTION          PAGE
8
9   Exhibit 334, Palantir's amended          37
10  responses and objections to Plaintiff
11  KT4 Partners' fourth set of
12  interrogatories
13  Exhibit 335, e-mail dated April 2015     42
14  from Abramowitz to Hood
15  Exhibit 336, Palantir's responses and    57
16  objections to Defendant Marc
17  Abramowitz's fourth set of
18  interrogatories
19  Exhibit 337, Palantir's supplemental     63
20  privilege withhold log
21  Exhibit 338, e-mails          81
22  Exhibit 339, e-mails          86
23  Exhibit 340, e-mails          91
24  Exhibit 341, Palantir's fifth amended    201
25  responses and objections to Defendant

Page 276

1       ** ERRATA SHEET **
2   CASE: PALANTIR vs. ABRAMOWITZ
    DEPOSITION DATE: 2/23/2022
3   DEPONENT: LAURA PERSONICK
4   PAGE LINE(S)  CHANGE          REASON
5   ____|____|_____|_____
6   ____|____|_____|_____
7   ____|____|_____|_____
8   ____|____|_____|_____
9   ____|____|_____|_____
10  ____|____|_____|_____
11  ____|____|_____|_____
12  ____|____|_____|_____
13  ____|____|_____|_____
14  ____|____|_____|_____
15  ____|____|_____|_____
16  ____|____|_____|_____
17  ____|____|_____|_____
18  ____|____|_____|_____
19  ____|____|_____|_____
20
21      _____
        LAURA PERSONICK
22
    SUBSCRIBED AND SWORN TO BEFORE ME
23  THIS _____ DAY OF _____, 20___.
24
    _____   _____
25  (NOTARY PUBLIC)        MY COMMISSION EXPIRES:

Page 275

1   Marc Abramowitz's first set of
2   interrogatories
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

CONFIDENTIAL

**[& - 30]**

Page 1

| & |
|---|
| **&**   2:11 |

| 0 |
|---|
| **06879**   1:8 3:11 |

| 1 |
|---|

**1**   58:13 101:16,16
103:23,24 104:5,6
143:11 144:3
205:21 209:25
228:5
**10**   61:18 148:25
**10/25/2021**   64:4
**10:06**   55:7,9
**10:16**   55:9,10
**10:56**   86:4,6
**11**   101:5 105:6
**11:06**   86:6,7
**12**   120:18
**12:29**   147:18,20
**12th**   51:22 52:5,21
55:2,15 56:2,13
57:2,6 119:2,3,9
119:11 120:2,11
121:2,6,18 122:11
122:22 123:3
124:13,20,24
125:5 126:3,6,15
127:19 128:7,8,16
129:3 155:10,12
155:25
**15**   61:18 148:25
149:11,11
**17**   140:23
**17th**   95:5
**19**   3:11 70:22
**1:03**   148:2,3
**1st**   98:9,24 107:23
142:10 153:24

| 2 |
|---|

**2**   58:8 224:21
226:8 227:1
**2/23/2022**   276:2
**20**   149:12 276:23
**20005**   2:14
**201**   274:24
**2013**   101:16
103:24 104:5
107:23 143:11
144:3 257:8,15,19
**2014**   6:9,11 15:13
17:9 18:3,11
19:10,20 20:7
22:7 23:25 25:9
28:5,23 29:9,24
32:4,5 34:6 35:1
36:12 38:25 51:22
52:5,21 55:2,15
56:2,13 57:2,6
58:13 64:17 66:6
66:14 69:18 73:18
73:20,22 75:22
77:19 98:9,23
119:2,3,9,11 120:3
120:11 121:2,6,18
122:11,22 123:3
124:13,20,24
125:5 126:3,6,16
127:19 128:7,8,13
128:16 129:3
155:10,12,25
203:1
**2014/2015**   15:15
18:18 184:17
**2015**   15:13 17:6,8
42:20 43:2 58:13
67:6 69:5,6,19
70:25 71:5 72:15
72:19 73:14 79:14
80:12,13,14,15,16

80:24 81:11,16,20
81:25 82:14 83:1
83:1,3 86:16,18
89:1,9,12 91:24
92:2 143:12 144:3
274:13
**2016**   16:21,23 17:2
18:20 42:16,18
46:8,23 47:2,7
48:5,25 50:6,13
97:11 98:9,16,24
99:14 101:16
103:24 104:6
153:9,18,20,25
154:4,13 203:1
257:8,15,19
**2017**   18:23
**2018**   18:25
**2019**   19:2
**2019.210**   207:12
**2019.210.**   204:23
**2022**   1:15 3:15
272:9,19 273:21
**22nd**   71:5
**23**   1:15 157:3
272:9
**23rd**   3:14 64:17
66:6,10 70:25
83:2 97:11
**26**   38:23
**26th**   273:21
**271**   38:9
**2731**   37:21
**2:05**   193:11,13
**2:14**   193:13,14

| 3 |
|---|

**3**   221:21,24,25
222:6,24 223:9
224:4
**30**   1:21 12:18 13:4
13:18 14:9,21

15:19 17:13 18:13
19:14,23 20:21
21:7 22:23 23:7
25:24 26:20 27:5
30:9 37:17 39:25
40:20 41:21 44:14
44:24 45:19 46:14
46:25 47:19 48:8
48:16 49:4,25
55:19 56:15 59:2
60:1,1,15 67:3
73:7 77:1 78:18
85:8,17 87:20
88:2,8,12 89:4
92:11 94:25 95:8
95:22 96:3,18
117:10 118:4,15
132:2,8,25 135:10
135:15,20 137:6
137:22 138:18,24
142:21 149:1,13
151:12,18 156:1
181:23 182:17,24
183:9,20 187:1
191:19 192:5,17
193:22 195:1
196:25 197:4
203:24 205:11
207:4 210:23
211:17 212:10
213:1,13 214:11
215:24 217:7
221:11 225:2
226:13 227:16
232:6 233:8 234:5
235:4 239:21
241:2 244:20
245:4 247:15,23
249:6 251:2 252:4
253:2 254:13
255:8 258:5

[30 - abramowitz]                                                           Page 2

260:14 261:2
263:2 264:23
269:22 272:7
**31**  38:10,17 41:10
41:14 73:14
**334**  37:3,5 38:1
41:11,14 274:9
**335**  42:19,20 43:1
45:6,17 274:13
**336**  57:10,11 60:12
155:23 274:15
**337**  63:21,22 64:1
274:19
**338**  81:3,4,9 83:6
84:13 85:15
274:21
**339**  86:10,11
274:22
**340**  91:17,18,20
274:23
**341**  201:17,18,24
229:6,13 238:8,8
274:24
**35**  259:20
**36**  235:17 259:20
**37**  274:9
**3:15**  236:24 237:1
**3:29**  237:1,2

**4**

**4**  51:12 58:1,2,2,5
220:19,20,21
221:7 274:4
**400**  2:6
**42**  274:13
**4878**  273:23
**4:18**  270:18
**4:19**  270:20
**4:20**  272:9,12

**5**

**5**  58:13,18 60:11
144:3 216:22,23
**5-3**  64:13
**523**  2:6
**53**  64:13,16
**57**  67:4,4,10
274:15
**5:19**  1:8
**5th**  143:11

**6**

**6**  1:21 12:18 13:4
13:18 14:9,21
15:19 17:13 18:13
19:14,23 20:21
21:7 22:23 23:7
25:24 26:20 27:5
30:9 37:17 39:25
40:20 41:21 44:14
44:24 45:19 46:14
46:25 47:19 48:8
48:16 49:4,25
55:19 56:15 59:2
60:1,1,15 67:3
73:7 77:1 78:18
85:8,17 87:20
88:2,8,12 89:4
92:11 94:25 95:8
95:22 96:3,18
117:10 118:4,15
132:2,8,25 135:10
135:15,20 137:6
137:22 138:18,24
142:21 151:12,18
156:1 181:23
182:17,24 183:9
183:20 187:1
191:19 192:5,17
193:22 195:1
196:25 197:4

201:12 202:5
203:24 205:11
207:4 210:23
211:17 212:10
213:1,13 214:11
215:5,14,15,24
217:7 221:11
225:2 226:13
227:16 232:6
233:8 234:5 235:4
235:16 239:21
241:2 244:20
245:4 247:15,23
249:6 251:2 252:4
253:2 254:13
255:8 258:5
260:14 261:2
263:2 264:23
269:22 272:6,7
**60**  149:14
**63**  274:19
**69**  204:16 207:1,7
**6th**  2:6

**7**

**7**  202:4 215:6,7,10
**71**  70:19,20 71:1,2
71:3
**72**  70:19 71:1,3
**725**  2:13
**7th**  67:6 81:11,16
81:20

**8**

**8**  209:25 210:21
212:24 229:13
238:10
**81**  274:21
**86**  274:22

**9**

**90014**  2:7
**91**  274:23
**99**  10:2,5 11:25
62:21
**9:02**  1:16 3:15

**a**

**a.m.**  1:16 3:15
**abilities**  230:6
**ability**  130:15,21
197:18,25 217:17
233:25
**able**  53:20 122:3,5
134:17 183:3
186:18 195:6
201:8 203:7
209:21 220:14
251:25 266:20
**abramowitz**  1:9
2:12 3:10 4:18
9:13,17 12:16,25
13:16 14:7,19
15:24 16:24 17:3
17:5 35:4,6,11,12
37:13 38:25 39:13
39:19 40:14,22
41:16 42:21 43:2
43:9 44:10,11,20
45:5,16 46:6,17
47:2,16 49:2,12,18
50:8 51:21 52:12
52:23 53:3,7,15,16
56:7,20 57:1,22
59:22 64:20,25
66:15 69:9 70:7
70:11,13 71:8,10
72:21,24 73:13,24
74:6,9,18,25 75:12
75:20 76:10,14,23
77:6,13,18,20

CONFIDENTIAL

**[abramowitz - advisor]**                                        Page 3

78:23 79:5,17
80:1,18,25 81:15
81:19,25 82:9,16
84:18 86:15,18
87:4,14 88:23
92:4 97:6,13 98:2
98:10,14,25 99:5
99:10,12,15,20
100:4,7,18 101:14
101:20 102:1,23
102:25 103:9,12
103:18 104:7,11
104:15,17 105:3
105:10,16,20,22
106:2,13,15,20,22
107:1,5,7,11 108:1
108:3,17,23 109:3
109:5,10,12,18,23
110:6,12,18,20,22
110:23 111:3
112:1,11 113:4,7
114:18 115:8
116:3,4,8,14 117:1
117:7,14,24 118:1
118:8,12,18,25
119:10,22 120:2
120:10,15 121:3,7
121:12,18 122:8
122:10,20 123:1,6
124:3,10,19,23
126:2,5,18,20,24
127:5,17,23
128:11,15,19
129:2 130:15,18
131:25 132:10,18
132:20 133:6,12
134:2,5,15,23
135:7,16 136:12
136:20,23 137:2,4
137:14,20 138:1,8
139:7,13,17 140:6

140:13 141:1,5,7
141:10,13,17,21
142:1,3,6,17 143:1
143:9,22,24 144:4
144:10,20 145:1,5
145:9 146:9,14,23
147:5,9,12 149:21
150:15 151:2
152:15 153:5,11
153:14 154:5,14
154:22,25 155:11
155:24 156:2,9,12
156:15,18,20
193:18 274:14
276:2
**abramowitz's**
23:16 30:24 31:3
31:20 32:4,15
33:7,14 34:19
36:10 40:7 42:8
42:12 44:6 53:19
53:25 54:4,9,10,15
57:12,18 58:12
65:8,13 66:5 68:5
69:4,12,25 71:16
72:16 73:4,9,19
78:15 80:3,11
88:11 89:20 90:5
90:15 92:8,15,25
93:25 111:23
132:23 146:17
150:11 201:20
202:1,5 215:9
274:17 275:1
**absolutely** 131:21
247:10
**abstract** 168:22
170:2 177:6
**access** 59:21 72:23
77:25 78:3 94:25
103:14 105:18

141:23 143:24
150:22 152:18
163:4 165:19
171:25 173:5,7,9
173:10,13,15,22
173:22,23 174:18
180:7 186:17,20
188:3 225:20
226:3 227:8
230:23 240:11
246:3
**accessible** 143:14
**account** 196:17
253:17
**accuracy** 33:10
**accurate** 33:8
233:16 235:6
247:5 249:14
**accurately** 4:21
**acoustic** 270:3
**act** 47:5 130:19
133:12 134:15
**acting** 108:5 123:7
**action** 38:6 85:14
146:9,13,22 147:5
147:12 154:20
273:17
**actions** 98:8
146:18 147:9
**actively** 253:12,23
**activities** 73:12
74:3,10 75:21
77:13,22 80:11
90:16 92:25 93:1
99:2,9 108:6
118:2,10,13
137:15 150:3,12
150:17 221:4
**activity** 217:1
**acts** 48:4 49:1 50:7
50:7

**actual** 30:24
159:24 163:18,20
183:11 193:19
200:22 203:13
210:10 242:11
248:1,3 254:9
264:19 268:19
**ad** 205:15 208:24
**adam** 65:22,24,25
66:2
**addition** 213:18
216:18 218:3
**additional** 53:9,11
69:24 70:2 77:11
80:9 90:9 110:19
133:15 141:12
145:18,21 151:7,8
166:10,14,21
167:2 191:1
195:21 214:5
215:2 218:17,21
220:18 226:19
252:12 259:13
270:6 271:1
**address** 62:25
67:8
**addressed** 84:10
**addresses** 64:18
64:24 220:25
**adjust** 181:7
188:17
**adjusted** 165:16
165:17 172:5
**administrators**
211:12
**advance** 35:13
**advice** 68:4 71:14
71:16 260:13
**advisor** 118:21
133:14 136:21
142:4

**[afternoon - answers]**                                                      Page 4

**afternoon** 3:1
**agacki** 65:4,6,7
**ago** 42:1 45:23
  91:15
**agreed** 3:25 10:20
  22:25 28:10 73:16
  97:16 98:2 101:9
  103:1,12 104:18
  105:7,22 108:1
  109:5 120:19
  132:15 133:21
  157:10,12 189:23
  191:4 198:22
**agreeing** 106:23
**agreement** 23:4,14
  23:20 28:16,20
  51:15,18 59:3
  60:16 100:8,9
  101:1,25 102:7,12
  102:13,14,18,22
  102:23,25 103:8
  103:10,20,23
  104:1,11 105:16
  105:17 106:12
  107:7,22 108:6
  110:14 111:3
  112:12 114:8,24
  116:4,17 118:7,18
  150:8,11,14,19,20
  150:25 152:2,11
  152:15,20,24
  159:23 171:19
  181:14 182:12
  189:15 200:13
  206:16,17,20
  210:17 213:11
  214:19 216:5,15
  216:18 217:21
  218:1,4 219:23
  220:12 224:12
  232:13 251:24

  252:18 257:23
**agreements** 13:24
  103:22 106:25
  116:22 151:23
  157:5,17,19 158:4
  158:9 160:16
  170:16 171:13,16
  182:2 183:3
  184:17 188:20
  191:8 193:5 196:6
  203:5,11,15
  204:10 213:4,19
  213:24 214:23
  231:10 251:6
  252:7,14
**agrees** 102:15
**ahead** 13:3 52:10
  55:21 59:5 114:4
  169:18 196:19
  208:3
**airlines** 185:25
  186:2,4
**ajay** 267:15
**akash** 88:22 91:22
  91:25
**aki** 88:17,21,21
  89:23 90:7,14
  91:11
**al** 3:10 57:22
  243:5
**alex** 32:20 67:14
  73:25 91:23 92:1
  148:20
**alleged** 47:15 48:3
  49:1 50:7,7 98:11
  98:25 101:14
**allegedly** 46:6
  49:13,19
**alliance** 208:22
  210:14 211:5,6,21
  214:14 221:18

  226:22 241:25
**allowed** 165:22
  198:6 227:24
  243:9,15
**allows** 53:11
  252:19
**ambiguous** 19:22
  22:10 25:25 26:19
  168:12,21 169:9
  169:16 174:14
  188:9 192:18
  249:5 253:1
**amended** 37:5
  38:1 201:18,25
  204:21 274:9,24
  ████████
  ████████
**american** 201:6
  229:10
  ████████
**aml** 176:23
**amount** 40:24
  179:18 180:15
  184:11 189:6
**amy** 171:5
**analysis** 54:14
  104:24 205:17
  216:11 221:13
  232:7,15 263:3
  269:13,16
**analyst** 211:15
**analyzed** 218:14
**analyzing** 217:8
  268:8
**andrew** 261:11
  263:17,19,25
**angeles** 2:7
**answer** 13:3 20:16
  20:18 23:12,22,22
  25:17 26:4,15
  31:22,23 38:22

  39:18 41:18,22
  47:21,23,24 48:10
  48:17 50:20,22,23
  50:25 51:1 52:5
  59:5 60:8 62:17
  65:16,16 68:21,21
  69:1 72:5,5 77:5
  77:23 84:2,2
  85:11,22 97:17
  98:3,5 100:16
  110:4 111:15
  120:21 135:14
  137:17 139:20,21
  143:11 146:20
  164:5 167:9
  168:23 169:18,20
  180:13 183:4,22
  183:25 184:14
  191:25 204:1
  208:3 209:9 225:5
  235:12 240:13
  243:5 244:23
  245:6,10 251:23
  257:15,16 260:10
  260:11 269:24
**answered** 25:12
  28:25 100:22
  101:23 104:9
  105:5,12 110:10
  113:18 114:3
  120:5 145:25
  154:7,11 211:18
  213:13 215:25
  219:24 224:6
  225:3 257:1 259:4
  262:13 263:16
  267:18
**answers** 7:24 8:4
  37:11 68:11 163:7
  251:21,23

CONFIDENTIAL

**[anti - attributable]**                                                    Page 5

**anti** 173:18 176:4
176:6
**anticipated** 150:9
**apologies** 173:22
**apologize** 87:17
111:18 120:24
123:24 223:17
228:16 251:17
**appearance** 4:21
81:21 93:16
**apple** 43:3,13
**application** 31:3
32:7,8,10,15,22
33:7,14 34:5,19,23
35:3,7,12,14,19
36:2,4,10,19,25
37:13,15,20 40:25
41:2 46:18 66:16
68:6 69:10,12
70:1,8,11,14 71:17
72:22,23 73:1,4,9
97:13 167:19
**applications** 5:12
30:25 31:6,20
32:4 38:19 39:2
39:21 40:8,15
41:13 42:8,12
47:12,14 48:5,23
48:24 49:21 50:5
50:12 65:8,14
66:5 69:4,17 70:4
72:17 153:18
154:13,19 193:18
**applied** 136:11
185:19 257:12
**apply** 195:10

**appreciate** 100:23
136:6 241:6
**appreciated** 109:6
141:7
**apprised** 75:20
76:1
**approach** 184:16
187:14 188:5
**appropriate**
176:18 183:16
233:10 261:14
**approximately**
3:15 202:9
**april** 42:20 43:2
274:13
**architectural**
239:23 240:10
**area** 195:10,11,12
**argumentative**
16:12 40:20 41:20
54:2 95:7 100:21
102:6 103:4
145:25 207:24
208:10 219:25
222:12 259:3
███████████
███████████
███████████
███████
**arranged** 39:13
**arrangement**
183:6
**arrived** 63:20
**article** 43:12 44:21
**ashley** 65:4,6,7,21
**aside** 15:13 45:24
48:4,22,24 49:21
50:4 59:23 60:23
90:12 141:9
148:17 154:24

186:23 213:24
217:24 219:22,23
242:13 252:17
**asked** 25:11 28:24
35:2 41:1 49:11
76:18 99:15 100:9
100:22 101:22
104:8 105:4,11
108:18 110:9
113:7,17 114:3
120:4 140:8
145:25 152:24
154:7,10 211:18
213:12 215:24
219:24 224:5
225:3 237:6
256:25 259:3
262:13 263:15
**asking** 10:25 11:1
13:13 40:1 50:14
52:25 53:9 54:4
62:4 110:13
114:22 130:5
137:12 158:20
159:18 161:15
164:8 220:10,16
225:10 235:24
236:13 239:2
241:4 260:20
267:16,17 269:13
**aspect** 49:14,20
155:8 186:19
**assault** 43:4 44:22
**assessment** 194:15
194:18,18 195:2
254:24 264:18,20
264:25 265:7
266:1,14
**assessments**
194:13,20,24
195:4 266:21

**assist** 133:14
**assistant** 62:19
**assistants** 11:16
11:17,19
**assisting** 246:6
**associated** 59:24
64:18 94:16 123:9
124:4 266:18,19
268:9
**association** 3:18
3:21
**assume** 10:6 186:9
222:8
**assumed** 134:7
**attachment** 71:13
**attack** 211:10
214:8 215:10,16
**attacks** 215:19
**attempt** 10:15
63:11
**attempted** 88:25
89:11
**attend** 131:1
141:17
**attendees** 2:2
**attending** 141:22
**attention** 149:19
153:3 211:15
238:7
**attorney** 23:23
31:23 47:21,25
50:19 51:2 61:25
62:18 65:17 67:19
67:20 68:22 72:3
84:3 97:8 98:6
139:22 153:8
154:3 260:11,12
**attorneys** 2:5,12
23:16,17
**attributable** 157:7

**attribute** 191:15
**audit** 252:10,16
  253:6,15
**august** 16:21,23
  17:2 42:15,18
  46:8,23 47:2,6
  48:5,25 50:6,12
  98:16 99:14 153:9
  153:18,20 154:4
  154:13
**authority** 130:19
  133:6,12,18 139:7
  139:14,17 140:6
**authorized** 133:19
  134:3,15 252:8
**automatic** 209:1
  227:6,12
**automatically**
  211:12 220:23
  238:24
**available** 114:10
  115:4 143:4
  159:15 165:13
**aware** 14:17 16:17
  16:19,22 17:1,8
  29:21 30:5 32:7
  32:10 36:8,17
  44:19 45:4,15,25
  51:17,24 52:9,11
  52:15,16 53:13
  54:21,24 55:13,17
  55:22,25 56:6,25
  57:3 59:10,16
  73:3,8 75:16
  78:20 79:22 80:17
  82:14 85:13 87:13
  88:8,24 89:10,15
  89:15,16,18 90:3,6
  90:13 94:17 95:3
  98:13,15,19
  116:21 143:9

144:4 146:10,16
151:5,9,11 152:6
152:10 153:8,13
153:25 154:1,14
155:11,13 156:2
159:3,6 170:15
188:25 193:24
194:21 196:23
197:1 206:21
253:19

| **b** |

**b** 1:21 12:18 13:4
  13:18 14:9,21
  15:19 17:13 18:13
  19:14,23 20:21
  21:7 22:23 23:7
  25:24 26:20 27:5
  30:9 37:17 39:25
  40:20 41:21 44:14
  44:24 45:19 46:14
  46:25 47:19 48:8
  48:16 49:4,25
  55:19 56:15 59:2
  60:1,1,15 67:3
  73:7 77:1 78:18
  85:8,17 87:20
  88:2,8,12 89:4
  92:11 94:25 95:8
  95:22 96:3,18
  117:10 118:4,15
  132:2,8,25 135:10
  135:15,20 137:6
  137:22 138:18,24
  142:21 151:12,18
  156:1 181:23
  182:17,24 183:9
  183:20 187:1
  191:19 192:5,17
  193:22 195:1
  196:25 197:4
  203:24 205:11

207:4 210:23
211:17 212:10
213:1,13 214:11
215:24 217:7
221:11 225:2
226:13 227:16
232:6 233:8 234:5
235:4 239:21
241:2 244:20
245:4 247:15,23
249:6 251:2 252:4
253:2 254:13
255:8 258:5
260:14 261:2
263:2 264:23
269:22 272:7
**babin** 7:6 8:17,20
  8:21 171:3
**back** 35:16,24
  77:21 83:5 122:24
  124:15 125:22
  126:21 128:22
  137:11 143:18
  149:19 155:5,14
  155:16 197:21
  204:15 209:9
  217:19 223:25
  226:19 228:2,25
  229:6 235:7 238:7
  244:5 250:7
**backup** 43:11
**bang** 202:19
**bank** 201:6,7
  202:13,20 229:10
  229:10
**barry** 2:17
**base** 172:4 232:9
**based** 10:10 13:22
  16:25 17:7 19:3
  26:11 28:9 31:1
  32:5,18 36:22

