# EXHIBIT 3

**From:** marc.abramowitz[redacted]]
**Sent:** 9/20/2011 9:57:20 PM
**To:** John Amos [[redacted]]
**Subject:** Re: Palantir

For sure!
------Original Message------
From: John Amos
To: Marc L. Abramowitz
Subject: Re: Palantir
Sent: Sep 20, 2011 2:48 PM

K when you are back, there was a company that did something akin to
what they do for healthcare called medicity. Bought buy aetna

On Sep 20, 2011, at 2:41 PM, "marc.abramowitz[redacted]"
<marc.abramowitz[redacted] wrote:

> We'll meet with CEO.
> ------Original Message------
> From: John Amos
> To: Marc L. Abramowitz
> Subject: Re: Palantir
> Sent: Sep 20, 2011 2:25 PM
>
> How can I learn more it would be an interesting part of my payment platform?
>
>
>
>
> On Sep 20, 2011, at 2:12 PM, "marc.abramowitz[redacted]"
> <marc.abramowitz[redacted]> wrote:
>
>> I'm sure they would negotiate if we have capital behind us.
>> ------Original Message------
>> From: John Amos
>> To: Marc L. Abramowitz
>> Subject: Re: Palantir
>> Sent: Sep 20, 2011 2:10 PM
>>
>> How just a license?
>>
>>
>>
>>
>> On Sep 20, 2011, at 2:04 PM, "marc.abramowitz[redacted]"
>> <marc.abramowitz[redacted]> wrote:
>>
>>> I have been after P for years for using P for drug dev and mgmt of RandD with multi locations like Merck.
>>> I have been told by CEO that if we have serious capital to pay for devlpt and use of engineers they will consider.
>>> Sent via BlackBerry by AT&T
>>
>> Sent via BlackBerry by AT&T
>
> Sent via BlackBerry by AT&T

Sent via BlackBerry by AT&T