JACK P. DICANIO (SBN 138782)
jack.dicanio@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

BARRY SIMON (*pro hac vice*)
bsimon@wc.com
JOHN M. MCNICHOLS (*pro hac vice*)
jmcnichols@wc.com
JONATHAN B. PITT (*pro hac vice*)
jpitt@wc.com
STEPHEN L. WOHLGEMUTH (*pro hac vice*)
swohlgemuth@wc.com
ANNA K. TSIOSTSIAS (*pro hac vice*)
atsiostsias@wc.com
JIHAD J. KOMIS (*pro hac vice*)
jkomis@wc.com
KATHRYN E. GARZA (*pro hac vice*)
kgarza@wc.com
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, D.C. 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| PALANTIR TECHNOLOGIES INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MARC L. ABRAMOWITZ,<br><br>Defendant. | Case No.: 5:19-CV-06879-BLF<br><br>**NOTICE OF SUBMISSION OF EXHIBIT TO DEFENDANT'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER PLAINTIFF PALANTIR TECHNOLOGIES INC.'S MATERIAL SHOULD BE SEALED [ECF NO. 333-3]** |

**NOTICE OF SUBMISSION**

Defendant Marc L. Abramowitz submits the attached unredacted copy of Attachment 1 to Defendant's Administrative Motion to Consider Whether Plaintiff Palantir Technologies Inc.'s Material Should Be Sealed (ECF No. 333-3), pursuant to the Court's Order (ECF No. 340) and Local Rule 79-5(f)(3).

Dated: August 8, 2022

Respectfully submitted,

/s/ Jack P. DiCanio
Jack P. DiCanio

JACK P. DICANIO (SBN 138782)
jack.dicanio@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

BARRY SIMON (*pro hac vice*)
bsimon@wc.com
JOHN M. MCNICHOLS (*pro hac vice*)
jmcnichols@wc.com
JONATHAN B. PITT (*pro hac vice*)
jpitt@wc.com
STEPHEN L. WOHLGEMUTH (*pro hac vice*)
swohlgemuth@wc.com
ANNA K. TSIOSTSIAS (*pro hac vice*)
atsiostsias@wc.com
JIHAD J. KOMIS (*pro hac vice*)
jkomis@wc.com
KATHRYN E. GARZA (*pro hac vice*)
kgarza@wc.com
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, D.C. 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

*Attorneys for Defendant*