# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| PALANTIR TECHNOLOGIES INC., <br><br>　　　　　Plaintiff, <br><br>　v. <br><br>MARC L. ABRAMOWITZ, <br><br>　　　　　Defendant. | Case No. 19-cv-06879-BLF <br><br>**ORDER REGARDING FINAL PRETRIAL CONFERENCE** |

The final pre-trial conference scheduled for Thursday, October 13, 2022, at 1:30 will be held in person in Courtroom 1, U.S. District Court, 280 S. 1st Street, San Jose, CA.

**IT IS SO ORDERED.**

Dated: October 4, 2022

_____
BETH LABSON FREEMAN
United States District Judge