# EXHIBIT W

| | |
|---|---|
| **From:** | Tehranchi, Babak (Perkins Coie) </O=PERKINS COIE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=TEHRB> |
| **Sent:** | Friday, October 17, 2014 10:28 PM |
| **To:** | Wang, Yuke (Perkins Coie) <YukeWang@perkinscoie.com> |
| **Subject:** | RE: Cyber-insurance 'product' - draft app |
| **Attach:** | Cyber insurance Figures.vsd; cyber insurance (babak & Yuke).doc |

Here is what I have so far.

**From:** Wang, Yuke (Perkins Coie)
**Sent:** Friday, October 17, 2014 3:08 PM
**To:** Smith, Erik C. (Perkins Coie); Tehranchi, Babak (Perkins Coie)
**Subject:** RE: Cyber-insurance 'product' - draft app

Reading them now. ☺

**From:** Smith, Erik C. (Perkins Coie)
**Sent:** Friday, October 17, 2014 3:00 PM
**To:** Tehranchi, Babak (Perkins Coie); Wang, Yuke (Perkins Coie)
**Subject:** RE: Cyber-insurance 'product' - draft app

Thanks.

**From:** Tehranchi, Babak (Perkins Coie)
**Sent:** Friday, October 17, 2014 2:59 PM
**To:** Smith, Erik C. (Perkins Coie); Wang, Yuke (Perkins Coie)
**Subject:** RE: Cyber-insurance 'product' - draft app

Not looked at them yet. I am almost done with the description of our sections. Will turn to the other stuff next to see what else needs to be added.

**From:** Smith, Erik C. (Perkins Coie)
**Sent:** Friday, October 17, 2014 2:58 PM
**To:** Tehranchi, Babak (Perkins Coie); Wang, Yuke (Perkins Coie)
**Subject:** RE: Cyber-insurance 'product' - draft app

Thanks guys. What did you come up with regarding the patents that John sent out this morning?

**From:** Tehranchi, Babak (Perkins Coie)
**Sent:** Friday, October 17, 2014 1:58 PM
**To:** Wang, Yuke (Perkins Coie); Smith, Erik C. (Perkins Coie)
**Subject:** RE: Cyber-insurance 'product' - draft app

Thanks, Yuke. I will incorporate these into my documents and will send to Erik (hopefully by the end of today).

Babak

**From:** Wang, Yuke (Perkins Coie)
**Sent:** Friday, October 17, 2014 1:53 PM
**To:** Tehranchi, Babak (Perkins Coie); Smith, Erik C. (Perkins Coie)

**Subject:** RE: Cyber-insurance 'product' - draft app

Babak:

Here I send you the revised background plus the description of one more figure (Figure 9) built on Erik's figures. Please kindly let me know what you think. Thanks.

I did not modify or add any new claims. If you like, some new claims may be able to be added based on the new figure. Probably similar new claims can be added to Erik's claims as well.

Yuke


**From:** Tehranchi, Babak (Perkins Coie)
**Sent:** Thursday, October 16, 2014 4:36 PM
**To:** Smith, Erik C. (Perkins Coie)
**Cc:** Wang, Yuke (Perkins Coie)
**Subject:** RE: Cyber-insurance 'product' - draft app

It works for me either way. It may be better to have a short call at 6:10? to go over what we need to do. This way, we can start right away on Friday morning.


**From:** Smith, Erik C. (Perkins Coie)
**Sent:** Thursday, October 16, 2014 4:26 PM
**To:** Tehranchi, Babak (Perkins Coie)
**Cc:** Wang, Yuke (Perkins Coie); Smith, Erik C. (Perkins Coie)
**Subject:** Re: Cyber-insurance 'product' - draft app

I'm free after 6pm and most of the day tomorrow. I think it would be a good idea to resync. What works for you two?

Sent from my mobile device.

