# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| PALANTIR TECHNOLOGIES INC., <br><br> Plaintiff, <br><br> v. <br><br> MARC L. ABRAMOWITZ, <br><br> Defendant. | Case No. 19-cv-06879-BLF <br><br> **ORDER DIRECTING PARTIES TO SUBMIT JOINT REQUEST FOR ANY PROPOSED REDACTIONS, OR STATEMENT THAT NO REDACTIONS ARE REQUESTED, BY NOVEMBER 17, 2022** |

On November 3, 2022, the Court issued an Order on Daubert Motions. ECF No. 412. The order was briefly filed publicly but is now filed conditionally under seal because it may refer to sealed material.

The parties SHALL submit a joint request for any proposed redactions to the order before it is filed on the public docket, or a statement that no redactions are requested, by November 17, 2022. If the parties request redactions, they shall submit a proposed redacted version of the order with their joint request.

**IT IS SO ORDERED.**

Dated: November 3, 2022

_____
BETH LABSON FREEMAN
United States District Judge