JACK P. DICANIO (SBN 138782)
jack.dicanio@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

BARRY SIMON (*pro hac vice*)
bsimon@wc.com
JOHN M. MCNICHOLS (*pro hac vice*)
jmcnichols@wc.com
STEPHEN L. WOHLGEMUTH (*pro hac vice*)
swohlgemuth@wc.com
ANNA K. TSIOTSIAS (SBN 319520)
atsiostsias@wc.com
JIHAD J. KOMIS (*pro hac vice*)
jkomis@wc.com
KATHRYN E. GARZA (*pro hac vice*)
kgarza@wc.com
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, D.C. 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| PALANTIR TECHNOLOGIES INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MARC L. ABRAMOWITZ,<br><br>Defendant. | Case No. 5:19-cv-06879-BLF<br><br>**MARC L. ABRAMOWITZ'S [PROPOSED] REASONABLE ROYALTY VERDICT FORM** |

## [PROPOSED] REASONABLE ROYALTY VERDICT FORM

We, the jury in the above-entitled action, being duly impaneled and sworn, provide the following answers to the questions submitted by the Court:

### REASONABLE ROYALTY

You have determined that Abramowitz is liable for misappropriating Palantir's trade secrets. You have also found that, for certain misappropriated trade secrets, Abramowitz's misappropriation did not cause Palantir harm and did not unjustly enrich Abramowitz.

1. For each alleged trade secret for which you answered "Yes" in question 10 on the Special Verdict Form, answered "$0" in question 12 on the Special Verdict Form, and answered "$0" to question 14 on the Special Verdict Form, does Abramowitz owe Palantir a reasonable royalty?

| | Yes | No |
|---|---|---|
| Alleged Trade Secret No. 1 | | |
| Alleged Trade Secret No. 2 | | |
| Alleged Trade Secret No. 4 | | |
| Alleged Trade Secret No. 5 | | |
| Alleged Trade Secret No. 6 | | |
| Alleged Trade Secret No. 7 | | |
| Alleged Trade Secret No. 9 | | |
| Alleged Trade Secret No. 10 | | |
| Alleged Trade Secret No. 11 | | |
| Alleged Trade Secret No. 12 | | |
| Alleged Trade Secret No. 13 | | |
| Alleged Trade Secret No. 14 | | |
| Alleged Trade Secret No. 16 | | |
| Alleged Trade Secret No. 17 | | |
| Alleged Trade Secret No. 18 | | |
| Alleged Trade Secret No. 20 | | |
| Alleged Trade Secret No. 21 | | |
| Alleged Trade Secret No. 22 | | |

If you answered "yes" to any of the alleged trade secrets, proceed to the next question. If you answered "no" to all of the alleged trade secrets, stop here and proceed to the end of the form.

2. For each alleged trade secret for which you marked "Yes" in question 1 above, what is the reasonable royalty that Abramowitz should pay to Palantir?

| | Reasonable Royalty ($) |
|---|---|
| Alleged Trade Secret No. 1 | |
| Alleged Trade Secret No. 2 | |

| | |
|---|---|
| Alleged Trade Secret No. 4 | |
| Alleged Trade Secret No. 5 | |
| Alleged Trade Secret No. 6 | |
| Alleged Trade Secret No. 7 | |
| Alleged Trade Secret No. 9 | |
| Alleged Trade Secret No. 10 | |
| Alleged Trade Secret No. 11 | |
| Alleged Trade Secret No. 12 | |
| Alleged Trade Secret No. 13 | |
| Alleged Trade Secret No. 14 | |
| Alleged Trade Secret No. 16 | |
| Alleged Trade Secret No. 17 | |
| Alleged Trade Secret No. 18 | |
| Alleged Trade Secret No. 20 | |
| Alleged Trade Secret No. 21 | |
| Alleged Trade Secret No. 22 | |

**Presiding Juror**

*After this verdict form has been signed, notify the clerk that you are ready to present your verdict in the courtroom.*

Signed: ______________________________________

Dated: ______________________________________

Dated: November 11, 2022

Respectfully submitted,


*<u>/s/ Jack P. DiCanio</u>*
Jack P. DiCanio

JACK P. DICANIO (SBN 138782)
jack.dicanio@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

BARRY SIMON (*pro hac vice*)
bsimon@wc.com
JOHN M. MCNICHOLS (*pro hac vice*)
jmcnichols@wc.com
STEPHEN L. WOHLGEMUTH (*pro hac vice*)
swohlgemuth@wc.com
ANNA K. TSIOTSIAS (SBN 319520)
atsiotsias@wc.com
JIHAD J. KOMIS (*pro hac vice*)
jkomis@wc.com
KATHRYN E. GARZA (*pro hac vice*)
kgarza@wc.com
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, D.C. 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

*Attorneys for Defendant*