**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

PALANTIR TECHNOLOGIES INC.,
Plaintiff,

v.

MARC L. ABRAMOWITZ,
Defendant.

Case No. 19-cv-06879-BLF

**ORDER APPROVING JURY QUESTIONNAIRE; INSTRUCTING PARTIES TO BRING HARD COPIES**

The Court has reviewed the parties' proposed jury questionnaire submitted by email to the Courtroom Deputy. The Court hereby APPROVES the proposed jury questionnaire. The parties SHALL bring 80 hard copies of the questionnaire to the scheduling conference set for November 18, 2022.

**IT IS SO ORDERED.**

Dated: November 16, 2022

BETH LABSON FREEMAN
United States District Judge