| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>CAND 435<br>(CAND Rev. 08/2018) | **TRANSCRIPT ORDER**<br>**Please use one form per court reporter.**<br>***CJA counsel please use Form CJA24***<br>*Please read instructions on next page.* | COURT USE ONLY<br>**DUE DATE:** |

| | | |
|---|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER<br>Ervin Upton | 2a. CONTACT PHONE NUMBER<br>(213) 788-4053 | 3. CONTACT EMAIL ADDRESS<br>eupton@hueston.com |
| 1b. ATTORNEY NAME (if different)<br>Yahor Fursevich | 2b. ATTORNEY PHONE NUMBER<br>(213) 788-4340 | 3. ATTORNEY EMAIL ADDRESS<br>yfursevich@hueston.com |

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)
Hueston Hennigan LLP
523 W. 6th St., Suite 400
Los Angeles, CA 90014

5. CASE NAME
Palantir Technologies Inc. v. Marc L. Abramowitz, et a

6. CASE NUMBER
5:19-cv-06879BL

7. COURT REPORTER NAME ( FOR FTR, LEAVE BLANK AND CHECK BOX)→ ❒ FTR
Transcript Order - Future Trial with Daily Transcripts

8. THIS TRANSCRIPT ORDER IS FOR:
❒ APPEAL ❒ CRIMINAL ❒ In forma pauperis (NOTE: Court order for transcripts must be attached)
❒ NON-APPEAL ☑ CIVIL CJA: Do not use this form; use Form CJA24.

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

| a. HEARING(S) (OR PORTIONS OF HEARINGS) | | | | b. SELECT FORMAT(S) (*NOTE: ECF access is included with purchase of PDF, text, paper or condensed.*) | | | | | c. DELIVERY TYPE (Choose one per line) | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
| 11/28/2022 | BLF | TRIAL | | ● | ○ | ○ | ○ | ● | ○ | ○ | ○ | ○ | ● | ○ | ● |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:
Trial to commence on November 28, 2022 - Jury Trial st for 11/28/22, 11/29/22, 11/30/22, 12/1/22, 12/2/22, 12/5/22, 12/6/22, 12/7/22, 12/8/22, 12/9/22 9:00 AM in San Jose, Courtroom3, 5th Floor before Judge Beth Labson Freeman

ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).

11. SIGNATURE /s/ Yahor Furevich

12. DATE 11/18/2022

Clear Form

Save as new PDF