1  John C. Hueston, State Bar No. 164921
   jhueston@hueston.com
2  Moez M. Kaba, State Bar No. 257456
   mkaba@hueston.com
3  Yahor Fursevich, State Bar No. 300520
   yfursevich@hueston.com
4  HUESTON HENNIGAN LLP
   523 West 6th Street, Suite 400
5  Los Angeles, CA 90014
   Telephone:    (213) 788-4340
6  Facsimile:    (888) 775-0898

7  Attorneys for Plaintiff

8  [*Counsel for Defendant Listed on Signature Page*]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| PALANTIR TECHNOLOGIES INC. a Delaware Corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Marc L. Abramowitz,<br><br>　　　　Defendant. | Case No. 5:19-cv-06879-BLF<br><br>**JOINT NOTICE OF SETTLEMENT** |

Plaintiff Palantir Technologies Inc. and Defendant Marc L. Abramowitz, through counsel, hereby notify the Court that they have reached a settlement that fully resolves all claims in this action. The Parties are currently completing certain initial actions contemplated by their settlement. Shortly thereafter, the Parties will file a joint stipulation for dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

Dated: November 22, 2022

Respectfully submitted,

HUESTON HENNIGAN LLP

By: __/s/ Yahor Fursevich__
Yahor Fursevich

Attorneys for Plaintiff
Palantir Technologies Inc.

Dated: November 22, 2022

By: _/s/ Jack P. DiCanio_
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

JACK P. DICANIO (SBN 138782)
jack.dicanio@skadden.com
BARRY SIMON (*pro hac vice*)
bsimon@wc.com
STEPHEN L. WOHLGEMUTH (*pro hac vice*)
swohlgemuth@wc.com
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

*Attorneys for Defendant*

6295109

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from any other signatory to this document.

   */s/ Yahor Fursevich*
   Yahor Fursevich