**HUESTON HENNIGAN LLP**
John C. Hueston, State Bar No. 164921
jhueston@hueston.com
Moez M. Kaba, State Bar No. 257456
mkaba@hueston.com
Yahor Fursevich, State Bar No. 300520
yfursevich@hueston.com
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone:   (213) 788-4340
Facsimile:   (888) 775-0898

Attorneys for Plaintiff
Palantir Technologies Inc.

*[Counsel for Defendant Listed on Signature Page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| PALANTIR TECHNOLOGIES INC., a Delaware corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>MARC L. ABRAMOWITZ,<br><br>          Defendant. | Case No. 5:19-cv-06879-BLF<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF ACTION WITH PREJUDICE** |

Case 5:19-cv-06879-BLF   Document 428   Filed 12/01/22   Page 2 of 4

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to dismissal of this action with prejudice, with each party to bear their own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated: November 30, 2022

By: */s/ Yahor Fursevich*
HUESTON HENNIGAN LLP

John C. Hueston, State Bar No. 164921
jhueston@hueston.com
Moez M. Kaba, State Bar No. 257456
mkaba@hueston.com
Yahor Fursevich, State Bar No. 300520
yfursevich@hueston.com
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone:    (213) 788-4340
Facsimile:    (888) 775-0898

*Attorneys for Plaintiff*
PALANTIR TECHNOLOGIES INC.

Dated: November 30, 2022

By: */s/ Jack P. DiCanio*
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

Jack P. DiCanio, State Bar No. 138782
jack.dicanio@skadden.com
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 4704570

WILLIAMS & CONNOLLY LLP
Barry Simon (*pro hac vice*)
bsimon@wc.com
Stephen L. Wohlgemuth (*pro hac vice*)
swohlgemuth@wc.com
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

*Attorneys for Defendant*
MARC L. ABRAMOWITZ

## SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from any other signatory to this document.

By: */s/ Yahor Fursevich*
Yahor Fursevich

**[PROPOSED] ORDER**

Pursuant to the foregoing stipulation of the parties and for good cause appearing, IT IS SO ORDERED.

DATED: December 1, 2022

_____
Honorable Beth Labson Freeman
United States District Judge