41:3,23 42:10
50:18 51:23 52:16
54:9 60:5 66:19
66:21 69:6 72:18
75:14 76:10 79:21
90:11 91:1 99:20
119:18 121:10
135:4 141:20
144:15 146:11,15
146:17 147:1,6
149:24 153:12
155:2 156:4 158:6
172:5 177:12
184:2 187:2
188:16 189:23
190:20 191:5,10
195:3 198:5 201:4
208:16 211:1
213:2 219:10
221:15 223:10
224:10,23 227:22
229:22 230:13
232:25 244:1
251:15 253:9,19
253:22 254:7
261:3 265:9,10
266:5,21 268:6
**baseline** 163:6
  165:12 188:13
**bases** 59:18
  146:20
**basing** 76:6 127:9
  231:17 259:8
**basis** 39:17 40:1,4
  42:5 58:24 59:8
  59:10,13,19 76:8
  115:17,23 207:20
  208:7 231:5
  252:11
**bates** 37:21 38:8
  60:7 203:6,9,12

218:24 220:7,16
**bathroom** 237:25
**becoming** 164:25
**began** 207:2,7
**beginning** 202:9
  238:13
**begins** 3:2,3 38:23
**behalf** 4:18 7:20
  75:8 76:16 108:5
  120:17 130:22
  135:2 184:14
**behavior** 134:18
**behest** 132:23
**belief** 36:22 41:3
**believe** 6:8 7:6,13
  7:14 8:22 9:8,13
  9:16 11:11,11,18
  12:1 16:20 18:5
  18:15 22:24 23:9
  26:2 30:12 31:4
  32:9,18,25 34:6
  35:15,15,20 36:5
  40:9 42:1 43:8
  46:8,18,20 50:15
  50:17 52:18 53:7
  53:14,18 54:3,18
  55:23 61:2,5,17
  62:22,25 63:4,5,9
  63:13 65:10,12
  66:14,19,22 68:8
  69:22 70:9,13
  73:22 74:25 75:14
  76:4 77:9,20 78:6
  79:21 80:13 81:24
  82:8 83:10,25
  84:25 88:3,6
  89:22 91:1,10
  93:4 94:20,21
  98:16,18 99:14,23
  100:2,3,17 103:18
  105:21 106:8,10

107:12 111:10,20
113:4 115:16
118:22 119:3
121:8,14 122:3,15
123:5 125:16,17
125:18 126:8
128:18 129:10,21
132:3,3,6,9 139:5
140:5,8,10 142:3,4
142:12 143:2,21
144:1,8,18 145:10
147:7,13 149:3,4
149:11,16 150:2,7
150:13 151:4,8
153:15 154:17,19
154:21 157:13,14
158:24 159:22
171:5 185:3,5
191:7 193:23
195:3 200:24,24
201:6,7 203:5,8,12
206:12 207:9
208:21 209:5
213:2,5 215:4
218:5,16 221:7
223:13 224:12
225:16,24 226:2
226:14,15,16,21
228:14 229:9,18
231:9 233:16,18
242:1 243:14
246:3 248:12
253:10 254:2
255:17 256:15
257:8,16 258:18
258:19 260:19
261:10,25 262:4
262:14 263:17,19
265:22,22 266:7
266:16 267:6
269:4 270:4,9

**believe's** 256:16
**believed** 123:13
  134:23 139:13
**believes** 40:16
  47:6 109:12,17
  111:25 112:7
  114:18 117:25
  126:5,14 127:18
  151:1
**benefit** 4:17 75:9
  76:17 78:3
**best** 33:4 41:25
  45:12 74:12
**better** 87:5 130:8
  183:3 185:16
  191:25 230:4,7
  242:19 247:11
**big** 151:14,20
**bigger** 199:7,10
**binary** 170:7
**bind** 130:16
  139:14 140:6
**binding** 131:13
**bit** 110:15 118:6
  125:3 149:13
  165:10 180:5
  185:16 187:24
  191:9,21 223:23
**blend** 82:22
  145:20
**blending** 111:18
**blf** 1:8 3:11
**blood** 273:17
**blown** 183:18

**blues** 195:5
**boarded** 161:8
**bob** 86:24 87:15
  87:23,25 88:4,6,9
  88:14,18,20
**body** 43:9 92:23
**bond** 37:12 39:3
  39:22
**borderline** 222:12
**boring** 163:21
**bottom** 38:23 58:6
  86:19,20 93:7
  94:11 238:12
**bound** 101:12
**box** 181:9
**bp** 8:23 9:5 195:17
  197:6,8,12,20,23
  268:24,25 269:2,8
  269:11,12,18
  270:12
**breach** 117:5
**break** 23:11 85:24
  229:3 236:18,19
  236:23,23 237:5
**breaks** 148:11
  237:6,17
**bring** 27:22
**broad** 62:17 95:11
  118:6 164:4
  187:25 227:7,13
  252:6
**broader** 52:5
**broadly** 146:21
  256:21
**brodsky** 2:23 3:17
**broken** 242:5
**brought** 243:22
**bsimon** 2:18
**building** 93:9
**business** 73:12,14
  73:20 74:2,10

75:1 76:14 77:24
80:4 92:8,15,25
93:1,9,10 108:6
113:2 115:6 118:2
118:9,9,12 130:19
131:5,18 132:19
133:8,13,22 134:4
134:6,16 136:1,10
136:20,25 137:14
142:5 150:3,12,17
165:21 167:11,25
173:12,14,24
175:17 187:18
189:10 192:3,11
**businessman**
134:24
**businessperson**
115:9 123:15
124:5

**c**

**c**  1:13 2:1,21 4:5
148:5 273:1,1
**calculate**  265:15
265:19 266:3
267:21 268:3
**calculating**  267:4
**calculation**  188:22
**california**  1:2,20
2:7 3:6,12 57:23
**call**  15:12 71:7
98:8 102:12
145:14,23 148:23
149:1,2,4,10,15,17
149:18 260:6,17
**called**  4:6 48:6,7,7
48:15 51:5 208:21
**calls**  21:20 27:4,15
43:20 44:14 47:9
47:17 49:23 67:2
75:23 85:9 100:12
100:21 101:23

110:9 130:8 131:9
135:20,22 137:7
207:24 212:11
**cap**  172:21
**capabilities**  22:12
22:21 228:19
234:18 256:14
**capability**  256:10
256:12
**capacity**  48:18
106:19 130:20
134:16 193:25
**caption**  57:21
**care**  17:17 18:17
20:11 28:8 42:9
42:13 46:17 47:3
108:4 121:21
122:7 156:8
194:15,18 254:22
265:13
**carrying**  64:23
**carving**  190:1
**case**  1:7 3:10 4:20
7:19 16:15 17:11
17:19 18:2,21
20:15 21:2,11,16
30:13,17 42:6
57:21 105:5
111:20 139:3
165:25 171:24
175:24,25 176:1,5
176:7,9,10,24,24
176:25 177:3,5,10
177:11 190:3,17
190:23 191:3
212:15 235:23
250:22 251:11
254:8 258:19
259:14 261:17
262:18 276:2

**cases**  175:22
176:15,20 177:16
190:12,14,16
191:10,14,17
**casey**  18:5 107:15
**categorize**  39:6
**category**  161:3
**caught**  113:21
192:10
**caution**  68:20 72:2
97:7 98:5
**cc'ing**  92:1
**cease**  98:20 99:15
**ceased**  99:10
**cell**  5:16
**cents**  188:7
**certain**  31:2 33:2
39:2,21 107:25
115:12 124:9
130:22,23 131:21
168:25 181:10
184:4 230:4 235:9
249:17 252:13
253:10 262:22
**certainly**  40:22
60:7 61:17 121:14
139:13 144:20,21
149:1 162:7 182:1
245:18 250:16
253:18 258:10
**certainty**  31:7
32:18 41:7 129:5
144:2 244:23
**certify**  273:9,15
**chain**  71:13
**chance**  66:25
**change**  276:4
**changed**  41:18,23
73:4 184:17,20
**characterize**  96:19

**charge**  163:16
183:2 184:6
**charged**  170:17
182:8,22
**charitable**  107:2
**chart**  58:19,21,25
59:9,20 60:11,19
**check**  181:9 254:6
**checklist**  163:18
164:22 180:10
**chris**  7:7 8:12,13
9:1,1,3 18:7
**circumstance**
167:20 188:19
**circumstances**
49:11 131:21
169:1 170:8
180:21 181:1
183:15
**cited**  59:8,11,13
59:19 203:7,12
229:24
**civil**  204:22
207:11
**claimed**  137:24
138:6
**claims**  50:5
**clara**  1:20 3:6
**clarification**  50:1
**clarify**  155:8
**clean**  179:9
**cleaned**  178:3
**cleaning**  166:2
178:24,25 179:2
179:19
**clear**  28:13 48:13
52:7 153:7 190:1
220:17 257:9
258:21 259:7
**clearer**  27:23

clearly  51:5
click  53:21 54:7
client  23:23 31:23
  47:21,25 51:2
  61:25 62:18 65:17
  68:22 72:3 84:3
  97:8 98:6 139:22
  260:12,12
clinical  194:8,10
  254:10 255:1,5,15
  255:16 256:4,19
  256:20,24 257:4
  257:12,19 258:2
  259:1 260:22
  261:4,15,20,24
  262:8,10,17,23
close  78:11 118:19
closely  75:9,11
  76:9,13,18,19,23
  77:17,24
cloud  165:20
coast  3:3
code  30:12 204:22
  207:11
collected  15:9
collins  1:22 3:21
  273:6,24
column  64:8,9,23
  65:23 67:7,13,24
  67:24 68:2 71:7
  71:11
columns  64:23
  67:23
come  8:15 93:11
  106:7 150:4 270:9
comes  23:8,18
  55:25 126:10
  173:2 190:23
  204:11 243:1
  266:22

comfortable  101:1
  102:10 123:12
coming  93:17
  179:12 196:17
comma  44:3,5
commanding
  196:12
commentary
  100:21 259:3
commercial
  159:17,19 160:5
  166:8 168:24
  173:12 174:17
  187:11,13,17,19
  187:22 188:1
  190:7,8 192:13
  196:5,9,11
commercial's
  187:25
commercials
  159:24 196:18
commission
  276:25
common  131:4
  242:23 246:20
commonly  131:16
commonplace
  136:7,9
communicated
  52:23,24 129:11
  130:9
communication
  23:15 53:8 90:2
  260:12
communications
  12:15,25 13:15
  14:7,18,24 23:19
  23:23 31:24 34:22
  45:16 47:22,25
  48:19 51:2,20,25
  52:3,11,15 53:2,10

53:12 56:20 59:23
  60:5 62:1 65:18
  68:23 72:4,6 84:3
  85:21 87:13 89:19
  90:3,13 97:9 98:6
  106:2 126:24
  137:1 139:22,23
  139:23 148:12,13
  237:16,19,21,23
companies  136:1
  240:25 241:18
  243:2
company  75:10
  76:18 118:2,13,21
  136:21 156:25
  164:25 167:10,13
  167:24 168:1
  171:23 177:1,3
  182:14 185:15
  189:5
company's  173:1
comparable  173:6
  176:12,19 177:4
  177:11
comparables
  165:14 171:11,14
  188:16
compared  168:1
  259:17
comparing  232:15
  263:3
comparison  54:11
  236:9 255:25
  263:9
compensation
  149:23 150:1,4,5
complaint  51:8,16
  51:18 53:4,6 55:1
  55:14 56:9 98:18
  99:15 153:21,23
  153:24 154:20

227:5
complete  32:17
  216:10 233:19
complex  178:13
  178:17 224:16,18
  231:14 258:13
complexity  166:1
  175:4 177:14,21
  177:22,23,25
  178:9,13,22 188:4
  190:25
complied  13:25
component  240:19
  241:17
compound  134:11
  164:3 253:1
compromising
  221:3
computer  5:13
concept  181:15
  183:17 196:5,8,11
  211:9 228:6
  248:22 249:1,9,12
concepts  9:14
  248:19,23 249:18
  250:12 254:18
concern  50:10
  151:24
concerned  33:5
concerning  56:20
  90:3,4,15 105:2
conclude  272:3
concludes  272:6
conclusion  47:9
  49:24 100:13,22
  101:23 110:9,15
  131:10 135:21,23
conduct  5:13
  35:10
conducted  28:7
  42:14,15,18 46:2

152:3
conducting  29:23
74:2 152:8 253:14
262:9
conferred  139:7
139:17
confidential  46:7
49:15 78:1 98:11
98:14 99:1,13
103:11 104:18
105:18,23 109:25
111:5,7,7 112:3,10
112:12,16,16,22
112:25 113:5,6,9,9
113:15,15 114:9
114:11,20,23
115:3,13,23,24
116:3 119:1,7,12
121:3,13,15,20
122:6,11 123:14
124:7,18,25 126:2
126:6,13,20
127:18,24 128:1
128:14,20 129:1
129:12 140:15
141:3,6,8 142:8,19
143:6,7 144:7,11
144:12,21 150:6
150:16,22 152:11
152:18 153:4,5,10
153:14 154:6,15
155:4 156:6,15,21
157:1 221:3 271:8
confidentiality
103:10,13 104:16
106:23 108:2
109:7,8 112:2
116:18,22 118:7
118:18 150:8,20
150:21 152:16
154:23 155:1

configuration
177:14 191:1
217:14 247:7
configurations
220:25
configure  225:20
configured  177:16
177:17 232:22
240:11 247:3
249:23 251:20
254:17
confirm  254:5
confirmed  104:15
129:10
confronted  40:23
confused  239:6
confusing  123:23
125:3 256:6
258:20 263:18
connected  224:23
226:17 239:18
connecticut  107:3
connection  7:10
11:3 25:21 29:8
29:14 30:6 31:10
39:2,21 71:21
75:12 91:8,12
130:10 133:7
134:3 149:7 168:2
205:18 207:10
217:9 258:22
260:7,23 261:21
265:25 269:9,18
connolly  2:11
consider  165:15
166:15 176:23
189:11 190:21,24
194:7 196:22
consideration
101:11 150:19,21
151:16 166:11,22

167:3 184:22
considered  163:17
164:1 165:8 166:4
167:14,18 174:22
180:9,16,18,19,22
181:4,8,10 199:5
considers  171:12
consistency  162:7
184:21
consistent  34:7
145:15 185:10
188:23 189:9
consistently
252:10
constant  187:8
constructing
216:24
consult  162:15
contact  63:11,14
contain  114:19
contained  31:17
69:25 72:9,12,25
214:13 216:2
219:9 239:11
261:4,24 269:14
containers  26:2,5
containing  19:7
contains  67:25
157:14 164:3
206:22
contemplate  183:6
contemplated
183:14
contend  101:15,20
contending  105:8
contends  108:24
109:20 110:7
149:20
content  45:17
106:3

contents  36:20
context  10:6,8
82:1 83:23 87:10
136:16 150:16
162:21 164:16
168:5 186:22
190:20 197:20
223:4
contexts  54:11
continue  39:10
continued  50:15
80:3 148:9 271:10
continuing  80:18
82:16
continuously  6:10
contract  100:4,10
100:18,25 101:21
102:4,9,10 104:6
104:20 105:9
106:4,14,18 107:3
107:21 108:9,17
108:22,24 109:11
109:13,18,19
110:7,24 111:24
112:7,15,21,25
113:13,13,16
114:17,21 115:20
116:14 117:1,24
118:11 131:13
149:20,23 165:5
165:10 173:6
176:12,19 183:18
189:23 191:24,25
194:4,23 195:10
195:17 196:16,18
197:6,12,14,22,24
252:23
contracts  101:13
103:17 105:2
107:10 146:12,13
146:16 147:10,11

147:14 157:5,17
157:20 158:9,11
159:2,5,8,12,17,20
160:5,17 171:13
172:11 174:17
190:2 191:16
196:14,23 197:1
**contrary** 54:19
**control** 227:9
**controls** 225:20
226:3 230:23
**conversation** 8:7
12:12,14 34:25
36:5 50:18 75:14
76:3 88:14,16,19
90:18 99:4 106:9
115:10,19 122:2
123:21 129:17,20
130:2,6 134:1,6
135:4 145:15
146:2 179:21
**conversations**
9:17 23:9 28:2
36:1 57:1,5 65:21
69:7 78:7,8 88:9
90:7,9,21 96:23
110:18 116:2
119:19,22 121:7
123:6,7 124:23,25
125:15 128:11
129:8 130:13
137:9,13 144:9,18
144:23 145:5
156:24 175:12,15
180:4 224:10
237:5,18 261:18
264:7
**converted** 247:19
**conveyed** 144:22
**cope** 67:3

**copies** 15:9 26:25
27:9 30:4
**copy** 10:4,12 15:2
15:16 28:21
**corporate** 5:1
52:18 95:1,16
152:5,10 156:13
197:9
**correct** 5:24,25
6:12 7:23 27:24
35:14,16 38:3,6,7
40:8 43:14,19
46:1 56:10 57:24
58:20 62:10,11
64:4 65:3 67:11
68:14,19 71:5,23
72:1,10,11 74:1
76:11 79:19 81:20
88:22 91:24 105:3
120:16 123:22
136:12 142:2
143:12,13,25
145:23 148:21,22
149:8,9 151:12
152:6 154:6 157:8
166:16 189:18
199:12,20 200:5
200:10,18 205:6
207:2,7 210:3
214:24 215:11
216:16 218:2,11
249:10
**correctly** 56:1
82:20
**correspondence**
176:15
**cost** 265:16,19
266:4,18,22 267:5
267:9,22 268:4,11
**costs** 268:10

**counsel** 3:22 6:21
7:7 14:2 22:25
23:1,4,9,19 28:20
30:20,22 47:13
48:1,19 50:18
55:3 60:25 61:6
61:16,20 62:3,5,12
68:17 72:1,10
148:12,13 149:3,4
171:7 237:5,8,20
272:1
**countries** 172:14
**county** 273:4
**couple** 148:14
175:24 193:16
229:5
**course** 117:5
119:21 128:10
131:17 145:22
152:25 156:8,24
175:15 225:7
**court** 1:1 3:12,20
3:22 4:1,3,16 38:6
271:3
**cover** 146:20
190:12,14
**covered** 104:5
114:20,24 151:4,9
**covers** 190:15
**create** 131:7
**created** 109:10
137:19 227:5
**creating** 135:8,17
**creation** 74:18
**cross** 195:5 254:25
256:2 265:4
266:12,15 267:2,3
267:7,12,19 268:1
268:7
**curran** 171:5

**current** 5:23 8:24
**currently** 67:20
**customer** 136:4
158:11 161:7,14
161:20 162:2,22
164:10 165:4,10
165:17,24 166:6
171:20 172:4
176:10 179:20
180:6,16 181:2,21
182:11 183:11
186:17 187:10,12
189:14,18,25
190:11,13,15,21
190:25 191:5
193:1 198:2,22
200:9 244:25
245:13 246:1,2
251:15,20 252:8
252:19,23 253:25
**customer's** 245:2
252:21
**customers** 20:12
24:3 116:9 124:11
128:21 146:8,10
147:3,4,8 156:5
162:9,24 163:3
175:12 186:9
191:14 192:2,13
192:15,22 193:1,5
193:19 200:7,10
200:12,22,24
202:15,16 210:11
229:15,18,19,23
230:21 231:3,8
233:5,15,18,20,24
234:2,11,12,21
235:1,9,15,25
236:11 238:13,18
239:24 240:5
242:11 243:7,25

244:8,9,11,12,22
245:8,20,24
246:10,13,25
247:3,19,20,24
248:3,6,8,9,13,20
248:21 249:9,11
249:15,17,22,23
250:8,10,15,21
252:1 253:7,11,13
253:20,24 254:3,9
254:14,15,20,23
264:16,19,25
265:3,4 268:19
**customized** 29:14
  29:18,22 30:1,6
**cut** 108:14
**cuts** 180:7
**cv** 1:8 3:11
**cyber** 9:9 17:17
  18:17 20:12 28:8
  32:8,16,21 33:8
  34:5,19,23 36:10
  36:19,25 39:3,22
  40:25 46:17 47:4
  66:16 68:5 69:10
  70:8 71:16 72:21
  73:13,19,24 74:3,7
  74:11,19 75:1,16
  75:21 76:5,14
  77:6,13,19 78:15
  79:18,24 80:1,3,11
  80:19 81:1 82:1,9
  82:16 86:25 87:16
  88:11 89:1,12,20
  90:5,15,20 92:8,15
  93:5,9 108:4
  125:2,10 156:7
  166:11,15,17,22
  167:4,16,16,23
  194:1 201:14
  205:14 208:21,22

208:25 209:21
210:13 211:5,6,21
214:14 217:13,16
220:23 224:13
226:22 232:20,24
234:16,22 241:25
248:4,7,8,12,14
**cyberattack**
  221:23 227:7,13
  228:8,9
**cybersecurity** 9:9
  87:16 194:4,6
  200:23,25 201:1
  202:17 203:20
  204:4,6,13,14
  205:2,14 207:19
  208:6,20 209:12
  210:1 212:7 216:3
  221:18 223:12
  224:22 225:18
  228:13 229:16
  230:16 231:24
  232:1 233:5,15,18
  233:19 234:14
  238:19,22,25
  239:5,9,11,13
  240:8,14,18,23
  241:16 243:3
  244:9,12 250:7,11
**cyberspace** 232:19
**cycle** 250:7
**cycling** 87:1

### d

**d** 1:13 274:1
**d.c.** 2:14
**daily** 252:11
**data** 27:12,14,17
  27:19 28:4,12,13
  28:14,15,15,16,21
  29:1,3 30:14,16
  59:21 94:13,18

95:4,20 96:12,15
96:22 165:24,24
165:25 174:21,23
174:24,25 175:1,1
175:3,5,7,21
177:14,17,17,19
177:21,22,23
178:1,7,9,12,18,22
179:3,3,7,8,14,16
180:5,7,15 188:4,4
189:3 190:24
202:18 205:15
208:24,24 209:2,4
209:21 211:10
214:8 215:11,16
216:25 217:3,17
217:18 220:24
221:23 225:19,21
226:2,17 227:7,8
227:13,24,25
228:19 229:11
230:22 232:21,24
232:24 234:17
242:22,23 243:1,9
243:20,22 244:13
245:2,7,13,15,21
246:1,2,6,8,8,12
246:15,21 247:9
247:20,25 269:18
269:25 270:2,2,3,4
270:4,6,7,7
**date** 11:23 41:24
  56:22 64:16,25
  66:7,9,11 67:6
  70:24 74:2 80:23
  101:11 107:25
  108:8,16 116:19
  116:21,23 119:4
  119:14,17 120:6
  121:5,25 122:5
  152:21 154:2

155:10,19 156:3
207:15 276:2
**dated** 42:20 56:1
  64:4 274:13
**dates** 8:9 46:5,12
  58:11,19 122:17
  126:13,17,22
  145:11 182:25
  183:4 242:9
**day** 19:2 119:24
  272:19 273:21
  276:23
**days** 46:9
**deal** 164:17 172:7
  184:25
**decided** 197:14
**deciding** 184:1
**decision** 179:15
**declared** 270:25
**defendant** 1:10
  2:12 4:18 57:12
  57:17 97:15
  201:19,25 272:8
  274:16,25
**defendants** 3:8,10
  4:19
**defense** 220:22
**defensive** 176:23
  177:5
**defined** 146:21
**definitely** 256:18
**definition** 100:25
  102:17
**delaware** 7:12,16
  38:6 40:4 140:1
  259:25
**delivered** 50:3
**demand** 98:10,24
  153:9,15,16,19
**demands** 153:3

**demeuse** 7:5 18:6
  107:15 108:12
  111:11 116:7
  119:20 121:8,19
  121:23 122:10,17
  122:19 123:1
  125:25 126:3
  149:7 256:16
  259:18,23 264:3,5
  265:24
**demeuse's** 17:21
  123:4,18 133:16
  257:23 258:9,11
  259:5 267:14
  268:17
**demo** 22:8,11
  131:1,20,24
  132:10,22 136:3,4
**demonstration**
  22:11 25:22 27:11
**demonstrations**
  22:20 23:25 24:6
  24:7,16 25:5,9
  27:13 28:5,22
  29:8,15,23 30:15
  30:16
**demos** 17:10,17,18
  18:1,9,16 19:6,9
  19:17 20:4,10,11
  20:22 22:6 23:5
**department** 6:13
  175:18
**depend** 178:21
  190:20 247:6
**dependent** 173:1
  184:25
**depending** 211:14
**depends** 157:21
  158:3 159:13
  176:21 182:1,10
  182:11 191:23