On Oct 16, 2014, at 4:03 PM, Tehranchi, Babak (Perkins Coie) <BTehranchi@perkinscoie.com> wrote:

> Do you guys want to have a short call to talk through what we need to do?
>
> Babak
>
> **From:** Wang, Yuke (Perkins Coie)
> **Sent:** Thursday, October 16, 2014 3:56 PM
> **To:** Smith, Erik C. (Perkins Coie)
> **Cc:** Tehranchi, Babak (Perkins Coie)
> **Subject:** RE: Cyber-insurance 'product' - draft app
>
> Erik:
>
> Just some quick thoughts.
> (1) Do we want to limit to "software vulnerabilities" or we can use some more general term, such as digital asset vulnerabilities, including hardware, software, firmware, network, and so on?
> (2) "an amount of insurance" is this the premium to be paid to the insurance company, or the damage amount to be paid from the insurance company to the insured?
>
> (3) What do you think about the insured damaged value mixed with the prevention concept? This may

CONFIDENTIAL

MLA_CA_00026201

be useful for small companies which may not be able to afford to have specialized personals on computer security.

Please kindly let me know what you think. Thanks.

Yuke


**From:** Smith, Erik C. (Perkins Coie)
**Sent:** Thursday, October 16, 2014 10:50 AM
**To:** Wang, Yuke (Perkins Coie)
**Cc:** Tehranchi, Babak (Perkins Coie)
**Subject:** RE: Cyber-insurance 'product' - draft app

You had me at "amazing"… ☺

Here are some claim ideas – broad and medium
We may need to add some technical details when we get them.  Babak, perhaps you can help Alice-ize them.

Let me know what you think.  I'll be out of pocket between 11:15 and 3pm and will be working remotely.

Cheers,

Erik


**From:** Wang, Yuke (Perkins Coie)
**Sent:** Wednesday, October 15, 2014 5:14 PM
**To:** Smith, Erik C. (Perkins Coie)
**Cc:** Tehranchi, Babak (Perkins Coie)
**Subject:** RE: Cyber-insurance 'product' - draft app

HI, Erik:

I have to say it is amazing to see how you pull out the work from some very simple descriptions.

I will start to draft the background part. One question is that some of the terminologies may differ.  I guess I can write out what I can find in the literature, and then we can modify and make the terms consistent in the second round, what do you think? Thanks.

Yuke


**From:** Smith, Erik C. (Perkins Coie)
**Sent:** Wednesday, October 15, 2014 3:59 PM
**To:** Wang, Yuke (Perkins Coie)
**Cc:** Tehranchi, Babak (Perkins Coie)
**Subject:** RE: Cyber-insurance 'product' - draft app

Hi, guys.

I brainstormed some basic figures.  I did not go through all of the prior art yet because I did not want to taint my initial impression of the broad idea … so some of this is probably covered.  I just want to get a line in the sand.  Let me know what you think of this first pass.

I'll send out a broad claim later today after I complete a few more projects, however, I wanted to send this out now to get some quick feedback and to help guide Yuke's drafting of the Background.

CONFIDENTIAL
MLA_CA_00026202

The idea in the figures (see, figure 5 – note that I forgot to put lines between determining the damage profiles) is that various 'profiles' are determined by the technology based on dynamically (re)assessing a target company's tangible and intangible assets (e.g., including periodic penetration testing and, perhaps, the target's business plan) the may affect the target's current/future cyberrisk vulnerability.

The profiles are broken down into an asset profile, damage profile, and customer profile. From these profiles (using some magic/secret sauce algorithms) one or more insurance products are determined/recommended to the target co.

The assessment technology operates in "real-time" such that new vulnerabilities, asset changes, etc. are detected and used to: modify one or more of the profiles and cause the technology to dynamically determine/recommend new (or modified) Products (perhaps periodically throughout the current Product's term).

Let's plan on completing a robust provisional (i.e., everything but a full claim set) by Monday. With this draft provisional in-hand we can help steer the conversation with the client – to get some more technical details, as needed.

Thanks, guys.

Erik

**From:** Wang, Yuke (Perkins Coie)
**Sent:** Wednesday, October 15, 2014 2:07 PM
**To:** Smith, Erik C. (Perkins Coie)
**Cc:** Tehranchi, Babak (Perkins Coie)
**Subject:** RE: Cyber-insurance 'product' - draft app

Got it. Thanks. I will start tonight and send to you tomorrow.