**deployment** 8:23
  213:7,18 214:3,20
  215:3 216:7,21
  217:22 218:6,9
  219:2,5,13,21
  220:9 221:14
  224:13,17 228:4
  266:10
**deployments**
  231:12,15 232:10
  254:2 263:18
**deponent** 276:3
**deponent's** 4:2
**deposed** 94:22
**deposition** 1:18
  3:4,7 4:14 5:13,19
  5:21 6:17,18,19
  7:11,11,14 9:23,24
  11:4 12:3,6,7,9,10
  12:23 17:14,21
  18:4 21:22 22:1
  24:11 27:25 28:1
  34:13 45:23 51:24
  52:17 56:17 60:22
  66:3,22 69:7
  74:15 76:2 78:25
  79:11 83:10,14,24
  91:3,4,9,11,13
  94:8 95:14,18,25
  96:5,14 97:1,3
  99:8 106:11
  107:13,16 108:11
  111:9,12,15,21
  117:10 121:25
  122:13 124:15,21
  125:19 127:11
  128:23 129:3,5,11
  129:14 130:10,14
  132:12 136:14
  138:13,20 139:3
  139:11,12,24

  140:1,9 143:20
  144:16,17,19
  145:16 152:25
  155:5 169:14
  170:23,25 171:9
  193:24 203:17
  205:16,19 206:3,7
  206:14 209:6,8,23
  211:7,22 212:13
  213:3,10,19
  214:18,23 216:5
  216:12,15,19
  217:9,20,25 218:4
  220:5,13 221:12
  221:20 222:15
  223:13,16,18,24
  224:2,11 226:7
  228:2,21 232:8,11
  234:19 235:7
  236:5,8 237:9,11
  237:12,20,23
  238:1 241:21
  242:1 257:17
  258:14 259:24
  260:4,18 263:5
  264:6,16 265:23
  266:8 269:16
  272:7 273:11,13
  276:2
**deposition's** 61:11
**depot** 201:5
  202:12,22,23,24
  203:18,19 204:11
  204:12 205:9,12
  205:20,25 206:11
  206:18,19,24
  207:18,22 208:5,9
  208:15,18 209:2
  209:11 210:2,13
  210:21 211:3,9,19
  211:25 213:7,17

  214:3,6,7,12,20
  215:3,22 216:7,10
  216:21 217:5,22
  218:6,8,10,15,18
  219:2,5,8,13,21
  220:9,15 221:9,16
  222:5,23 223:8,11
  224:14,25 225:15
  225:16,24 226:11
  226:16 227:12,22
  228:4,9,11 240:16
  240:17 241:15,24
  246:19
**depot's** 212:6,17
  212:23 216:1
  217:12 224:4,8
**describe** 38:17
  116:1 181:6
  231:12 240:16
**described** 115:13
  137:10 161:5
  162:12 177:13
  186:11 188:3
  219:9 222:6
  242:19
**describes** 228:6
**describing** 160:24
  179:2 187:15
  245:18 258:17
**description** 69:14
  71:12 76:8 215:7
  274:7
**design** 211:9 228:6
  248:19,22,23
  249:1,8,9,12,18
  250:12 254:17
**designated** 112:22
  113:14 152:13
  222:17 226:15
**designating** 271:7

CONFIDENTIAL

**[designation - document]**                                                    Page 14

designation
112:15 140:14
141:2 142:8,18
144:6
**desk** 56:11,13,22
57:2
**despite** 170:17
**destroy** 98:21
**detail** 38:17
205:16 214:4
223:23 231:13
246:25 266:11
268:13,16 270:11
**detailed** 74:16
125:7 206:2
209:23 211:7,22
216:4 226:18
232:15 241:22
**details** 89:25
90:17 201:13
206:22 210:14,15
218:17,21 219:12
219:21 221:3,19
227:25 246:12
256:16 258:6,12
258:15 259:11,12
265:20,21 266:7
267:13 268:12
**determination**
158:8
**determine** 10:23
11:5 60:10 108:8
157:16 161:9,10
161:14 188:15
250:20 252:21
253:7 258:1,24
**determined** 60:12
157:4 161:19
175:8 176:8
189:22 190:16

**determining** 162:1
162:16 165:4,15
166:5 170:16
171:12 173:5
176:11,17 198:25
261:13
**developed** 185:7
220:21
**development** 74:2
74:10 108:6 118:2
118:9,10,13
130:19 131:5,18
132:20 133:8,13
133:22 134:4,6,16
136:11,20,25
137:14 142:5
150:3,12,17 269:4
**died** 201:9
**difference** 166:24
249:7
**different** 37:11
53:1 100:11,15
109:4 128:20
140:20 145:11
160:14 165:21
168:24,25 173:14
173:15,19,24
174:1 176:21,22
178:6 184:9
185:25 186:8
208:25 214:8
215:11 221:23
223:18 241:22
249:1 261:14
266:19,25 270:1
**differently** 50:16
168:1 191:12
242:3
**digestible** 179:4
**direct** 37:3 42:19
64:7,12 83:5

149:19 153:2
238:7
**directed** 251:12
**direction** 222:25
**directly** 48:7
71:11
**discernible** 188:5
**disclosed** 119:16
119:16 126:20
152:17 156:15,19
**disclosure** 204:2
204:22 206:8
207:11 216:12
221:13 222:14
232:8,17 236:7
250:23,25 255:21
256:1 263:5,11
264:14 269:8
**disconnect** 86:24
241:12 242:8
248:6
**discounted** 184:12
**discover** 46:11
**discovered** 14:2
46:19,21,23 47:2
47:11 48:5,12,25
50:6,12 99:12
154:12
**discovery** 10:21
154:18
**discrepancies**
259:16
**discuss** 8:12 9:6
97:24 104:25
206:15
**discussed** 8:13 9:9
9:12,14,16,19
49:22 83:11 111:2
116:7,24 117:3,6
156:3,5 164:14
179:20 180:1

185:1 193:17
194:11,16,22
195:13 217:15
237:13
**discussing** 42:3
116:17 157:1
190:6,22 191:8,11
216:3 240:8
**discussion** 34:12
75:3 90:20 140:3
147:15 148:15,18
150:1 223:14
227:19 270:19
**discussions** 9:17
127:22 149:24
197:8
**dismissed** 4:20
**disparity** 178:22
**displayed** 211:10
**distinct** 185:15
227:2
**distinction** 100:1
101:2 187:21
188:1 192:10
240:24 241:5
**district** 1:1,2 3:11
3:12 57:23
**dive** 242:5
**division** 1:3 3:13
174:5
**document** 9:25
10:13,14,16,21,24
11:5,11,12,17,25
12:2,4 13:21 14:1
14:25 16:2 21:25
29:19 34:2 39:24
40:19 53:18,23
55:25 57:8 58:3
60:23 62:13,20
63:17 64:2,6,15,16
65:2 66:8 68:12

**[document - engagements]**                                   Page 15

68:15,18,25 74:23
81:17,22,23 82:6
82:11,19,25 83:3
83:17,20,21,23
84:7,10 89:23
90:1 120:7 127:4
155:20,21,22
159:3,7,15 160:18
161:2 163:22
183:12 195:6
205:1 207:6,9,16
212:22 213:4,5,22
218:2,25 222:10
223:4 225:9
231:20
**documented**
191:12
**documents**   6:20
14:2 19:6 21:21
28:2 31:12,13,18
32:1 34:11 36:8
36:11,13,15,17,21
36:23 37:19 59:8
59:11,12,19 60:6
62:3,9 74:21 76:4
77:8 79:2 91:2
93:2 97:3 119:15
125:20 126:23
127:1,7,12,15
142:25 143:3,19
143:22 160:14
203:4 204:9 206:4
206:10,12,14
209:6 210:16
211:8,23 212:14
213:6,10,15,16
214:2,4,19,22
215:1,2 216:6,14
216:17,20 217:21
218:5,7,10,14,16
218:20,23 219:1,4

219:14,15,19,20
220:3,4,6,8,11
224:13,16 226:6
228:4,22 229:24
231:11,18 232:12
232:13 236:4
244:6 246:15
258:16 266:9
268:18 270:10
**dog**   148:16
**doing**   74:6,9 89:17
161:10,22 180:3
195:4
**dollar**   172:12
**dollars**   188:7
**doubt**   25:3
**dr**   7:4 9:15,16
11:8,9,10,16,17,19
12:11,14,22,24
13:9,14,20 14:3,5
14:17,22 15:3,6,17
15:20 31:4 32:9
35:22,25 36:1,3,5
62:19 66:23 69:8
70:17 75:15,15,19
76:1,9,10,13,20,23
77:5,8,12 78:8
79:11 99:5,7,20,21
99:23 100:2
104:14,17 105:19
106:1,10 107:13
107:14 108:10,12
108:16 109:23
110:17 111:1,9,17
116:1 118:20
119:20 121:9
126:7 128:15,18
129:2,3,4,8,17,20
129:22 130:2,6
132:13 133:11
134:1,5,14,23

135:5 136:22
137:1,11 144:9,18
144:23,24 145:4
145:13,15,23
146:2 154:24,24
155:12,25 156:2,4
156:8,11,17,21,22
156:23 157:1,25
**drop**   97:16 98:2
**duly**   4:6 273:12
**duration**   116:13
116:16
**dynamic**   37:12,12
39:3,22

**e**

**e**   1:13 2:1,1 4:5
39:13 42:20 43:1
43:10 44:18 45:2
45:10,12,21 46:4
59:23 62:24 63:2
63:5,5,7,12 64:18
64:24 67:8 68:3
71:13,21,25 72:9
72:13 81:4,9,10,14
81:19 82:21 84:12
84:18 85:14 86:11
86:14,17 88:23
89:6,23 90:2,8,13
91:18,22,25 92:18
92:19,20 93:7,16
93:16,20 94:11,11
95:5,20 148:1,1,5
160:24 273:1,1
274:1,13,21,22,23
**earlier**   77:23
182:13
**economic**   146:21
146:25
**ecosystem**   167:12
168:2 185:14,17
185:19,21 186:1

186:10,11,16,23
187:4,6,14,17,22
**effect**   101:15
**efforts**   75:13,16
77:18 88:11 89:21
90:5
**eight**   231:23,24
232:1
**either**   32:22 39:1
39:20 49:19 79:11
87:14 93:19 98:20
108:20 117:4
119:24 122:4
125:9 134:12
183:11 253:12
264:10
**elements**   209:22
250:16,21,24
**elser**   263:25 264:8
**eltoukhy**   65:22,24
65:25 66:2
**emphasized**
156:23
**employed**   6:10
**employee**   5:23
8:21,25 39:12
88:6 89:24 142:2
142:4
**employees**   17:10
17:25 18:9 19:11
141:19,23 172:22
192:22 253:10,23
254:1
**encompassed**
180:12
**ended**   226:22
**ends**   272:5
**engagement**
190:15
**engagements**
172:13 190:11,14

engaging 118:1,12
engineer 9:3 26:10
88:4 224:18
█████████
█████████
ensure 172:2
184:21
enter 3:23 108:23
110:6,14 114:7
200:13
entered 58:12
100:4,7,18 101:14
107:7 110:24
118:11,17
enterprise 172:10
184:24 189:2
192:12
enterprises 192:9
enters 112:24
entire 6:14 70:5
92:23
entirely 33:17
entirety 170:21
entities 172:24
229:9 230:13
240:21 241:12
242:1 246:4
entitled 64:2,8
205:1
entity 74:19
entrant 163:2
171:21
entries 58:24
entry 64:19 66:12
67:6,9 70:24
enumerated
115:10,19 134:21
135:3 136:23
equal 168:7
174:10,16 195:20
199:6,9

equate 168:25
equipment 270:6
erik 86:23
errata 276:1
erroneous 179:11
esq 2:8,15,17,21
2:22
esquire 65:24
essentially 24:22
26:2 90:18 133:21
181:16 188:12
189:13
established 62:8
et 3:10 57:22
243:4
europe 161:5
evaluation 181:16
181:17
events 33:18
148:15
evidence 10:10,11
10:16 13:23 16:25
31:1 32:19 34:7,9
41:24 53:11 54:21
54:24 55:13,16,22
55:25 57:4 69:23
78:7 88:19 92:23
97:2 99:18 114:25
121:10 132:3,6
133:1 141:11,20
141:21 143:2,21
146:16 147:7,14
149:25 151:5,10
151:17 153:12
211:2 212:12,18
219:11 221:15
223:10 227:19
232:10 253:9,19
254:7 259:13
265:10,18 266:5

evidenced 212:7
exact 8:14 34:1
35:8 69:20 98:21
107:25 109:3
120:6 148:24
178:17 191:11
207:15 246:10
exactly 35:20
61:12 75:25 140:2
140:4 155:19
examination 4:9
148:9 274:3
examined 4:7
148:7
example 53:13
76:20 85:20
104:14 115:25
130:25 132:22
159:13 160:13
162:3,24 171:19
173:17 174:7
176:4,23 183:5
185:23 190:24
191:7 195:15
232:20 234:16
241:24 251:7,11
251:25 269:17
270:1
examples 169:24
excel 178:3
exchange 85:14
86:14 93:20
103:14
exchanged 101:12
exclude 197:18
198:1
excluded 200:6,8
excludes 200:14
excluding 198:2,3
199:15 200:1

exclusive 198:6,8
198:18,22
exclusivity 195:13
195:14,16,16,20
195:23 196:4,8,12
196:16 197:1,5,11
197:15,17,21,23
198:24 199:3,7,10
199:14,17,25
200:3,21
exclusivity's
199:19 200:18
executed 107:21
107:24 108:17
execution 108:9
exemplar 165:8
exhaustive 7:9
46:3 165:11
exhibit 5:14 10:1,5
11:25 37:3,5 38:1
41:11,13,13 42:19
42:20 43:1 45:6
45:17 57:9,11
60:12 62:21 63:22
64:1 81:3,4,9 83:6
83:7,9 84:13
85:15,24 86:10,11
91:17,18,20
155:23 201:18,24
204:16,16 207:1,6
229:6,13 238:8
274:9,13,15,19,21
274:22,23,24
exhibits 10:1 37:4
86:10 127:12
204:17 274:6
exist 109:20 110:7
149:20 151:1
existed 28:17
108:25 111:25
112:8 114:18

117:25 143:17
215:8 233:2
**existence** 32:21
40:25 152:10
**exists** 160:21
161:1,4,6
**expansive** 174:11
**expected** 131:4
133:23
**expenses** 117:14
131:2,21,24 139:8
139:18
**expensive** 266:25
**experience** 184:3
184:13 189:23
**expert** 54:5 102:8
228:17
**experts** 175:16
**expiration** 116:23
152:21
**expires** 276:25
**exploration** 73:19
80:3 92:9,16
195:9 268:21
269:4
**exploring** 73:14
82:9
**export** 223:15
████████████
████████
████████
**expressed** 132:13
**expressly** 139:16
**extend** 137:4
**extensive** 220:22
**extensively** 270:11
**extent** 23:13,22
28:15 30:2,20
31:23 47:20 48:17
51:1 59:6 65:16
68:21 72:5 73:16

84:2 97:18 98:3
101:9 103:1,5
120:18 139:21
164:6 260:11
**extremely** 95:11

## f

**f** 1:13 148:1 273:1
**face** 54:14 81:21
**facets** 102:21
**facilitating** 228:7
**fact** 12:14,24 13:9
13:11 35:14 39:11
54:9 55:1,15
96:15 109:6 124:2
130:9 131:23
135:8,16 136:1
176:17 207:21
208:8 235:1 246:1
254:6
**factor** 166:14
167:14,17 171:11
174:22 176:11
178:18 180:16,18
196:7,7 197:2,10
198:25 199:4,4,5
199:18 200:2,4,17
**factors** 162:6
163:10,15,17,20
163:25 165:3,7
166:3,8,10,21
167:2,19,21 172:6
177:13 178:15
181:5,6,9,10 184:1
184:23 185:1
187:7 188:2,6,12
188:15,19 189:1
190:22 191:6,11
194:3,5,7,9,10,14
194:16,19,22
195:9 196:22

**facts** 32:2 48:19
**factual** 31:17 42:5
61:21 62:5,13,14
68:18,24 72:9,12
72:14
**failed** 12:24
**fair** 69:13,13
75:19 114:21
116:20 120:3
142:15 143:15
144:16 145:13
146:7 174:9
176:12,13 178:12
181:18,19 182:13
187:23 189:16
199:1 233:4,14
234:3 235:2,14
243:10,13 244:24
245:14 250:13
252:2 253:24
**fairly** 48:6,7
134:24 231:14
258:14
**fake** 28:15
**fall** 34:6
**falls** 30:8 49:24
73:6 77:1 78:17
87:19 88:1 89:3
118:3 132:1,7,24
135:9 136:14
137:5,21 142:20
183:8 192:4
193:21 194:25
225:1 226:12
227:15 247:15,22
**familiar** 51:7,14
53:24 59:18
151:23
**far** 33:5 162:13
194:21 206:21
253:18

**favor** 178:19
**february** 1:15
3:14 67:6 69:5,6
69:19 80:15,22
81:11,15,20,25
82:13 86:16,18
89:1,9,12 272:8
273:21
**feel** 61:11 100:25
102:10 133:1
189:15
**feeling** 74:11
**fees** 157:7 191:3
**fell** 28:16
**felt** 123:11
**field** 18:16 66:17
69:11 70:8 74:4
81:1 122:7 166:15
**fields** 20:11 156:7
220:23
**fiercebiotech** 43:5
**fifth** 65:23 201:18
201:24 274:24
**figure** 14:15 49:10
96:9 175:9,11
233:21
**file** 39:2,21
**filed** 32:22 37:13
39:1,20 66:16
69:10 70:7 72:21
97:13 153:22,24
**filing** 32:23
**final** 193:16
**find** 183:16
**fine** 6:25 68:10
86:3
**fingertips** 133:4
**finish** 114:2 229:4
**finished** 16:7 91:6
120:20

**firm** 227:5
**first** 30:23 31:2,8
  32:14,19,20 34:17
  36:9,19 37:1,14
  38:18 39:7 40:7
  40:17 41:2,12
  50:10 64:9 73:17
  84:17 107:24
  108:1 162:14
  163:1 164:9
  171:21 201:20
  202:1,18 204:25
  215:6,14 221:6,6
  222:1,20 223:1
  229:11 240:16
  275:1
**fishman** 32:19,20
  33:12 34:17,25
  36:24 40:17 41:6
  41:15 73:25 74:6
  74:17,25 75:12
  76:9,13,24 77:17
  78:21,23 79:5,7,9
  79:17,25
**fishman's** 32:24
  33:6,15,22 34:22
  75:20 78:14,15,25
**five** 85:24 193:8
**fix** 175:19
**focus** 37:11 73:17
  79:14 83:5 238:16
**focused** 153:6
**focusing** 252:18
**folder** 10:1 37:4
  57:10 86:10
  204:17
**folks** 10:17 34:18
  73:5 78:9 125:21
  189:9
**follow** 45:8,25
  63:3 164:23

**188:10** 221:8
**followed** 23:2
**following** 44:20
  45:4 49:5,7
  126:15 127:19
  169:10 240:21
  253:4 260:15
  271:10
**follows** 4:8 148:8
**forgetting** 126:9
  166:7
**forgotten** 185:2
**form** 12:19 13:2
  13:18 15:19 16:9
  19:21 20:20 21:6
  22:10 25:25 26:19
  27:16 29:16,25
  31:21 33:25 41:20
  52:20 53:8,14
  54:1 59:13 60:17
  85:8 103:4 117:11
  130:11 134:10
  136:13 146:3
  151:3 152:7
  154:19 159:10
  160:6 164:2 170:1
  179:14 183:19
  186:14 191:18
  199:2,13,21
  200:11,19 203:24
  205:11 207:3,24
  208:10 209:3,15
  210:22 213:14
  214:10 215:23
  217:6 219:25
  221:10 222:11
  225:3 227:17
  229:17 230:10
  233:6 235:4,20,21
  238:20 239:20
  241:3 243:12

**249:5,13** 251:1,18
  252:3 254:12
  255:7,23 260:25
  262:12 263:1
  264:12,22 267:24
  268:5 269:21
**formal** 253:15
**format** 50:3
  223:15 245:14,16
  245:19,22 247:20
**formation** 109:13
  109:19
**formatting** 178:4
**forms** 48:11
**formula** 188:22
  189:1
**forth** 159:23
  214:17 247:1
  251:7 273:11
**forward** 136:3
**forwarding** 81:14
  81:18
**forwards** 84:20
**foster** 6:22
**found** 31:5 252:13
**foundation** 12:18
  13:2 24:20 44:25
  93:13 130:1 261:1
  262:13 264:22
**foundry** 181:3
  186:8
**four** 61:10
**fourth** 37:7 38:3
  57:13,18 274:11
  274:17
**frame** 18:18
  105:13,15
**framing** 247:6
  249:14
**frequent** 182:15

**frequently** 145:8
**front** 4:14 27:21
  57:2 101:6 204:2
**fruition** 150:4
**fueled** 43:4
**fuels** 44:22
**fulfill** 131:8
**full** 162:21 183:17
**fully** 58:22 241:6
**fulsome** 201:13
**function** 130:21
  174:7
**functional** 230:6
**functionalities**
  229:21 230:5,8,16
  230:22 231:2,6
  232:19,20,21
  233:1 234:14
  235:9 240:22
  241:20
**functionality**
  230:1,24 232:2
  234:3 235:2
  239:12,17
**fursevich** 2:8 4:12
  12:17 13:1,10,17
  14:8,20 15:4,18,25
  16:11 17:12 18:12
  19:13,21 20:8,20
  21:6,19 22:9,22
  23:6,21 24:19
  25:11,23 26:6,18
  27:4,15 28:6,24
  29:10,16,25 30:8
  31:21 33:25 37:16
  39:23 40:18 41:19
  43:20 44:13,23
  45:7,18 46:13,24
  47:8,17 48:14
  49:3,23 50:9,21,24
  54:1 55:4,18

56:14 59:1,15,25
60:14 61:24 62:16
65:15 66:25 68:20
72:2 73:6 75:23
76:25 78:17 80:5
81:17 82:4 84:1
85:7,16 86:3
87:17 88:1 89:3
89:14 92:10,17
93:12,21 95:6,21
96:2,17 97:7,14,18
97:24 100:12,20
101:22 102:5
103:3,19 104:8
105:4,11,14 109:1
110:8 112:17
113:17 114:1
116:15 117:9,15
118:3,14 120:4
129:25 130:11
131:9 132:1,7,24
134:10 135:9,19
136:13 137:5,21
138:4,10,17,23
139:4,19 142:20
145:24 151:3
152:7 154:7,10
159:10 160:6
161:12,24 162:18
164:2,6 165:6
166:13 167:6
168:11,20 169:3,8
169:15 170:1,11
170:19 174:13
179:23 180:20,23
181:22 182:16,23
183:8,19 186:5,14
186:25 188:8
189:19 190:18
191:18 192:4,16
192:23 193:3,9,21

194:25 197:3
199:2,13,21
200:11,19 203:23
204:7 205:10,22
207:3,8,23 208:10
209:3,15 210:4,22
211:16 212:1,9,25
213:12 214:10
215:23 217:6
218:12 219:24
221:10 222:11
223:2 224:5 225:1
226:12 227:15
229:1,17 230:10
232:5 233:6,11
234:4,8 235:3,20
236:18 238:20
239:20 240:4
241:1 243:12
244:19 245:3
247:14,22 249:4
249:13 251:1
252:3,25 254:12
255:7,23 256:25
258:4 259:2 260:9
260:25 262:12
263:1,15 264:12
264:21 267:23
268:5 269:20
270:13 271:6
**further**   3:25 76:7
148:8 240:21
271:3,6 272:2
273:15
**future**   215:18