Yuke

**Yuke Wang, Ph. D. | Perkins Coie** LLP
Associate
11988 El Camino Real | Suite 350
San Diego, CA 92130-2594
Direct Dial:858.720.5769
Reception:858.720.5700

E-MAIL: yukewang@perkinscoie.com
<image001.jpg>

**From:** Smith, Erik C. (Perkins Coie)
**Sent:** Wednesday, October 15, 2014 2:02 PM
**To:** Wang, Yuke (Perkins Coie)
**Cc:** Tehranchi, Babak (Perkins Coie); Smith, Erik C. (Perkins Coie)
**Subject:** Re: Cyber-insurance 'product' - draft app

I'd say around 3, but if you need more go ahead - we can scale back if we need to.

Sent from my mobile device.

On Oct 15, 2014, at 1:58 PM, Wang, Yuke (Perkins Coie) <YukeWang@perkinscoie.com> wrote:

> Babak:
>
> Great. Thanks. I will start the background section tonight based on what you have below. How

CONFIDENTIAL            MLA_CA_00026203

many pages should we have? That may help me to decide how much details to get into.
Thanks.

Yuke

**From:** Tehranchi, Babak (Perkins Coie)
**Sent:** Wednesday, October 15, 2014 1:42 PM
**To:** Wang, Yuke (Perkins Coie); Smith, Erik C. (Perkins Coie)
**Subject:** RE: Cyber-insurance 'product' - draft app

Yuke,

Erik is taking the first shot at drafting the claims. So he can provide you with better guidance.

Here is an excerpt from John's email earlier today: some claims with specific real-time network information which may be a risk-indicator and then basing insurability and coverage upon that.

So my take of the general framework is: identifying different factors (real-time or on an on-going basis), using the factors to determining risk a risk indicator (in real-time or on an on-going basis) based on some algorithm, assigning insurability grade using the risk indicator.

Babak

**From:** Wang, Yuke (Perkins Coie)
**Sent:** Wednesday, October 15, 2014 1:29 PM
**To:** Smith, Erik C. (Perkins Coie); Tehranchi, Babak (Perkins Coie)
**Subject:** RE: Cyber-insurance 'product' - draft app

HI, Erik:

Thanks. Sure I will be happy to put together the background section. How many pages you think we should have on the background section? Also, do we want to have some idea as which direction the new claims will be? Those can help to shape the background section. So far I am not sure I missed something or not, but I have not seen much on which direction the new invention is going to be on. We may not need the complete claim, but knowing which direction, which issue/problems the new claims will be addressing, will be helpful on the background section.

Please kindly let me know. Thanks.

Yuke


**From:** Smith, Erik C. (Perkins Coie)
**Sent:** Wednesday, October 15, 2014 11:57 AM
**To:** Wang, Yuke (Perkins Coie); Tehranchi, Babak (Perkins Coie)
**Subject:** RE: Cyber-insurance 'product' - draft app

Hi, Yuke. I appreciate the time that you spent putting this together. I'm just now digging into this and it looks fantastic. It seems that you may be in the best position to start on the Background section of the patent application. Do you have time to start this today? My thoughts are that we should have a robust Background to paint a really nice picture of the deficiencies in the current insurance market and how existing products/companies fall short when it comes to current cyber issues. Be careful not to lead too much into our solution. Typically, my Background section is REALLY short because I don't want to mention anything important to the innovation as prior art. I'll let you know some thoughts once I finish looking

CONFIDENTIAL
MLA_CA_00026204

at your materials.

Babak – I'm looking over your stuff as well.  Do you have any recommendations for Yuke (if he has time) to put into the Background?

-Erik

**From:** Wang, Yuke (Perkins Coie)
**Sent:** Wednesday, October 15, 2014 9:28 AM
**To:** Tehranchi, Babak (Perkins Coie); Smith, Erik C. (Perkins Coie)
**Subject:** RE: Cyber-insurance 'product' - draft app

Babak:

Thanks. I did not review those GS patents. It is great that it seems to be a synergy between the two parts (The GS patents and the insurance part).