**g**

**gaps**   265:13
**gas**   270:2
**gather**   94:13
96:12,21

**gathered**   95:19
96:15
**gathering**   94:18
95:4
**gavin**   11:24 12:1,5
12:8 43:2 45:21
45:24 91:23 92:1
94:10,16
**gears**   248:2
**general**   9:14 14:23
39:1,20 108:15
132:18 136:10
148:15 158:8
174:15 177:12
181:6 184:19
185:8 187:9 191:3
195:19 196:8,15
197:10 198:20
200:21 210:12
214:12 227:2,2
246:7 257:10
259:11
**generally**   9:18
63:9 74:8,13
102:12 112:24
114:6,9 122:5
123:24 141:23
143:5 150:2
157:16 165:13
174:2,16 176:2,13
177:10 178:12,18
181:14 182:8,21
183:1 184:5,12
190:21 194:7,11
194:16 196:4,10
197:18 198:4
208:23 215:13
221:16 228:23
232:18 239:4
245:15

**generated**   55:1,15
191:16 217:3
**generating**   176:25
177:3
**gently**   84:21 85:5
**geographically**
165:20
**geographies**   270:5
**geological**   270:7
**getting**   113:21
167:9 174:17
226:22 252:16
266:24
**girvin**   261:11
263:18,19 264:8
**give**   7:24 122:19
123:1 127:17
133:5 135:3
136:23 169:23
183:3 202:6
**given**   17:10,16,25
18:9,18 19:7,10,19
20:6 22:6 24:8
38:5 50:21 77:25
119:14 120:15
162:1 165:4,17
167:20 190:20
199:15 200:1
273:14

████████████
████████████████
████████████████
█████████████
██████████████

**glean**   247:21
**go**   13:3 37:21,23
38:8 52:10 55:4
55:21 58:1 59:5
67:4 70:19 81:3
91:17 97:23,25

CONFIDENTIAL

**[go - holding]**                                                                                          Page 20

114:4 136:3
143:18 147:17
161:10,22 162:1,6
163:13,23 164:23
165:3 166:11,21
167:3 168:18,19
169:2,5,18 176:16
181:9 184:1
188:20 189:11,13
190:7 196:19
202:4 204:16,25
205:17 208:3
215:5 228:25
229:6 232:14
236:14 237:25
240:9 244:5 254:4
255:24 264:13
270:15
**goes** 233:13
**going** 9:25 42:19
56:23 57:9 63:16
64:7,12 86:1 89:6
94:12 96:11,21
120:22 136:2
146:19 150:15
160:8 161:2
163:23 166:8
175:1,2 193:7
229:1 242:20
246:21 248:2
272:10
**good** 3:1,2 4:11,22
4:24
**government**
159:14 161:4
185:4,6,7 190:2
**grammatically**
43:23 44:1,2,6,7
**great** 7:1 64:12
103:5

**ground** 67:1 97:16
226:22
**grounds** 62:10,18
87:18
**group** 165:23
188:4 250:8
**grouped** 242:2
**groups** 165:22
173:14,24 175:17
240:25
**gsa** 185:4
███████████████
**guess** 16:2 65:22
114:5 143:16
151:21 153:21
160:7 176:21
181:13 188:21
190:5,19 230:4
248:25
**guidance** 159:6
160:4 191:9
**guide** 160:19
**guidelines** 10:20
144:5,11,14
**guy** 87:6

**h**

**h** 67:15
**hand** 160:20
273:21
**handle** 124:6
141:8
**handling** 140:14
141:2 142:7,18
144:6
**handwriting** 54:5
54:13
**hank** 82:21 92:20
**happen** 124:12
196:2
**happened** 115:2

**happens** 115:1
**happy** 21:22 29:19
34:2 50:1 53:23
54:20 57:7 74:23
90:1 95:14 120:7
124:16 201:12
203:4,16 222:17
222:19 224:1
226:5 260:3
269:24
**harassment**
222:12
**hard** 15:2,9,16
165:10 221:8
**header** 215:15
**headers** 64:24
**heading** 205:1
216:23 220:20
**health** 17:17 18:17
20:11 28:8 42:9
42:13 43:4 44:22
46:17 47:3 108:4
121:21 122:7
156:8 194:12,15
194:17,18,19,24
195:2,4 254:22,24
264:17,20,24
265:6 266:1,13
268:10
**healthcare** 265:5
**hear** 6:23,25 63:6
154:8 268:15
**heard** 24:21 35:3
109:10,12,17
**held** 1:19
**help** 83:15,18
102:4 249:2,7
**helpful** 29:20
161:21 190:19
**helton** 2:21 61:8
149:16

**hennigan** 2:4
**hereinbefore**
273:11
**hereunto** 273:20
**higher** 170:2,6,9
174:12,18 178:13
178:14 199:7,11
**hildebrandt** 7:5
9:7,8 18:6 205:15
209:5,23 216:16
217:10 218:3
221:19 225:24
226:18 242:20
**hildebrandt's**
17:21 204:10
206:3,13 209:8
210:15 211:7,22
211:24 212:8,13
213:3,10,18
214:18,23 216:4
216:19 217:20,25
219:22 220:13
223:13,16 224:2
224:11 228:21
231:1,4 232:11
234:19 235:7
241:21 244:6
**hire** 141:22
**historical** 160:16
164:15 177:9,12
**historically**
164:19 180:3
**history** 170:22
182:14
**hoc** 205:15 208:24
**hold** 15:7,11,14
16:14,16,18,22
17:1,4 28:17 29:6
**holding** 168:7
174:9,15 178:15
187:7 195:20

[holds - incorporated]                                                              Page 21

**holds**  15:22
**home**  201:5
  202:12,22,23,24
  203:18,19 204:11
  204:12 205:9,12
  205:20,25 206:11
  206:17,19,23
  207:18,21 208:5,9
  208:15,18 209:2
  209:11 210:1,13
  210:21 211:3,9,19
  211:25 212:6,16
  212:23 213:6,17
  214:3,5,7,12,20
  215:3,22 216:1,7
  216:10,20 217:5
  217:12,22 218:6,8
  218:10,15,17
  219:2,5,8,13,21
  220:9,15 221:9,16
  222:5,23 223:8,10
  224:4,8,14,25
  225:15,16,23
  226:11,16 227:12
  227:22 228:4,9,11
  240:16,17 241:15
  241:24 246:19
**homework**  95:2
  95:10,11 130:3
**honestly**  65:11,19
  260:18
**honor**  131:23
**honored**  131:19
  131:22 135:24
  136:8,19
**hood**  11:24 12:2,5
  12:8 32:9 35:22
  42:21 43:2 44:9
  44:11,18 45:21,24
  66:22 70:17 91:23
  92:1 111:11

274:14
**hood's**  12:9 34:14
  94:10 95:5,20
  96:10,20 110:2
**hour**  86:2 193:7
  229:2
**hours**  61:18,19
  270:25
**house**  61:6
**howard**  2:23 3:17
**hr**  174:7
**hsu**  67:16,17,18,18
  67:19
**hsu's**  67:24
**hueston**  2:4
**hueston.com**  2:9
**hundred**  200:7
**hundreds**  220:2
**hyatt**  171:6
**hypothetical**
  161:13 162:19
  168:6,13,21 169:9
  169:17 170:12,14
  170:20 174:14
  179:24 180:24
  183:21 253:3

---
                    **i**
---

**ibm**  43:3,13
**idea**  93:18 169:11
  196:3
**identical**  176:16
**identification**  37:8
  42:22 57:14 63:24
  81:5 86:12 91:19
  201:21
**identified**  111:6
  112:4 115:24
  122:15 125:25
  222:23
**identifies**  231:21

**identify**  58:11
  121:24 124:9
  215:18 231:18
  235:18
**identifying**  265:13
**ii**  107:2,6
**imagine**  195:22,24
  198:23
**immediate**  211:15
**impact**  168:8,16
  187:7 195:18
  199:1,8,11,18,19
  200:18
**impacted**  169:22
  169:24 197:2,13
**impacts**  200:17
**implementation**
  177:10 251:18
**implemented**
  249:12
**implied**  134:7
**import**  104:22
**important**  111:4
**inaccurate**  140:11
**include**  128:12
  165:18 172:21,22
  172:24 174:25
  175:4 220:12,12
**included**  28:12
  119:9 197:23
  201:1 202:25
  206:1 217:12
  219:18 221:17,18
  232:20,21 234:1
  234:16,17,25
  235:15,16 239:12
  239:16 249:18
  255:17 257:20
  259:12 262:16
**includes**  71:12
  129:4 130:20

134:16 205:1
  232:11
**including**  15:9
  93:3 97:2 107:14
  108:11 118:20
  120:11 121:8
  132:13,20 144:10
  205:14 210:17
  234:20 240:22
  242:20 270:6
**inclusion**  233:22
  233:23
**incomplete**  161:12
  162:18 168:6,12
  168:20 169:8,17
  170:11,20 174:13
  179:10,24 180:23
  183:21 253:2
**inconsistencies**
  260:2,2
**inconsistent**  42:2
  145:17
**incorporate**
  209:14 229:25
  234:13,23 255:22
**incorporated**  5:2
  203:20 204:13
  208:19 209:12,17
  209:20 211:4,20
  223:12 225:17
  228:12 229:19,20
  230:3,18,22,25
  231:7 232:2 240:7
  241:10 248:10,23
  249:17 250:4,11
  254:16,18 255:11
  256:4,9 262:24
  263:7 265:1
  266:17 268:20
  269:3

**incorporates**
224:9 230:15
**incorporating**
241:19 248:13,15
**incorrect** 249:8
**increase** 187:12
195:23
**increased** 174:18
178:19 268:11
**incurred** 117:14
**independently**
248:20
**index** 175:3
**indicate** 43:18
**indicated** 18:16
36:15 70:11 95:4
95:20 115:15
127:23 236:11
**indicating** 10:16
36:18 54:22,25
55:13
**indications** 251:10
**individual** 184:22
221:4 240:12
265:19 267:7
**individual's**
265:16
**individually** 205:6
205:7
**individuals** 6:21
7:2 8:8 19:5 31:12
33:2,12,20,24
56:24 78:4,5,11
104:3 119:8,20
121:8 122:15
126:1 132:12
164:13,14,18,20
261:18 266:20
268:9
**industries** 172:13

**industry** 162:4
163:1,2 171:20,22
**inform** 34:18
**information** 10:19
22:7,13,13,17 25:5
26:22 35:11,21
40:23 41:9 46:7
49:16 50:16 61:21
61:23 62:6,13,15
66:4 67:2 68:3,18
68:24 69:24 70:3
70:6,10,12 71:13
71:15 72:9,12,14
72:15,20,24 73:3
73:18,23 77:12
78:1,4 80:17
82:14,18 93:18
95:9 98:11,14
99:1,13 103:12,14
103:15 104:16
105:18,23 106:24
108:4 109:7,25
111:4,6 112:3,4,6
112:10,15,21
113:1,5,9,14 114:8
114:9,20,24 115:3
115:4,5,11,13,15
115:17,24 116:2,7
116:11 117:23
119:1,7,10,14,21
120:2,10,12,15
121:4,13,15,17,20
121:22,24 122:4,6
122:11,21 123:2
123:14 124:7,10
124:18,25 125:4,8
125:8 126:2,6,14
126:21 127:5,18
127:24,25 128:6
128:10,14,21
129:1,6,12 133:4

140:15 141:3,6,8
142:8,19 143:6
144:7,11,21 150:6
150:16,22,23
152:16,19,19,20
153:4,6,11,14,17
154:6,15 155:4
156:6,16,22 157:2
158:2 162:3,8
179:11 180:11
202:8 206:22
209:10 212:16
214:5 217:12
220:18,24 224:22
228:8,10,14,14,23
232:16 236:10
238:2,19,22,25
239:5,9,13,13,17
239:23 247:13,18
251:7,14 252:13
263:20 264:1
**informed** 32:20,20
33:13 34:3,4 35:7
38:25 39:19 40:14
40:17
**informing** 41:16
129:7
**initial** 162:16
**initially** 262:6
**initiated** 131:25
137:13
**ins** 29:7,9,11
**insights** 247:21
**insisting** 102:20
**instance** 36:19
115:2 205:21
230:2 249:15
**instances** 24:15,17
25:7,8 27:1 124:9
127:25 132:5,10
175:14

**instantly** 217:2
**instruct** 23:21
31:22 47:22 50:24
61:24 62:17 65:15
72:4 84:1 139:20
260:10
**instructed** 23:1
51:1
**instructing** 48:10
48:16
**instruction** 48:20
50:22 51:3 260:15
**instructions**
120:14 122:19,25
123:12 124:1,5
127:16,20 128:3
**insurance** 9:9 32:8
32:16,21 33:8
34:5,19,23 35:3
36:10,19,25 39:3
39:22 40:25 66:16
68:5 69:10 70:8
71:17 72:22 73:13
73:20,24 74:3,7,11
74:20 75:1,21
76:5,14 77:7,13,19
78:16 79:18,24
80:1,4,12,19 81:1
82:1,10,17 84:19
85:1 87:16 88:11
89:2,13,20 90:5,15
90:20 92:8,15
93:9 166:11,15,17
166:23 167:4,16
167:16,23 183:7
194:1,12,17,20,24
195:2,4 248:4,7,8
248:12,14 254:24
264:18,20,24
265:7,19 266:1,13
267:8

**insure**  265:16
266:4,25 267:5,22
268:4
**integrate**  246:6
**integrated**  244:4
245:7,8,14,15
246:16 270:2
**integrating**  175:22
221:22 246:5
**integration**  177:18
223:21
**intelligence**
220:22
**intend**  52:8
**intended**  39:1,20
**interacting**  118:19
**interaction**  78:11
93:5
**interactions**  77:6
78:11
**interested**  109:9
109:14 238:6
273:18
**interface**  211:10
**internal**  141:24,24
143:4,15,22,25
158:24 167:11,25
173:12 187:18,23
188:1 220:24
232:12
**internally**  27:1
**interrogatories**
37:7 38:3 57:13
57:18 201:20
202:1 274:12,18
275:2
**interrogatory**
38:5,9,17 39:18
40:2,4,13 41:5,10
41:14 42:6 46:10
58:4,8 59:3,9

155:15,17 201:10
201:11 202:5
235:16 236:12
**interrogatory's**
59:18
**interrupt**  114:2
121:1
**intuition**  189:8
**intuitive**  188:24
**involve**  267:4
268:8
**involved**  15:7
75:16 90:19,24
93:25 197:7 240:2
251:9 253:12,23
254:1 262:21
267:7
**involvement**  77:12
**involving**  73:12
97:5
**ip**  43:10,25 44:3
44:10,20 45:5,10
93:25 220:24
**irrespective**
104:24 234:1
**isolated**  196:7,20
**issue**  17:11,23,24
18:2 20:17 21:18
31:10 51:8,15
53:4 54:25 55:14
56:8 85:25 96:6
148:17 193:17
201:14 203:21
208:18 227:4
230:17 240:18,23
241:17 242:13
248:24 250:22
252:16 254:25
262:18
**issued**  15:22 16:15
16:16,20,23 17:2,5

17:8
**issues**  60:16
104:25
**items**  114:23
115:11 125:7

**j**

**jackson**  52:19
56:4
**jackson's**  56:17
**jain**  88:21,22
90:14,25 91:8,23
91:25
**january**  58:13
101:16 103:23
104:5 107:23
142:10 143:11
144:3
**jeremy**  263:24
**job**  8:24
**join**  6:7 179:7
**joined**  6:8
**jose**  3:13
**josé**  1:3
■■■■■■■■■
■■■■
**july**  51:21 52:4,21
55:1,15 56:2,13
57:2,6 98:9,23
107:23 119:2,3,9
119:11 120:2,11
121:2,6,18 122:11
122:21 123:3
124:12,19,24
125:5 126:3,6,15
127:19 128:7,8,12
128:15 129:2
155:10,12,25
**jumping**  183:17
**june**  6:9,9,11 57:2
97:11

**k**

**k**  4:5 148:5
**karp**  7:4 9:15,16
11:8,9,10 12:11,14
12:22,24 13:9,14
14:3,5,17,22 15:3
15:6,17,20 31:4
32:9 35:22,25
36:1,3,5 62:19
66:23 67:14 69:8
70:17 75:15,15,19
75:25 76:1,9,13,20
76:23 78:8 79:11
91:23 92:1 99:4,5
99:7,20 104:14,17
105:19 106:10
107:13,14 108:10
108:16 109:23
110:17 111:1,17
116:1 118:20
119:20 121:9
126:7 128:15,18
129:2,8,17,20,22
130:2,6 132:13
133:11 134:1,5,14
134:23 135:5
136:22 137:1
144:9,18,23,24
145:4,13,23 146:2
148:20 154:24,24
155:12,25 156:2,4
156:11,11,17,21
156:23 157:1,25
**karp's**  11:16,17,19
13:20 76:10 77:5
77:8,12 99:21,23
100:2 106:1
108:12 111:9
129:3,4 137:11
145:15 156:8,22

CONFIDENTIAL

**[kawasaki - laura]** Page 24

**kawasaki** 78:9
121:9 124:19
125:7,18 126:1,4
126:12,13 127:4
127:16,21,22
158:1
**kawasaki's** 124:21
125:14,15 127:10
128:11
**keep** 104:18
105:17,22 256:6
**keeping** 150:6
163:24
**kelly** 62:22
**kept** 111:4 112:11
113:8 114:10
127:25 134:19
143:7
**ketterling** 18:5
24:14 26:24 27:7
27:12,20 107:15
256:17 259:17
260:7,17
**ketterling's** 24:11
27:25 258:10
265:23
**kevin** 78:9
**kga** 263:23,24
**kgaa** 255:3 261:19
**kind** 43:23 113:1
161:1 166:8 172:8
238:2
**kinds** 136:24
**knew** 32:3 35:6,13
35:18 66:15,18,20
69:9,12 153:13
**know** 5:10 6:23
8:15,24 13:11,12
14:13 15:6 16:4
16:15 17:14 20:16
20:17 21:3,23

22:24,25 25:17
26:1,21 27:7,8
28:20 29:1,2,11
30:10,18 31:7,25
32:1,12 33:9,9,16
34:1 36:22 37:19
41:17,23,25 42:2
43:25 44:4 45:1,8
46:2,15 53:6,10,16
59:16 60:7,8,18,19
63:18 64:22 68:24
69:1,3 70:16,21
72:11,12,13 73:10
74:21 75:2,25
77:9,25 78:2 80:8
84:11,15 85:11,12
85:22 87:5,5,21,22
87:22,23 88:17
89:5,6 90:8 93:14
93:15 96:19 97:21
99:6,11,24 101:3
102:9,17 103:21
103:21 104:13,19
105:19 106:19,21
107:24 108:2,19
108:19 109:16
111:5,21 113:24
114:7,12,12
115:12,14 117:2
118:16,19 119:18
121:6,11 125:8
126:11 128:2
129:4,9 131:19
133:3,11,20
134:20 135:1
136:22 137:12,16
137:23 138:25
139:10 140:8
151:21 154:23
156:10 158:12,16
158:18 159:13

160:21,23 162:2,3
163:1,7 167:18,21
168:22 169:20
173:17 174:19
175:2 177:16
178:20 181:1,24
181:25 182:18
183:4,10,10,12
184:8,14 188:10
189:8,21 191:1,7
192:6,7 196:20
197:5,6,11,12
203:16 204:8,9
213:16,21 214:3
215:2 218:24
222:14,21 225:9
225:19 227:22
230:4,13 231:11
235:6,10,12,22
238:21,23 240:13
243:13,14 244:2
244:21 245:5,6,10
245:17,23 246:11
246:17,20,23
247:2 251:15
254:14,17 255:9
256:1 257:16
258:8 259:11,12
261:17 263:19
268:14,15 269:25
**knowledge** 31:19
37:14 50:19 69:17
76:6,7 78:20 88:3
95:1 97:19,22
98:4 99:22 105:24
106:3 125:13
128:25 155:18
157:22,23 158:7
164:24 171:4
177:12 187:3
191:22 196:12,15

198:5 224:3,8
227:3 254:6
263:21 269:23,25
**knowledgeable**
157:18
**known** 21:5 66:21
66:23 164:24
**kt4** 7:17 37:6 38:2
106:17,21 274:11

**l**

**l** 1:9,13 2:12,15
3:9 4:5 57:22
148:5
**lack** 130:8
**lacks** 12:17 13:1
24:19 44:24 93:12
130:1 260:25
262:12 264:21
**language** 94:15
98:21 101:18
102:11,13 110:19
128:2 145:2,3
228:18 241:7
242:6,25 246:20
**laptop** 27:2
**laptops** 27:10
**large** 172:10
184:23 200:20
242:7
**larger** 170:3
199:14,25 268:10
**late** 34:6
**launch** 25:15,20
26:3
**launches** 24:23
26:13
**laundering** 173:18
176:4,6
**laura** 1:18 3:4 6:4
272:7,16 273:10
274:4 276:3,21

[lauren - looked]

lauren 7:5 17:15 107:15 119:20 257:17 267:14 268:17
lauren's 257:23
laurie 1:21 3:21 273:6,24
law 102:9 131:14 207:14
lawyer 6:5
lays 191:9
lead 80:17 82:15 178:14
leaders 8:23
leadership 118:20 123:9,10,16 124:3
leads 174:11,12
learn 30:24 31:2 32:14 41:2 42:7 46:5 47:15 93:11
learned 36:1,4,9 36:18 37:15 38:18 39:11 40:7 41:12 42:11 48:3,18 49:1,12,18 50:6
led 81:24
legal 3:18,19 6:13 47:9 49:24 68:4 71:14,16 100:13 100:21,24 101:23 104:22,25 110:9 110:15 131:7,10 131:12 135:21,22 186:19
legally 104:19 130:16 131:12 151:23
length 58:15
lengthy 258:14
level 77:16 84:17 189:7,12 226:3

266:10 268:13,16
leverage 165:1
license 158:8 159:23 165:16,19 169:4,22,25 173:11,17,20 181:2 187:12 188:20 198:6,7,8 198:19 203:5 204:10 206:16,17 206:20,23 210:17 213:4,11,19,24 214:18,22 216:5 216:18 217:21 218:4 219:23 220:12 224:12 231:10 232:13 234:13 251:6 252:7,13,18 257:23
licensed 162:5 186:16 192:1,8,14 192:21,25 202:24 233:3,24 234:21 234:23 240:17,21 241:19 266:17
licensee 198:13
licenses 171:23
licensing 157:5,6 157:17,19,24 160:16 167:13 168:15 169:6,13 170:16,22 171:13 180:4 184:17 187:10 198:21 203:11 216:14 218:1 241:9,13 251:24 260:23 261:21 269:9
licensor 198:15

lie 268:4
likelihood 268:11
limited 52:4 157:10,12 173:17 195:16
limits 195:20
line 43:3,7 54:7 64:16,19 67:4 92:3,5 172:5 236:9,9,14,16 276:4
lines 232:16
link 43:12,15 44:2
list 7:9 114:23 134:21 135:4 136:23 158:21 160:19 196:21 202:20 206:20 233:19,22 234:20 234:25 238:13,16 240:15 243:3 244:17 245:21 250:7 253:7
listed 60:11 65:22 229:11 230:13 234:12 240:5 254:20
listening 130:3
literally 156:18 169:11 173:25 176:16
litigation 10:7,9 11:6 15:7,8,12,14 15:22,23 16:14,16 16:18,22 17:1,4 22:15,19 28:17 29:4,6 30:7 77:9 77:10 97:5 105:2 142:13,16 206:5 206:15 207:2,7,10 207:13 213:17

215:1 217:23 220:3
little 85:24 86:1 149:13 185:16 187:24 191:21
live 22:11,20 175:2
llp 2:11
loaded 27:2,10
located 1:20 3:19
location 3:5
log 63:23 64:3 66:11 70:22 274:20
logged 64:16
logically 267:10
long 61:15 67:15 148:23,25 149:10 238:1
longer 149:13
look 17:22,24 21:23 31:9,13,25 34:2 40:3,6 53:23 56:21 62:9 85:20 90:1 95:18 101:5 120:7 124:15 125:11 126:21,22 137:11 143:18 155:5,14,16,22 160:15 162:11,23 163:6,10 164:9 171:18,22 173:6 177:4,6,20 180:8 182:12 188:14 191:24 201:13 203:4,7,16 217:19 218:19 219:13 224:1 226:15,19 231:9,23 246:14 260:3 268:3
looked 28:7 31:11 31:11 33:16 59:17