You are right that it is probably better to leave John off the details. I just would not be able to make that decision. ☺.

Yuke


**From:** Tehranchi, Babak (Perkins Coie)
**Sent:** Wednesday, October 15, 2014 9:24 AM
**To:** Wang, Yuke (Perkins Coie); Smith, Erik C. (Perkins Coie)
**Subject:** RE: Cyber-insurance 'product' - draft app

Thanks, Yuke, for the information. I think we should leave John off the email trail until we have something more tangible to report to him.

I reviewed some of the patents by Goldman Sacks that John mentioned (they are listed below). These mostly deal with how to assess risk and also mention that the results may be used by insurance companies. But there are no details as to how insurance companies use these. This gap is filled perhaps by the references that Yuke found.

| | | |
|---|---|---|
| 1 | 20140074548 | Systems And Methods For Managing Information Associated With Legal, Compliance And Regulatory Risk |
| 2 | 20140067636 | Automated Account Risk Management |
| 5 | 20130073482 | Hedge Fund Risk Management |
| 6 | 20130018664 | CONSTRUCTION INDUSTRY RISK MANAGEMENT CLEARINGHOUSE |
| 7 | 20120323773 | BIOMETRIC RISK MANAGEMENT |
| 8 | 20120265675 | Proprietary Risk Management Clearinghouse |
| 9 | 20100198722 | Biometric Risk Management |
| 10 | 20100138354 | Construction Industry Risk Management Clearinghouse |
| 11 | 20090012907 | BOND ISSUE RISK MANAGEMENT |

**From:** Wang, Yuke (Perkins Coie)
**Sent:** Wednesday, October 15, 2014 8:52 AM
**To:** Smith, Erik C. (Perkins Coie); Tehranchi, Babak (Perkins Coie)
**Cc:** Squires, John A. (Perkins Coie); Wang, Yuke (Perkins Coie)
**Subject:** RE: Cyber-insurance 'product' - draft app

Dear all:

I did some research last night and have some points to look further.

Basically, quoting from a news article, "Ridge says the District-based firm will offer insurance policies of up to $50 million, primarily for firms that specialize in financial services, retail, health-care and energy." We may need some more details from Ridge's business plan as what aspects he may do things differently since there are 50+ companies providing cyber-insurance.

Here are some aspects to look into:
(1) **products-** what are the policies, what is covered, what is excluded, deductible.
(2) **security assessment** – how to assess the security in a firm.
(3) **pricing** – there are different pricing models such as statistics based models, moral hazard based model, and adverse selection model, and so on.
(4) **insurance program and system** – What kind of system will Ridge's company use to carry out the insurance quote for the products and security assessment, based on a pricing model? Building a new one? Use an existing one?
(5) **communication flow** between insurance company and insurer.

I put some quotes from research papers and past patents in the attached document.

The general question may be the following:
In terms of products, security assessment, and pricing, how is the sector identified, primarily for firms that specialize in financial services, retail, health-care and energy, different from other general insurance practice?

Please let me know what you think. Thanks.

Yuke


**From:** Smith, Erik C. (Perkins Coie)
**Sent:** Tuesday, October 14, 2014 12:57 PM
**To:** Wang, Yuke (Perkins Coie); Tehranchi, Babak (Perkins Coie)
**Cc:** Squires, John A. (Perkins Coie)
**Subject:** RE: Cyber-insurance 'product' - draft app

Yes, sir.

**From:** Wang, Yuke (Perkins Coie)
**Sent:** Tuesday, October 14, 2014 12:56 PM
**To:** Smith, Erik C. (Perkins Coie); Tehranchi, Babak (Perkins Coie)
**Cc:** Squires, John A. (Perkins Coie)
**Subject:** RE: Cyber-insurance 'product' - draft app

Erik:

CONFIDENTIAL                                                                                                  MLA_CA_00026206

Do I just call the 888 number, and input the code?

1.888.857.7291
650.838.4361 (pass code)

Thanks.