60:21 85:19
122:12 127:14
138:12 183:2
193:23 244:4
246:1 258:21
259:6 268:16
**looking**   17:20
38:13 41:10 71:2
83:2 89:7 95:17
111:8 113:3
125:22 128:4,22
142:23 155:20
160:22 162:22
165:9 168:2
171:16 172:1
175:13,19,20
176:20 177:15
183:12 184:21
188:18 196:16
202:8 204:8 226:4
228:2,20 231:16
243:1 249:20
251:24 256:3
257:22 258:15
267:13
**looks**   38:7 57:25
64:5 94:16 172:15
**los**   2:7
**lost**   38:16 146:8,11
146:12,17,22
147:1,4,8,11,14
**lot**   22:3 73:21 95:9
95:9,11 96:4
118:20 122:12
140:19 155:9
157:22 159:11
160:13 162:2
164:15 178:5
184:1 187:25
191:22 223:17
226:23 230:24

236:4
**lower**   170:4,6,7,10
170:17 174:11

**m**

**machine**   24:23,24
**magnitude**   198:25
199:19 200:17
**mail**   39:13 42:20
43:1,10 44:18
45:2,10,12,21 46:4
59:23 62:24 63:2
63:5,5,7,12 64:18
64:24 67:8 68:3
71:13,21,25 72:9
72:13 81:9,10,14
81:19 82:21 84:12
84:18 85:14 86:14
86:17 88:23 89:6
89:23 90:2,8,13
91:22,25 92:18,19
92:20 93:7,16,16
93:20 94:11,11
95:5,20 274:13
**mails**   81:4 86:11
91:18 160:24
274:21,22,23
**maintain**   103:13
106:23 109:8,24
112:2 152:15
155:4
**maintaining**
150:21
**makers**   179:15
**making**   135:16
153:9 154:22
163:16,25 222:2
**manner**   205:12,24
205:25 208:18
210:8,9,12,20
211:3 214:12
219:7,10 220:14

236:2 242:10
255:12 259:11
**mapped**   243:23
246:22
**marc**   1:9 2:12 3:9
4:18 35:2 57:12
57:17,22 58:12
64:19,25 66:5
67:25 68:8 71:8,9
71:16 73:12 86:17
93:5 101:14 107:1
151:1 201:19,25
274:16 275:1
**maria**   2:22 61:8
**mark**   51:4
**marked**   10:1 37:4
37:8 42:21 57:13
62:21 63:23 81:4
84:12 85:15 86:10
86:11 91:18
201:21 204:17
**market**   43:11
162:24 165:13
171:17 172:21
188:16 195:22
199:15,20 200:1,5
200:6,9,12,14,16
200:20
**marketing**   266:21
**markets**   184:21
**marriage**   273:17
**material**   260:2
**materials**   5:20
15:2,9,10,16 22:3
73:22 144:5
159:11,19 160:3,9
160:11 161:1
212:21 223:18
**math's**   193:7
**mathematical**
188:25

**matt**   7:6 8:17,20
8:21 61:8 67:14
149:16 171:3
**matter**   3:8 7:16
10:22 40:5 51:9
51:16,19 52:18
77:7 154:16
155:17 175:16
198:7 273:19
**matters**   8:11
31:17 227:2
**matthew**   2:21
**mayer**   61:3
**maze**   62:22,23,24
**mcgrew**   87:25
88:4,7,10,14,18
**mean**   10:6 13:19
14:13 16:1,5
21:12 44:1 49:8
75:6 94:4 102:14
102:21 103:8,9
108:14 112:19
132:17 140:16,18
151:20 158:12,19
158:20 159:22,23
171:14 173:6,13
173:15,23,25
174:1,3,4,22,24
177:22 178:25
181:5 182:4
189:21 195:25
197:16,18,25
198:1,20 209:13
209:14 229:25
230:2 242:15
245:23 248:16
252:5
**meanings**   140:20
**means**   16:4 44:4
63:15 198:6
225:12 228:17

245:17
**meant**   44:11 71:2
  93:14 113:10
  143:7 144:12
  161:19 185:16
**mechanism**   227:6
  227:20
**media**   272:5
**meet**   35:2 60:25
  61:15
**meeting**   9:13
  35:10,14 39:14
  58:15 66:9 87:7
  88:24,25 89:8,11
  119:6,9,23 131:1
  132:11,22 155:24
  156:12
**meetings**   59:14
  60:11 61:9,12,13
  89:16 119:7
  121:12 122:16
  126:18,19 156:8
**melody**   7:5 9:8
  17:15 241:21
**melody's**   229:22
**member**   211:12
  214:8 215:11
**members**   221:4
  224:24 226:9,10
  240:2
**memorialize**
  129:22
**memorialized**
  62:6 68:18 203:15
**memorize**   209:7
  218:23 225:25
  259:5,10
**memorized**   213:7
  214:1,16,25 220:6
  222:18 223:22
  224:19 225:9

235:10
**mental**   146:5,7
**mention**   12:13,24
  13:8 41:15,16
**mentioned**   8:8
  19:5 61:16,21
  70:13 126:7 134:8
  152:2 154:23
  171:11 173:4
  176:9 177:21
  178:23 185:13
  202:12,13,13
  224:7 229:8,9
  237:25 259:23

**meskell**   94:12,17
  94:21,21 95:4,13
  95:19,24 96:11,15
  96:20,23,24
**meskell's**   94:23
  95:17 96:14
**message**   44:9
**met**   6:21 58:14,20
  61:2 155:11,19
  156:14
**method**   188:5,18
  214:7 215:10,16
  216:24 217:5
  220:21 221:9,22
  222:5,7,9,23
  224:21,25 225:4
  225:11,15 227:12
**methods**   248:19
  249:19 254:18
**metric**   233:22,23
  267:8

**mind**   51:11 106:7
  107:18 111:8
  126:10 128:22
  135:22 173:3
  266:22 270:9
**minimal**   40:24
**minute**   77:16
  85:24
**minutes**   63:10
  148:25 149:12
  193:8 236:19
**misappropriate**
  50:16
**misappropriated**
  46:6,12 49:13,19
**misappropriation**
  46:22 47:1,3,5,16
  48:4,11 49:2 50:8
  50:11 98:19 215:9
**missed**   215:12
**missing**   87:11
  178:11
**misspelled**   85:3
**misspoke**   251:17
**misstates**   39:23
  40:18 75:24 81:17
  82:4 103:3 169:15
  189:19 205:22
  208:11 210:4
  212:1 218:12
  233:7 234:4 235:5
**misstating**   127:9
**mister**   68:9
**misunderstanding**
  239:1
**misused**   49:13,20
**misusing**   98:15
  99:13 153:15
  154:15
**mixing**   122:16

**model**   242:22
  243:1 246:8
**modify**   8:5

**moment**   108:21
  202:6
**money**   117:8
  137:18 173:18
  176:4,6,24
**months**   203:10,13
**morning**   3:2 4:11
  4:22,24
**move**   220:18
**moved**   178:5
**multimillion**
  172:12
**multiple**   26:16
  129:12 166:18,24
  179:6 185:24
  186:2,4,8 190:12
  190:14,16 191:14
  215:16
**muted**   87:18
**myer**   61:3,3

**n**

**n**   1:13,13 2:1 4:5
  148:1,1,1,5 274:1
**n.w.**   2:13
**name**   3:17 6:2,4
  62:22 85:3
**named**   7:13 67:15
  82:20 86:15 87:15
  88:6
**names**   19:17 20:4
  20:22 67:14
**narrow**   187:24
**natural**   8:13,18
  18:17 20:11 28:9

46:17 47:4 108:5
125:1,10 156:7
195:8 268:20,25
269:3,5,19
**nature** 115:6
122:20 123:2
153:16
**nda** 51:7,21,25
52:3,13,20,24 53:3
53:5,7,14 54:12,22
54:25 55:14 56:8
56:21 57:5 70:13
155:10
**necessary** 95:2
152:4 179:19
247:8,12,17
**necessity** 217:15
**need** 113:20
124:15 125:10
126:21 137:10
162:2,3 179:7,9,20
180:1 211:15
223:4 225:5,6
236:19 244:5
**needed** 5:13
**needs** 114:10
165:16,16
**negotiate** 189:14
**negotiated** 191:5
**negotiation** 189:17
189:24
**negotiations** 53:13
56:7 57:5
**network** 28:13
141:24 143:4,15
143:25 220:25
224:23,24 226:8,9
226:11 238:19,22
238:24 239:4,8,18
240:3

**networks** 215:18
221:4
**new** 1:23 3:20,20
74:19 86:25
141:19,22 161:7
164:17 273:2,4,8
**news** 43:13
**noncontemplated**
252:17
**nondisclosure**
51:14,17 103:23
114:7
**nonecosystem**
187:22
**nonexclusive**
198:9
**nonpublic** 152:19
**nonsubstantive**
237:22
**normally** 115:1
133:22 143:3,4
**northern** 1:2 3:12
57:23
**notary** 1:23 4:7
148:7 272:23
273:7 276:25
**note** 4:13 30:4
120:20 146:3,5,7
219:1 259:7
**noted** 4:21 147:20
148:2 272:12
**notes** 129:16,19
130:7,12 145:22
146:1
**notice** 1:21 4:14
5:19,22 12:19
13:5,18 14:9,21
15:7,11,19 16:14
16:16,18 17:13
18:13 19:14,23
20:21 21:7 22:23

23:7 25:24 26:20
27:6 30:9,11
37:17 39:25 40:20
41:21 44:14,24
45:19 46:14,25
47:19 48:8,16
49:4,25 55:20
56:15 59:2 60:2
60:15 67:3 73:7
77:2 78:18 83:2
85:8,17 87:20
88:2 89:4 92:11
95:8,22 96:3,18
117:10 118:4,15
132:2,8,25 135:10
135:20 136:15
137:6,22 138:19
138:24 142:21
181:23 182:17,24
183:20 187:1
191:20 192:5,17
193:22 195:1
197:4 203:25
205:11 207:4
210:23 211:17
212:10 213:1,14
214:11 215:24
217:7 219:19
221:11 225:2
226:13 227:16
232:6 233:8 234:5
235:4 239:21
241:2 244:20
245:4 247:16,23
249:6 251:3 252:4
253:2 254:13
255:8 258:5
259:16 261:2
263:2 264:23
269:22

**notices** 16:23 17:2
17:5
**notifications**
211:14
**notified** 211:12
**notion** 90:23
**notional** 28:14

**nuance** 136:6
178:10 241:7
242:6
**nuanced** 224:17
**nuances** 109:21
**number** 3:10 6:19
6:20 19:15 28:1
32:12 58:5,8 60:7
63:18 64:8,13,17
67:4 78:9 95:10
107:2,6,16 109:4
115:7 118:22
124:23 127:7
128:19 133:17
156:24 158:1,6
162:6 163:9 165:7
165:15 173:25
174:3 189:9,11
201:12 205:21
206:4 210:21
212:14,24 213:16
214:4 216:22,23
220:4 221:7 223:8
231:19,21 262:23
270:1,10 272:5
**numbered** 205:6,7
263:6 264:9 269:7

| | | | |
|---|---|---|---|
| **numbers** 203:6,9 203:12 218:25 220:7,17 258:20 264:15 | 110:8 112:17 113:17 116:15 117:9 118:3,14 120:4 129:25 | 245:3 247:14,22 249:13 251:1 252:3 254:12 255:7,23 256:25 | **occur** 125:17 243:10 245:1 **occurred** 41:5 53:2 60:13 145:6 145:7 |
| **numerous** 19:5 104:2,2,13 105:20 | 130:11 131:9 132:1,7,24 134:10 | 258:4 259:2 260:9 260:25 262:12 | **october** 38:25 **odd** 11:14 |
| **o** | 135:9,19 137:5,21 138:4,10,17,23 | 263:1,15 264:12 264:21 267:23 | **offer** 131:20 132:10 134:22 |
| **o** 1:13 4:5 148:1,1 148:1,5 | 139:4 142:20 145:24 151:3 | 268:5 269:20,21 **objections** 13:10 | 135:1 166:6 **offered** 167:17 |
| **oath** 4:2 5:4 7:22 **obamacare** 266:24 | 152:7 154:10 159:10 160:6 | 15:25 20:8 26:6 37:6 38:2 45:7 | 230:21 **offering** 166:17 |
| **object** 67:1,1 97:16 136:13 | 161:12 162:18 164:2 165:6 | 47:8 50:9 57:12 57:17 59:15 89:14 | **offers** 130:22,23 131:7,16,23 133:7 |
| 243:12 249:4 **objecting** 87:18 | 166:13 167:6 168:11,20 169:8 | 117:15 161:24 169:3 192:23 | 133:20 134:2,8,18 135:17,25 136:24 |
| **objection** 12:17 13:1,17 14:8,20 | 170:1,11,19 174:13 179:23 | 193:3 201:19,25 204:7 207:8 | 137:3 **office** 52:23 |
| 15:4,18 16:11 17:12 18:12 19:13 | 180:20,23 181:22 182:16,23 183:8 | 233:12 234:9 240:4 272:3 | **offices** 3:19 58:12 119:5 |
| 19:21 20:20 21:6 21:19 22:9,22 | 183:19 186:5,14 186:25 188:8 | 274:10,16,25 **obligated** 10:19 | **oftentimes** 164:18 175:10 180:2 |
| 23:6 24:19 25:11 25:23 26:18 27:4 | 189:19 190:18 191:18 192:4,16 | 112:1 137:25 138:7 | 187:11 189:24 **oh** 61:5 66:13 68:9 |
| 27:15 28:6,24 29:10,25 30:8 | 193:21 194:25 197:3 199:2,13,21 | **obligation** 131:7 137:19 | 92:18 237:13,22 260:16 |
| 31:21 33:25 37:16 39:23 40:18 41:19 | 200:11,19 203:23 203:23 205:10,22 | **obligations** 13:21 22:15,18,19 30:3 | **oil** 270:2 **okay** 4:15 6:25 |
| 43:20 44:13,23 45:18 46:13,24 | 207:3,23 209:3,15 210:4,22 211:16 | 106:12 108:2 111:24 134:18 | 10:10 37:25 38:8 38:11,15 39:9 |
| 47:17,18 49:3,23 54:1 55:19 56:14 | 212:1,9,25 213:12 214:10 215:23 | 135:6,8,13,17 **obtain** 70:10 | 45:14 57:15 60:24 63:25 64:14,15 |
| 59:1,25 60:14 73:6 75:23 76:25 | 217:6 218:12 221:10 222:11 | **obtained** 70:3 **obtaining** 68:4 | 66:13 70:2,23 71:4 81:6,18 |
| 78:17 80:5 82:4 85:7,16 88:1 89:3 | 224:5 225:1 226:12 227:15 | 71:15 133:14 **obviously** 185:23 | 86:13 102:16 120:23 140:24 |
| 92:10,17 93:12,21 95:6,21 96:2,17 | 229:17 230:10 232:5 233:6 234:4 | 219:17 268:9 **occasions** 26:17 | 141:16 142:14 146:7 159:16 |
| 98:1 100:12,20 101:22 102:5 | 234:8 235:3,20,21 238:20 239:20 | 104:2,13 105:21 129:12 145:11 | 162:13 167:7 169:23 174:5 |
| 103:3,19 104:8 105:4,11,14 109:1 | 241:1 244:19 | | |

177:8 190:8
201:15,16,22
202:4,6,12 203:9
204:15,18,25
208:14 209:24
214:7 218:20
221:25 222:25
223:5,7 225:14,15
228:25 229:7,14
233:21 234:7
236:17 238:9,11
238:17 239:25
250:9 252:25
253:6 265:9
**older** 176:18
**onboarding**
141:18,22
**once** 98:19 99:11
188:12
**ones** 32:11 106:7
107:17 132:15
151:9,11 165:8
203:22 248:18
270:8
**ongoing** 116:18
**ontologies** 244:22
246:24 247:2
**ontology** 178:5
205:14 209:22
216:25 217:13,16
217:18 232:21
234:17 242:14,16
242:17,22 243:15
243:16,21,23
244:1,3,13,16
246:7,10,16,22,23
247:7,8,10,12,17
**onwards** 167:13
**open** 5:12,15
163:22

**opens** 25:16
**operate** 26:13
74:12,19 133:19
244:2
**operating** 75:8
76:16 78:3 113:2
136:19 192:3,11
242:23
**opinion** 231:17
**opportunities** 81:1
133:15 195:21
**opposed** 7:11 16:2
123:21 183:17
194:6 198:8
203:13 250:24
**optimization**
255:16 256:19,21
257:12,20
**oral** 16:2 90:13
100:4,8,18 101:13
101:20,25 102:22
102:24 103:17,22
104:7,11 105:2,9
105:16 106:4,14
106:17,24 107:3
107:10,21,22
108:9,17,24
109:11,19 110:7
110:24 111:24
112:7,14,20
113:12,13,16
114:17,21 115:20
116:13 117:1,18
117:24 118:11
149:20,22 150:10
150:14,18,25
151:22 152:2
154:22,25
**order** 110:6,14,22
176:25 179:14
188:15 271:8

**ordering** 181:3
**orders** 271:3
**organization**
172:23 174:7
211:11 225:22
227:9,14 232:24
232:25 244:16
**organizations**
208:25 211:11,13
214:9 215:11
224:23 226:19,23
227:6 228:15
239:19 240:12
241:23 244:14
**organized** 173:1
**outcome** 273:18
**outlined** 221:20
**outset** 175:8,10
179:21 180:2,2
**outside** 10:6,8
11:6 12:18 13:4
13:17 14:8,20
15:18 17:12 18:12
19:13,22 20:21
21:7 22:22 23:6
25:23 26:19 27:5
30:9 37:16 39:24
40:19 41:20 44:13
44:23 45:18 46:13
46:24 47:18 49:3
49:24 55:19 56:15
59:1,2,25 60:14
62:13 67:2 73:7
77:1 78:18 79:6,8
80:19,19,20 82:1
82:10,17,17 83:23
85:7,16 87:19
88:2 89:4 92:10
95:7,21 96:3,17
97:14 117:9 118:4
118:14 132:2,8,25

135:10,19 136:14
137:6,22 138:18
138:23 139:23
142:16,21 149:4
181:23 182:17,23
183:9,20 186:5,25
191:19 192:5,16
193:22 195:1
197:4 203:24
205:10 207:4
210:23 211:17
212:10,25 213:13
214:10 215:23
216:14 217:6
221:11 225:2,21
226:13,24 227:16
231:4 232:6 233:7
234:5 235:3
239:21 241:2
244:19 245:3
247:15,23 249:5
251:2 252:4 253:1
254:13 255:8
258:4 260:13
261:1 263:2
264:22 269:21

**p**

**p** 2:1,1 4:5 148:5
**p.m.** 147:20 148:2
272:9,12
**pacific** 3:16 272:9
**page** 5:15 37:24
38:10,11,16,23
39:10 43:17,18
58:1,2,5,18,18
60:11 67:5 70:22
94:20 158:25
201:24 202:4,7
204:25 205:5
220:19 229:13
238:10 240:1

CONFIDENTIAL

**[page - palantir's]**                                                                                     Page 31

256:4 271:10
274:3,7 276:4
**paid**   117:7 137:18
181:20 183:18
**palantir**   1:5 2:21
2:22 3:8 5:1,23
6:5,7,8,11 7:17,20
8:21,25 9:4 10:4
10:12,17,18 11:1,2
11:6 13:25 15:1,8
15:15,23 16:14
17:9,16,25 18:9
19:10 22:6,12,14
22:17,20 24:1,2,8
24:9,15,25,25 25:3
25:10,15,16,19,20
26:1,3,13,14,25
27:9 28:3,21
29:15,22 30:4,5,15
30:23 32:3,14,20
33:5,12,13,20,24
34:5,18,18,22 35:7
36:9,15,18 37:14
38:23,25 39:11,19
40:6,14,16,24 41:2
41:12 42:7,11,13
44:19 45:4 46:1,5
46:23 47:1,6,15
48:3,25 49:1,11,12
49:18 50:5,6,10
51:8,15,20 52:12
52:20 53:3 56:7
56:12,13,24 57:21
59:21,23 60:10
61:6 62:25 65:11
66:4,15,18 67:19
67:21 69:3,9,12,22
69:23 70:6 72:16
72:19 73:18,23,25
74:3,5,8,12,17
75:2,5,9 76:17

77:17 78:4,12,22
79:4,16,22 80:10
80:16,20,24 81:2
81:24 82:2,8,10,14
82:17 85:13 86:24
86:25 87:13 88:4
88:24 89:9,10,19
89:24 90:4 93:11
93:19 94:1,1,4,17
97:11 98:8,13,24
99:9 100:3,5,6,8
100:17,19 101:14
101:20,21,24
102:1,23 103:9,17
104:3,7,12 105:8
105:17 106:16
107:8 108:24
109:12,17,20
110:7,21,23,25
111:24 112:7,10
112:24 114:17,22
116:14 117:1,7,13
117:20,22 118:10
118:17 119:2,8
120:18 121:4,21
123:8 126:4,14
127:18 130:16,20
130:22,25 131:8
131:19,23 132:15
132:22 133:5,13
134:19 135:2,8,18
135:24 137:18,25
138:7,7 139:14
140:6,12,25 141:5
141:19 142:1,6,16
143:23 146:8,11
146:12,17,22
147:1,4,8,11
149:20 150:25
152:17,20 153:5,9
153:17,19 154:3

154:14 155:1
156:21 157:4,19
158:10,22,23
159:4,9,12 160:9
161:8,22,23,25
163:4 164:13
165:1 166:22
167:3 169:4
170:15 171:12,18
171:22 172:15
173:16 181:13
183:5,11,15
184:15 186:9,22
188:5,11 189:16
190:11 191:4,13
191:15 192:1,8,14
192:21,25 193:17
194:4,23 196:1,2
196:13 198:2,11
198:17,18,20
199:20 200:5,8
202:16,24 203:19
205:24 206:23
207:1,6 215:8
216:20 218:5,8,10
218:15,24 220:1
226:17,24 227:23
240:15,17 241:16
244:24 245:12
246:4 250:20
252:20 253:6,20
254:10,21 256:13
256:18,22 257:3,6
257:10,11 258:7
260:24 261:12,13
261:21,23 262:4
262:16 263:9,13
263:22 266:16
267:20 268:2
269:2,9 276:2

**palantir's**   23:16
24:23 25:2 28:13
31:19 33:17 37:5
38:1 39:12,17
41:17,22 49:15
53:4,6 55:1,14
56:8 57:11,16
63:22 64:2 68:17
69:14,16 75:7
76:15 78:1,2,3,13
78:20 80:2 88:8
88:12 92:6,13
94:25 95:1,16
98:10,22,25 99:16
103:11,13 105:1
105:24 106:3,24
108:5 109:7,24
112:2 114:15
119:5 135:15
136:9 140:14
141:2,24 143:15
143:25 144:6
147:14 150:6,15
152:5,9,16 153:4
153:10 154:5
156:1,5 157:23,24
159:15,19 160:5
167:25 169:12
170:22 181:11
182:7,13 184:6,16
185:11,20,24
193:20 196:6,25
200:16,23,25
201:18,24 204:20
205:2,13 206:1,21
207:19 208:6,19
209:17,18,20
210:8,9,10 211:3
211:19 212:17,19
214:6,13 215:10
215:15 216:1,24

CONFIDENTIAL

**[palantir's - personal]**

217:13 218:17
219:8 220:14,21
221:16 222:13
223:11 224:9,21
225:17,19 229:15
229:20 230:3,14
230:20 231:6
232:22 233:1,2,5
233:15,17,19
234:13,22 236:3
239:3,7,10 240:6,6
240:10,22 241:14
242:17 243:15,24
248:4,7,8,9,9,10
249:9,10 250:11
252:9 253:8,22
254:10 257:25
258:24 261:4,7
262:2 263:4
264:17,19,24
266:1,2 268:20,25
269:12,15 274:9
274:15,19,24
**paragraph** 39:10
86:20 202:9 221:7
227:1 238:13
243:4
**paragraphs** 86:20
**part** 10:21 16:3
55:23 56:16,19
59:9 123:8 130:20
131:4 133:18
134:9 150:13
191:9 222:16
223:3 238:18,21
238:24 239:4,8
240:1,19 241:11
241:17 243:5
254:22
**participant** 215:18
217:1