Yuke


**From:** Smith, Erik C. (Perkins Coie)
**Sent:** Tuesday, October 14, 2014 10:53 AM
**To:** Tehranchi, Babak (Perkins Coie); Wang, Yuke (Perkins Coie)
**Cc:** Squires, John A. (Perkins Coie)
**Subject:** RE: Cyber-insurance 'product' - draft app

Babak/Yuke.

Can you look through these emails and provisional as a background for the call?

-Erik

**From:** Smith, Erik C. (Perkins Coie)
**Sent:** Tuesday, October 14, 2014 10:39 AM
**To:** Tehranchi, Babak (Perkins Coie); Wang, Yuke (Perkins Coie); Squires, John A. (Perkins Coie)
**Subject:** RE: Cyber-insurance 'product' - draft app

OK.  Let's plan on 1pm.

1.888.857.7291
650.838.4361 (pass code)

-Erik

**From:** Tehranchi, Babak (Perkins Coie)
**Sent:** Tuesday, October 14, 2014 10:38 AM
**To:** Wang, Yuke (Perkins Coie); Smith, Erik C. (Perkins Coie); Squires, John A. (Perkins Coie)
**Subject:** RE: Cyber-insurance 'product' - draft app

My afternoon 1:00 to 6:00 is open.

**From:** Wang, Yuke (Perkins Coie)
**Sent:** Tuesday, October 14, 2014 10:35 AM
**To:** Smith, Erik C. (Perkins Coie); Squires, John A. (Perkins Coie); Tehranchi, Babak (Perkins Coie)
**Subject:** RE: Cyber-insurance 'product' - draft app

Sure.  I will have a meeting at 11:00am here, which is 2:00pm NY time. Please let me know what time is good for you. Thanks.

Yuke


**From:** Smith, Erik C. (Perkins Coie)

CONFIDENTIAL                                                                                                         MLA_CA_00026207

**Sent:** Tuesday, October 14, 2014 10:33 AM
**To:** Squires, John A. (Perkins Coie); Tehranchi, Babak (Perkins Coie); Wang, Yuke (Perkins Coie)
**Subject:** RE: Cyber-insurance 'product' - draft app

Thanks, John.

Yuke/Babak – do you have time today to discuss?  I can setup a call.  My schedule is wide open.

-Erik


**From:** Squires, John A. (Perkins Coie)
**Sent:** Tuesday, October 14, 2014 10:17 AM
**To:** Tehranchi, Babak (Perkins Coie); Wang, Yuke (Perkins Coie); Smith, Erik C. (Perkins Coie)
**Subject:** RE: Cyber-insurance 'product' - draft app
**Importance:** High

Connecting everyone together on this.   As Erik will tell you, we have (barely) a 30,000 foot level (mostly 'result'-oriented) view of what Marc wants to accomplish on this – so a lot of 'rolling-up the sleeves' necessary to thread this application together.

As I know we are always efficient, that said, there are no billing constraints on this – do what you need to to pull this together.   I'd like to get strong draft to the client early next week, but even if we have a framework by Friday (or as much as we can get done), we'll be heroes.

Don't hesitate to let me know if you need anything.   Thanks all for teaming up on this.

Best, J

**John Squires | Perkins Coie LLP**
PARTNER
30 Rockefeller Plaza 25th Floor
New York, NY 10112-0015
D. +1.212.262.6917
F. +1.212.977.1647
E. JSquires@perkinscoie.com

**From:** Squires, John A. (Perkins Coie)
**Sent:** Tuesday, October 14, 2014 8:55 AM
**To:** Tehranchi, Babak (Perkins Coie); Wang, Yuke (Perkins Coie)
**Cc:** Ai, Bing (Perkins Coie)
**Subject:** Cyber-insurance 'product'

Babak and Yuke – hope this finds you well.

I have a new client that is putting a business together which pulls together the data, analytics and information in a real-time and dynamic basis which will provide actuarial like information from which insurance can be unwritten as to network intrusions.  (I'm aware of the potential Alice-issues and we'll do the best we can to deal with that – the client is aware also.  Erik Smith is underway with this project, but I would like for you to assist as well if you have availability – I would like to get the client a draft early next week – we need to fill in a lot of the 'blanks' on this – and I think it's right up your alley.