**participants** 217:4
217:17 221:1
**participated**
225:18
**participating**
131:17
**particular** 14:25
15:21 22:1,5
37:20 44:18 51:13
60:21 115:5
136:17 160:25
165:25 172:6
176:6 206:16
228:18 243:24
251:12,20 257:18
258:2,18,25
**particularly**
142:23
**parties** 3:3,25
10:21 13:25 28:11
59:3 60:15 73:16
101:9,12,12 105:7
112:25 120:19
130:17 157:10
166:18,24,25
168:15 169:7,13
273:16
**partner** 93:9
**partners** 7:17 37:7
38:3 106:17
274:11
**parts** 177:24 270:5
**party** 37:2 106:14
106:17,22 107:2
137:24 138:6
167:5 253:16
**patent** 30:25 31:3
31:20 32:4,7,8,15
33:7 36:25 38:18
39:2,21 40:7,15
41:12 42:8,12

46:18 47:11,14
48:4,22,24 49:21
50:5,12 65:8,13
66:5,16 68:5 69:4
69:10,17,25 70:3,7
70:10 71:17 72:16
72:22 73:4,9
97:13 153:17
154:13 193:18
**patents** 64:20,25
**patient** 255:17,17
255:18 256:6,7,14
256:23 257:3,13
257:20 258:7,16
261:5,8,14,25
262:3,5,6,20
265:13,14
**patients** 262:21
**pause** 42:23
210:25 223:6
225:13
**pay** 196:3
**paying** 163:3
**payment** 184:11
184:12
**pct** 1:16
**pdf** 58:2
**peer** 228:7,7,10,10
228:17,17
**pending** 32:22
55:12 57:23
**people** 73:2 87:1
115:7 130:13
131:17 136:19
157:22 158:1
173:25 174:3
184:8 186:8
234:21 242:18
**percentage** 157:6
**perception** 200:16

**perform** 54:13
131:1 232:14
269:15
**performed** 167:10
188:23 206:23
**performing** 118:9
130:3 167:4
245:12 253:13
**period** 15:14 24:4
36:12 70:6 83:4
98:12 102:2
103:16 104:5,10
126:15 142:9,11
142:23,25 143:10
143:18,23 144:8
152:11 157:21
158:5 162:4
183:17 184:12
262:6
**periodically**
160:23
**periods** 184:4,7
254:5
**person** 30:23 31:2
31:8 34:17 36:24
39:13 41:6 58:14
126:8 145:14
157:18 163:16
165:1 189:4
**person's** 258:2,25
266:3 267:5,21
268:3
**personal** 26:12
48:18 50:18 88:3
97:19,22 98:4
157:23 158:7
171:4 184:2,13
187:3 191:22
193:25 198:5
254:6 263:21
269:23,24

**personally** 10:25
84:8 197:11
**personick** 1:19 3:5
4:11,13,23 6:4
13:3 47:20 55:12
55:18 59:6 84:4
86:9 98:5 148:11
164:7 169:19
183:23 223:2
237:4 271:4 272:7
272:16 273:10
274:4 276:3,21
**persons** 58:19
**perspective** 69:15
106:21 131:12
195:19 231:15
**pertaining** 59:3
60:16
**philip** 61:2,3
**phone** 5:16
**phrase** 158:15
185:13 242:14
**phrased** 131:6
133:7
**picture** 242:23
**piece** 115:16,16,23
115:23 249:11
**pieces** 34:15
116:11 121:24
**pilot** 181:12,13,14
181:15,18,20
182:2 183:6,13,16
184:12
**pilots** 182:8,14,22
183:2
**pipeline** 179:11
**pipelines** 177:17
177:18
**pl** 64:8,12 67:4
70:19

**place** 15:2,16
52:20 53:14
101:25 103:15
104:1,11 107:22
108:7,22 118:8
137:15 187:4
197:12
**places** 184:9
**plaintiff** 1:6 2:5
3:9 37:6 38:2
274:10
**plaintiff's** 204:21
**planning** 235:23
**platform** 179:5
230:20 243:23
**play** 163:21
169:12 189:1
**please** 4:3 5:10 6:2
6:23 223:2 229:6
270:14
**plug** 29:7,9,11
189:1
**point** 8:22 20:16
20:17 31:5 40:22
70:9 79:17,23
80:16 85:12 88:5
92:24 100:24
114:13 120:21
123:18 125:12
128:18 157:15
160:25 169:10
188:14,16 190:5
213:9,21 214:21
216:13 218:1
252:15
**pointing** 85:2
**points** 11:8 151:14
151:14,15,20,20
236:6
**policies** 14:14 15:6
142:7,12,17

143:14,17,20
158:10,13,15,23
158:25
**policy** 14:4,6
142:25 143:3,22
158:17,18,20,22
158:24 159:1,4
**population** 265:14
**populations**
165:23 261:14
262:7 266:25
**portion** 109:15
157:6
**portions** 191:15
**position** 101:3
105:1 124:6
**possible** 247:4
**possibly** 35:21
126:23 265:24
**postponed** 61:11
**potential** 30:25
50:11 73:13 116:9
136:4 147:3,4,8,10
147:11,14 162:22
179:20 180:16
183:11 193:19
200:22 202:16
210:11 211:13
242:11 248:1,3
254:9 264:19
268:11,19
**potentially** 73:25
111:2,10 121:9
258:9 261:10
**practice** 14:4,6,18
177:9
**practices** 14:14,23
136:10 157:23,24
181:11 184:19
**prasanna** 86:15,18
87:14 88:10,15,17

88:20,25 89:9,11
89:16,18,24 90:4,7
90:14,19,24 92:4
93:4,8,24 94:12,18
96:11,21,24 97:4
**prasanna's** 92:7
92:14,24
**precipitated** 93:20
**precise** 36:20 46:9
108:18 118:17,23
119:14 122:5
145:2 166:5,6
**precisely** 9:5
107:18 204:8
230:12
**preferences**
224:24 227:9
**preliminaries** 4:22
**prem** 165:20
**premium** 196:9,13
**preparation** 8:2
9:22 11:3 12:2,23
19:4 22:4 24:12
28:8 45:23 51:24
56:19 61:1 65:2,5
66:1,3 68:12
71:21 72:1,10
83:20,24 91:11
95:12,24 96:4,25
108:15 109:3
125:18 130:14
138:13,19 139:11
139:24 140:1
144:18 148:20
149:8 151:12,17
152:4 170:22
171:1,1,9 203:17
205:18 206:6
208:17 216:12
220:4 222:15
236:8 242:8 260:7

CONFIDENTIAL

[preparation - promised]                                                    Page 34

260:17 263:5
264:5,16
**prepare**  6:16,18
  13:19 40:3 49:11
  101:6 104:25
  107:9 170:24
**prepared**  13:22
  16:13 40:10,11
  42:5 55:24 73:11
  73:15 101:8
  103:22 105:6
  120:9,16,17 157:3
  157:9,15 158:6
  207:10 210:7
  219:7,17,17 222:9
  236:1,16 241:6
**preparing**  60:4
  259:15
**presence**  211:13
**present**  2:20 19:2
  24:1 101:12
  120:13 122:9,14
  122:16 212:21
  231:2 267:14
**preservation**
  13:20 14:1 23:2,5
**preserve**  12:25
  15:2,16 22:14,18
  28:4,11 29:4
**preserved**  12:15
  22:7,13 24:1,18
  25:7,10,17 27:14
  28:10,18 29:5,9
  30:3,21
**preserving**  29:22
**pretty**  145:8 168:6
  177:11 189:8,9
  201:7,9 252:5,6
  258:13 259:7
  270:11

**prevent**  97:12
**previous**  171:19
  235:25
**previously**  7:16
  50:25 72:20 148:6
  228:22 237:14
  242:19 249:20
**price**  158:21
  160:19,19 164:10
  164:16 168:16
  169:4 170:2,4,6,9
  174:2,11,12,18
  175:9,11 178:15
  178:19 187:12
  188:14,16 189:2,3
**priced**  159:8
  162:25 164:19,20
  168:1 194:23
**prices**  158:11
  159:12
**pricing**  9:14 157:4
  157:16,19,24
  158:8,16 159:2,4
  159:15,19,24
  160:1,4,9,15,25
  161:3,9,10,15,19
  162:1,10,17,22
  164:17,24 165:4
  165:16 166:5
  168:8,25 169:12
  169:22,24 170:16
  171:12 172:16
  179:21 180:4,17
  181:7,11 184:16
  185:3,4,5 187:7
  189:10,12,16,22
  190:16 193:17,20
  194:2,4 195:10,18
  195:23 196:14
  197:2,7,13 199:1
  199:11,19 200:18

**principles**  168:24
  185:9
**print**  201:8
**printed**  5:20
**prior**  7:11 12:8
  15:12 16:23 17:2
  31:6 52:21 56:6
  68:11 73:14 80:24
  82:7 91:4,13
  97:11 98:16 110:4
  153:9,13 154:4,12
  154:12 180:13
  211:2 215:8
**prioritizes**  211:14
**privilege**  55:3
  62:10,18 63:23
  64:3 66:11 70:22
  97:25 148:14,17
  237:14,18 274:20
**privileged**  23:10
  23:15 31:14,18
  32:1 60:20 84:5
  85:21 97:20,22
**probably**  42:1
  74:14 83:1 146:19
  178:10 183:25
  242:19 246:12,14
**problem**  25:13
**problems**  175:19
  175:19
**procedural**  163:12
  163:22
**procedure**  204:23
  207:12
**procedures**  15:1
  15:15
**proceeding**  3:24
**process**  112:14
  161:11 162:14,16
  188:24 189:17,21
  245:1 260:20

**produced**  14:1
  30:12,15,21 54:23
  57:21 77:9,10
  83:13 142:12
  206:4,14 212:14
  213:6,16 214:2
  215:1,4 216:20
  217:23 218:6,8,11
  218:15,24 220:2
  231:11 270:10
**producing**  30:6
**product**  167:25
  186:3 240:17
  265:15,18
**production**  10:7,9
  269:5 270:3
**products**  193:20
  200:25 202:25
  203:19 204:12
  208:19 209:12,16
  209:19,19 217:13
  229:20 230:3
  231:14 233:3
  234:13,23 236:10
  240:22 241:9,23
  241:25 242:2
  243:8,15 248:10
  248:21,22 249:16
  249:16,17 252:9
  254:21 265:12,12
  266:16
**professional**  1:22
  273:7
**profit**  192:9,11
**program**  181:12
**programs**  184:24
**project**  176:2
  181:15,19
**projects**  181:20
**promised**  155:3

CONFIDENTIAL

**[promises - read]** Page 35

**promises** 130:22
130:24 131:7,16
132:14 133:7,20
134:2,8,17 135:17
136:18,24 137:3
154:22 155:1
**proof** 181:15
183:16
**proposed** 191:4
**proprietary** 49:15
119:1 121:4 144:6
**protect** 177:1
**protected** 123:14
**protective** 271:8
**protocols** 13:24
**prove** 184:5
**provide** 61:21
62:5,12 70:12
72:24 124:19
126:13 128:15
131:20,23 132:16
136:2,4 140:12
142:6,17 152:18
153:1 160:4
186:20 191:25
201:13 203:8
218:16,21 220:17
**provided** 23:19
41:24 48:15 62:3
68:17 115:14,17
117:25 120:10,12
120:12,13,14,16
121:3,17 122:10
125:4 126:1,5,15
127:19,21 128:7
128:10 129:2
132:11 133:11
141:10,12,18
143:1 166:18
167:12 186:17
256:2 259:22

262:16 263:10,20
263:25 268:17
**provides** 198:18
**providing** 24:3
41:25 68:3 71:14
71:15 104:17
117:23 122:21
123:2,12 127:4
166:22 184:24
249:24 250:3,4
**provision** 112:20
113:12,16,21
114:19 115:20
116:25 149:22
150:1,7,10,18
**provisions** 150:25
151:5,7,8,22 152:1
152:6
**public** 1:23 4:7
28:14 148:7
185:23 272:23
273:7 276:25
**publication** 97:12
**publicly** 114:10
115:4 144:13
159:14
**pull** 244:5
**pulling** 179:4
**puppy** 6:22
**purported** 17:10
18:1,10 19:11,18
20:5 49:14,20
157:7
**purpose** 62:14
68:4 71:14,15
117:18,20 150:13
150:14 173:10
176:3 193:24
208:20,23 256:19
256:23 265:13
266:7,18

**purposes** 60:22
61:22 167:11,25
173:12,13,16,18
205:13 234:22
257:3,7 261:5
269:16
**pursuant** 1:20
117:24 204:22
207:11
**pursuing** 80:25
81:25
**put** 25:20 53:20,23
165:8 168:3
169:13 245:22
**puts** 51:8,15

**q**

**qualified** 245:5
**question** 5:9 12:21
13:7 15:21 16:7
19:24 20:2,18,23
23:12 25:2,4,6,14
25:18 26:8 41:8,9
45:3 48:21 49:6,7
50:2,2,3,4,22,23
51:12 52:4 55:3
55:12 60:9,21
62:2,16 67:2
85:11,22 87:19
89:8,10 94:23,24
97:15,25 98:1
100:16 101:19
108:15,19 109:22
113:8,11 122:23
131:13 135:12
137:17 138:5,19
139:15,15 140:25
141:15 142:11
150:10 161:25
163:8,11,21 164:4
164:11 166:20
167:8 168:23

169:21 182:5
183:25 184:14
185:17 188:11,21
190:1 194:17
207:5 208:4
219:16 222:22
225:5 235:13
239:2 240:13
244:15 245:10
251:5,22 256:20
256:21 257:9
258:22 260:16
**questioned** 111:22
**questions** 73:17
148:14 164:4
193:16 229:5
236:21 237:15
271:1,6 272:2
**quick** 24:14,17,21
24:22 25:6,8,14,15
26:2,13,16,22 27:1
**quite** 25:14 74:1
91:15 138:25
160:8 187:25
223:23 224:16,17
235:23

**r**

**r** 2:1 4:5,5 148:1,5
148:5 273:1
**range** 221:23
227:7,13
**rate** 191:9
**rating** 37:12,12
**ratings** 39:3,22
**reach** 11:21 62:23
**reached** 11:18
39:12 62:20
**read** 87:3,9,12
122:24 144:15
210:8 221:8 222:1
222:7,9,13,14,17

**[read - referring]** Page 36

222:19,20,25
223:3,7 225:14
270:23
**reading** 38:24
222:9
**reads** 38:17 64:19
71:8,9,12 86:21
215:9 220:20
**ready** 222:22
**real** 125:23
**really** 42:4 87:9
237:25
**reask** 48:20 50:2
**reason** 5:6 50:15
118:17,17,24
140:10 217:16
241:10 260:6
266:22 276:4
**recall** 7:3,8 8:9,14
11:22 12:3 18:19
18:22,24 19:1,3,15
20:10 29:18,18
30:1 32:11 34:14
34:15,20,24 35:8
35:22 36:3,7,11,13
36:14,22 37:18,20
45:11,20 46:9
52:2 53:11,22
56:1,4,16,23 60:3
60:3,18,20 61:5,10
61:12 63:4,8,15
65:9,11,19,20 66:7
66:24 70:15 74:8
74:22,24 75:4,17
75:18 76:2 77:21
78:25 79:9,12
82:19,24 83:8,9,11
84:15 85:18,20
88:13,16,18 89:25
90:9,17,18,21 91:4
91:14,15 92:22

93:2,4,22 94:6,19
95:13,23 96:9
97:10 99:3,3,6,7
99:17 106:6,10
107:17,20 108:18
108:21 109:2,4
110:11 111:11
117:16,17 118:16
119:5,13,23 120:6
120:22 121:23
122:4,6,14 123:25
124:14 125:6,19
126:10,17,18,25
127:6,8,10 128:17
128:24 129:7
130:5,12 132:4,9
133:3 137:8
138:11,25 139:9
139:12 140:2,2,4,7
141:11,21 142:22
142:24 144:13
145:2,7,17,18,20
146:24,25 148:24
149:6,17 151:6
152:14,22 155:7
160:18 171:10
182:25,25 187:5,5
207:15 217:10,11
223:13 224:15
226:1,18 227:18
231:20 232:23
239:14,22 253:14
258:11 260:1,18
260:21 261:16
264:4 265:17
266:10 267:1,9,11
**recalling** 108:13
111:13 128:9
132:12
**recalls** 34:16 99:7

**receive** 11:19
105:18 118:25
180:6
**received** 10:4,12
10:17,24 11:6,14
15:3,6,16 35:21
44:9 84:7,9 93:19
119:6,11 120:2
144:10 153:17
180:10
**receiving** 11:13
31:6 84:12 108:3
143:22 144:4
**recess** 55:9 86:6
193:13 237:1
**recognize** 190:2
**recollect** 47:10
**recollection** 11:10
11:12 17:16 21:17
21:24 22:2 34:3
34:25 41:25 45:13
54:10 83:16,19
94:24 95:15
110:17 120:8
123:17,25 125:12
128:4 140:22
195:7 219:10
259:18 261:11
**recollections**
259:16
**record** 3:24 6:3
7:15 52:7 55:5,8
55:11 62:25 86:5
86:8 97:23,25
147:15,17,19
148:4 193:12,15
215:6 233:10
236:25 237:3,24
259:13 270:16,18
270:19,21,23
272:11 273:13

**recorded** 3:4
272:6
**recording** 272:4
**records** 92:23
**recruitment**
255:19 256:8,14
256:23 257:4,13
257:20 258:7,16
261:6,8 262:1,3,5
262:20
**redirect** 271:2
**refer** 30:19 35:16
35:24 74:15 176:7
197:21 209:9
214:20 219:1,4
223:25
**reference** 76:4
79:10,10 82:20
94:10 101:11
**referenced** 51:18
53:6 89:22 152:12
206:13 210:16
219:14,15 226:7
228:3,22 266:8
**references** 92:20
**referencing**
217:22
**referred** 24:14
27:1,12,20 33:1
87:21 181:14
205:15 216:6
**referring** 27:8,18
27:19 29:12 34:9
34:11 44:5,10,21
45:1,6 51:11 66:8
66:12 77:22 78:5
81:24 82:7,18
84:25 92:18 94:7
100:1 110:13
115:21,22,25
122:1 130:24

**[referring - represented]**                                          Page 37

142:9 143:10
153:22 155:22
160:11 161:18,23
171:15,18 172:18
175:6 206:10
209:18 213:20
215:21 218:9
219:4 224:13
227:11
**refers**  88:23
140:23 221:21
226:8
**reflect**  36:9 119:16
143:5 203:9,13
254:17
**reflected**  46:16
90:10 111:21
133:16
**reflecting**  59:22
258:1,25
**reflects**  127:4
155:21,24 212:23
**refresh**  21:17 22:2
83:15,18 95:15
125:11 140:21
195:7
**refreshes**  21:23
120:8
**refusing**  50:23
**regard**  13:21 17:3
23:1 127:20 218:6
218:8 224:8
**regarding**  15:23
23:20 33:6 34:23
42:12 45:16 51:21
51:25 52:3,12
53:3,5 61:22
62:14,20 66:5
68:4 71:16 72:16
72:25 73:12,19
77:12 83:17,20,23

103:10 104:22
106:1 107:10
116:17 120:9
122:20 123:1
137:2 142:7,18
156:16 158:11
159:12,15 177:13
212:16 214:5
217:12 223:21
228:6 229:23
232:10 236:10
**regardless**  13:12
28:19 45:14 159:7
239:16
**regards**  28:8
216:11
**registered**  1:22
273:6
**regular**  175:3
**reimburse**  131:1
**reimbursed**
117:13
**reimbursement**
131:20,24 139:8
139:18
**reimbursements**
139:14
**reinforced**  109:6
**reinforcing**  109:15
**reiterated**  104:2
104:13,20 105:20
144:19
**reiterating**  106:12
**relate**  193:19
209:25 213:17
215:3 216:6 219:2
219:4 220:8
**related**  9:10 17:10
17:17 18:1,9
20:15 21:1,11,15
22:20 32:8 34:11

70:13 108:4
127:13 128:21
208:24 216:20
223:17 267:21
273:16
**relates**  31:19
43:16,19,23,25
157:3 159:4,8
194:2 214:2
221:14 255:14
**relating**  19:11,18
20:5 22:8 23:4
32:15 33:7 42:8
43:13 56:8 70:3
73:3 88:10 89:1
89:12,20 125:1,9
126:23 127:2
144:5 154:22
159:1 213:6
218:10,15
**relation**  121:21
**relationships**
146:21,25
**relayed**  145:14
**relevant**  29:3
37:19 103:16
111:13 181:1
187:21 206:4
222:16 261:18
**relying**  97:1 99:23
106:5 111:8,14
122:17 123:19,20
124:2 126:22
171:4 177:19
224:20
**remainder**  33:15
**remained**  185:9
**remember**  8:6,16
9:20 11:13 15:20
17:18 18:14 20:2
20:13,19,22,24

21:4,9,13 34:4
35:20 36:20 44:16
46:3 79:3 80:23
82:23 90:10 93:6
94:9 98:21 149:3
151:25 152:23
154:2 216:8 217:8
225:25 227:21
228:1 231:22
249:19 259:21
265:20,21 268:13
**remembered**  52:2
214:15
**remind**  195:11
**remote**  3:4 272:7
**remotely**  4:2
**remove**  178:16
**render**  200:2
**repeat**  20:1 92:12
96:8 122:23
199:23 208:4
**repeatedly**  106:11
162:8
**rephrase**  72:7
161:20 199:22
267:25
**reporter**  1:22 3:20
3:23 4:1,3 273:7
**reporter's**  4:16
**reporting**  77:21
**reports**  216:25
**represent**  54:6
155:23
**representation**
96:10,20
**representative**  5:1
88:9 94:25 152:5
156:1,14 196:25
197:9
**represented**  266:3
268:3

representing
  106:21 107:5
represents  106:2
request  98:17,20
  153:23 154:17
requested  154:4
  236:20
requesting  71:13
requests  153:4
require  124:5
  179:6
required  22:14,18
  29:4 30:21 52:22
  191:2 207:14
reread  140:21
research  43:4
  44:22 46:3 51:23
  74:10 152:9 187:3
  269:5
researched  30:11
resistant  102:3
resource  46:18
resources  8:14,18
  18:17 20:12 28:9
  47:4 108:5 125:1
  125:10 141:25
  156:7 195:8
  268:21 269:1,3,6
  269:19
respect  14:6,18
  15:23 16:24 17:5
  65:13 69:17 74:7
  75:21 77:18 78:14
  79:18 87:15 92:7
  92:14 106:3
  109:19 126:12
  127:17 128:6,9
  129:1 130:16
  132:18 136:10
  139:8,18 140:13
  141:1 149:23

150:11,19 159:16
159:25 160:1,5
196:13 202:22
206:11 224:3
228:5 235:14,25
239:7 240:14
242:14 245:2
252:21 255:4
261:19 263:14,23
264:17 267:19
268:1
respond  222:22
responds  87:4
response  11:20
  38:10 40:13 41:14
  46:10 85:14
  136:17 155:15,17
  201:10,11 235:16
responses  37:6
  38:2,5 39:18
  57:11,17 59:4
  63:6 201:19,25
  274:10,15,25
restrict  173:20
restricted  165:21
restriction  174:6
restrictions
  173:11
restrictive  174:10
restricts  174:6
result  71:25 72:10
  146:9,13,22 147:4
  147:11
resumed  148:6
retail  174:5
  208:21,22,25
  210:13 211:5,6,21
  214:14 221:18
  226:21 241:25
retained  13:15

retaining  14:18,23
retention  14:6
return  98:10,20
  152:17 153:3,10
reveal  23:23 31:23
  47:21 51:2 61:25
  65:17 72:3,6 84:3
  97:8 98:6 139:21
  242:7 260:11
revealing  47:25
revelation  33:6
revenue  191:15,22
  192:15 195:21
revenues  157:6,14
review  8:1 9:23
  29:19 38:12 54:20
  57:7 65:1,3 66:21
  68:12,14,22 69:7
  74:23 77:7 95:15
  96:13 97:2 121:10
  137:8 152:9
  156:22 206:7
  207:17 211:1,2
  224:10 225:4,7,8
  233:17 236:9
  245:25 254:7
reviewed  6:19
  10:11 12:9 13:23
  15:5 17:1,7,14
  18:4 19:6 22:3
  24:10 27:24,25
  28:9 30:15 31:1,4
  32:6,19,24 33:1
  34:8 36:11,21
  37:19 41:4 42:11
  44:17 52:17 53:18
  58:21 60:6 66:19
  68:25 69:22,23
  70:5 71:20 72:19
  73:21,21 74:21
  79:21 84:15 85:19