This will be a competitive business per the article below with Director Ridge.   In fact we will be meeting with Tom Ridge to see about forming a joint venture – but we want to have the patent on file first – and form the company (of which the application will be the primary asset – copying Teresa re this).

Where Ridge is lacking is that there is little reason to believe from the release, or other info now on line, that there is any attempt to build the solution around any methodology involving quantification of exposure and forecasting of risk, expected damages or financial losses.  It

CONFIDENTIAL    MLA_CA_00026208

appears that he absence of this element constrains underwriting to historical reported attack information and conventional pre-emptive remedies to (hopefully) limit losses, but without any model driven forecasting of risk, or expected damages and losses. As a result, it may not be as influential as it initially sounds as a mechanism for transferring risk without threatening capital volatility of the insurance industry. So the patent filing will be a predictive model of sorts.

In any event – you guys in? This will be a pretty amazing project, kicking off initially with the application filing (or filings).

---

**US Homeland Security Chief Offers Cyber attack Insurance**
By Alistair Gray, Insurance Correspondent
The US's first ever homeland security chief is teaming up with Lloyd's of London to launch an insurance company that will specialise in corporate cyber security policies.
Tom Ridge is forming the venture with the historic insurance market in an attempt to close what he calls a "dangerous" gap in cyber coverage.
He will reveal the plans on Monday, just days after the threat to corporate IT systems was underscored by a huge data breach at JPMorgan Chase.
The attack, which compromised the contact details of 76m households, was the latest of several damaging cyber incidents for leading global companies.
Three thousand US companies were hacked last year, according to the Center for Strategic and International Studies. Cyber crime costs the global economy more than $400bn a year, it estimates.
However, although the market for insurance allowing companies to manage the fallout from cyber attacks has been growing steadily over the past decade, it remains niche.
Even in the US, by far the largest cyber insurance market in the world, brokers estimate that only about one in four companies has some form of coverage. Insurers write little more than $2.5bn worth of premiums a year.
Cyber cover remains costly. Insurers are cautious as they lack the extensive claims experience they have built up over several decades writing more established policies.
The three centuries-old Lloyd's market specialises in taking on large and complex risks and the new insurer, to be chaired by Mr Ridge, will sell cyber policies underwritten by Lloyd's syndicates including Brit, Novae, Barbican and Aegis London. It has lined up Guy Carpenter as a broker.
Backers of the venture believe that demand for insurance has been damped because companies find it hard to measure their cyber-related exposure – and thus to know what, and how much, cover to purchase.
Mr Ridge, whom former President George W Bush appointed to take charge of US domestic security soon after the terrorist attacks of 2001, argues that existing cyber threat evaluations tend to follow a "check-the-box" approach.
As well as selling them insurance, Ridge Insurance Solutions will pledge to offer companies more thorough risk assessments, highlighting vulnerabilities in their systems.
"This is not just about insurance but helping and incentivising companies to manage their cyber operations more effectively," Mr Ridge, a former governor of Pennsylvania, said.
The company, based in Washington, will focus on covering small and medium-sized enterprises that will be able to purchase policies covering costs arising from cyber attacks of up to $50m.
Areas covered will include the cost of notifying customers that their data has

been breached, hits to profits from negative publicity and the threat of extortion. The company will target sectors including financial services, retail and healthcare.

Since he left office Mr Ridge has taken a keen interest in cyber security. He founded the consultancy Ridge-Schmidt Cyber with Howard Schmidt, a former cyber security co-ordinator for President Barack Obama.

JPMorgan has apologised to its customers for the theft of their contact information, which included names, addresses, phone numbers and email addresses. It has told them that their money is safe.

The latest breach is less likely to put customers at financial risk than some other high-profile episodes. Credit card information of tens of millions of consumers was stolen in attacks this year on the retailers Target and Home Depot.

**John Squires | Perkins Coie LLP**
PARTNER
30 Rockefeller Plaza 25th Floor
New York, NY 10112-0015
D. +1.212.262.6917
F. +1.212.977.1647
E. JSquires@perkinscoie.com