87:23 90:11 94:8
99:8,18 107:13,18
108:11,20 119:4
121:25 124:21
127:6 128:5 129:6
133:1 139:10
143:8 147:2,6
149:25 151:6
153:12 155:3
156:4 170:21
182:2 193:4 195:3
196:5 201:4 203:5
203:16 204:9
212:12,19,20
213:3,15 219:11
220:3,11 221:16
223:17 227:19,23
229:22 230:14
231:10 233:1
236:4 239:22
244:21 247:24
248:18 251:6
253:19 256:17
258:8 259:24,25
265:22 266:5
268:6,15
reviewing  30:5
  76:2 78:25 80:9
  83:9 88:13 91:1
  92:22 123:4
  231:20 246:12,25
  259:8
revisit  43:11
right  6:6 7:8,18
  8:11 9:20 10:3
  11:1 20:14,19,25
  21:4,10,14 24:10
  25:16 26:21 44:7
  51:4 53:22 58:23
  63:16 64:1 71:12
  73:11 79:13,25

80:8 83:5 84:14
85:10 86:2,9
91:14,16 93:23
94:5 95:12 98:7
102:9 120:1
125:24 126:10
128:24 129:15
131:3 132:4
137:23 146:24
151:14 152:23
155:14,20 163:25
166:19 169:6
172:25 173:3,18
173:21 176:22,24
177:1,14 180:10
182:6 188:13,14
188:15,21 190:23
192:19 193:6,8,10
200:15 215:13
227:21 228:1
255:4 258:12,23
266:11 267:11
268:14 270:17,22
**rights** 163:4 251:8
**risk** 194:12,15,18
194:18,20,24
195:2,4 254:24
264:18,20,24
265:7 266:1,14,19
266:21 268:8,9,10
**risks** 267:8
**rogers** 7:7 8:12,13
9:1,2,3 18:7
**role** 78:14 87:1
88:5 92:7,14,24
130:21 131:5
133:13,19,22
134:25 136:20,25
**roles** 131:18
132:20

**ron** 171:6
**rosenbaum** 86:23
**rough** 125:23
**roughly** 40:10
80:14 83:3 164:3
**routinely** 132:15
132:15,17 135:24
136:8,19
**rpr** 273:24
**rule** 1:21 215:17
**run** 270:13,24
**running** 252:24
**ryan** 7:4 9:11,12
39:12 67:14 171:3

**s**

**s** 2:1,17 4:5 58:14
67:15 148:1,1,1,5
276:4
**sake** 48:9
**sale** 172:12
**salespeople** 160:20
**salesperson** 165:1
**sam** 76:21
**san** 1:3 3:12
**sankar** 18:5 31:7
66:20 67:7 69:9
70:17 75:17 76:21
78:8 81:11,14
83:6,17,19,22 84:7
84:11,20 85:5
91:23 93:7,19,24
94:2 105:21
107:14 108:12
110:3 111:1
144:10 155:3
242:21
**sankar's** 67:8
79:11 83:14 85:3
91:3 94:11 105:25
111:10

**santa** 1:20 3:5
**sat** 7:12 154:2
**satisfy** 137:19
**saw** 8:4 88:19
132:3,6 143:2,21
153:15 154:17
**saying** 6:24 84:24
102:10,25 103:2,6
103:7 106:20
113:23 114:5
133:25 145:7
146:6 152:3
163:19 196:8
200:4 204:5 231:5
245:24 247:11
248:17,17
**says** 38:4 40:13
57:19 58:11 67:7
68:8 86:24 161:2
216:23 252:19
**scale** 165:24
172:10 174:21,23
174:24 175:4,7
177:14 178:14
184:23 188:4
189:3 190:25
**scam** 93:25
**scientist** 178:7
179:17
**scope** 12:18 13:4
13:18 14:9,21
15:19 17:13 18:13
19:14,22 20:21
22:23 23:7 25:24
26:19 27:5 30:9
37:17 39:24 40:19
41:20 44:14,24
45:19 46:14,25
47:18 49:4,24
55:19 56:15 59:2
60:1,15 73:7 77:1

78:18 85:8,17
87:19 88:2 89:4
92:11 95:7,22
96:3,18 113:8
115:3 117:10
118:4,15 132:2,8
132:25 135:10,20
136:14 137:6,22
138:18,24 142:21
163:4 165:19,19
169:22,25 170:3,5
170:7,9,18 171:25
173:4,7,8,10,22
174:4,6,10,11
177:11 181:2,23
182:17,24 183:9
183:20 186:6
187:1 188:3
191:19 192:5,17
193:22 195:1
197:4,22 199:3,7
199:10,14,25
203:24 205:11
207:4 210:23
211:17 212:10,20
213:1,13 214:11
215:24 217:7
221:11 225:2
226:13 227:16
232:6 233:7 235:4
235:17 236:15
239:21 241:2
244:20 245:4
247:15,23 249:5
251:2,8 252:4,8
253:1 254:13
255:8 258:5
260:13 261:1
263:2 264:22
269:21

scoping   175:15
score   258:1,24
  266:3,6 267:21
  268:3
scores   268:12
scott   67:15
scriven   9:21 81:10
  81:18 84:18,20
  85:6 138:15,22
  139:2,6,9,16,25
scriven's   9:23
  139:10
scrolling   210:24
seamlessly   221:1
search   10:15,18,19
  13:24 175:3,3
searched   175:2
searches   42:13,15
  42:17
seat   174:2 189:3
second   38:16 77:4
  93:8 204:21
  238:12 240:20
  243:3,6 244:9,11
  245:21 250:8
secret   17:11 18:1
  18:10 19:11,18
  20:5 127:5 204:2
  204:22 205:21
  206:7,8,8,18,18
  207:11,21 208:8
  208:15 209:14
  210:20 211:2,25
  212:23 215:5,6,7,8
  215:10,14,15,22
  216:11,22,23
  217:9 220:19,20
  220:21 221:7,13
  221:21,24,25
  222:6,13,24 223:8
  224:4,21 225:10

226:8 227:1 228:5
228:12 230:1
231:19 232:8,17
235:18 236:7
248:15 250:2,23
250:25 251:13,16
254:25 255:10,12
255:15,20,25
263:4,11 264:14
264:25 265:2,11
266:2,14,17 269:8
secrets   17:19 19:7
  20:15,23 21:1,11
  21:15 46:7,11,15
  46:16 47:3 49:6
  49:10,20 98:11,13
  98:22 99:1,14,16
  125:9 154:16
  156:6,16,19 157:7
  200:23 201:1,2
  202:17,23,25
  203:18,20 204:3,4
  204:6,14 205:2,6,8
  205:9,13,18 206:2
  206:21,25 207:19
  208:6,20 209:13
  209:17,20,25
  210:2,10 211:4,20
  212:7 214:14
  216:2,4 219:9
  221:17 223:12
  224:10 225:18
  228:13 229:16,21
  230:5,6,9,16,18
  231:7,21,24 232:2
  233:2 234:1,15,24
  236:3 239:11
  240:7,8,15,18,23
  241:10,13,17
  242:10 243:3
  248:4,7,9,11,14,18

249:18 250:5,12
250:13,23 254:11
254:15,19,22
255:2,6,20 256:5,9
260:22 261:5,20
261:24,25 262:11
262:15,17,24
263:7 264:9,18,20
265:7 268:21
269:1,3,7,12,14,19
section   204:23
  207:12,14
sector   161:4 162:4
  190:7,8
sectors   159:13
security   37:12
  56:11,13,21,24
  217:2 221:2 228:6
  240:1 249:10,12
see   27:22 38:9,20
  38:22 39:4,5,7,15
  42:25 43:1,6,7,16
  43:16 53:20 57:16
  58:8,10,16,17,21
  64:1,7,11,14,15,21
  64:22,24,24,25
  65:22,24 67:5,9,10
  67:12,13,23,25
  68:1,7 70:24 71:6
  71:9,18,19 81:9,11
  81:13,16 84:10,23
  84:24 86:14,17,19
  87:2,3,8,9,12
  91:25 92:3,5
  94:14,15,15 96:14
  101:10,17,18
  120:8 163:19
  178:18 201:24
  202:2,3,5,10,11
  204:19,24 205:3,4
  205:6,7 215:20,21

216:22 221:5,6,24
221:25 222:2,3,4
227:10,11 229:8
229:12,14,19
248:25
seeing   63:19 88:16
  141:11,21 265:17
seeking   41:9 238:3
seen   10:11 53:10
  54:3,18 57:4
  65:10 78:6 94:12
  96:11,21 114:25
  141:20 146:11,16
  147:7,13 156:10
  174:16 190:13,13
  223:10 240:13
  252:7 253:9,18
  261:3 265:10
segments   238:1
selection   255:18
  255:18 256:7,23
  257:4,14,21 258:8
  258:15
sell   172:3
selling   199:16
send   63:2 253:15
senior   123:9,9
  124:3
sense   25:14 26:8,9
  27:3 175:18
  184:20 245:9
  246:8,23 267:10
sensitive   115:6
  220:24
sensor   270:1,3
sent   62:24 63:5
  81:15,19 87:10
sentence   38:24
  39:5,7,7,9 93:8
  198:10,12,14,16
  215:6,14 221:6

222:1,21 223:1
227:11 238:12
240:16,20
**sentences**  241:5
**separate**  42:6
104:20
**september**  17:9
18:2,11 19:10,19
20:6 22:7 23:25
25:9 28:5,23 29:8
29:23 35:1 38:24
64:17 66:6,10,14
69:18 98:9,23
101:16 103:24
104:6 153:24
**sequence**  80:8
**serve**  133:14
**services**  253:13
**session**  141:22
**sessions**  141:18
**set**  15:13 37:7 38:3
57:13,18 77:16
84:17 87:6 88:24
88:25 89:9,11
116:19 132:11
160:2,4,15 201:20
202:1 214:17
243:6 244:9,12
247:1 251:7
273:11,21 274:11
274:17 275:1
**sets**  27:13,14,17
27:19 28:4,21
29:1,3 30:14,16
159:23 215:17
270:7
**setting**  48:22,24
50:4 60:23 75:1
90:12 180:17
213:24 219:22,23
242:13 252:17

**setup**  239:24
240:10
**setups**  247:1
**seven**  164:3,23
231:23
**share**  5:15 116:8,9
227:6 228:9
239:15 247:9
**shared**  73:10
112:10 115:16
119:21 121:12,15
122:6 124:25
144:12 221:1
225:21 228:13,14
232:24 238:19,22
238:24 239:4,9
**sharing**  111:6
205:15 208:24,24
209:1,5,21 217:2
221:2 224:22,24
225:19 226:2,17
227:8,13,24,25
228:7,19 230:23
232:21 234:17
239:12,13,17
240:2 246:21
247:3,6,8,12,18
249:10,12
**sheet**  276:1

**shift**  248:2
**shout**  233:10
**shouting**  233:11
**show**  9:25 21:21
63:16 119:15
133:2 184:10

**showed**  88:14
155:16
**shown**  76:4
**shut**  84:21 85:5
**shyam**  18:5 66:20
67:7 69:8 75:17
78:8 81:11 83:6,8
84:7,11,19,25
86:22,25 87:5
91:23 92:1 93:14
94:7 105:21
107:14 108:12
111:1 242:21
**shyam's**  83:10
**sign**  52:22
**signature**  52:1
53:19,25 54:4,7,9
54:10,15,16
273:23
**signed**  53:7,15,17
**similar**  30:3 72:20
163:4,4 171:24,24
171:24 172:17,20
173:4,7,8 176:10
176:17 179:1
184:1 246:22
**similarly**  162:25
163:3 171:16
177:15
**simon**  2:17 4:17
**simple**  162:13
**simply**  42:4
**single**  132:21
166:24 167:4,10
167:24 185:15
**sit**  19:12,16 20:13
20:24 21:10,14
26:21 29:17 36:7
44:16 45:20 53:22
57:3 59:7 75:4,18
79:2,13 80:8,23

84:14 85:10 89:25
90:6 91:16 93:6
93:15,22 94:5,19
95:12 117:12,16
118:24 119:13,24
124:14 125:6
137:23 145:19
146:24 155:13,19
192:19 209:7
216:8,17 220:7
227:21 228:1
236:7 258:12
266:11 267:11
268:13 270:9
**site**  253:11,12,16
253:23 255:18
256:7,23 257:4,13
257:21 258:8,15
**sitting**  30:19 70:16
107:20 128:24
132:4 133:3
152:23 246:11
260:1
**situated**  162:25
163:3 171:16
**situation**  178:17
**six**  164:3 270:24
**sixth**  71:7
**size**  165:23 171:24
172:17,18,18,20
172:22,24,25
175:4 178:22
188:3,3 198:23
**skipped**  6:1
**skywise**  185:22,25
186:4,10,24
**slightly**  74:16
191:12 242:2
**slobodchikova**
2:22

smaller   170:5
software   22:12,21
  23:24 24:2,3,8,9
  24:15,24,25 25:1,3
  25:4,15,16,20 26:1
  26:3,14,14,25 27:9
  29:14,18,22 30:1,4
  30:6 163:5 165:25
  169:5 171:23
  172:3,10,23
  173:16 174:1,4
  175:13,21 176:3,5
  181:16 184:6,8,24
  185:20,24 186:17
  186:20,23 187:10
  187:18,19 189:2
  189:16 191:2
  198:19,21 206:1
  209:18,19 211:4
  211:19 214:13
  216:1,9 220:15
  224:9 225:19
  227:23 230:3,15
  230:15,19,20
  231:7 232:3,22
  233:25 241:14,16
  241:19 242:12
  243:8,18,19,24
  244:2 246:5,7
  248:13,16 249:11
  249:16,16,21,22
  249:22,25 250:4
  250:10,14,17,21
  250:24 251:8,12
  251:16,19 252:1
  252:18,19 253:8
  253:21 254:3,16
  254:16 255:11,13
  255:16,21,25
  256:1,8,10,18,22
  257:3,6,11,11

258:1,7,24 260:24
261:4,8,12,13,22
261:23 262:3,5,16
262:20,25 263:4,8
263:10 265:1
266:2 267:20
268:2,7,20 269:2
269:10,12,15
solely   129:14
  150:16
solutions   3:19
solve   175:20 176:5
sophisticated
  115:8 123:15
  124:4 134:24
sorry   4:12 6:22
  10:25 14:10 16:1
  20:17 36:6,15
  37:18 41:13 44:3
  47:18 55:18 56:12
  58:2 60:8 71:1
  73:21 76:1 77:14
  80:23 82:22 91:5
  92:12,21 97:17,22
  105:25 107:23
  115:18 116:9
  122:12,23 135:11
  138:3 140:16
  142:22 154:8
  160:7 170:25
  187:5 196:19
  199:22 203:10
  205:25 210:24
  239:1 250:18
  253:4 256:3
  259:20 260:16
  265:11 269:20
sort   74:11 78:10
  93:4 99:9 116:4
  131:19 132:14,14
  133:20,21 134:7

145:20 171:17
  175:15 176:2
  187:21 244:25
sorts   134:17
  162:10
sought   41:9
sound   16:6
sounds   110:14
source   30:12
  99:22 125:13
  128:25 179:3,8,9
sources   177:19
  215:17 269:18,25
  270:6,7
sp   86:23
space   74:11,12,20
  77:19 164:19,21
  196:4 197:19
  198:1,2,3,20,21,24
  254:22
spaces   20:13
speak   7:2 11:7
  12:5 63:10 65:4,6
  65:25 66:2 83:6
  91:5,8,12 95:24
  96:24,25 164:18
  177:24 212:15
  247:25 261:9
  264:2
speaking   15:20
  19:4 40:11 45:11
  46:4 95:23 151:22
  190:21 242:25
  256:21
special   190:3
  194:2
specialist   3:18
specific   8:9 11:22
  19:15 22:16 25:19
  34:20 36:13 51:25
  52:2 53:5 59:11

66:7 74:23 90:17
  100:24 110:5,11
  110:19 113:12
  114:19 115:11
  116:11 120:1
  121:22,24 122:4
  123:12,25 125:4,7
  126:17 127:14
  128:2,3 132:5,21
  133:4 134:1
  141:14 145:3
  150:1 155:18
  160:18 165:9,10
  167:20 188:14
  191:16,24 197:7
  198:19 207:21
  208:8,15 210:14
  212:22 213:22
  214:22 216:14
  219:12,19,21
  221:19 227:25
  235:18 239:23
  246:12 258:6
  259:10 260:5
  265:20,21 267:5
specifically   13:20
  17:18 18:14,19,22
  18:24 19:1,3
  20:14 21:1,10,15
  25:4 26:11 27:8
  29:2 40:3 57:7
  59:17 83:9 92:24
  96:6 98:17 108:16
  111:13 117:3,6
  119:23 122:14
  128:17 134:21
  135:3 136:11
  138:12 143:17
  144:25 156:11
  171:9 196:13
  197:16 206:2

**[specifically - substantially]** Page 43

209:13 225:10
230:25 257:13
267:9
**specificity** 203:2,8
**specifics** 22:24
63:8 90:21 99:6,7
118:23 119:13
120:11 129:8
137:12 197:22
209:4,10 211:5,21
212:19 214:15,17
216:9 217:11,19
220:8 223:20,22
224:1,15,19
225:23 226:1
239:14 240:9
244:3 245:25
261:16
**specified** 112:21
113:14
**specify** 206:18
**specifying** 114:19
**speculation** 21:20
27:5,16 43:21
44:15 75:24 85:9
137:7 207:25
212:11
**speculative** 208:2
**spoke** 6:20 7:3,4,4
7:5,6,6 11:8 12:8
12:22 14:24 18:6
18:7,15 31:12
32:25 35:9 44:17
45:21,22 47:12
65:12 83:8,16,19
91:10 99:24
104:15 105:23
106:11 107:12
108:10,20 110:12
111:17,19 122:7,8
125:18 129:9

139:25 145:9
148:20 149:7
156:18,21,25
158:5 171:2,3,3,4
171:5,6,6 231:2
242:18 259:23
261:9,10 263:17
263:19,24 264:4
267:15
**spoken** 12:3 32:13
33:2 65:7 83:22
97:4 128:19 236:1
236:5
**spot** 170:14
**spread** 184:10
**spreadsheet** 178:4
179:8
**srikhanta** 87:15
88:10 89:1,11,18
90:4,14 96:25
97:5
**ss** 273:3
**standard** 3:16
113:1 272:10
**standardization**
245:1
**standardize**
242:24 243:17,20
**standardized**
216:25 217:18
244:5,13 245:17
245:21,24
**standardizing**
243:9,10
**stands** 48:20
**start** 10:8 24:14,17
24:21,22 25:6,8,14
25:15 27:1 167:2
205:5 234:10
265:8

**starting** 82:22
**starts** 26:2,13,16
26:23
**state** 1:23 6:2
240:20 273:2,8
**stated** 35:5 76:19
77:4 79:1 123:5
140:10
**statement** 34:20
206:8 221:14
222:14 232:17
236:8 252:6
263:11 264:14
**statements** 33:10
33:23 34:1 40:2
**states** 1:1 3:11
39:11 68:3 84:21
94:12 227:4
**stating** 233:12
**stemmed** 77:7
**stenographic** 3:24
**step** 162:14,16
**stephen** 2:15
**steps** 10:23 11:2,4
97:12 164:24
**steve** 4:12 14:11
190:5 229:1
233:12
**stick** 70:20,20 71:3
**stipulated** 3:22,25
**stipulations** 272:2
**stop** 79:17 98:25
153:5 154:5
250:19
**stopped** 78:23
79:5,23 80:1
**storage** 223:14,21
**stored** 175:1
**storing** 221:22
**story** 43:13

**street** 2:6,13
**strictly** 186:19
**strike** 12:12 13:13
14:4 36:16 37:22
48:23 54:23 61:14
62:6 69:15 79:14
82:12 104:23
110:22 112:5
114:15 117:19,21
127:2 185:12,18
186:3 196:24
199:8 203:10
204:20 231:25
243:18 244:10
**string** 81:10 91:22
**stripping** 220:23
**structure** 172:25
270:5
**structured** 75:3
178:2
**studies** 261:15
**stuff** 86:25
**subject** 15:10
41:18 43:3,7
64:19 79:7 92:3,5
99:21 112:6
175:16 198:7,24
271:2,2
**subjects** 145:16
**sublicense** 186:18
186:19
**subscribed** 272:18
276:22
**subscription**
173:11
**substance** 69:24
71:25 72:25
152:14
**substantially**
72:20

**substantive** 38:22
39:7 222:21
226:25 237:19,21
**sudan** 267:15
**suggest** 57:4
114:25
**suggesting** 238:5
**suggests** 10:12
85:6 208:2
**suitability** 258:2
258:25
**suitable** 262:7,22
**suite** 2:6
**sum** 224:3
**summary** 243:10
243:13 253:24
**sunnie** 52:19
143:19
**superior** 38:6
**supplemental**
63:22 64:3 175:20
274:19
**supporting** 253:13
253:24
**supposed** 86:22
97:17 111:23
**supposedly** 46:23
**sure** 4:21 6:4 9:4
10:8,13 12:20
13:6 14:10,22
15:5 16:7 19:24
20:9 21:8 22:15
23:10,11 26:3,15
27:17 37:1,9,24
38:13 39:5,6
41:22 43:24 46:20
47:10,24 48:13
49:5,7 50:19 52:6
52:25 55:4 56:5
56:18 60:4 62:2,3
63:14 69:1,20

72:13 73:8,9 74:1
77:3 78:19,19
80:7 84:14 85:11
86:23 88:5 94:6
99:25,25 100:14
100:23 101:2
102:20 107:4,4,17
109:2,21 110:12
112:18,23 113:3
113:19,19 114:5
114:14 115:9
117:6,12 118:5,16
118:24 119:25
122:13,25 125:23
127:8,13,14
131:11,11 133:24
134:12 135:2,11
136:5 137:16
138:11 140:20,23
141:4 143:16,16
143:20 144:2
145:11,20 149:25
153:2,7,21 154:1
157:13 158:20
160:8 161:17
163:14,16,25
166:6 167:7,20
168:4 170:13
179:22,25 180:13
180:25,25 183:24
183:24 192:6,19
192:20,24 193:4,9
199:24 200:13
201:8,9,23 202:19
222:2,20 225:11
226:23 228:18
230:7,11 234:10
235:23 239:25
240:12 241:4,6
242:25 243:24
244:23 245:13

251:4,21 252:15
253:4 266:6
**suspect** 195:22,24
**suspected** 82:9
**suspicion** 80:18
82:15
**suspicious** 217:1
**swear** 4:3
**swohlgemuth** 2:16
**sworn** 4:6 148:7
272:18 273:12
276:22
**synthesizing**
215:16
**system** 178:1
179:3 217:2 221:2
228:7 240:2
**systems** 215:17
249:19

| **t** |
| --- |

**t** 1:13 148:1 273:1
273:1
**table** 179:8
**tailor** 227:8
**take** 4:1 10:23
11:4 13:8 21:22
23:10 29:21 53:23
56:25 65:1 68:11
71:20 85:23 90:1
97:12 98:8 101:5
110:4 120:7 146:1
146:3 147:16
183:5 193:8
196:17 223:3
229:2 236:18,22
236:23 237:17
238:23 260:3
264:8
**taken** 3:7 55:9
86:6 193:13 237:1
272:8

**talk** 9:21 11:16,24
42:5 86:21 103:22
115:22 160:9
163:10,19 166:25
175:16 192:9
237:9,10,12,16
241:15 246:15,16
263:13,22
**talked** 12:1 14:22
45:11 77:23 86:24
126:3 138:14,21
139:2 155:9 194:1
199:24 237:8
267:16
**talking** 14:14 39:8
43:24 92:19 96:10
103:20 116:11
132:19 136:9,17
151:13,15,19
158:4,5 160:14
167:22,22 172:11
176:1 177:5
197:17 219:20
226:1 241:9,11,18
243:4 246:2,18
263:12
**target** 266:20
267:8
**taylor** 7:4 9:11,12
32:6 34:12,16,21
35:1,5,9,13,18
39:12 66:20 67:14
69:8 70:16 157:25
171:3
**taylor's** 34:13
35:16 66:9,22
**team** 43:3 84:19
84:25
**teams** 251:18
**technical** 231:15

[technologies - think]                                                          Page 45

**technologies** 1:5
3:9 5:2 17:11 18:2
18:10 19:12,19
20:6 57:22 102:1
104:12 106:16
107:8 128:20
220:15 223:19
**technology** 125:2
125:2 156:5 192:2
192:14,22 193:1
201:14 212:17
219:8 221:17
223:11 224:17
225:17 228:11,23
233:2 234:22
239:3,8,10 240:6,6
240:11
**telephone** 145:14
**tell** 5:6 18:8 34:16
34:17,21 35:18,25
40:24 57:20 61:3
87:10 110:5,16
134:13,13 141:5
145:4 162:9,10,21
166:23 184:2
195:14 205:20
207:20 208:7,14
208:16 210:1,6
215:17 219:3
220:7 221:15
232:18 235:24
241:8 251:25
252:7 255:12
**telling** 40:16
**ten** 61:18 236:19
**term** 24:21 101:1
102:3,7,8,19 113:2
113:13 185:21
230:4,7
**termination**
116:25 117:2,4

**terms** 22:12 39:1
39:20 100:10,15
101:11 104:12
116:5 144:13
150:5 151:13
166:1 172:22,24
177:2,25 184:19
185:8 227:24
268:12
**testified** 4:8 26:24
52:19 70:17 76:15
95:13 104:14
105:19,22 109:5
109:23 110:17
115:8 118:22
119:19 121:11
128:18 143:19
145:10 148:8
154:21 156:13
232:3 257:17
**testify** 7:16 16:13
40:3 55:24 73:11
73:15 95:3 101:3
101:8 104:21
105:1,6 120:9,17
124:8 144:24
152:4 157:9,16
158:6 210:7
217:10 219:7
236:2
**testifying** 4:25
61:22 62:14
230:19
**testimony** 7:20,22
8:1 12:23 18:15
27:20,21 31:4,9,11
33:6,16,22 34:13
35:17,23,24 36:6
36:23 40:21 41:3
44:17 45:22 48:15
50:17 52:17 56:3

56:6 60:1 61:1
65:2 66:1 68:13
69:14,16,21 71:22
74:15 75:15,24
76:10,12 78:10
79:6,8 82:5,7,13
99:21,24 100:2
103:4 104:4
105:25 106:1
108:20 109:16
110:2 114:15
115:25 116:6
123:18,20 125:11
125:14,22 129:3,5
132:12 133:16,25
134:4,13 137:11
139:3 144:16,17
145:16 148:18,21
153:7 155:9
156:19,20,23
169:14,16 183:9
189:20 190:4
197:8 204:11
205:23 207:20
208:7,11,13 209:8
210:5,15,18
211:25 212:2,8
214:24 217:11
218:13 226:20
228:3,21 229:22
231:1,5 232:12
233:7,24 234:5,6
234:19 235:5
236:5 237:11
243:11 256:16
257:24 259:6,8,15
259:22 267:15
268:18 273:14
**text** 44:6 67:25
71:8,9 86:21

**thank** 55:6 271:9
**thanks** 7:1 271:4
**theft** 93:25
**thin** 184:10
**thing** 38:14 102:11
177:6,8 179:19
**things** 9:19 96:4
102:12 106:6
131:2,3 133:21
135:1 162:11,23
163:5 164:20
165:15,18 174:8
178:6 179:13
199:6,9
**think** 6:1 13:7
25:13 26:7,7
28:10 30:18,20
34:7 38:16 40:21
41:1,4 44:7 48:6
49:9 52:5 58:3,22
58:22 63:20 70:6
74:14 76:12 77:4
78:10 80:21,21
82:13 84:5 85:25
86:22 87:11 88:16
98:12 100:1
107:15 111:1,18
113:6 114:6 115:1
115:7,12,25 116:6
116:21 117:3
119:15 125:1
126:7 128:22
129:10 131:13
132:13,21 133:15
134:14,22 136:7
136:16 137:10
140:19 143:5
145:8 148:14,24
153:16,19 155:14
155:16 156:23
157:21,25 158:3

**[think - topic]**

158:16 160:23,25
161:5,18 162:2,20
165:12 166:9
168:10,14,23
169:21 172:1
173:8,9,21 174:15
176:2,13 177:2,23
178:9,9,10,21,24
180:2,9 181:25
182:5,6,10 183:25
184:4,7 185:3,9,9
185:14,22,22,23
186:1,12,15 187:4
187:9,16,16,24
188:1,13,18 189:7
190:3,5,7 192:7
193:6 194:5,9,14
195:12 196:2,3,8
196:10 202:7,19
208:1,12 212:22
215:12 219:6
223:15 224:7
228:16 229:2
234:6,11 237:13
237:24 238:4
239:12 242:7,18
245:11,16 246:11
246:18 247:5,17
248:5,5 249:14
250:1,1 251:22
252:6,12,15
253:15 254:8
258:13 259:23
266:23 267:10,13
267:17 269:11
270:24
**thinking**   21:25
22:4 57:7 82:11
82:25 110:1
116:10 124:17
125:20 127:13

129:15 131:3
160:24 163:14,24
164:10,17 166:16
167:15 173:21
175:21,23 177:25
218:21 230:25
235:7 241:20
**thinks**   86:21 124:1
**third**   37:2 130:16
137:24 138:6
253:16
**thought**   11:13
120:23 123:7
135:3 161:19
184:7 251:23
260:20
**thoughts**   84:21
**thousand**   145:10
189:5
**thousands**   220:2,2
**thread**   82:21
89:23 92:20
**threat**   220:23
226:21
**threats**   49:14
211:14
**three**   19:8 61:10
**tied**   51:13
**till**   6:11
**time**   3:15,16 6:14
8:22 15:14 18:18
24:4 28:17 31:5
32:10 35:4 36:12
40:23 41:4 42:1
46:19,21 47:12
48:1 52:21,22
55:7,10 58:15
66:20 70:5,9 74:1
76:1 78:21 79:23
80:6,16,24 82:8
83:4,12,14 86:7

91:15 98:12 99:14
100:24 101:15
102:2 103:16
104:1,4,10,14,19
105:13,15 108:1
115:14 118:1
120:13 121:10,16
122:8 125:23
126:15 134:23
138:14,21 139:1
140:4,8,10 142:9
142:11,22,24
143:10,18,23
144:8 145:9
146:10,15 147:7
147:13,18,20
148:2,3,24 152:11
153:13 155:7
156:14,18,25
157:21 158:4
160:25 162:4
171:10 182:1,3,6
184:4,7 193:11,14
223:3 227:4
228:24 230:21
235:11 236:24
237:2 244:24
254:5 260:4 262:6
266:23 270:13,17
270:20,24 272:5,9
272:10,12
**times**   58:19
175:24 177:22
182:7,8,21,22
183:1 242:15
**timing**   80:7
151:16 182:11
**tips**   178:19
**title**   8:24 9:4
**titled**   159:3,8

**today**   3:14 4:25
5:7 6:11 8:2 19:12
24:12 28:21 61:23
65:5 95:3 149:8
182:15 184:18
246:11 271:1
272:4
**today's**   6:16,18
7:11,14 12:23
61:1 65:2 66:1,3
68:13 71:22 91:9
91:11 130:10
148:21 237:9,19
259:15
**told**   36:3,24 41:6
73:10 90:25
109:24 113:4
116:8 139:6,16
150:24 219:6
235:24
**toner**   201:9
**top**   81:10 88:23
**topic**   13:22 34:12
35:23 36:6,12,21
51:6,10,12,13
55:24 56:4 60:4
65:21 73:16 76:5
97:15 98:2 101:5
101:7,9,10 103:16
103:24 104:5
105:6,24 107:10
107:12,18 108:10
120:18 127:15
129:9 140:3,21
142:24 152:4,12
153:6 157:3,9
170:25 171:2
190:10 206:9
208:17 209:7
210:7 219:18
221:12 231:1

**[topic - types]**                                                                                      Page 47

232:8 235:17
236:15 242:8,9
258:22 259:19,20
259:22 260:3,8,14
269:24
**topics**   8:14 9:10
40:10,11 95:10
130:4 222:16
**touched**   252:16
**track**   33:11,19,21
33:23 163:24
**trade**   17:11,19
18:1,10 19:7,11,18
20:5,15,23 21:1,11
21:15 46:6,11,15
46:16 47:3 49:6,9
49:20 98:11,13,22
98:25 99:13,16
125:9 127:5
154:16 156:6,16
156:19 157:7
200:23 201:1,2
202:17,23,25
203:18,20 204:2,3
204:4,6,14,21
205:2,6,7,9,13,18
205:21 206:1,7,8,8
206:18,18,21,25
207:11,19,21
208:6,8,15,20
209:12,14,17,20
209:25 210:2,9,20
211:1,4,20,25
212:7,23 214:13
215:5,6,7,7,9,14
215:15,22 216:2,3
216:11,22,23
217:9 219:9
220:19,20,20
221:7,13,17,21,24
221:25 222:6,13

222:24 223:8,12
224:4,9,21 225:10
225:18 226:8
227:1 228:5,12,13
229:16,21 230:1,5
230:6,9,16,18
231:6,18,21,24
232:1,8,16 233:2
233:25 234:14,24
235:18 236:3,7
239:11 240:7,8,15
240:18,23 241:10
241:13,17 242:10
243:3 248:4,7,9,11
248:14,15,18
249:18 250:2,5,11
250:12,23,23,25
251:13,16 254:10
254:15,18,21,25
255:2,6,10,11,15
255:20,20,25
256:5,9 260:22
261:5,20,24,25
262:10,15,17,24
263:4,7,11 264:9
264:14,18,20,25
265:1,7,11 266:2
266:14,17 268:21
269:1,3,7,8,12,14
269:19
**trained**   141:1
**training**   140:13,16
140:17,19,23
141:9,12 144:5
**transcript**   9:24
12:10 22:1 24:11
28:1 32:24 56:17
57:8 69:8 76:2
77:8 79:1,12
83:10 91:3,4 94:8
95:14,18 96:14

99:8 106:11 111:9
111:19 121:25
123:5 124:15,22
126:22 129:11,14
139:11 140:9
211:23 212:13
213:3,11,19,25
216:5,15,19
217:20,25 218:4
219:22 223:14,16
223:19,24 224:3
224:11 226:6
235:8 241:21
244:7 258:9,11
260:4 265:23
271:7
**transcripts**   6:19
17:15,22 18:4
21:22 28:2 33:1
93:3,3 97:3
107:13,16 108:11
111:12,15 122:13
126:23 127:11
128:23 135:4
155:5 228:3
259:24 266:8
**transfer**   228:8
**transformation**
178:23,25 179:2
179:18
**transformations**
166:1 179:7
**translated**   188:6
**travel**   131:2
**treat**   176:18
**treated**   118:21
141:6 144:12,22
**treating**   185:14
**treatment**   103:11
**trial**   255:16
256:19,20,24

257:12,19 258:3
259:1 260:22
261:20,24 262:10
262:24
**trials**   194:8,10
254:10 255:2,5,15
256:4 257:5 261:5
262:8,17,22
**tried**   7:24 70:10
**true**   13:6 178:21
273:13
**trust**   107:2,5
**trusted**   118:21
123:8
**truth**   5:6 174:19
**truthful**   7:24
**try**   85:5 87:6
167:8,8
**trying**   14:15 48:2
49:10,17 88:24
121:1 135:14
161:8,9 175:8,11
180:6 181:6
233:21
**turned**   30:22
**twelfth**   2:13
**two**   11:23 67:23
86:19 123:23
125:3 240:25
241:5 256:8
258:19
**tyler**   9:21 81:10
86:21 138:15,22
139:25
**type**   148:15
175:22 179:19
181:2
**types**   134:25
135:25 136:17,18
137:2,3 166:3
175:21 221:23

| | | | |
|---|---|---|---|
| **typical**  219:1 | 217:3,17 220:14 | 141:7 144:20 | 202:23 203:10,13 |
| **typically**  141:18 | 225:11 242:17 | 150:2 196:4,11 | 203:18 205:9 |
| **u** | 247:21 249:3,7 | 236:15 | 211:9,25 212:6,23 |
| **u**  4:5 67:15 148:5 | 251:4,19 262:6 | **unfortunately** | 214:7 215:22 |
| **u.k.**  185:5,7 | **understanding** | 201:8 | 216:1 217:5,12 |
| **ultimate**  179:15 | 13:14 23:3,8,14,18 | **unified**  217:16 | 221:9 222:5 223:8 |
| **ultimately**  189:14 | 24:22 26:12,12 | **unique**  167:19,19 | 224:4,8,25 225:15 |
| 189:22 191:4 | 28:19 29:13 31:16 | 167:21 172:6 | 229:15 230:9 |
| 197:13 | 32:6 33:3,4,11,20 | 194:3,6,9,15,19 | 235:1 239:7 |
| **unable**  235:17 | 33:23 42:10 54:8 | 195:9 | 242:24 243:14,17 |
| **unbounded**  182:5 | 59:7 71:24 72:8 | **unit**  272:5 | 243:19 244:12,15 |
| **unchanged**  69:18 | 72:18 74:14 75:7 | **united**  1:1 3:11 | 246:4,7,10 248:7,8 |
| **uncovered**  47:6 | 76:16 77:5 78:2 | **units**  165:21 | 248:10,22 249:22 |
| **undercutting** | 78:13,22 79:4,20 | 173:14,24 | 251:8,11 252:9,19 |
| 172:3 | 79:22 80:2,10,14 | **universal**  174:19 | 256:11,22 257:6 |
| **undergoes**  189:24 | 84:6,9 92:6,13 | **universe**  73:2 | 257:10,11,25 |
| **undergoing**  262:8 | 94:2,5 99:19 | **unpaid**  182:14 | 258:19 261:7,17 |
| **understand**  4:25 | 100:7 103:25 | **unstructured** | 265:6,15,25 266:2 |
| 5:4,9 12:20 13:7 | 106:15 107:6 | 178:2 | 266:13 267:20 |
| 14:10,12 16:5 | 109:15 110:25 | **upload**  57:9 | 268:2,25 |
| 19:24,25 20:3 | 112:9 116:16 | **usage**  168:24 | **useable**  179:5 |
| 35:2 44:8 45:9,10 | 118:7 119:6 | 211:6,21 212:17 | 245:14,16,19,22 |
| 45:15 48:2 49:17 | 124:22 127:1,3,21 | 212:20 225:23 | **useful**  247:12,18 |
| 56:5 62:2,4 68:16 | 130:4,18 135:7,15 | 249:25 252:21 | **user**  165:22,23 |
| 74:5,17 76:22 | 135:24 140:5 | 253:17 257:18 | 173:14,24 174:7 |
| 79:16 93:15 94:3 | 141:4 143:6,8 | 268:7 | 175:17 188:3 |
| 101:24 102:4,8,21 | 156:13,17 157:11 | **usages**  261:13 | 189:3 211:10 |
| 109:21 112:18,23 | 172:9 178:8 201:5 | **use**  50:16 124:10 | **users**  172:22 179:5 |
| 112:25 113:20 | 220:1 232:9 | 150:15 165:22,25 | 186:20 189:5 |
| 114:8,15 120:1 | 233:23 234:18 | 168:2 171:24 | **uses**  188:11 |
| 133:25 135:11,14 | 242:4 243:21 | 175:13,22,24,25 | 252:17 256:8 |
| 136:7 137:11 | 244:1 250:6,15 | 176:1,5,6,9,10,15 | **utilize**  260:23 |
| 140:17 142:14 | 253:25 256:15 | 176:20,23,24,25 | 261:20 262:2,11 |
| 154:25 155:2 | 257:2,18 261:6 | 176:25 177:3,5,10 | 269:8 |
| 158:14 163:9 | 262:21 266:18 | 177:11,16 185:18 | **utilized**  269:11,12 |
| 165:2 166:16 | **understood**  74:9 | 185:21,23,25 | 269:18 |
| 167:7 175:12,18 | 80:25 106:22 | 186:2,4 187:11,13 | **utter**  109:10,12,18 |
| 177:9 180:5,13 | 109:5 113:2 114:6 | 187:17,18,19 | **uttered**  110:6 |
| 184:8 185:16 | 115:3 116:5,5 | 190:12,14,16,17 | |
| 190:3 192:7 | 117:3,21,22 | 190:23 191:3,10 | |
| 196:10 207:5 | 123:13,13 134:25 | 191:14,16 200:23 | |

| v | | | |
|---|---|---|---|
| **v** 57:22 | **versus** 3:9 111:19 | 102:20 109:16 | 182:7 184:9 187:4 |
| **vacuum** 162:9 | 167:11,11 168:15 | 113:24 114:14 | 190:22 191:11 |
| **vague** 19:21 21:6 | 169:7,13 173:12 | 119:25 120:20 | 193:7 194:10,16 |
| 21:19 22:9 24:20 | 175:3 188:1 | 127:8 133:24 | 194:22 195:12 |
| 25:24 26:18 28:6 | **video** 3:3,18 272:3 | 146:20 149:19 | 196:20 213:6,16 |
| 29:10 76:25 80:5 | 272:6 | 153:2,2,7 155:8,23 | 214:2 215:1 229:1 |
| 93:21 96:2 103:19 | **videoconference** | 166:5,23 180:13 | 235:25 240:7 |
| 109:1 110:8 | 2:2 | 185:15 192:10 | 249:20 263:11 |
| 112:17 116:15 | **videoconferenced** | 193:8 213:21 | 270:10 |
| 117:11 129:25 | 1:18 | 222:1,7 225:4 | **web** 5:15 |
| 161:13 162:19 | **videographer** 2:23 | 237:24 238:16 | **wednesday** 3:14 |
| 165:6 166:13 | 3:1 55:7,10 86:4,7 | 239:25 267:14 | 272:8 |
| 167:6 168:12,21 | 147:18 148:3 | 268:14 270:16 | **weeks** 8:10 11:23 |
| 169:9,16 170:19 | 193:11,14 236:24 | **wanted** 21:21 | 175:16 |
| 174:14 179:23 | 237:2 270:14,17 | 84:25 125:23 | **weighed** 166:4 |
| 180:20 181:22 | 270:20,23 272:1 | 184:5 190:7 | **weighting** 214:8 |
| 182:16 188:8 | **view** 100:10 | 207:16 | 215:10 |
| 190:18 191:19 | **virtual** 3:4 24:23 | **washington** 2:14 | **welcome** 225:7 |
| 192:17 247:14 | 24:24 272:6 | **watson** 43:4 44:21 | **went** 60:18 209:5 |
| 249:4 251:2 | **virtually** 1:19 | **way** 25:15,20 28:3 | 223:20,22 225:24 |
| 252:25 264:22 | **visibility** 254:2 | 63:12,14 65:19 | 235:8 |
| 267:23 | **visit** 58:14 | 69:3 98:7 101:4 | **west** 2:6 3:2 |
| **validate** 179:10 | **visited** 59:22 | 127:8 140:22 | **whereof** 273:20 |
| **valuable** 184:8 | **visitor** 123:8 | 141:1 179:4 | **whichever** 223:3 |
| 199:16 200:3,21 | **visitors** 52:22 | 182:19 185:17 | **whining** 6:23,24 |
| **value** 54:14 | **visits** 59:24 | 186:7,12,15,18 | **widgets** 172:12 |
| 165:24 177:3 | **vm** 25:16 | 188:11,23 196:1 | **williams** 2:11 |
| 184:5 190:25 | **volume** 174:25 | 200:15 210:19 | **wish** 8:4 |
| 199:20 200:5,16 | 175:1 | 230:12 233:13 | **withdraw** 267:25 |
| **variable** 178:16 | **vs** 1:7 276:2 | 241:11 245:8,17 | **withheld** 31:14,18 |
| 196:21 | | 247:6,11 249:14 | 62:9 |
| **various** 8:8 61:16 | w | 252:20 262:19 | **withhold** 63:23 |
| 122:16 130:4,8,13 | **walk** 209:24 | 273:18 | 64:3 274:20 |
| 172:13,13 179:13 | ▇▇▇▇▇ | **ways** 169:21 | **witness** 1:19 4:4,6 |
| 213:15 214:19 | ▇▇▇▇▇▇▇ | 173:19 187:2 | 23:22 31:22 48:14 |
| 231:3 251:6 | ▇▇▇ | 252:12 | 48:17 50:25 52:18 |
| 253:11 | **want** 4:20 27:22 | **wc.com** 2:16,18 | 55:6 61:25 62:17 |
| **veritext** 3:19,21 | 28:20 38:11 41:17 | **we've** 49:21 52:6 | 65:16 68:21 72:3 |
| **version** 33:17 | 43:10 48:12 52:6 | 62:8 85:15 86:1 | 72:4 88:13 95:16 |
| | 56:5 73:17 76:22 | 96:10 116:17 | 97:8,21 114:2 |
| | 84:19 85:23 87:6 | 142:12 151:8 | 135:15 139:20 |
| | 90:19,24 97:23,24 | | |

CONFIDENTIAL

**[witness - zurich]**                                                      Page 50

148:6 151:12,18
152:10 154:8
223:5,7 260:10
273:10,14,20
274:3
**witnesses** 32:12
109:4,9,11,17
118:22 119:19
130:9 133:17
236:6
**wohlgemuth** 2:15
4:10,15 48:9 51:4
85:23 114:1
147:16 148:10
193:6,10 208:1
229:4 233:9
236:17,22 270:15
270:22 274:4
**wonky** 178:3
**word** 49:9 130:8
135:6,13 136:6
181:19 185:13
215:12 242:15
**words** 35:9 43:16
43:18 59:12
108:19 109:3,10
109:13,14,18
110:5,11 139:10
200:6
**work** 8:19 56:24
77:17 78:15 80:19
82:16 85:25 111:7
121:21 133:8
134:4,6 151:22
163:24 164:15
166:12,23 167:4
167:10,12 177:17
185:7 189:10
195:25 204:13
206:15,23 214:5,6
218:17 220:22

244:25 245:12
258:16,17,19
259:11 263:14,23
267:1,3,6,17
270:11
**worked** 9:5 76:13
123:16 228:24
**working** 73:24
74:18 75:1,9,11
76:9,17,19,23
77:23 78:24 79:6
79:18,23 80:1
136:25 142:5
165:2
**works** 172:9
243:22
**worse** 200:8
**writes** 43:9 84:18
93:8,24
**writing** 16:17
130:5
**written** 15:24 16:3
16:4,5,9 90:12
94:20 101:13
146:1,4 158:10,12
158:15,22,23,25
159:1,6,7,18 160:3
161:1 163:15
207:2,12 230:11
230:12 242:9,9
**wrong** 88:15
166:17 234:7
**wrote** 207:1,6

| x |
| --- |

**x** 177:11 180:11
252:20,22 274:1

| y |
| --- |

**y** 252:20,22
**yeah** 11:11 14:22
16:4 24:2 43:22

47:10 64:10,25
68:10 80:7,13
81:13 83:2 84:5
85:4,10,20 91:15
94:16 100:14
112:18 118:10
121:16 129:13
131:11 135:22
136:18 143:5
151:13 159:11
162:20 163:7
164:12,12,12
166:9 169:10
170:13 176:13
179:25 180:25
181:24 182:18
186:12 200:12
204:1 208:12
212:12 225:8
229:18 237:8
239:1 245:5
**years** 19:8 45:23
203:14
**yegor** 2:8 23:11
61:2 149:5,17
233:9 270:25
**yegor's** 48:9
**yfursevich** 2:9
**york** 1:23 3:20,20
273:2,4,8

| z |
| --- |

**zero** 200:9
**zoom** 5:14
**zurich** 183:6,10,13

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.